ORDERED in the Southern District of Florida on JUN 10 2009



A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

| | |
|---|---|
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, | Case No. 09-21481-BKC-AJC |
| Debtor, / | Chapter 11 |

In re:

| | |
|---|---|
| FONTAINEBLEAU LAS VEGAS, LLC, | Case No. 09-21482-BKC-AJC |
| Debtor, / | Chapter 11 |

In re:

| | |
|---|---|
| FONTAINEBLEAU LAS VEGAS CAPITAL CORP., | Case No. 09-21483-BKC-LMI |
| Debtor, / | Chapter 11 |

## ORDER JOINTLY ADMINISTERING DEBTORS' CHAPTER 11 CASES

THIS MATTER came before the Court upon the *Ex-Parte Motion By Debtors for Joint Administration* (the "Motion") filed by Fontainebleau Las Vegas Holdings, LLC ("Resort Holdings"), Fontainebleau Las Vegas, LLC ("Resort") and Fontainebleau Las Vegas Capital Corp. ("Capital"; and, together with Resort Holdings and Resort, the "Debtors").[1] The Motion requests entry of an Order authorizing the joint administration of the Debtors' chapter 11 cases of the Debtors and the use of a consolidated caption. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; (iv) the cases identified in the caption of this Order are pending in this Court by a debtor and an affiliate; (v) pursuant to Bankruptcy Rule 1015 and Local Rules 1015-1(B)(2), 5005-1(G)(1)(a) and 9013-1(C)(14), the Court is authorized to grant the Motion without a hearing; and (vi) upon the record herein, and good and sufficient cause existing for the granting of the relief as set forth herein, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The captioned bankruptcy cases shall be jointly administered. Case No. 09-21481-BKC-AJC is designated as the "lead case". Case numbers 09-21482-BKC-AJC and 09-21483-BKC-LMI, as well as adversary proceeding no. 09-01621 commenced in case no. 09-09

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

21482-BKC-AJC, are transferred to the judge to whom the lead case is assigned.

3. One consolidated docket, one court file, and one consolidated service list (including a consolidated Master Service List, as provided for in Local Rule 2002-1(H)) shall be maintained for all of the Debtors and kept by the Clerk of the United States Bankruptcy Court for the Southern District of Florida under the "lead case" number.

4. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case.

5. The caption of the jointly-administered cases will read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re

| | |
|---|---|
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, et al. | Case No. 09-21481-BKC-AJC |
| | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

6. A docket entry shall be made on the docket in each of the captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC, and Fontainebleau Las Vegas Capital Corp. All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 09-21481-BKC-AJC.

7. Parties may request joint hearings on matters pending in any of the jointly administered cases.

###

Submitted by:
Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Tel: (305) 374-7580
Fax: (305) 375-7593
E-mail: sbaena@bilzin.com

*(Attorney Baena shall serve a copy of the signed order on all parties on the Master Service List in each Debtor's case and file with the court a certificate of service conforming with Local Rule 2002-1(F).)*

MIAMI 1801046.8 7650831854