**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                               Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,[1]                   Case No.  09-21481-BKC-AJC


       Debtors.                          (Jointly Administered)
_____/

## <u>CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY</u>

In compliance with Local Rule 2081-1(B), debtors-in-possession Fontainebleau Las Vegas Holdings, LLC ("<u>Resort Holdings</u>"), Fontainebleau Las Vegas, LLC ("<u>Resort</u>") and Fontainebleau Las Vegas Capital Corp. ("<u>Capital</u>"; and, together with Resort Holdings and Resort, the "<u>Debtors</u>") file this Consolidated Chapter 11 Case Management Summary and state:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1.      Date of Orders for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

June 9, 2009


2.      Names, case numbers and dates of filing of related debtors:

Fontainebleau Las Vegas Holdings, LLC – Case No. 09-21481-BKC-AJC
Fontainebleau Las Vegas, LLC – Case No. 09-21482-BKC-AJC
Fontainebleau Las Vegas Capital Corp. – Case No.  09-21483-BKC-AJC

3.      Description of debtors' business:

Until recently, the Debtors were actively engaged in ongoing construction and development of "Fontainebleau Las Vegas," conceived as a signature "Tier A" casino hotel resort with gaming, lodging, convention and entertainment amenities (the "<u>Project</u>").

---

[1]      The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822].  The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida  33180.

4.      Locations of debtors' operations and whether the business premises are leased or owned:

19950 W. Country Club Drive, Aventura, Florida 33180 – Owned by non-debtor affiliate
2777 Las Vegas Blvd. S, Las Vegas, NV 89109 – Owned
2780 Las Vegas Blvd. S., Las Vegas, NV 89109 - Leased
2827 Paradise Road, Suite 400 Las Vegas, NV  - Leased by non-debtor affiliate
101 Convention Center Drive, Las Vegas, NV 89109 – Leased
2020 Mendenhall Drive, N. Las Vegas, NV 89081 – Leased
3131 S. Polaris Ave., Las Vegas, NV 89102 – Leased
302 E. Carson Ave., Las Vegas, NV 89101 - Leased


5.      Reasons for filing chapter 11:

See *Declaration of Howard Karawan in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* ("Karawan Declaration", D.E. # 5)[2]

6.      List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1-year prior to filing:


Resort and Resort Holdings are member managed.


Howard Karawan is the Chief Restructuring Officer ("CRO") of each of the Debtors.

Capital's Directors and Officers are:

Directors

Jeffrey Soffer
Albert Kotite


Officers
CRO – Howard Karawan
Secretary - Whitney Thier
Treasurer - James Freeman

None of the officers and directors of the Debtors were paid salary or benefits by any of the Debtors at time of filing or during the 1 year prior to filing.

---

[2] Any defined terms not defined herein shall have the meaning ascribed in the Karawan Declaration.

7.      Debtors' fiscal or calendar year to date gross income and the debtors' gross income for the calendar or fiscal year prior to the filing of this petition:

Capital and Resort Holdings – None

Resort - $3,000 /mo.

8.      Amounts owed to various creditors[3]:

a.   Obligations owed to priority creditors including priority tax obligations:

As set forth in the Wage Motion (defined below), Resort owes to employees approximately $482,000 in wages plus accrued vacation.  Payroll taxes are paid except for the current payroll period.  There are use, LEED credit, and modified business taxes accrued and unpaid as of the Petition Date in the approximate aggregate amount of $46,400.

b.   With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

| Debtor(s) | Secured Creditor(s) | Amount Owed (Approximate) | Description of Collateral | Estimated Value of Collateral |
|---|---|---|---|---|
| Resort, Capital (as guarantor), and Resort Holdings (guarantor) | Term Loan Facility lenders | $700,000,000 plus interest | Substantially all of the Project's assets, other than the air rights comprising the Retail Component of the Project | Unknown |

---

[3] Precise information is not available at this time. Accordingly, the amounts below reflect the Debtors' reasonable estimates, and will be supplemented upon further analysis of the Debtors' books and records in connection with the preparation of the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs. The unsecured claim estimates do not include information regarding pending litigation involving the Debtors. Further, many of the Debtors have disputed, unliquidated or contingent claims that cannot be listed with specificity. With respect to secured claims, the Debtors reserve their right to dispute the secured nature of any claim or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor.

| Debtor(s) | Secured Creditor(s) | Amount Owed (Approximate) | Description of Collateral | Estimated Value of Collateral |
|---|---|---|---|---|
| Resort, Capital (as guarantor), and Resort Holdings (as guarantor) | Delay Draw Facility lenders | $336,700,000 plus interest | Substantially all of the Project's assets, other than the air rights comprising the Retail Component of the Project | Unknown |
| Resort Holdings, Capital, and Resort (as guarantor) | Junior Mortgage Notes lenders | $675,000,000 plus interest | Junior lien on substantially all of the Project's assets, other than the air rights comprising the Retail Component of the Project | Unknown |
| Resort | Bank of America Securities, Barclays Bank, Merrill Lynch, Deutsche Bank, Royal Bank of Scotland, Barclays Capital (Hedging and Cash Management Transactions) | Unknown | Substantially all of the Project's assets, other than the air rights comprising the Retail Component of the Project | Unknown |
| Resort | Mechanics' Lienors and parties who have the right to assert or have asserted a mechanics' lien against the Project including Turnberry West Construction, Inc. (General Contractor to Resort)/Multiple Contractors and Subcontractors | approximately $365MM | The Project | Unknown |

c.   Amount of unsecured claims:  Approximately $34 million.

