# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.fls.uscourts.gov

| | |
|---|---|
| In re:<br><br>FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 09-21481-BKC-AJC (Jointly Administered)<br>Case No. 09-21482-BKC-AJC |

## NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA AND INCORPORATED MEMORANDUM OF LAW (DE 96)

Secured Creditor, Young Electric Sign Co. ("YESCO"), by and through its counsel, hereby gives notice of withdrawal of the Motion to Transfer Venue to The District of Nevada and Incorporated Memorandum of Law (DE 96).

DATED this 18th day of June, 2009.

I hereby certify that the undersigned attorney Candace C. Carlyon is appearing pro hac vice in this matter pursuant to court order dated June 16, 2009.[1]

Respectfully submitted,

SHEA & CARLYON, LTD.
S/ _____
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No. 009688
701 Bridger Ave. Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: ccarlyon@sheacarlyon.com

*Counsel for Young Electric Sign Co.*

---

[1] Diane Noller Wells of Devine Goodman Rasco & Wells, P.A. is substituting for Attorney Steven J. Solomon of GrayRobinson, P.A. as local counsel for service for Candace C. Carlyon.

and

**DEVINE GOODMAN RASCO & WELLS, P.A.**
777 Brickell Avenue, Suite 850
Miami, Florida 33131
Telephone: (305) 374-8200
Direct telephone (305) 444-6695
Facsimile: (305) 374-8208
Email: dwells@devinegoodman.com

By: _____
Diane Noller Wells
Florida Bar No. 516570

*Local Counsel for*
*Young Electric Sign Company*