

**ORDERED in the Southern District of Florida on June 22, 2009.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

FONTAINEBLEAU LAS VEGAS            CASE NO. 09-21481-BKC-AJC
HOLDINGS, LLC., et al.
                                   Chapter 11
    Debtors.                       Jointly Administered
_____/

## ORDER DIRECTING DEBTORS TO RESPOND TO MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA

**THIS CAUSE** came before the Court upon the *Motion to Transfer Venue to the District of Nevada* filed June 19, 2009 (CP 133) by certain mechanic and materialmen lienholders (the "Motion"). The Motion seeks to transfer venue of these cases to Nevada. The Court has reviewed the Motion and finds it appropriate to direct the filing of a response by the Debtors and any interested party opposing the relief requested.

Upon the filing of a response, the Court will determine whether a hearing on the Motion is necessary or whether an order will be entered upon the papers submitted. Accordingly, it is

**ORDERED** that the Debtors, and any interested party opposing the *Motion to Transfer Venue to the District of Nevada*, are directed to file a response to the Motion on or before July 2, 2009.

###

Copies furnished to:

Mindy Mora, Esq.
Philip Landau, Esq.

Attorney Mora is directed to serve a copy of this order upon all interested parties immediately upon receipt of same and shall file a Certificate of Service of same.