Form CGFCRD9  (4/28/09)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division:  Miami

Case Number: 09–21481–AJC

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Fontainebleau Las Vegas Holdings, LLC
fka Turnberry/Las Vegas Boulevard, LP, fka Turnverry/Las
Vegas Boulevard, Inc.
c/o Howard C. Karawan, CRO
19950 West Country Club Drive
Aventura, FL 33180

EIN: 52–2239337

```
CLERK
USBC
SDFL
FILED
8/7/09
```

## AMENDED NOTICE OF EVIDENTIARY HEARING
Amended to indicate that the matter to be heard is evidentiary.

**NOTICE IS HEREBY GIVEN**  that an evidentiary hearing will be held on **September 9, 2009** at **02:00 PM,** at the following location:

**Claude Pepper Federal Bldg, 51 SW First Ave Room 1410, Miami, FL 33130**

to consider the following:

**Motion to Transfer Venue To Nevada Filed by Creditor M&M Lienholders.**

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the evidentiary hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: <u>8/7/09</u>

CLERK OF COURT
By: <u>Barbara Cargill</u>
Courtroom Deputy