**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.[1],

    Debtors.
_____/

Chapter 11

Case No. 09-21481-AJC

(Jointly Administered)

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF BARRY E. MUKAMAL AND THE FIRM OF MARCUMRACHLIN, LLP, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C §§ 327 and 1103, Fed. R. Bankr. P. 2014 and Local Rule 2014-1, the Official Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC and Fontainebleau Las Vegas Capital Corp. (collectively, the "Debtors"), hereby applies to this Court for approval of the employment of Barry E. Mukamal and the firm of MarcumRachlin, LLP ("Marcum") (collectively, the "Applicant") as financial advisors to the Committee *nunc pro tunc* to the date services were first rendered. In support thereof, the Committee states as follows:

    1.    On June 9, 2009, (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Bankruptcy Code in the Southern District of Florida. Since that time, the Debtors have operated as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

2. The chapter 11 bankruptcy cases of the Debtors have been administratively, but not substantively, consolidated.

3. On June 17, 2009, the Office of the United States Trustee constituted the Committee for the jointly administered Debtors.

4. By this Application, the Committee requests authorization to retain and employ Marcum as its financial advisors in these Chapter 11 cases. Specifically, the Committee respectfully requests entry of an order pursuant to sections 327, 1103(a) and 1103(b) of the Bankruptcy Code authorizing Marcum to perform those financial advisory services that will be necessary during these Chapter 11 cases as more fully described below.

## SERVICES TO BE RENDERED

5. The Committee anticipates that Marcum will render the following services:

a. Assistance in the review of reports or filings as required by the Bankruptcy Court or the Office of the United States Trustee, including, but not limited to, schedules of assets and liabilities, statements of financial affairs and monthly operating reports;

b. Review of the Debtors' financial information, including, but not limited to, analyses of cash receipts and disbursements, financial statement items and proposed transactions for which Bankruptcy Court approval is sought;

c. Review and analysis of the reporting regarding cash collateral and any debtor-in-possession financing arrangements and budgets;

d. Review of pre-petition transfers to third parties and analysis of potential causes of action under Chapter 5 of the Bankruptcy Code;

e. Assistance in evaluating reorganization strategy and alternatives available to the creditors;

f. Advice and assistance to the Committee in negotiations and meetings with the Debtors and its lenders;

g. Advice and assistance on the tax consequences of any proposed plans of reorganization;

  h.  Litigation consulting services and expert witness testimony regarding confirmation issues, avoidance actions or other matters; and

  i.  Other such functions as requested by the Committee or its counsel to assist the Committee in this Chapter 11 case.

  6.  Subject to this Court's approval of the Application, Marcum is willing to serve as the Committee's financial advisors and to perform the services described above.

## QUALIFICATIONS OF PROFESSIONALS

  7.  The Committee has selected Marcum as its financial advisors because of the firm's diverse experience and extensive knowledge in the field of bankruptcy.

  8.  The Committee needs assistance in collecting and analyzing financial and other information in relation to these Chapter 11 cases. Marcum has considerable experience with rendering such services to committees and other parties in numerous Chapter 11 cases. As such, Marcum is qualified to perform the work required in this case.

## DISINTERESTEDNESS OF PROFESSIONALS

  9.  To the best of the Committee's knowledge and based upon the Mukamal Affidavit, Marcum is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

  10.  To the best of the Committee's knowledge and based upon the Mukamal Affidavit, Marcum does not hold or represent an interest adverse to the estates with respect to the matter on which Marcum will be employed, in accordance with section 1103(b) of the Bankruptcy Code.

  11.  To the best of the Committee's knowledge and based upon the Mukamal Affidavit, (1) Marcum's connections with the Debtors, creditors, any other party in interest, or their respective attorneys are disclosed in the Mukamal Affidavit; and (2) the Marcum professionals working on this

matter are not relatives of the United States Trustee of the Southern District of Florida or of any known employee in the office thereof, or any United States Bankruptcy Judge of the Southern District of Florida.

