UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                  Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,[1]                               Case No.  09-21481-BKC-AJC

                Debtors.                                (Jointly Administered)
_____/

### NOTICE OF FINAL HEARING

The Debtors and the Term Lender Steering Group and/or the Prepetition Lenders[2] have not reached any agreements by which the Debtors would have the further use of Cash Collateral after September 17, 2009.

ACCORDINGLY, NOTICE IS HEREBY GIVEN that a final hearing will be held on **September 10, 2009 at 3:00 p.m.** to consider entry of a final order with respect to the *Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to Use Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362 and 363 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [D.E. #12], as supplemented by (a) the *Debtors' Supplement to Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to Use Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [D.E. #166] (the "First Supplement"); (b)

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida  33180.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the *Fourth Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing* [Dkt. No. 454].

the *Debtors' Second Supplement to Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to Use Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [D.E. #302] (the "Second Supplement"); and (c) the *Debtors' Third Supplement to Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to Use Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [D.E. #421] (the "Third Supplement") at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1410, Miami, FL 33130 before the Honorable A. Jay Cristol, United States Bankruptcy Judge.

      PLEASE TAKE FURTHER NOTICE that the Term Lender Steering Group and/or the Prepetition Lenders intend to seek entry of a Final Order consistent with the terms of the (a) *Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code, and (III) Scheduling Final Hearing* [Dkt. No. 49] (the "First Interim Cash Collateral Order"); (b) *Second Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code, and (III) Scheduling Final Hearing* [Dkt. No. 242] (the "Second Interim Cash Collateral Order"); (c) *Amended Third Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing* [Dkt. No. 389] (the "Third Interim Cash Collateral Order");

and (d) *Fourth Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing* [Dkt. No. 454] (the "Fourth Interim Cash Collateral Order" and, together with the First Interim Cash Collateral Order, the Second Interim Cash Collateral Order, and the Third Interim Cash Collateral Order, the "Prior Cash Collateral Orders") including, without limitation, final approval of provisions in the Prior Cash Collateral Orders granting replacement liens and other Adequate Protection Obligations, providing for the priority of such liens, and providing that upon entry of the Final Order, the terms of Paragraph 4(b) of each of the Prior Cash Collateral Orders will apply with respect to any and all administrative expense claims (including fees and expenses of professionals) incurred at any time during these bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that any party in interest objecting to the entry of a Final Order on the terms described herein shall file written objections with the Court no later than **4:00 p.m.** on **September 8, 2009**, which objections shall be served so that the same are received by hand delivery or electronic mail on or before such date and time by:

a)  Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131-5340, Attn:  Scott L. Baena, Esq. (sbaena@bilzin.com) and Jay M. Sakalo, Esq. (jsakalo@bilzin.com); and

b)  Hennigan, Bennett & Dorman, LLP, 865 S. Figueroa Avenue, Los Angeles, California 90017, Attn:  Bruce Bennett, Esq. (bennettb@hbdlawyers.com) and Sidney P. Levinson, Esq. (levinsons@hbdlawyers.com) and Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131-1714, Attn:  Michael Goldberg, Esq. (michael.goldberg@akerman.com), Co-Counsel for the Term Lender Steering Group.

Dated: September 3, 2009
Miami, Florida

        **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,

        BILZIN SUMBERG BAENA PRICE & AXELROD LLP
        *Counsel for the Debtors*
        200 South Biscayne Boulevard, Suite 2500
        Miami, FL 33131
        Telephone: (305) 374-7580
        Facsimile: (305) 375-7593

        By: /s/ Scott L. Baena
            Scott L. Baena
            Fla. Bar No. 186445
            sbaena@bilzin.com
            Jay M. Sakalo
            Fla. Bar No. 0156310
            jsakalo@bilzin.com
            Jeffrey I. Snyder
            Fla. Bar No. 0212814
            jsnyder@bilzin.com