UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,                                  Case No. 09-21481-BKC-AJC

    Debtors.                                                       (Jointly Administered)

_____/

**BANK OF SCOTLAND'S LIMITED OBJECTION AND RESERVATION OF
RIGHTS WITH RESPECT TO CONTINUED USE OF CASH COLLATERAL**

    Bank of Scotland plc (*"Bank of Scotland"*), a term lender and a revolving lender under the Credit Agreement (defined below), submits this limited objection and reservation of rights with respect to the continued use of cash collateral and states:

    1.    Bank of Scotland holds Term Loans in the aggregate principal amount of $72.5 million, consisting of (i) $48.3 million under the Initial Term B Facility and (ii) and $24.2 million under the Delay Draw Term Facility.

    2.    On August 27, 2009, this Court entered its Fourth Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of Bankruptcy Code, and (III) Scheduling Final Hearing (the *"Fourth Interim Cash Collateral Order"*). (Capitalized terms contained herein and not otherwise defined shall have the meanings ascribed thereto in the Fourth Interim Cash Collateral Order.)

    3.    The Fourth Interim Cash Collateral Order provides, *inter alia*, that the Debtors are authorized to use cash collateral for the disbursements set forth in the Budget until the

84398811

occurrence of a Termination Event.  Termination Event is defined as, *inter alia*, September 17, 2009.

4. On September 3, 2009, the Debtors filed a Notice of Final Hearing with respect to the use of cash collateral stating that, *inter alia*, (i) the Debtors have not reached an agreement with the term lenders with respect to the consensual use of cash collateral and (ii) a final hearing on the use of cash collateral is scheduled for September 10, 2009 at 3:00 p.m.

5. The Notice of Final Hearing does not set forth a request by the Debtors for the use of cash collateral, on a consensual or a non-consensual basis, after September 17, 2009, or the terms or conditions upon which the Debtors might subsequently request such authority to use cash collateral.

6. Bank of Scotland hereby (i) objects to any use by the Debtors of cash collateral after September 17, 2009 or on terms and conditions other than those set forth in the Fourth Interim Cash Collateral Order, including the Budget incorporated therein, and (ii) reserves the right to submit additional pleadings or papers with respect to any such request and to take discovery, submit evidence and be heard before this Court with respect thereto.

WHEREFORE, Bank of Scotland requests that this Court enter an order (i) denying any motion or request by the Debtors to use cash collateral after September 17, 2009 or on terms and conditions other than those set forth in the Fourth Interim Cash Collateral Order, including the Budget incorporated therein, and (ii) granting such additional relief as is necessary or appropriate.

Dated: September 8, 2009

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Local Counsel for Bank of Scotland plc
Museum Tower, 2200, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone No.:   305-789-3467
Facsimile No.:    305-789-2643

By: /s/   Harold D. Moorefield, Jr.
      Harold D. Moorefield, Jr., Esq.
      Florida Bar No. 239291
      hmoorefield@swmwas.com

- And -

I hereby certify that the undersigned attorney is appearing pro hac vice in this matter pursuant to Court Order dated June 16, 2009, (DE 91).

**KATTEN MUCHIN ROSENMAN LLP**
Counsel for Bank of Scotland plc
575 Madison Avenue
New York, NY 10022-2585
Telephone No.: 212-940-6419
Facsimile No.:   212-894-5653

By: /s/   Kenneth E. Noble
      Kenneth E. Noble, Esq.
      kenneth.noble@kattenlaw.com

CERTIFICATE OF SERVICE

  I hereby certify that on September 8, 2009, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and by first class mail to all other parties as indicated on the attached Service List.

                By: /s/   Harold D. Moorefield, Jr.
                  Harold D. Moorefield, Jr., Esq.

