**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,[1]                         Case No.  09-21481-BKC-AJC

              Debtors.                            (Jointly Administered)
_____/

**AGREED EX-PARTE MOTION TO CONTINUE SEPTEMBER 9, 2009**
**EVIDENTIARY HEARING ON M&M LIENHOLDERS' MOTION TO**
**TRANSFER VENUE TO THE DISTRICT OF NEVADA**
**UNTIL SEPTEMBER 22, 2009 AT 3:00 P.M.**

Pursuant to Local Rule 9013-1(C)(8), Fontainebleau Las Vegas Holdings, LLC

("Resort Holdings"), Fontainebleau Las Vegas, LLC ("Resort") and Fontainebleau Las

Vegas Capital Corp. ("Capital"; and, together with Resort Holdings and Resort, the

"Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases,

by and through undersigned counsel, respectfully file this Motion (the "Motion") to

continue the September 9, 2009 evidentiary hearing on the M&M Lienholders' Motion to

Transfer Venue to the District of Nevada [Dkt. No. 133] (the "Venue Motion") until

September 22, 2009 at 3:00 p.m.  In support of the Motion, the Debtors respectfully state

as follows:

1.        On June 19, 2009, the M&M Lienholders filed the Venue Motion.

2.        On July 22, 2009, the Court entered its Order Denying Motion to

Transfer Venue for *Forum Non Conveniens* Pursuant to 28 U.S.C. § 1412 and Setting

_____

[1]        The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las
Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las

Hearing to Determine Proper Venue Pursuant to 28 U.S.C. § 1408 [Dkt. No. 308], which Order set an evidentiary hearing for August 17, 2009 at 2:00 p.m. (the "Evidentiary Hearing").  On August 7, 2009, the Evidentiary Hearing was re-noticed for September 9, 2009 at 2:00 p.m. [Dkt. No. 387].

3.       The M&M Lienholders, through counsel, have requested that the Evidentiary Hearing be adjourned until after the next hearing on the Debtors' use of cash collateral in these cases.  The Debtors and the M&M Lienholders have agreed to a continuance of the evidentiary hearing on the Venue Motion until September 22, 2009 at 3:00 p.m. and neither the Official Committee of Unsecured Creditors nor the Term Lender Steering Group object to such relief.  The Debtors submit that no other party in interest will be prejudiced by the relief requested herein.

WHEREFORE, the Debtors respectfully requests that this Court enter an order in substantially the form annexed hereto as Exhibit "A" (a) granting the Motion; (b) adjourning the Evidentiary Hearing until September 22, 2009 at 3:00 p.m.; and (c) granting such other and further relief as the Court deems just and proper.

Dated:  September 8, 2009.

---

Vegas Capital Corp. [7822].  The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida  33180.

Respectfully submitted,

**I HEREBY CERTIFY** that I am admitted
to the Bar of the United States District Court
for the Southern District of Florida and I am
in compliance with the additional
qualifications to practice in this court set
forth in Local Rule 2090-1(A).

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
*Counsel for the Debtors*
200 South Biscayne Boulevard, Suite
2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/  Scott L. Baena
       Scott L. Baena
       Fla. Bar No. 186445
       sbaena@bilzin.com
       Jay M. Sakalo
       Fla. Bar No. 0156310
       jsakalo@bilzin.com
       Jeffrey I. Snyder
       Fla. Bar No. 21281
       jsnyder@bilzin.com

**EXHIBIT A – PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,[1]                    Case No.  09-21481-BKC-AJC

          Debtors.                          (Jointly Administered)
_____/

**ORDER (I) GRANTING AGREED EX-PARTE MOTION TO CONTINUE
SEPTEMBER 9, 2009 EVIDENTIARY HEARING ON M&M LIENHOLDERS'
MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA
AND (II) SETTING CONTINUED EVIDENTIARY HEARING
ON SEPTEMBER 22, 2009 AT 3:00 P.M.**

THIS MATTER came before the Court upon the Debtors' *Agreed Ex-Parte*

*Motion to Continue September 9, 2009 Evidentiary Hearing on the M&M Lienholders'*

---

[1]       The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822].  The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida  33180.

*Motion to Transfer Venue to the District of Nevada* [Dkt. No. 488] (the "Motion").  The

Court, upon consideration of the Motion and the record in these cases, finds that cause

exists to grant the relief requested and that consideration of the relief requested is

appropriate pursuant to Local Rule 9013-1(C)(8).  Accordingly, it is ORDERED that:

    1.    The Motion is GRANTED.

    2.    The evidentiary hearing on the M&M Lienholders' Motion to Transfer

Venue to the District of Nevada [Dkt. No. 133] shall be and hereby is continued to

**September 22, 2009 at 3:00 p.m.** at the United States Bankruptcy Court, 51 S.W. 1st

Avenue, Room 1410, Miami, FL 33130 before the Honorable A. Jay Cristol, United

States Bankruptcy Judge.

# # #

Submitted by:

Scott L. Baena (Florida Bar No. 186445)
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

Copies to:
Scott L. Baena
*(Attorney Baena shall upon receipt cause a copy of this Order to be served upon all interested parties and a certificate of service to be filed.)*