

**ORDERED in the Southern District of Florida on September 08, 2009.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL.,[1] | Case No. 09-21481-BKC-AJC |
| Debtors._____/ | (Jointly Administered) |

**ORDER (I) GRANTING AGREED EX-PARTE MOTION TO CONTINUE
SEPTEMBER 9, 2009 EVIDENTIARY HEARING ON M&M LIENHOLDERS'
MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA
AND (II) SETTING CONTINUED EVIDENTIARY HEARING
ON SEPTEMBER 22, 2009 AT 3:00 P.M.**

THIS MATTER came before the Court upon the Debtors' *Agreed Ex-Parte*

*Motion to Continue September 9, 2009 Evidentiary Hearing on the M&M Lienholders'*

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

MIAMI 1939245.1 7650831854                              1

*Motion to Transfer Venue to the District of Nevada* [Dkt. No. 488] (the "Motion"). The Court, upon consideration of the Motion and the record in these cases, finds that cause exists to grant the relief requested and that consideration of the relief requested is appropriate pursuant to Local Rule 9013-1(C)(8). Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. The evidentiary hearing on the M&M Lienholders' Motion to Transfer Venue to the District of Nevada [Dkt. No. 133] shall be and hereby is continued to **September 22, 2009 at 3:00 p.m.** at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1410, Miami, FL 33130 before the Honorable A. Jay Cristol, United States Bankruptcy Judge.

# # #

Submitted by:

Scott L. Baena (Florida Bar No. 186445)
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

Copies to:
Scott L. Baena
*(Attorney Baena shall upon receipt cause a copy of this Order to be served upon all interested parties and a certificate of service to be filed.)*