UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.usgourts.gov

In re :

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, et al.,

        Debtors.

_____/

Chapter 11

Case No. 09-21481-AJC

(Jointly Administered)

### RESPONSE OF TERM LENDER STEERING GROUP TO APPLICATION FOR APPROVAL OF EMPLOYMENT OF BARRY E. MUKAMAL AND THE FIRM OF MARCUMRACHLIN, LLP, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Term Lenders identified in Exhibit A attached hereto (the "**Steering Group**") submit this response to the "Application for Approval of Employment of Barry E. Mukamal and the Firm of MarcumRachlin, LLP, as Financial Advisors to the Official Committee of Unsecured Creditors [D.E. 428]" (the "**Application**").

While the Term Lender Steering Group does not object to the Committee's engagement of a financial advisor, the Term Lender Steering Group has not consented and does not consent to the use of their cash collateral, or the proceeds of any other collateral, to pay the fees and expenses of the Committee's financial advisor. Accordingly, the Term Lender Steering Group respectfully requests that any order entered by this Court with respect to the Application include language to make clear that the entry of such order shall not be construed to authorize the use of the Term Lenders' cash collateral for payment of any fees and expenses.

In addition, the Term Lender Steering Group reserves all rights to object to allowance of any fees and expenses incurred by the Committee's financial advisors, including on the basis

757738.2

that, given the posture of the bankruptcy cases, the services to be performed by the Committee's financial advisors are neither necessary nor beneficial to the estate.

Dated: September 8, 2009

Respectfully submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A).**

AKERMAN SENTERFITT
Michael I. Goldberg
James H. Fierberg
Las Olas Centre II
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: /s/ James H. Fierberg
    James H. Fierberg
    Florida Bar No. 0050970

**-and-**

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Sidney P. Levinson
Joshua M. Mester
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Term Lender Steering Group

## CERTIFICATE OF SERVICE

I James H. Fierberg certify that I served the foregoing via CM/ECF to all parties entitled to electronic notice and also via US Mail postage pre-paid, upon the schedule attached hereto on this 8th day of September, 2009.

_____
James H. Fierberg

| | | |
|---|---|---|
| AKFCF, Inc.<br>10432 North Lake Vista Circle<br>Davie, FL 33328 | Noah G. Allison<br>3191 East Warm Springs Road<br>Longford Plaza East, Building 13<br>Las Vegas, NV 89120 | Jean Marie L. Atamian<br>1675 Broadway<br>New York, NY 10019 |
| Christopher R. Belmonte, Esq.<br>230 Park Avenue<br>New York, NY 10169 | Jad I. Bergman<br>1633 Broadway<br>New York, NY 10019 | Bradley Butwin<br>7 Times Square<br>New York, NY 10036 |
| Jacqueline Calderin, Esq.<br>800 Brickell Avenue, Suite 902<br>Miami, FL 33131 | Daniel Cantor<br>7 Times Square<br>New York, NY 10036 | Candace Carlyon<br>701 Bridger #850<br>Las Vegas, NV 89101 |
| Kelly M. Cooper<br>1301 Atlantic Avenue<br>Atlantic City, NY 08401 | Jeff J. Friedman, Esq.<br>575 Madison Avenue<br>New York, NY 10022-2585 | David M. Friedman<br>1633 Broadway<br>New York, NY 10019 |
| Garces Restaurant Group LLC<br>c/o Robert W. Keeddie III< Esq.<br>502 Carnegie Center #103<br>Princeton, NJ 08540 | Gregory E. Garman, Esq.<br>3960 Howard Hughes Parkway<br>9th Floor<br>Las Vegas, NV 89109 | Phillip A. Geraci<br>425 Park Avenue<br>New York, NY 10022 |
| Robert W. Glantz<br>321 North Clark Street, Suite 800<br>Chicago, IL 60654 | HSH Nordbank AG, NY Branch<br>c/o Aaron Rubenstein, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Frederick D. Hyman<br>1675 Broadway<br>New York, NY 10019 |
| IKON Financial Services<br>1738 Bass Road<br>Post Office box 13708<br>Macon, GA 31208 | Todd Kaplan<br>Citadel Derivates Group LLC<br>131 Dearborn Street<br>Chicago, IL 60603 | Mark E. Kasowitz<br>1633 Broadway<br>New York, NY 10019 |
| Jack J. Kessler<br>19950 AW Country Club Drive #101<br>Aventura, FL 33180 | Jason I. Kirschner<br>1675 Broadway<br>New York, NY 10019 | Joshua T. Klein<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103 |
| Andrew A. Kress, Esquire<br>425 Park Avenue<br>New York, NY 10022 | Kutzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Sidney P. Levinson<br>865 S. Figueroa Avenue<br>Los Angeles, CA 90017 |
| Arthur S. Linker<br>575 Madison Avenue<br>New York, NY 10022-2585 | Jennifer R. Lloyd-Robinson<br>6750 Via Austi Parkway, Suite 170<br>Las Vegas, NV 89119 | Alan H. Martin<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626 |
| Kyle Mathews<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071 | Josefina Fernandez McEvoy<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067-1506 | Sharon Merrill<br>Adorno & Yoss<br>330 East Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301 |
| Joshua M. Mester<br>865 South Figueroa Avenue<br>Los Angeles, CA 90017 | Seth A. Moskowitz<br>1633 Broadway<br>New York, NY 10019 | Barry E. Mukamal<br>1 S.E. 3rd Avenue, 9th Floor<br>Miami, FL 33131 |

