IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FONTAINEBLEAU LAS VEGAS | : | |
| HOLDINGS, LLC, *et al,* | : | Case No. 09-21481-BKC-ALC |
| | : | |
| Debtors. | : | |
| | : | |

**CROSS NOTICE OF TAKING RULE 7030 EXAMINATION*DUCES TECUM*
OF REPRESENTATIVE OF TERM LENDERS STEERING GROUP**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of the above captioned Debtors, hereby joins in the Notice of Taking Rule 7030 Examination Duces Tecum of Representative of Term Lenders Steering Group filed by the Contractor Claimants (D.E. 479) (the "Term Lenders Notice") and serves this Cross Notice of Taking Rule 7030 Examination Duces Tecum of Representative of Term Lenders Steering Group, which is currently scheduled to commence on September 14, 2009 at the office of Hennigan, Bennett & Dorman, LLP, 865 S. Figueroa Avenue, Suite 2900, Los Angeles, CA 90017 at 1:30 p.m. (PDT). The Committee adopts the document request set forth in the Term Lenders Notice except that all documents shall be delivered in advance of the deposition to the office of **Michael J. Viscount, Jr., Fox Rothschild LLP, Midtown Building, 4th Floor, 1301 Atlantic Avenue, Atlantic City, New Jersey 08401**.

The examination is being conducted pursuant to FRBP 7030 and Local Rule 7030-2, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Rule 7030 of the Federal Rules of Bankruptcy Procedure. Pursuant to Local Rule 7030-2, no order shall be necessary. The examination may continue from day to day

1

until completed.  If the examinee requires an interpreter, it is the examinee's responsibility to engage the employment of such interpreter to be present at the examination.

    The examination is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law.

               **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Co-Counsel for the Official Committee of Unsecured Creditors*
100 Southeast  2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310

 */s/ Glenn D. Moses*_____
Paul J. Battista, Esq.
Fla. Bar No.  884162
pbattista@gjb-law.com
Glenn D. Moses, Esq.
gmoses@gjb-law.com
Fla. Bar No. 174556

and

**FOX ROTHSCHILD, LLP**
*Co-Counsel for the Official Committee of Unsecured Creditors*
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401
Telephone: 609.348.4515
Facsimile: 609.348.6834

Michael Viscount, Esq. (*Pro Hac Vice*)
mviscount@foxrothschild.com

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served to all parties on the attached service list, via email and/or First-Class U.S. Mail, this 10th day of September, 2009.

        By: /s/ Glenn D. Moses
           Glenn D. Moses
           Fla. Bar No. 174556

3