UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.usgourts.gov

In re :                                              Chapter 11

FONTAINEBLEAU LAS VEGAS                              Case No. 09-21481-AJC
HOLDINGS, LLC, et al.,
            Debtors.
_____/                     (Jointly Administered)


MEMORANDUM IN SUPPORT OF ITS FILED MOTION TO COMPEL
DISCOVERY TO INCLUDE CONTRACTOR CLAIMANTS AND THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Term Lender Steering Group ("TLSG"), by and through its undersigned counsel, submits this *Memorandum in Support of its filed Motion to Compel Discovery to include Contractor Claimants and the Official Committee of Unsecured Creditors*, and in support submits that"

1.      After joining lock-step with the Debtor, the Contractors and the Committee, in demanding discovery from the TLSG and Jeffries on an expedited basis for which there was (i) no necessity in law or fact despite the protestations of the Debtor to the contrary, (ii) failure to comply with the rules established by this court in terms of timing, etc., and (iii) and being an active participant in what can only be considered as harassment under the circumstances of this unfortunate case for which the Committee has no meaningful role, both the Contractor Claimants and the Committee have announced that despite being noticed for depositions and document productions, they are refusing to either (i) produce any documents and (ii) produce any witnesses responsive to the notices.

{M2852156;1}

2. The driver for this entire exercise (in futility) is the insistence by the Debtor that it must go forward with a meaningless hearing on September 16, 2009 on the final use of cash collateral. As this Court has heard, the TLSG will not be making any further cash collateral available for the Debtor following the expiry of the present order on September 17, 2009. Despite this fact, the Debtor has noticed a hearing for September 16, 2009 on the final use of cash collateral.

3. Based upon the date chosen by the Debtor, and the apparent need for an evidentiary hearing on a non-existent pleading for the final use of cash collateral, the Contractor Claimants served a slew of discovery upon the TLSG, and the Committee has joined in with the Contractor Claimants and this has occasioned hearings before this Court as the TLSG has attempted in the highest and utmost good-faith to comply.

4. What is fair for the goose is fair for the gander and if there is some sort of evidentiary hearing on a non existent pleading to be undertaken on September 16, 2009, the TLSG needs to take its discovery to be prepared for such a hearing as well and as such, has issued discovery to both the Committee and the Contractor Claimants.

5. On Monday, September, 14, 2009, the TLSG filed its *Emergency Motion to Compel Responses to Term lender Steering Group's Discovery Request on an Expedited Basis* (D.E.#515) ("Emergency Motion"). The Emergency Motion has been set for hearing on Tuesday, September 15, 2009 at 3:15 p.m. The Emergency Motion was predicated upon the stated position of the Debtor that, *inter alia*, it will not continue the September 16, 2009 hearing and that the requests are outside the ambit of what is to be heard.

{M2852156;1}

6.      After notifying the Debtor, the Committee and the Contractor Claimants that hearing was scheduled for Tuesday, September 15, 2009 at 3:15 p.m., counsel for each of the Committee and the Contractor Claimants advised the TLSG that they had no intention of producing either witnesses or documents in compliance with the notices that were issued.

7.      As this Court will recall, it is the Contractor Claimants that have initiated this dispute by the issuance of substantial discovery on very short notice, and then vastly expanding the scope of the discovery sought, to prepare for the September 16, 2009 hearing. To announce baldly that they are not producing and witnesses or documents to allow the TLSG to be prepared to confront whatever issues may arise in this non-existent evidentiary hearing on September 16, 2009, is the height of folly. The Committee, as a party in interest in only the most literal sense of the word, has cleaved to the Debtor and the Contractor Claimants and likewise, their refusal to meet their discovery obligations is troublesome under the facts of this case.

8.      Either the Committee and the Contractor Claimants have documentary material and witnesses or they do not. If they do, they should produce them in compliance with the Notice. If they do not, or worse, if they are withholding them, they should be precluded from introducing any evidence or witnesses at any further proceedings in this case.

WHEREFORE, the Term Lender Steering Group requests that D.E.# 515 be extended to the Committee and the Contractor Claimants as well, and that each of the

Committee and the Contractor Claimants be compelled to faithfully and fully respond to the Notices which have been issued.

Dated:  September 14, 2009

Respectfully submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A).**

AKERMAN SENTERFITT
Michael I. Goldberg
James H. Fierberg
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By:     /s/ *James H. Fierberg*
        James H. Fierberg, Esq.
        Florida Bar No. 0050970

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Sidney P. Levinson
Joshua M. Mester
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Term Lender Steering Group

{M2852156;1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing, MEMORANDUM IN SUPPORT OF ITS FILED MOTION TO COMPEL DISCOVERY was served via electronic ECF notice to those parties receiving such notices and a true and correct copy of the foregoing via regular U.S. Mail delivery, postage prepaid, addressed to those parties listed on the attached Service List this 14th **day of September, 2009**.