9.   General description and approximate value of the debtors' assets:

The Project.  The approximate value of the Project is unknown.

10.   List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:  **See Exhibit "A".**  Premiums are current.

11.   Number of employees and amounts of wages owed as of petition date:  115 employees and approximately $482,000 in wages.

12.   Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

Resort is current on its payroll obligations as of the Petition Date, other than any payroll taxes accrued and accruing with respect to the current payroll period.  Capital and Resort Holdings have no employees.  The Debtors have no sales tax obligations.

13.   Anticipated emergency relief to be requested within 14 days from the petition date:

a)   Emergency Motion by Debtors for Entry of an Order (A) Authorizing the Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Granting Administrative Expense Priority to Postpetition Intercompany Claims and Authorizing Continued Intercompany Arrangements and Historical Practices; and (C) Waiving Investment and Deposit Requirements  [D.E. #7]

b)   Emergency Motion for an Order Establishing Omnibus Hearing Dates and Certain Notice, Case Management and Administrative Procedures Pursuant to Section 105(a) of the Bankruptcy Code, Rules 2002(m) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2002-1 [D.E. #8]

c)   Emergency Motion by Debtors for Entry of an Order (I) Authorizing the Debtors to Pay (A) Prepetition Wages, Salaries, and Employee Benefits and (B) Prepetition Withholding Obligations, (II) Authorizing Continuation of Employee Benefit Plans and Programs Postpetition, and (III) Directing All Banks to Honor Payments of Prepetition Employee Obligations [D.E. #9]

d)   Debtor's Emergency Motion to (A) File Under Seal Exhibit "B" to D. E. #9 and (B) Set an *In Camera* Hearing for Consideration Thereof [D.E. #11]

e)  Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; and (III) Scheduling Final Hearing [D.E. #12]

f)  Debtors' Emergency Motion for an Order (I) Authorizing, but Not Requiring, the Debtors to (A) Continue Their Existing Insurance Programs and (B) Pay Certain Prepetition Obligations in Respect Thereof, and (II) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.E. #13]

g)  Motion by Debtors for Entry of an Order (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured for Future Payment, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [D.E. #14]

h)  Emergency Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [D.E. #29]

i)  Emergency Application by Debtors for Interim and Final Order Authorizing the Employment and Retention of Scott L. Baena, Esq. and the Law Firm of Bilzin Sumberg Baena Price & Axelrod, LLP as Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order on or After June 29, 2009 [D.E. #15]

j)  Emergency Application by Debtors for Entry of an Interim Order Authorizing the Employment and Retention of Citadel Derivatives Group LLC as Financial Advisors and Investment Bankers to the Debtors *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order [D.E. #28]

k)  Emergency Application by Debtors for Entry of an Interim Order Authorizing the Employment and Retention of Moelis & Company LLC as Financial Advisors and Investment Bankers to the Debtors *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order [to be filed]

l)  Emergency Application by Debtors for Interim and Final Orders Authorizing the Employment and Retention of Buchanan Ingersoll & Rooney, P.C. as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date and for Approval of Fixed Fee Arrangement With Respect to Government Relations Matters Pursuant to 11 U.S.C. § 328(A) [D.E. #16]

m) Emergency Motion for Entry of an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Notice, Claims, and Balloting Agent [D.E. #26]

n)  Emergency Application by Debtors for Interim Order Authorizing the Employment and Retention of Kasowitz, Benson, Torres & Friedman LLP as Special

Litigation Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date and for Entry of a Final Order [D.E. #27]

    o)  Debtors Motion to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals [D.E. #30]

Dated: June 10, 2009                 Respectfully submitted,

                          Fontainebleau Las Vegas Holdings, LLC
                          Fontainebleau Las Vegas , LLC
                          Fontainebleau Las Vegas Capital Corp.

                                /s/ Howard C. Kawaran
                        By:    Howard C. Karawan, Chief Restructuring Officer of Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas , LLC, and Fontainebleau Las Vegas Capital Corp.