12. Marcum has not provided, and will not provide any, professional services to the Debtors, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these Chapter 11 cases.

## PROFESSIONAL COMPENSATION

13. Marcum's requested compensation for professional services rendered to the Committee will be based upon the hourly rates set forth in the below schedule, provided, however, that Marcum's blended average hourly rate will not exceed $275.00 per hour. The current normal and customary hourly rates for financial advisory services to be rendered by MARCUM and applicable herein are as follows:

| Level | Rates |
| --- | --- |
| Partners | $300 - $450 |
| Senior Managers | $225 - $290 |
| Managers | $210 - $250 |
| Supervisors | $180 - $200 |
| Seniors | $150 - $175 |
| Staff | $135 - $150 |
| Associates | $115 - $140 |
| Interns | $75 - $100 |

14. Marcum will also seek reimbursement for necessary expenses incurred, which shall include, but not be limited to, travel, photocopying, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

15. Marcum intends to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules. Marcum has agreed to accept as compensation such sums as may be allowed by the Court. Marcum understands that interim and final fee awards are subject to approval by this Court.

16. No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that the Court enter an Order (i) granting this Application, (ii) authorizing the Committee to retain and employ Marcum as its financial advisors *nunc pro tunc* to when services were first rendered, and (iii) granting such other and further relief as is just and proper.

Dated: August 21, 2009.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Co-Counsel for the Official Committee of*
*Unsecured Creditors*
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 1.305.349.2300
Facsimile: 1.305.349.2310

 */s/ Glenn D. Moses*_____
Paul J. Battista, Esq.
Fla. Bar No. 884162
pbattista@gjb-law.com
Glenn D. Moses, Esq.
gmoses@gjb-law.com
Fla. Bar No. 174556

and

**FOX ROTHSCHILD, LLP**
*Co-Counsel for the Official Committee of*
*Unsecured Creditors*
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401
Telephone: 1.609.348.4515
Facsimile: 1.609.348.6834

Michael Viscount, Esq. (*Pro Hac Vice*)
mviscount@foxrothschild.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all parties on the attached service list, via First-Class U.S. Mail, facsimile and/or CM./ECF, this 21st day of August, 2009.

                                                                                    /s/ Glenn D. Moses
                                                                                     Glenn D. Moses, Esq.