# SERVICE LIST

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Scott L. Baena, Esq.
Mindy A. Mora, Esq.
*sbaena@bilzin.com; lflores@bilzin.com*
*eservice@bilzin.com; mmora@bilzin.com*
*Counsel for Fontainebleau Las Vegas Capital Corp., Fontainebleau Las Vegas Holdings, LLC and Fontainebleau Las Vegas, LLC*

Paul J. Battista, Esq.
Glenn D. Moses, Esq.
*pbattista@gjb-law.com*
*gmoses@gjb-law.com*
*Counsel for the Official Committee of Unsecured Creditors*

Mark D. Bloom
*bloomm@gtlaw.com; phillipsj@gtlaw.com*
*MiaLitDock@gtlaw.com; miaecfbky@gtlaw.com*
*Counsel for Barclays Bank PLC, Deutsche Bank Trust Company Americas, JP Morgan Chase Bank, NA and Royal Bank of Scotland PLC*

Robert P. Charbonneau, Esq.
Jacqueline Calderin, Esq.
*rpc@ECCcounsel.com; nsgm0024@aol.com;*
*dgold@ECCcounsel.com;*
*scunningham@ECCcounsel.com;*
*phornia@ecccounsel.com; jc@ecccounsel.com;*
*tmuller@ecccounsel.com;*
*nsocorro@ecccounsel.com;*
*msardinas@ecccounsel.com*
*Counsel for Absocold Corp., d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co.Safe Electronics, Inc., and Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co.*

James H. Fierberg
Michael I Goldberg
*james.fierberg@akerman.com;*
*michael.goldberg@akerman.com;*
*charlene.cerda@akerman.com*
*Counsel for Term Lender Steering Group*

Robert G Fracasso Jr, Esq.
*rfracasso@shutts.com*
*Sumitomo Mitsui Banking Corporation*

Thomas J. Francella, Jr., Esq.
*tfrancella@wtplaw.com*
*Counsel for Minibar Systems & Minibar NA, Inc.*

Alvin S. Goldstein, Esq.
Robert C. Furr, Esq.
*Counsel for MB Financial Bank NA*
*mmitchell@furrcohen.com*
*rfurr@furrcohen.com*

Ross R. Hartog, Esq.
*rhartog@mdrtlaw.com*
*Counsel for Aderholt Speciality Co., Inc.*

John W. Kozyak, Esq.
David L. Rosendorf, Esq.
*jk@kttlaw.com; dlr@kttlaw.com*
*Co-counsel for Apollo Investment Fund VII, LP*

Philip J. Landau, Esq.
*plandau@sfl-pa.com*
*Counsel for M&M Lienholders*

Robert C. Meacham, Esq.
*rmeacham@mmdpa.com*
*Counsel for Derr and Gruenewald Construction Co., Greybar Electric Company, Inc., JPRA Architects, Quality Cabinet & Fixture Company, Tracy & Ryder Landscape, Inc., Z Glass, Inc., Zetian Systems*

Lawrence H Meuers
*lmeuers@meuerslawfirm.com*
*lcastle@meuerslawfirm.com*
*snurenberg@meuerslawfirm.com*
*Counsel for CCCS International*

Harold D Moorefield Jr.
*hmoorefield@swmwas.com*; *rross@swmwas.com*;
*cgraver@swmwas.com; larrazola@swmwas.com*
*Counsel for Bank of Scotland*

Kenneth E Noble
*ken.noble@kattenlaw.com*
*Counsel for Bank of Scotland*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Craig V. Rasile, Esq.
*crasile@hunton.com*; *mmannering@hunton.com*;
*keckhardt@hunton.com*; *mtucker@hunton.com*
*Counsel for Bank of America, N.A.*

Arthur Halsey Rice, Esq.
*Arice.ecf@rprslaw.com*
*Counsel for HSH Nordbank AG, NY Branch*

Paul Steven Singerman
James D Gassenheimer
*singerman@bergersingerman.com*
*jgassenheimer@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Turnberry Residential Limited Partner, L.P., Turnberry West Construction, Inc., Jeffrey Soffer*

Tina M. Talarchyk
*Ttalarchyk@ssd.com, amazzini@ssd.com*
*dfoley@ssd.com*
*Counsel for Bank National Association*

Diane Noller Wells, Esq.
*dwells@devinegoodman.com*
*Counsel for Young Electric Sign Company*

Steven M. Pesner, Esq
*spesner@akingump.com*
*Co-counsel for Apollo Investment Fund VII, LP*

The following parties were served via First Class Mail.