| | | |
|---|---|---|
| Matthew D. Novello<br>3201 University Drive #100<br>Auburn Hills, MI 48326 | Anthony L. Paccione<br>575 Madison Avenue<br>New York, NY 10022-2585 | Matthew D. Parrott<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Bryan J. Pezzillo<br>6750 Via Austi Parkway Suite 170<br>Las Vegas, NV 89119 | Thomas C. Rice<br>425 Lexington Avenue<br>New York, NY 10017 | Jonathan Rosenberg<br>7 Times Square<br>New York, NY 10036 |
| Alan Rubin<br>100 Second Street, 34th Floor<br>Miami, FL 33131 | Aaron Rubenstein<br>425 Park Avenue<br>New York, NY 10022 | Justin S. Stern<br>425 Lexington Avenue<br>New York, NY 10017 |
| William Sushon<br>7 Times Square<br>New York, NY 10036 | Kesha Tanabe<br>90 South Seventh Street<br>3300 Wells Fargo Center<br>Minneapolis, MN 55402 | Charles Tatelbaum<br>Adorno & Yoss<br>350 East Las Olas Blvd., 17th Floor<br>Ft. Lauderdale, FL 33301 |
| Michael J. Viscount<br>1301 Atlantic Avenue<br>Atlantic City, NJ 08401-7212 | Clark T. Whitmore, Esquire<br>90 South 7th Street, Suite 3300<br>Minneapolis, MN 55402 | Donald H. Williams<br>612 South 10th Street<br>Las Vegas, NV 89101 |
| Eric D. Winston<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017 | David J. Woll<br>425 Lexington Avenue<br>New York, NY 10017 | |

# Exhibit A: Term Lender Steering Group

| Fund Manager(s) | Funds |
|---|---|
| **Brigade Capital Management LLC**<br>717 5th Avenue, Suite 1301<br>New York, NY 10022<br>Telephone: (212) 745-9754<br>Facsimile: (212) 745-9701 | Brigade Leveraged Capital Structures Fund, Ltd.<br>Battlion CLO 2007-1 Ltd. |
| **Canyon Capital Advisors, LLC**<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 272-1000 | Canpartners Investments IV, LLC<br>Canyon Special Opportunities Master Fund (Cayman), Ltd. |
| **The Carlyle Group**<br>c/o Carlyle Investment Management LLC<br>520 Madison Avenue, 41st Floor<br>New York, NY 10022<br>Telephone: (212) 813-4900 | Carlyle High Yield Partners 2008-1, Ltd.<br>Carlyle High Yield Partners VI, Ltd.<br>Carlyle High Yield Partners VII, Ltd.<br>Carlyle High Yield Partners VIII, Ltd.<br>Carlyle High Yield Partners IX, Ltd.<br>Carlyle High Yield Partners X, Ltd.<br>Carlyle Loan Investment, Ltd. |
| **Guggenheim Investment Management, LLC**<br>135 East 57th Street, 6th Floor<br>New York, NY 10022<br>Facsimile: (212) 644-8107 | Green Lane CLO Ltd.<br>Copper River CLO Ltd.<br>Sands Point Funding Ltd.<br>Kennecott Funding Ltd.<br>1888 Fund, Ltd.<br>Orpheus Funding LLC<br>Orpheus Holdings LLC<br>NZC Opportunities (Funding) II Limited<br>LFC2 Loan Funding LLC |

| Fund Manager(s) | Funds |
|---|---|
| **Highland Capital Management, LP**<br>**Nexbank Tower**<br>    13455 Noel Road, 8th Floor<br>    Dallas TX  75240<br>    Telephone:  (972) 628-4100<br>    Facsimile:  (972) 628-4147 | Aberdeen Loan Funding, Ltd.<br>Armstrong Loan Funding Ltd.<br>Brentwood CLO, Ltd.<br>Eastland CLO, Ltd.<br>Emerald Orchard Limited<br>Gleneagles CLO, Ltd.<br>Grayson CLO, Ltd.<br>Greenbriar CLO, Ltd.<br>Highland Credit Opportunities CDO, Ltd.<br>Highland Loan Funding V, Ltd.<br>Highland Offshore Partners, L.P.<br>Jasper CLO, Ltd.<br>Liberty CLO, Ltd.<br>Loan Funding IV LLC<br>Loan Funding VII LLC<br>Loan Star State Trust<br>Longhorn Credit Funding, LLC<br>Red River CLO, Ltd.<br>Rockwall CDO, Ltd.<br>Rockwall CDO II, Ltd.<br>Southfork CLO, Ltd.<br>Stratford CLO, Ltd.<br>Westchester CLO, Ltd. |