/s/ *James H. Fierberg*

James H. Fierberg, Esq.

## Service List

AKFCF, Inc.
10432 North Lake Vista Circle
Davie, FL 33328

Noah G. Allison
3191 East Warm Springs Road
Longford Plaza East, Building 13
Las Vegas, NV 89120

Jean Marie L. Atamian
1675 Broadway
New York, NY 10019

Christopher R. Belmonte, Esq.
230 Park Avenue
New York, NY 10169

Jad I. Bergman
1633 Broadway
New York, NY 10019

Bradley Butwin
7 Times Square
New York, NY 10036

Jacqueline Calderin, Esq.
800 Brickell Avenue, Suite 902
Miami, FL 33131

Daniel Cantor
7 Times Square
New York, NY 10036

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Kelly M. Cooper
1301 Atlantic Avenue
Atlantic City, NY 08401

Jeff J. Friedman, Esq.
575 Madison Avenue
New York, NY 10022-2585

David M. Friedman
1633 Broadway
New York, NY 10019

Garces Restaurant Group LLC
c/o Robert W. Keeddie III< Esq.
502 Carnegie Center #103
Princeton, NJ 08540

Gregory E. Garman, Esq.
3960 Howard Hughes Parkway
9th Floor
Las Vegas, NV 89109

Phillip A. Geraci
425 Park Avenue
New York, NY 10022

Robert W. Glantz
321 North Clark Street, Suite 800
Chicago, IL 60654

HSH Nordbank AG, NY Branch
c/o Aaron Rubenstein, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman
1675 Broadway
New York, NY 10019

IKON Financial Services
1738 Bass Road
Post Office box 13708
Macon, GA 31208

Todd Kaplan
Citadel Derivates Group LLC
131 Dearborn Street
Chicago, IL 60603

Mark E. Kasowitz
1633 Broadway
New York, NY 10019

Jack J. Kessler
19950 AW Country Club Drive #101
Aventura, FL 33180

Jason I. Kirschner
1675 Broadway
New York, NY 10019

Joshua T. Klein
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Andrew A. Kress, Esquire
425 Park Avenue
New York, NY 10022

Kutzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Arthur S. Linker
575 Madison Avenue
New York, NY 10022-2585

Kyle Mathews
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Josefina Fernandez McEvoy
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506

Sharon Merrill
Adorno & Yoss
330 East Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301

Jennifer R. Lloyd-Robinson
6750 Via Austi Parkway, Suite 170
Las Vegas, NV 89119

Alan H. Martin
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626

Joshua M. Mester
865 South Figueroa Avenue
Los Angeles, CA 90017

Seth A. Moskowitz
1633 Broadway
New York, NY 10019

Barry E. Mukamal
1 S.E. 3rd Avenue, 9th Floor
Miami, FL 33131

Matthew D. Novello
3201 University Drive #100
Auburn Hills, MI 48326

Anthony L. Paccione
575 Madison Avenue
New York, NY 10022-2585

Matthew D. Parrott
575 Madison Avenue
New York, NY 10022-2585

Bryan J. Pezzillo
6750 Via Austi Parkway Suite 170
Las Vegas, NV 89119

Thomas C. Rice
425 Lexington Avenue
New York, NY 10017

Jonathan Rosenberg
7 Times Square
New York, NY 10036

Alan Rubin
100 Second Street, 34th Floor
Miami, FL 33131

Aaron Rubenstein
425 Park Avenue
New York, NY 10022

Justin S. Stern
425 Lexington Avenue
New York, NY 10017

William Sushon
7 Times Square
New York, NY 10036

Kesha Tanabe
90 South Seventh Street
3300 Wells Fargo Center
Minneapolis, MN 55402

Charles Tatelbaum
Adorno & Yoss
350 East Las Olas Blvd., 17th Floor
Ft. Lauderdale, FL 33301

Michael J. Viscount
1301 Atlantic Avenue
Atlantic City, NJ 08401-7212

Clark T. Whitmore, Esquire
90 South 7th Street, Suite 3300
Minneapolis, MN 55402

Donald H. Williams
612 South 10th Street
Las Vegas, NV 89101

Eric D. Winston
865 South Figueroa Street, 10th Fl.
Los Angeles, CA 90017

David J. Woll
425 Lexington Avenue
New York, NY 10017