                        and

                        Respectfully submitted,
                        BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                        *Proposed Counsel for the Debtors*
                        200 South Biscayne Boulevard, Suite 2500
                        Miami, FL 33131
                        Telephone: (305) 374-7580
                        Facsimile: (305) 375-7593

                        By: /s/  Scott L. Baena

                              Scott L. Baena
                              Fla. Bar No. 186445
                              sbaena@bilzin.com
                              Mindy A. Mora
                              Fla. Bar No. 678910
                              mmora@bilzin.com
                              Jay M. Sakalo
                              Fla. Bar No. 0156310
                              jsakalo@bilzin.com
                              Jason Z. Jones
                              Fla. Bar No. 186554
                              jjones@bilzin.com

# EXHIBIT "A"

Fontainebleau
2008 - 2009
Summary

| | Carriers/Policy # | Policy Period |
|---|---|---|
| **Package**<br>Named Insureds:<br>Fontainebleau Resorts LLC<br>Fountainebleau Las Vegas LLC<br>Krystle Towers LLC | Chubb Insurance Group<br>(Federal Insurance Company)<br><br>35846284 | 08/09/08 - 08/09/09 |
| **Automobile**<br>Named Insured:<br>Fontainebleau Resorts LLC | Chubb Insurance Group<br>(Federal Insurance Company)<br>73537635 | 08/09/08 - 08/09/09 |
| **Workers Compensation**<br>Named Insureds:<br>Fontainebleau Resorts LLC<br>Fontainebleau Las Vegas, LLC | Hartford (Twin City Fire Insurance Co)<br><br>53WECFV5122 | 08/09/08 - 08/09/09 |
| **Umbrella**<br>Named Insureds:<br>Fontainebleau Resorts LLC<br>Fountainebleau Las Vegas LLC<br>Krystle Towers LLC | Chubb (Federal Insurance Company)<br><br>79840017 | 08/09/08 - 08/09/09 |
| **Excess Liability** (Layer 2)<br>Named Insureds:<br>Fontainebleau Resorts LLC<br>Fountainebleau Las Vegas LLC<br>Krystle Towers LLC | Great American Insurance Company<br><br>TUE7779419 | 08/09/08 - 08/09/09 |
| **Excess Liability** (Layer 3)<br>Named Insureds:<br>Fontainebleau Resorts LLC<br>Fountainebleau Las Vegas LLC<br>Krystle Towers LLC | CNA<br>(Continental Casualty Company)<br>L4012209172 | 08/09/08 - 08/09/09 |

Fontainebleau
2008 – 2009
Summary

**Directors & Officers Liability**

Named Insured:
Fontainebleau Resorts LLC

| Layer # | | |
|---|---|---|
| 1 – $15m Primary Layer | AIG (National Union Fire Ins)<br>17664009 | 04/09/09 – 04/09/10 |
| 2 – $15m over $15m | XL Specialty<br>ELU11068609 | 04/09/09 – 04/09/10 |
| 3 – $10m over $30m | Navigators<br>NY09DOL249589NV | 04/09/09 – 04/09/10 |
| 4 – $10m over $40m | Catlin<br>XSP951030409<br>Plus Surplus Lines Tax/Fee | 04/09/09 – 04/09/10 |
| 5 – $15m over $50m | Executive Risk Indemnity<br>82100312 | 04/09/09 – 04/09/10 |
| 6 – $10m over $65m | Great American<br>DFX3911918 | 04/09/09 – 04/09/10 |

| | | |
|---|---|---|
| **Crime** | Great American Insurance Co.<br>CAS3792772 | 08/09/08 – 08/09/09 |

| | | |
|---|---|---|
| **Employment Practices Liability** | AIG<br>(National Union Fire Insurance)<br>11449453 | 08/09/08 – 08/09/09 |

| | | |
|---|---|---|
| **Fiduciary Liability**<br>Nevada | Chubb<br>(Federal Insurance Company)<br>82088515 | 08/09/08 – 08/09/09 |

| | | |
|---|---|---|
| **Fiduciary Liability**<br>Florida | Chubb<br>(Federal Insurance Company)<br>82106088 | 08/09/08 – 08/09/09 |

# NAMED INSUREDS

Fontainebleau Resorts, LLC

Fontainebleau Las Vegas, LLC

Krystle Towers, LLC

This proposal is for illustration purposes only.  It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued.  Specimen policy form(s) are available upon request.  Proposal indicates values and limits chosen by insured.  Higher Values and Limits may be available.  Please let us know if you desire a quote.

# SCHEDULE OF LOCATIONS

**Insured:**       **Fontainebleau Resorts, LLC**
**Policy Term:**   **08/09/08 to 08/09/09**

| Loc # | Bldg # | Street, City, County, State, Zip | Nature of Business |
|-------|--------|----------------------------------|--------------------|
| 1 | 1 | 2827 Paradise Rd<br>Las Vegas, NV 89109 | Offices |
| 2 | 1 | 302 E Carson Ave<br>Las Vegas, NV 89101 | Computer Server |
| 3 | 1-6 | 2827 Paradise Rd<br>Las Vegas, NV 89109 | Mobile Offices |
| 4 | | 2845 Las Vegas Blvd S<br>Las Vegas, NV 89109 | 3 Acres Leased Land |
| 5 | | 2755 Las Vegas Blvd S<br>Las Vegas, NV 89109 | 21 Acres Leased Land |
| 6 | 1 | 101 Convention Center Dr<br>Las Vegas, NV 89109 | Offices |
| 7 | 1 | 2020 Mendenhall Dr<br>N Las Vegas, NV 89081 | Warehouse |
| 8 | 1 | 2780 Las Vegas Blvd S<br>Las Vegas, NV 89109 | Sales Center |
| 9 | 1 | 3131 S Polaris Ave<br>Las Vegas, NV 89102 | Warehouse |