Master Service List
Served via

| PARTY / FUNCTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DOCKET # | LIST | SERVICE METHOD | DATE ADDED/MODIFIED | SERVICE NOTES | No Hard Copy Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Swap Creditors | Barclays Capital | | 5 The North Colonnade | Canary Wharf | London | | E14 4BB | GREAT BRITAIN | | | | | MSL | | | | |
| Swap Creditors | RBS The Royal Bank of Scotland | Global Banking & Markets | 280 Bishopsgate | | London | UK | EC2M 4RB | GREAT BRITAIN | | | | | MSL | | June 26, 2009 | Removed from Email service | |
| Swap Creditors | The Royal Bank of Scotland PLC | | 36 St Andrew Sq | | Edinburgh | UK | EH2 2YB | GREAT BRITAIN | | | | | MSL | | | | |
| Counsel to Johnson Controls Inc | Adorno & Yoss LLP | Charles M Tatelbaum | 350 E Las Olas Blvd Ste 1700 | | Ft Lauderdale | FL | 33301 | | 954-766-7820 | 866-621-4195 | ctatelbaum@adorno.com | DN 276 | Core/2002 | | July 15, 2009 | | |
| Counsel to Term Lender Steering Group | Akerman Senterfitt | James Fierberg | One SE Third Ave 25th Fl | | Miami | FL | 33131-1714 | | 305-374-5600 | 305-374-5095 | james.fierberg@akerman.com | DN 46 | Core/2002 | ECF | | | x |
| Counsel for the Steering Committee of the Term Loan Facility | Akerman Senterfitt | Michael Goldberg | Las Olas Centre II | 350 East Las Olas Boulevard Ste 1600 | Ft Lauderdale | FL | 33301-2229 | | 954.468.2444 | 954.463.2224 | michael.goldberg@akerman.com | DN 47 | MSL | ECF | | | x |
| Counsel for Apollo Investment Fund VII, LP | Akin Gump Strauss Hauer & Feld LLP | Steven M Pesner | One Bryant St | | New York | NY | 10036 | | 212-872-1070 | 212-872-1002 | spesner@akingump.com | DN 178 | Core/2002 | | June 26, 2009 | | |
| Swap Creditors | Bank of America NA | Swaps Operations | 233 S Wacker Dr Ste 2800 | | Chicago | IL | 60606 | | 312-234-2732 | 866-255-1444 | adrienne.l.nead@bankofamerica.com | | MSL | | | | |
| Swap Creditors | Barclays Capital | General Counsel | 200 Park Avenue | | New York | NY | 10166 | | 212-412-4000 | 212-412-7519 | rachel.simons@barclayscapital.com | | | | | | |
| Counsel to Aurelius Capital Management LP | Bast Amron LLP | Brett M Amron | SunTrust International Ctr | One SE Third Ave Ste 1440 | Miami | FL | 33131 | | 305-379-7904 | 305-379-7905 | bamron@bastamron.com | DN 332 | Core/2002 | | July 25, 2009 | | |
| Counsel to Thyssenkrupp Safway Inc | Behar Gutt & Glazer PA | Brian S Behar | 2999 NE 191st St Fifth Fl | | Aventura | FL | 33180 | | 305-931-3771 | 305-931-3774 | bsb@bgglaw.com | DN 341 | Core/2002 | | July 29, 2009 | | |
| Counsel for Turnberry West Construction, Inc. | Berger Singerman | Paul Singerman | 200 South Biscayne Boulevard Suite 1000 | | Miami | FL | 33131 | | 305-755-9500 | 305-714-4340 | singerman@bergersingerman.com | DN 39 | MSL | ECF | | | |
| Counsel for Turnberry West Construction, Inc. | Berger Singerman | James D Gassenheimer | 200 South Biscayne Boulevard Suite 1000 | | Miami | FL | 33131 | | 305-755-9500 | 305-714-4340 | jgassenheimer@bergersingerman.com | DN 201 | Core/2002 | ECF | | | x |
| Counsel to the Debtors | Bilzin Sumberg Baena Price & Axelrod LLP | Jason Jones & Jay M Sakalo | 200 South Biscayne Boulevard Suite 2500 | | Miami | FL | 33131-5340 | | 305-375-6160 | 305-351-2227 | jjones@bilzin.com; jsakalo@bilzin.com | | MSL | | June 29, 2009 | | |