Jean Marie L Atamian
Jason I. Kirschner
1675 Broadway
New York, NY 10019
*Counsel for Sumitomo Mitsui Banking Corp.*

Bruce Bennett
Joshua M. Mester
Sidney P. Levinson
865 S Figueroa Ave
Los Angeles, CA 90017
*Counsel for Term Lender Steering Group*

Jed I. Bergman
David M. Friedman
Marc E. Kasowitz
1633 Broadway
New York, NY 10019
*Counsel for Fontainebleau Las Vegas, LLC*

Candace Carlyon

701 Bridger #850
Las Vegas, NV 89101
Bradley Butwin
Daniel Cantor
Jonathan Rosenberg
William Sushon
7 Times Square
New York, NY 10036
*Counsel for Bank of America, N.A.*

Kelly M. Cooper
1301 Atlantic Ave.
Atlantic City, NJ 08401
*Counsel for Committee Creditors Committee*

Thomas H. Fell
Gregory E. Garman
GORDON SILVER
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, NV 89169
*Counsel for M&M Lienholders*

Jeff J. Friedman
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022
*Counsel for Bank of Scotland*

Phillip A. Geraci, Esq.
Aaron Rubinstein, Esq.
Andrew A Kress, Esq.
425 Park Ave
New York, NY 10022
*Counsel for HSH Nordbank AG, NY Branch*

Robert W. Glantz
Peter J. Roberts
321 North Clark St #800
Chicago, IL 60654
*Counsel for MB Financial Bank NA*

IKON Financial Services
1738 Bass Rd
POB 13708
Macon, GA 31208

Todd Kaplan
Citadel Derivatives Group LLC
131 Dearborn St.
Chicago, IL 60603

Jack J. Kessler
19950 AW Country Club Dr. #101
Aventura, FL 33180

Joshua T Klein
2000 Market St - 10th Floor
Philadelphia, PA 19103
*Counsel for Official Committee of Unsecured Creditors*

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Arthur S. Linker
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022
*Counsel for Bank of Scotland*

Alan H Martin
650 Town Center Dr, 4 Fl
Costa Mesa, CA 92626
*Counsel for Bank of America, N.A.*

Kyle Mathews
333 S Hope St, 48 Fl
Los Angeles, CA 90071
*Counsel for Bank of America, N.A.*

Josefina Fernandez McEvoy
1800 Century Park East #300
Los Angeles, CA 90067-1506
*Counsel for Official Committee of Unsecured Creditors*

Anthony L. Paccione
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022
*Counsel for Bank of Scotland*

Matthew D. Parrott
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022
*Counsel for Bank of Scotland*

Alan Rubin
100 Second St 34th Fl
Miami, FL 33131

Shlomo S. Sherman
701 Bridger Ave.
#850
Las Vegas, NV 89101
*Counsel for Young Electric Sign Company*

Thomas C. Rice
Justin S. Stern
David J. Woll
425 Lexington Ave
New York, NY 10017
*Counsel for Barclays Bank PLC, Deutsche Bank Trust Co. Americas, JP Morgan Chase Bank, NA and Royal Bank of Scotland PLC*

Michael J. Viscount
1301 Atlantic Ave
Atlantic City, NJ 08401-7212
*Counsel for Official Committee of Unsecured Creditors*

KELLEY II, LLC
d/b/a KELLEY TECHNOLOGIES
c/o Brooks Pickering, President & CEO
5625 Arville Street, Unit D
Las Vegas, NV 89118

Paul Steelman Design Group/Steelman Partners
c/o Matt Mahaney, General Counsel
3330 West Desert Inn Road
Las Vegas, NV 89102

Decca Hospitality
c/o Nick Hart, President & CEO
3525 Piedmont Road
Bldg 7, Suite # 205
Atlanta, GA 30305

Wells Fargo Bank, as Indenture Trustee
c/o Thomas Korsman, Vice President
MAC 9311-110
625 Marquette Avenue
Minneapolis, MN 55479

G:\W-BANK\38901\0001\Service List\Service List (BKC 09-21481) - updated on 07-08-09.wpd