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by Insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# COMMERCIAL PROPERTY

**Insured:**      **Fontainebleau Resorts, LLC**
**Policy Term:**    08/09/08 to 08/09/09
**Insurer:**      **Federal Insurance Company**
**AM Best Rating:**   **A++ XV**          **Admitted**

**Causes of Loss:** Special
**Valuation:** Replacement Cost
**Deductible:** $1,000
**Business Income/Extra Expense Waiting Period:** 24 Hours

| Loc # | Subject of Insurance | Limit | Co-Insurance |
|-------|---------------------|-------|--------------|
| 3,8 | Blanket Buildings (including mobile offices) | $8,614,040 | 80% |
| 1-3, 6-9 | Blanket Business Personal Property | $5,946,948 | 80% |
| 1,2,6 | Blanket Electronic Data Processing Equipment | $500,000 | |
| 1,6,9 | Blanket Business Income/ Extra Expense | $1,000,000 | |
| 1 | Fine Arts | $375,000 | |
| 6 | Fine Arts | $375,000 | |
| All | Scheduled Equipment-Hyster Forklift | $40,000 | |

**Exclusions included, but not limited to:**

- Stock Excluded from Personal Property
- Governmental or Military Action
- Nuclear Hazard
- Utility Supply Failure
- War and Military Action
- Earthquake
- Flood
- Fungus
- Pollutants

For a complete list of exclusions, please refer to policy contract forms.

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# COMMERCIAL PROPERTY

**Additional Coverages/Coverage Extensions included, but not limited to:**

## CUSTOMARQ PROPERTY HIGHLIGHTS

*The precise coverage afforded is subject to the terms and conditions of the policies issued. The following features are subject to change based upon underwriting and may or may not be available or apply to your policy.*

## $500,000 BLANKET LIMIT OF INSURANCE

The automatic blanket limit applies to:

Accounts Receivable
Electronic Data Processing Property
Fine Arts
Leasehold Interest - Bonus Payment, Prepaid Rent, Sublease Profit, Tenants' Lease Interest
Leasehold Interest - Undamaged Tenants' Improvements & Betterments
Non-Owned Detached Trailers
Outdoor Trees, Shrubs, Plants or Lawns
Pair and Set
Personal Property of Employees
Public Safety Service Charges
Research and Development Property
Valuable Papers

The Blanket Limit of Insurance applies over all of the coverages shown above and may be apportioned at the time of loss. This Blanket Limit of Insurance applies separately at each covered premises shown in the Declarations and is subject to the Property Deductible specified in the Declarations.

Separate specific Limits of Insurance may be purchased for any of these coverages. If purchased, the blanket limit of insurance will apply in addition to the specific limit.

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by Insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

## ADDITIONAL PROPERTY COVERAGES

The following Additional Coverages apply separately at each of your premises. In this proposal, any additional limits for these coverages that you have purchased are indicated at the described premises to which the increased limits apply. A policy level deductible applies to each of the Additional Coverages, unless otherwise indicated at the described premises.

Any other location for:

| | |
|---|---|
| Accounts Receivable | $ 25,000 |
| Building Components | $ 25,000 |
| EDP Property | $ 75,000 |
| Fine Arts | $ 25,000 |
| Personal Property | $ 25,000 |
| R&D Property | $ 25,000 |
| Valuable Papers | $ 25,000 |

Debris Removal
25% of direct damage loss, plus:

| | |
|---|---|
| Premises Shown in the Declarations | $ 500,000 |
| Any Other Location | $ 50,000 |
| In Transit | $ 50,000 |

| | |
|---|---|
| Deferred Payments | $ 50,000 |

Exhibition, Fair or Trade Show:

| | |
|---|---|
| EDP Property | $ 25,000 |
| Fine Arts | $ 25,000 |
| Personal Property | $ 25,000 |

| | |
|---|---|
| Extra Expense | $ 250,000 |

Fungus Clean-Up
or Removal   $ 50,000

Impairment of Computer Services –
Malicious Programming:

| | |
|---|---|
| Inside Attack | $ 100,000 |
| Outside Attack - Per Occurrence | $ 10,000 |
| Outside Attack - Annual Aggregate | $ 50,000 |

Installation:

| | |
|---|---|
| Any Job Site | $ 50,000 |
| In Transit | $ 50,000 |

In Transit for:

| | |
|---|---|
| Accounts Receivable | $ 25,000 |
| Building Components | $ 25,000 |
| EDP Property | $ 50,000 |
| Fine Arts | $ 25,000 |
| Personal Property | $ 25,000 |
| Valuable Papers | $ 25,000 |

| | |
|---|---|
| Loss of Master Key | $ 25,000 |
| Loss Prevention Expenses | $ 15,000 |
| Mobile Communication Property | $ 10,000 |
| Minimum Deductible $3,500 | |