| Member of Creditors Committee | Decca Hospitality | c o Nick Hart President & CEO | 3525 Piedmont Rd | Building 7 Ste 205 | Atlanta | GA | 30305 | | 404-262-4330 | 404-262-4399 | nhart@deccahospitality.com | 97 | MSL | | | | |
| Swap Creditors | Deutsche Bank AG New York | | 60 Wall St | | New York | NY | 10005 | | | | david.greenberg@db.com rodney.chong@db.com | | MSL | | | | |
| Counsel to Safe Electronics Inc, Warner Enterprises Inc, dba Sun Valley Electric supply Company, Bombard Electric LLC, Bombard Mechanical LLC, Desert Fire Protection Company, a Nevada Limited Partnership, Powell Cabinet and Fixture co, Austin General Contracting Inc, and Absocold Corporation, dba Econ Appliance | Ehrenstein Charbonneau Calderin | Robert P Charbonneau | 800 Brickell Ave Ste 902 | | Miami | FL | 33131 | | 305-722-2002 | 305-722-2001 | rpc@ecclegal.com | DN 64 | Core/2002 | ECF | June 15, 2009 | | x |
| Debtor | Fontainebleau Las Vegas Holdings LLC et al | c o Howard Karawan | 19950 W Country Club Drive | | Aventura | FL | 33180 | | | | | | MSL | | | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Michael J Viscount Jr | Midtown Bldg Ste 400 | 1301 Atlantic Ave | Atlantic City | NJ | 08401-7212 | | 609-572-2227 | 609-348-6834 | mviscount@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Josefina Fernandez McEvoy | 1800 Century Park E Ste 300 | | Los Angeles | CA | 90067-1506 | | 310-598-4185 | 310-556-9828 | jfmcevoy@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Joshua T Klein | 2000 Market St 10th Fl | | Philadelphia | PA | 19103-3291 | | 215-299-2723 | 215-299-2150 | jklein@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to MB Financial Bank NA | Furr and Cohen PA | Alvin S Goldstein and Robert C Furr | 2255 Glades Rd Ste 337W | | Boca Raton | FL | 33431 | | 561-395-0500 | 561-338-7532 | agoldstein@furrcohen.com | DN 193 | Core/2002 | | June 26, 2009 | notice name added June 30, 2009 | |
| Counsel to the Creditors Committee | Genovese Joblove & Battista PA | Attn Paul J Battista | Bank of America Tower at Int Pl | 100 SE Second St 44th Fl | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | pbattista@gjb-law.com gmoses@gjb-law.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to D'Alessio Contracting Inc and Waco Scaffolding & Equipment | Gibbs Giden Locher Turner & Senet LLP | Becky A Pintar Esq | 3993 Howard Hughes Pkwy Ste 530 | | Las Vegas | NV | 89169 | | 702-836-9800 | | | DN 363 | Core/2002 | | 7/31/2009 | | |
| Swap Creditors | GMI Counsel | Swaps Legal | Merrill Lynch World Headquarters | 4 World Financial Center 18th Fl | New York | NY | 10080 | | | 212-449-6993 | | | | | | | |
| Counsel to Mechanics' and Materialsmens' lienholders incorporated as the "M&M Lienholders" | Gordon Silver | Thomas H Fell Gregory E Garman | 3960 Howard Hughes Pkwy 9th Fl | | Las Vegas | NV | 89169 | | 702-796-5555 | 702-369-2666 | | DN 152 | Core/2002 | | June 23, 2009 | | |
| Counsel to Barclays Bank PLC, Deutsche Bank Trust Company Americas, JPMorgan Chase Bank NA, and Royal Bank of Scotland PLC | Greenberg Traurig PA | Mark Bloom | 1221 Brickell Ave | | Miami | FL | 33131 | | 305-579-0500 | 305-579-0717 | bloomm@gtlaw.com | DN 59 | Core/2002 | ECF | June 15, 2009 | | |