Money & Securities:

| | |
|---|---|
| On Premises | $ 25,000 |
| Off Premises | $ 15,000 |

| | |
|---|---|
| Pollutant Cleanup or Removal | $ 50,000 |
| Processing Water | $ 25,000 |
| Preparation of Loss Fees | $ 25,000 |

**Newly Acquired Premises Or Newly Acquired Or Constructed Property for 180 days**

| | |
|---|---|
| Building | $2,000,000 |
| Personal Property | $1,000,000 |
| Personal Property at Existing Premises | $ 100,000 |
| EDP Equipment | $1,000,000 |
| Electronic Data | $ 250,000 |
| Communication Property | $ 250,000 |
| Fine Arts | $ 25,000 |

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by Insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# CRIME

| | |
|---|---|
| **Insured:** | **Fontainebleau Resorts, LLC** |
| **Policy Term:** | **08/09/08 to 08/09/09** |
| **Insurer:** | **Great American Insurance Company** |
| **AM Best Rating:** | **A XIII**                    **Admitted** |

## Employee Theft

| | | |
|---|---|---|
| Limit of Coverage | $ | 25,000,000 |
| Deductible | $ | 100,000 |
| Coverage Includes | A. | Money · |
| | B. | Securities |
| | C. | Property Other Than Money & Securities |

## Forgery or Alteration

| | | |
|---|---|---|
| Limit of Coverage | $ | 25,000,000 |
| Deductible | $ | 100,000 |
| Coverage Includes | A. | Checks, Drafts, promissory notes that are made or drawn by or drawn upon your account. |

## Theft, Disappearance and Destruction

| | | |
|---|---|---|
| Limit of Coverage | $ | 25,000,000 Inside |
| Deductible | $ | 100,000 Inside |
| Coverage Includes | A. | Money |
| | B. | Securities |

## Funds Transfer Fraud

| | | |
|---|---|---|
| Limit of Coverage | $ | 25,000,000 |
| Deductible | $ | 100,000 |
| Coverage Includes | A. | Money |
| | B. | Securities |

This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.

# COMMERCIAL GENERAL LIABILITY

**Insured:** Fontainebleau Resorts, LLC
**Policy Term:** 08/09/08 to 08/09/09
**Insurer:** Federal Insurance Company
**AM Best Rating:** A++ XV                                    Admitted

## Combined Single Limit Bodily Injury & Property Damage (Occurrence Form)

| | |
|---|---|
| Each Occurrence Limit* | $1,000,000 |
| General Aggregate Limit | $2,000,000 |
| Products/Completed Operations Aggregate Limit | Included |
| Personal & Advertising Injury Limit* | $1,000,000 |
| Fire Damage Liability Limit (Any One Fire)* | $1,000,000 |
| Medical Expense Limit (Any One Person)* | $10,000 |
| Employee Benefits -- Each Claim & Aggregate | $1,000,000 |
| Retro Date: 08/09/05 | |

*Subject to General Aggregate

Higher liability limits may be available.  Please let us know if a quote is desired.

## Deductibles:

| | |
|---|---|
| Employee Benefits Deductible | $1,000 |

## Exclusions included, but not limited to:

- Real Estate Development
- Hotel & Resort Operations
- Professional Liability
- Information Distribution Laws
- Employer's Liability
- Expected or Intended Injury
- Loss in Progress
- Asbestos
- Employment-Related Practices
- Nuclear Energy
- Pollution

For a complete list of exclusions, please refer to policy contract forms.

This Proposal is for illustration purposes only.  It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued.  Specimen policy form(s) are available upon request.  Proposal indicates values and limits chosen by insured.  Higher Values and Limits may be available.  Please let us know if you desire a quote.

# COMMERCIAL GENERAL LIABILITY

**General Liability Premium is Calculated Based on the Following Premium Bases:**

| Loc # | Classification | Exposure | Premium Basis |
|-------|---------------|----------|---------------|
| 1 | Buildings or Premises-Offices- | 5,000 | A |
| 2 | Buildings or Premises-Offices- | 500 | A |
| 3 | Buildings or Premises-Offices- | 6 Mobile Offices | U |
| 4 | Leased Land | 3 Acres | T |
| 5 | Leased Land | 21 Acres | T |
| 6 | Buildings or Premises-Offices- | 16,000 | A |
| 7 | Warehouses-Single Occupant | 69,433 | A |
| 8 | Buildings or Premises-Offices- | 16,000 | A |
| 9 | Warehouses-Single Occupant | 69,433 | A |
| All | Employee Benefits Liability | 127 Employees | T |

(S) GROSS SALES  (A) AREA SF  (M) ADMISSIONS  (T) OTHER
(P) PAYROLL  (C) TOTAL COST  (U) UNIT

This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.