| Counsel for the Steering Committee of the Term Loan Facility | Hennigan Bennett & Dorman LLP | Bruce Bennett | 865 South Figueroa Street | Ste 2900 | Los Angeles | CA | 90017 | | 213-694-1012 | 213-694-1234 | bennett@hbdlawyers.com levinsons@hbdlawyers.com | | MSL | | June 30, 2009 | updated email via DN 52 | |
| Counsel to Johnson Controls Inc | Holland & Hart LLP | Phil Dabney & Lars K Evensen | 3800 Howard Hughes Pkwy 10th Fl | | Las Vegas | NV | 89169 | | 702-669-4600 | 702-669-4650 | PJDabney@hollandhart.com LKEvensen@hollandhart.com | DN 276 | Core/2002 | | July 15, 2009 | | |
| Counsel to the Administrative Agent to the Debtors' prepetition term loan facility | Hunton & Williams | Craig Rasile | 1111 Brickell Avenue Suite 2500 | | Miami | FL | 33131 | | 305-810-2579 | 305-810-2460 | crasile@hunton.com | | MSL | ECF | | | x |
| Counsel to Bank of America NA | Hunton & Williams LLP | Craig V Rasile & Kevin M Eckhardt | 1111 Brickell Avenue Suite 2500 | | Miami | FL | 33131 | | 305-810-2500 | 305-810-1669 | crasile@hunton.com keckhardt@hunton.com | DN 38 | Core/2002 | | | | |
| Counsel for IKON Financial Services | IKON Financial Services | Bankruptcy Administration | 1738 Bass Road | PO Box 13708 | Macon | GA | 31208-3708 | | 800-480-6513 | | | DN 241 | Core/2002 | | July 7, 2009 | | |
| IKON Office Solutions | IKON Office Solutions | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 | | | | | POC 80 | Core/2002 | | 7/31/2009 | added to MSL per kwc | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd Mail Drop N781 | | Philadelphia | PA | 19255 | | 800-913-9358 | 215-516-2015 | | | MSL | | | | |
| Counsel to the Indenture Trustee to the Debtors' 10.25% Second Mortgage Notes | Jones Day | Stacey N Lefont | 222 East 41st Street | | New York | NY | 10017-6702 | | 212.326.3745 | 212.755.7306 | slefont@jonesday.com | | MSL | | | | |
| Counsel to the Bank of Scotland plc | Katten Muchin Rosenman LLP | Kenneth E Noble & Camille G Fesche | 575 Madison Ave | | New York | NY | 10022-2585 | | 212-940-6419 | 212-894-5653 | Kenneth.Noble@kattenlaw.com Camille.Fesche@kattenlaw.com | DN 58 | Core/2002 | | June 15, 2009 | | |
| Member of Creditors Committee | Kelley II LLC d b a Kelley Technologies | c o Brooks Pickering President & CEO | 5625 Arville Street Unit D | | Las Vegas | NV | 89118 | | 702-889-6777 | 702-889-8237 | Mroberts@kelleytechnologies.com jk@ktdlaw.com | 97 | MSL | | | | |
| Counsel to Apollo Investment Fund VII, LP | Kozyak Tropin & Throckmorton PA | John W Kozyak David L Rosendorf | 2525 Ponce de Leon 9th Fl | | Coral Gables | FL | 33134 | | 305-372-1800 | 305-372-3508 | jk@kttlaw.com dlr@kttlaw.com | DN 178 | Core/2002 | | June 26, 2009 | | |
| Counsel to US Bank National Association | Malson Edelman Borman & Brand LLP | c o Clark T Whitmore | 3300 Wells Fargo Center | 90 S Seventh St | Minneapolis | MN | 55402 | | 612-672-8335 | 612-642-8335 | clark.whitmore@malson.com | DN 198 | Core/2002 | | June 26, 2009 | | |
| Counsel to Adehoit Specialty Company Inc | Markowitz Davis Ringel & Trusty PA | Ross R Hartog | 9130 So Dadeland Blvd Ste 1225 | | Miami | FL | 33156-7849 | | 305-670-5000 | 305-670-5011 | rhartog@mdrklaw.com | DN 176 | Core/2002 | | June 24, 2009 | | |
| Counsel to JPRA Architects; Tracy & Ryder Landscape, Inc.; Quality Cabinet & Fixture Company; Zetian Systems, Inc.; Z Glass, Inc.; Derr and Gruenwald Construction Co.; Graybar Electric Company, Inc.; and Water FX LLC | May Meacham & Davell PA | Robert C Meacham | One Financial Plz Ste 2602 | | Ft Lauderdale | FL | 33394 | | 954-763-6006 | | | DN 158 | Core/2002 | ECF | June 23, 2009/ Modified Ju | | |