# COMMERCIAL AUTOMOBILE

**Insured:** **Fontainebleau Resorts, LLC**
**Policy Term:** 08/09/08 to 08/09/09
**Insurer:** **Federal Insurance Company**
**AM Best Rating:** **A++ XV**                    Admitted

## Liability:

| Coverage | Symbol | Limits | |
|---|---|---|---|
| Bodily Injury and Property Damage | 1 | $1,000,000 | Each Accident |
| Medical Payments | 2 | $5,000 | Each Person |
| Uninsured Motorist | 2 | $1,000,000 | Each Accident |
| Underinsured Motorist | 2 | Included | Each Accident |

## Physical Damage:

| Coverage | Symbol | Deductible | |
|---|---|---|---|
| Comprehensive | 7,8 | $1,000 | ACV* |
| Collision | 7,8 | $1,000 | ACV* |

(1) Any Auto
(2) All Owned Autos
(3) Owned Private Passenger Autos

(4) Owned Autos Other Than Private Passenger
(5) All Owned Autos Which Require No-Fault Coverage
(6) Owned Autos Subject to Compulsory U.M. Law

(7) Scheduled Autos
(8) Hired Autos
(9) Non-Owned Autos

*ACV = Replacement Cost less depreciation

## Exclusions included, but not limited to:

- Nuclear, Biological and Chemical Terrorism
- Nuclear Energy

For a complete list of exclusions, please refer to policy contract forms.

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by Insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# VEHICLE SCHEDULE

**Insured:**       **Fontainebleau Resorts, LLC**
**Policy Term:**    **08/09/08 to 08/09/09**

| VEH # | YEAR | MAKE | MODEL | COMP | COLL | VEHICLE ID |
|-------|------|------|-------|------|------|------------|
| 1 | 2006 | International | 4300 | 1000 | 1000 | 1HTMMAAL76H314245 |

This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.

# UMBRELLA/EXCESS LIABILITY

**Insured:** **Fontainebleau Resorts, LLC**
**Policy Term:** 08/09/08 to 08/09/09
**Insurer:** **Federal Insurance Company**
**AM Best Rating:** **A++ XV**                    Admitted

**Limits:**

| | |
|---|---|
| Each Occurrence Limit | $25,000,000 |
| General Aggregate Limit | $25,000,000 |

**Higher limits may be available. Please let us know if a quote is desired.**

**Self Insured Retention:**

| | |
|---|---|
| Each Occurrence | $0 |

The Self-Insured Retention applies only in those areas where this policy is broader than the primary or underlying policies.

**Audit Terms:** This policy is not subject to audit

**Underlying Schedule:**

| | Limit | | Carrier | Effective Date |
|---|---|---|---|---|
| General Liability | $1,000,000 $2,000,000 Included | Per Occurrence General Aggregate Products/Completed Operations Aggregate | Federal | 08/09/08 |
| Automobile Liability | $1,000,000 | Per Accident | Federal | 08/09/08 |
| Employers Liability | $1,000,000 $1,000,000 $1,000,000 | Each Accident Disease Aggregate Disease Each Employee | Hartford | 08/09/08 |

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by Insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# UMBRELLA/EXCESS LIABILITY

**Exclusions included, but not limited to:**

- Pollution
- Expected or Intended Injury
- Loss in Progress
- Asbestos
- Employment-Related Practices
- Nuclear Energy
- Information Distribution Laws
- Biological Agents
- Employee or Worker Injury
- Intellectual Property Laws or Rights
- Care, Custody or Control of Real and Personal Property
- Foreign Liability
- Professional Services
- Real Estate Development
- Hotel and Resort Operations

For a complete list of exclusions, please refer to policy contract forms.

This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by Insured. Higher Values and Limits may be available. Please let us know if you desire a quote.

# EXCESS LIABILITY – 2ND LAYER

**Insured:** Fontainebleau Resorts, LLC
**Policy Term:** 08/09/08 to 08/09/09
**Insurer:** Great American Insurance Company
**AM Best Rating:** A XIII                                    Admitted

**Limits:**

| | |
|---|---|
| Each Occurrence Limit | $25,000,000 |
| General Aggregate Limit | $25,000,000 |

**Higher Limits may be available, please let us know if a quote is desired**

**Self Insured Retention:**

Each Occurrence                                    $0

The Self-Insured Retention applies only in those areas where this policy is broader than the primary or underlying policies.

**Audit Terms:** This policy is not subject to audit

**Underlying Schedule:**

| | Limit | | Carrier | Effective Date |
|---|---|---|---|---|
| Primary Umbrella | $25,000,000<br>$25,000,000 | Per Occurrence<br>General Aggregate | Federal | 08/09/08 |

This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.

# EXCESS LIABILITY – 2ND LAYER

**Exclusions included, but not limited to:**

- Lead
- Pollution
- Discrimination
- War
- Asbestos
- Nuclear Energy
- Information Distribution Laws
- Biological Agents
- Care Custody and Control of Real and Personal Property
- Employee or Worker Injury
- Intellectual Property
- Professional Services
- Real Estate Development
- Hotel and Resort Operations
- Terrorism*

For a complete list of exclusions, please refer to policy contract forms.