| Counsel to Sumitomo Mitsui Banking Corporation | Mayer Brown LLP | Jean Marie L Atamian & Jason I Kirschner | 1675 Broadway | | New York | NY | 10019 | | 212-506-2500 | 212-262-1910 | jatamian@mayerbrown.com | DN 74 | Core/2002 | | June 16, 2009 | | |
| Counsel for Southwest Gas Corporation | McDonald Carano Wilson LLP | Kaaran E Thomas | PO Box 2670 | | Reno | NV | 89505 | | 775-788-2000 | 775-788-2020 | kthomas@mcdonaldcarano.com | DN 244 | Core/2002 | | July 7, 2009 | | |
| Swap Creditors | Merrill Lynch World Headquarters | Swap Group | 4 World Financial Center 18th Fl | | New York | NY | 10080 | | 212-449-2467 | 917-778-0836 | stanley_boralsky@ml.com | | MSL | | | | |
| Member of Creditors Committee | Mini Bar North America Inc | c o Anthony Joseph Torano President & CEO | 7430 Westmore Rd | | Rockville | MD | 20850 | | 301-354-5051 | 301-309-1115 | tony.torano@minibarna.com | 97 | MSL | | | | |
| Counsel to Colasanti Specialty Services Inc | Paul Joseph McMahon PA | Paul J McMahon | The Wiseheart Bldg | 2840 SW Third Ave | Miami | FL | 33129 | | 305-285-1222 | 305-858-4864 | pjm@pjmlawmiami.com | DN 315 | Core/2002 | | July 23, 2009 | | |
| Member of Creditors Committee | Paul Steelman Design Group | c o Matt Mahaney General Counsel | 3330 West Desert Inn Rd | | Las Vegas | NV | 89102 | | 702-873-0221 | 702-367-0724 | matt.mahaney@steelmanpartners.com | 97 | MSL | | | | |
| Counsel to Colasanti Specialty Services Inc | Peckar & Abramson | | 401 E Las Olas Blvd Ste 1600 | | Ft Lauderdale | FL | 33131 | | 954-764-6222 | 954-764-5228 | mrodriguez@pecklaw.com | DN 311 | Core/2002 | | July 23, 2009 | | |
| Counsel to HSH Nordbank AG, New York Branch | Rice Pugatch Robinson & Schiller PA | Arthur Halsey Rice | 101 Northeast Third Ave Ste 1800 | | Ft Lauderdale | FL | 33301 | | 305-379-3121 | 954-462-4300 | cbelmonte@ssbb.com | DN 131 | Core/2002 | ECF | June 23, 2009 | | |
| Counsel for Moody's Investors Service | Satterlee Stephens Burke & Burke LLP | Christopher P Belmonte & Pamela A Bosswick | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | DN 379 | Core/2002 | | August 5, 2009 | | |
| SEC | Securities & Exchange Commission | David Nelson Regional Director | Miami Regional Office | 801 Brickell Ave Suite 1800 | Miami | FL | 33131 | | | | | | MSL | | | | |
| Counsel to Bank of America NA | Sheppard Mullin Richter & Hampton LLP | Alan H Martin | 650 Town Ctr Dr 4th Fl | | Costa Mesa | CA | 92626 | | 714-513-5100 | 714-513-5130 | Amartin@sheppardmullin.com eric.t.seike@bankofamerica.com | DN 53 | Core/2002 | | updated June 24, 2009 | | x |
| Counsel to Bank of America NA | Sheppard Mullin Richter & Hampton LLP | Kyle Mathews | 333 South Hope Street | 48th Fl | Los Angeles | CA | 90071-1448 | | 213-620-1780 | 213-620-1398 | KMathews@sheppardmullin.com | DN 53 | Core/2002 | | updated June 24, 2009 | | |
| Counsel to the Administrative Agent to the Debtors' prepetition term loan facility | Sheppard Mullin Richter & Hampton LLP | William M Scott IV | 333 South Hope Street | 48th Fl | Los Angeles | CA | 90071 | | 213-617-4276 | 213-620-1398 | bscott@sheppardmullin.com | | MSL | | updated June 24, 2009 | | |