*Terrorism coverage may be purchased for an additional charge.

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# EXCESS LIABILITY – 3RD LAYER

**Insured:** Fontainebleau Resorts, LLC
**Policy Term:** 08/09/08 to 08/09/09
**Insurer:** Continental Casualty Company
**AM Best Rating:** A XV                                    Admitted

**Limits:**

| | |
|---|---|
| Each Occurrence Limit | $25,000,000 |
| General Aggregate Limit | $25,000,000 |

**Higher Limits may be available, please let us know if a quote is desired**

**Self Insured Retention:**

| | |
|---|---|
| Each Occurrence | $0 |

The Self-Insured Retention applies only in those areas where this policy is broader than the primary or underlying policies.

**Audit Terms:** This policy is not subject to audit

**Underlying Schedule:**

| | Limit | | Carrier | Effective Date |
|---|---|---|---|---|
| Excess – Layer 2 ($25m x of $25m) | $25,000,000 $25,000,000 | Per Occurrence General Aggregate | Great American | 08/09/08 |

**Exclusions included, but not limited to:**

- Per Underlying Layers of Excess Liability
- Terrorism*

For a complete list of exclusions, please refer to policy contract forms.

*Terrorism coverage may be purchased for an additional charge.

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# EMPLOYMENT PRACTICES LIABILITY

**Insured:**      **Fontainebleau Resorts, LLC**
**Policy Term:**    08/09/08 to 08/09/09
**Insurer:**       **National Union Fire Insurance Company of Pittsburgh, PA**
**AM Best Rating:**  **A+ XV**                 **Admitted**

**Claims Made Coverage – Continuity Date:** Full Prior Acts

**Limits:**

> Aggregate Limit                          $1,000,000

> **Higher Limits may be available. Please let us know if a quote is desired.**

**Retention:**

| | |
|---|---:|
| Non-Indemnifiable Losses | $0 |
| Company and Indemnifiable Losses | $50,000 |
| Third Party Claims | $100,000 |
| Class Action Claims | $100,000 |

> **Note: Limits and Retentions include defense costs.**

**Coverage Includes:**

- Please see attached

**Exclusions included, but not limited to:**

- Criminal or Deliberate Fraudulent Acts
- Violations for which a claim has been reported, or notice given, under a previous policy
- ERISA Violations
- Pending or Prior Litigation as of 08/09/07
- Prior Knowledge as of 08/09/07
- All Open or Pending Claims as of 08/09/07
- Terrorism*
- Specific Entities-Fontainebleau Florida Holdings, LLC

For complete lists of exclusions, please refer to policy contract forms.

*Terrorism coverage may be purchased for an additional charge.

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by Insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# EMPLOYMENT PRACTICES LIABILITY

### POLICY HIGHLIGHTS
(non-exclusive of full terms of policy; subject to policy's terms, restrictions and limitations)

## BROAD DEFINITION OF INSURED:

➢ The Company, Directors, Officers, Employees, Independent Contractors[1], Leased Employees[2]

## UNIQUE SECURITIES COVERAGE:

➢ Blanket private placement coverage
➢ Select initial offering coverage[3]

## EMPLOYMENT PRACTICES CLAIMS:

➢ Broad definition of Employment Practices Claim: wrongful termination, sexual harassment, discrimination, libel and slander, and others
➢ EEOC (or similar state, local, or foreign agency) investigations and proceedings
➢ Non-employment discrimination coverage for customer and clients - covers discrimination and sexual harassment claims, brought individually or a class[4]
➢ Coverage for front pay and back pay

## ADDITIONAL FEATURES:

➢ Punitive, exemplary and multiple damages coverage (including multiple awards under the ADEA and the Equal Pay Act) available[5]
➢ Severability of the application
➢ Optional Duty to Defend all claims
➢ Optional reinstatement of limit of liability available, whether one year or a multi year policy period
➢ Policy noncancelable by insurer (except for nonpayment of premium)
➢ Broad retention waivers
✓ 100% retention reimbursement in civil actions for monetary relief upon finding of "no liability" by reason of summary judgment, motion to dismiss (with or without prejudice) or final adjudication[6]
✓ 10% retention reduction upon acceptance of first qualified "Settlement Opportunity"

---

[1] As scheduled on the policy and subject to underwriting review, payment of additional premium and copy of the indemnification agreement. Company must provide the same indemnification to the contractors as it provides to the other employees

[2] Company must provide the same indemnification to leased employees as it provides to the non-leased employees

[3] Coverage for those Initial Public Offerings which are exempted pursuant to section 3(b) of the Securities Act of 1933

[4] Such claims must allege discrimination, sexual harassment or violation of the individual's civil rights relating to such discrimination or sexual harassment

[5] Subject to underwriting, payment of additional premium and where insurable under law