| Counsel to Mechanics' and Materialsmens' lienholders incorporated as the "M&M Lienholders" | Shraiberg Ferrara & Landau PA | Philip J Landau | 2385 NW Executive Ctr Dr No 300 | | Boca Raton | FL | 33431 | | 561-443-0802 | 561-998-0047 | plandau@sfl-pa.com | DN 132 | Core/2002 | ECF | | | |
| Counsel to Sumitomo Mitsui Banking Corporation | Shutts & Bowen LLP | Robert Fracasso | 201 S Biscayne Blvd | 1500 Miami Center | Miami | FL | 33131 | | 305-379-9102 | 305-347-7802 | rfracasso@schutts.com | DN 74 | Core/2002 | ECF | June 16, 2009 | | |
| Counsel to Barclays Bank PLC, Deutsche Bank Trust Company Americas, JPMorgan Chase Bank NA, and Royal Bank of Scotland PLC | Simpson Thacher & Bartlett LLP | Thomas C Rice David J Woll Sandeep Qusba | 425 Lexington Ave | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | trice@stblaw.com dwoll@stblaw.com squsba@stblaw.com jstern@stblaw.com | DN 60 | Core/2002 | | June 15, 2009 | | |
| Counsel to US Bank NA | Squire Sanders & Dempsey LLP | Tina M Talarchyk | 1900 Phillips Point W | 777 S Flagler Dr | West Palm Beach | FL | 33401-6198 | | 561-650-7261 | 561-655-1509 | ttalarchyk@ssd.com | DN 262 | Core/2002 | | July 13, 2009 | | |
| Florida Department of Revenue | State of Florida Dept of Revenue | Bankruptcy Section | Joel S Knee  Assistant General Counsel | 6565 Taft Street  Ste 400 | Hollywood | FL | 33024-4044 | | 954-967-1080 | 954-967-1084 | knee@dor.state.fl.us | | MSL | | | | |
| Florida Department of Revenue | State of Florida Dept of Revenue | Bankruptcy Section | PO Box 6668 | | Tallahassee | FL | 32314-6668 | | | | | | MSL | | | | |
| Counsel to Bank of Scotland plc | Stearns Weaver Miller Weissler Alhadeff & Sitterson PA | Patricia A Redmond | Museum Tower Ste 2200 | 150 W Flagler St | Miami | FL | 33130 | | 305-789-3437 | 305-789-2624 | hmoorefield@swmwas.com | DN 65 | Core/2002 | ECF | June 16, 2009 | | |
| Counsel to Garces Restaurant Group LLC | Taylor Colicchio & Silverman LLP | c o Robert W Keddie III | 502 Carnegie Ctr Ste 103 | | Princeton | NJ | 08540 | | | 609-987-0070 | | DN 350 | Core/2002 | | July 30, 2009 | | |
| United States Trustee | United States Trustee | Donald F Walton | 51 SW First Ave Rm 1204 | | Miami | FL | 33130 | | 305-536-7285 | 305-536-7360 | | | MSL | | | | |
| Counsel for Fisk Electric Company | Weiss Serota Helfman Pastoriza Cole & Boniske PL | | 2525 Ponce de Leon Blvd Ste 700 | | Coral Gables | FL | 33134 | | 305-854-0800 | 305-854-2323 | | DN 307 | Core/2002 | | July 23, 2009 | | |
| Indenture Trustee to the Debtors' 10.25% Second Mortgage Notes / Member of Creditors Committee | Wells Fargo Bank as Indenture Trustee | c o Thomas Korsman Vice President | MAC 9311-110 | 625 Marquette Avenue | Minneapolis | MN | 55479 | | 612-446-5890 | 612-667-9825 | thomas.m.korsman@wellsfargo.com | | MSL | | | | |
| Counsel to Minibar Systems and Minibar NA Inc | Whiteford Taylor Preston LLP | Thomas J Francella Jr | 1220 N Market St Ste 608 | | Wilmington | DE | 19801-2535 | | 302-353-4144 | 302-661-7950 | tfrancella@wtplaw.com | DN 177 | Core/2002 | | June 24, 2009 | | |
| Counsel for Cemex Construction Materials Florida LLC | WinderWeedle Haines Ward & Woodman PA | | 390 N Orange Ave Ste 1500 | PO Box 1391 | Orlando | FL | 32802-1391 | | 407-423-4246 | 407-423-7014 | | DN 291 | Core/2002 | | July 23, 2009 | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, *et al*[1]