[6] Waived amount reimbursed after 90 days if claim is not rebrought. Subject to undertaking to repay if claim is later rebrought

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# FIDUCIARY LIABILITY

**Insured:**      Fontainebleau Resorts, LLC
**Policy Term:**    08/09/08 to 08/09/09
**Insurer:**      Federal Insurance Company
**AM Best Rating:**   A++ XV          Admitted

**Claims Made Coverage – Pending or Prior Litigation Date:** 08/09/07

**Limits:**

     Maximum Aggregate Limit              $1,000,000

     **Higher Limits may be available. Please let us know if a quote is desired.**

**Deductible:**

     Fiduciary Liability/Voluntary Settlement          $0

         **Note:** Limits include defense costs.

**Coverage Includes:**

- Voluntary Settlement Program Coverage
- Option to Purchase Extended Reporting Period
- Availability of Loss Control Services

**Exclusions included, but not limited to:**

- Circumstances which have been the subject of notice given prior to Policy Period
- Pollution
- Failure to comply with Workers Compensation, Unemployment Insurance, Social Security or Disability Benefits Law
- Fraudulent Acts or Omissions or any Willful Violation of any Statute or Regulation
- Failure to collect an Employer's Contributions owed to a Plan
- Pending or Prior Litigation
- Compliance with Applicable Trade Sanction Laws

For a complete list of exclusions, please refer to policy contract forms.

*This Proposal is for illustration purposes only. It is not a substitute for the actual terms and conditions contained in the policy(s) that will be issued. Specimen policy form(s) are available upon request. Proposal indicates values and limits chosen by insured. Higher Values and Limits may be available. Please let us know if you desire a quote.*

# ACORD. CERTIFICATE OF INSURANCE

ISSUE DATE (MM/DD/YY)
6/10/2009

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW |
|---|---|

**PRODUCER**
Aon Risk Services of Southern California
707 Wilshire Blvd., Ste. 6000
Los Angeles, CA 90017
Phone: (213) 630-3200

CODE                    SUB-CODE

**INSURED**

Fontainebleau Las Vegas, LLC
2827 Paradise Road
Las Vegas, NV 89109

## COMPANIES AFFORDING COVERAGE

| | | |
|---|---|---|
| COMPANY LETTER | A | American Home Assurance Co. |
| COMPANY LETTER | B | American International Specialty Lines |
| COMPANY LETTER | C | Insurance Company of the State of PA |
| COMPANY LETTER | D | Lexington Insurance Company |
| COMPANY | E | Starr Excess Liability Insurance Company, Ltd. |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS, AND CONDITIONS OF SUCH POLICIES. THE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** ☒ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS MADE ☒ OCCURRENCE ☐ OWNERS & CONTRACTORS PROTECTIVE ☐ | GL 206-25-76 | 3-31-2009 | 3-31-2010 | GENERAL AGGREGATE | $4,000,000 |
| | | | | | PRODUCTS-COMP/OPS AGGREGATE | $4,000,000 |
| | | | | | PERSONAL & ADVERTISING INJURY | $2,000,000 |
| | | | | | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (ANY ONE FIRE) | $ 100,000 |
| | | | | | MEDICAL EXPENSE (ANY ONE PERSON) | $ 5,000 |
| | **AUTOMOBILE LIABILITY** ☒ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | CSL | |
| | | | | | BODILY INJURY (PER PERSON) | |
| | | | | | BODILY INJURY (PER ACCIDENT) | |
| | ☐ GARAGE LIABILITY ☐ | | | | PROPERTY DAMAGE) | |
| B | **EXCESS LIABILITY** ☒ UMBRELLA FORM ☐ OTHER THAN UMBRELLA FORM | 7412469 | 3-31-2007 | 3-31-2010 | EACH OCCURRENCE $25,000,000 | AGGREGATE $25,000,000 |
| A | **WORKERS' COMPENSATION AND AND EMPLOYERS' LIABILITY** | WC 499-08-21 | 3-31-2009 | 3-31-2010 | STATUTORY/ ☒ $1,000,000 (EACH ACCIDENT) $1,000,000 (DISEASE POLICY LIMIT) $1,000,000 (DISEASE EACH EMPLOYEE) | |
| C | **OTHER** 1st Layer Excess Liability 2nd Layer Excess Liability 3rd Layer Excess Liability | 7275315 459-6956 521-8368 | 3-31-2007 3-31-2007 3-31-2007 | 3-30-2010 3-31-2010 3-31-2010 | $10,000,000 xs $25,000,000 xs Primary $15,000,000 xs $35,000,000 $50,000,000 xs $50,000,000 | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/RESTRICTIONS/SPECIAL ITEMS

The General Liability and Workers Compensation are three-year policies, renewing each year on the anniversary date.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **EVIDENCE OF INSURANCE** | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, IT AGENTS OR REPRESENTATIVES. |

*Aon Risk Insurance Services West, Inc.*

AUTHORIZED REPRESENTATIVE

ACORD 25-S (3/88)                    ©ACORD CORPORATION 1988