**Debtor (s)**

_____/

CASE NO.: 09-21481-BKC-AJC
CHAPTER 11

**AFFIDAVIT OF BARRY MUKAMAL, CPA, ON BEHALF OF MARCUMRACHLIN, A DIVISION OF MARCUM, LLP, AS PROPOSED FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE JOINTLY ADMINISTERED DEBTORS**

STATE OF FLORIDA   )
                   ) SS:
COUNTY OF DADE     )

Barry Mukamal, CPA, of MarcumRachlin, a division of Marcum, LLP being duly sworn, says:

1.  I am a Certified Public Accountant, admitted to practice in the State of Florida and experienced in rendering financial advisory services in bankruptcy and insolvency matters.

2.  I am a partner in the firm MarcumRachlin, a division of Marcum, LLP, with offices located at 1 SE 3rd Avenue, Miami, FL 33131.

3.  I am willing to accept employment by the Official Committee of Unsecured Creditors for the Jointly Administered Debtors ("Committee"), on the basis set forth in the annexed application. Neither I nor the firm hold or represent any adverse interest to the Debtor, the

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC (9337); (ii) Fontainebleau Las Vegas, LLC (9332); and (iii) Fontainebleau Las Vegas Capital Corp., LLC (7822). The Debtor's current mailing address is: 19950 West County Club Drive, Aventura, Florida 33180.

Debtors' creditors, or the estate in regards to the matters for which I am to be employed, and are disinterested persons as required by 11 U.S.C. § 327(a).

4.  As financial advisor for the Committee, we generally expect to render the following services; however, actual services will depend on the events in this proceeding and the Committee's objectives. Our services are expected to include, but is not limited to:

- Review pre-petition disbursements for potential Preferential Transfers to third parties
- Review pre-petition payments and conveyances of assets for potential Fraudulent Transfers
- Assist counsel, if necessary, to assess Equitable Subordination claims and Lender Liability issues
- Assist with financial evaluation of Plan of Reorganization and Disclosure Statement
- Review pre-petition payments to Insiders
- Review pre-petition payments to Related parties
- Review post petition budgets and monitor all monthly operating reports filed by Debtor

5.  Neither I nor the firm has a pre-petition debt against the estate.

6.  Neither I nor the firm have any connections with the Debtors. Neither I nor the firm have in the past, and plan in the future, to represent any related debtor.

7.  Neither I nor the firm has received a retainer from the debtor, the estate, or a third party.

8.  Compensation of Affiant and MarcumRachlin will not exceed a blended rate of $275 per hour. Our hourly billing rates as of July 1, 2009 are:

| | |
|---|---|
| Partners | $300 – 450 |
| Senior Managers | $225 – 290 |
| Managers | $210 – 250 |
| Supervisors | $180 – 200 |
| Seniors | $150 – 175 |
| Staff | $135 – 150 |

                        Associates        $115 – 140
                        Interns             $75 – 100

9.    This concludes my declaration.

**FURTHER AFFIANT SAYETH NAUGHT.**

                                            BARRY MUKAMAL, C.P.A., PARTNER
                                            MarcumRachlin, a division of Marcum, LLP
                                            1 SE 3rd Avenue
                                            Miami, FL 33131
                                            (305) 377-4228
                                            Fax (305) 377-8331

**SWORN TO AND SUBSCRIBED** before me this 19th day of August, 2009.

THE FOREGOING INSTRUMENT was acknowledged before me this 19th day of August 2009, by Barry Mukamal <u>who is personally known to me</u>.


Notary Public, State of Florida
Commission #DD~~846933~~ 703335
My Commission Expires: ~~January 24, 2013~~ 08/08/11

KAY A. DAWSON
MY COMMISSION #DD703335
EXPIRES: August 08, 2011

3