**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| In re: FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, *et al*,[1] Debtors. | Chapter 11 Case No. 09-21481-BKC-ALC |
|---|---|

**MOTION FOR PROTECTIVE ORDER WITH RESPECT TO NOTICE OF 30(B)(6) DEPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR PRODUCTION OF DOCUMENTS DUCES TECUM**

The Official Committee of Unsecured Creditors (the "Committee") hereby moves for a protective order with respect to the Notice of 30(b)(6) Deposition of the Official Committee of Unsecured Creditors and Request for Production of Documents Duces Tecum (the "Deposition Notice") served by the Term Lender Steering Group (the "Steering Group"). In support thereof, the Committee states as follows:

1. On September 3, 2009, the Debtors filed a Notice of Final Hearing (the "Notice") (D.E. 478), indicating that a final hearing would be held on September 10, 2009 with respect to the entry of a Final Order on the Debtors' use of cash collateral pursuant to prior interim orders entered by the Court (the "Final Cash Collateral Hearing"). The Final Cash Collateral Hearing was continued to September 16, 2009.

2. In connection therewith, the group commonly referred to as the Contractor Claimants served discovery requests upon the Steering Group and their financial advisor, which discovery requests were cross-noticed by the Committee. The discovery sought information

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp., [7822]. The Debtors' current mailing address is: 19950 West County Club Drive, Aventura, Florida 33180.

relating to, among other things, the liens and panoply of rights proposed to be granted to the Steering Group in connection with the Final Cash Collateral Order.

3.      In response, on September 10, 2009, the Steering Group served the Deposition Notice requesting (on 5 days' notice) the deposition of one or more members of the Committee and the production of documents on September 15, 2009 purportedly relating to the Notice and the Final Cash Collateral Hearing, the Debtors' efforts to obtain DIP financing, the Completion Guaranty Proceeds Account or the proposed releases of any claims or disposition of assets. A copy of the Deposition Notice is attached as Exhibit "A".

4.      Pursuant to the Deposition Notice, the Steering Group sought discovery from the Committee "in connection with the Notice of Final Hearing filed by the Debtors on September 3, 2009".

5.      On September 14, 2009, the Debtors filed an Emergency Motion for Interim and Final Orders (I) Authorizing use of Previously Authorized Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code; and (III) Scheduling Final Hearing (the "Interim Cash Collateral Motion") (D.E. 528). A hearing on the Interim Cash Collateral Motion has been scheduled for September 16, 2009.

6.      Pursuant to the Interim Cash Collateral Motion, the Debtors are seeking the use of approximately $3 million of previously approved yet unused cash through October 5, 2009, in order to pursue and continue negotiations for debtor-in-possession financing and a possible sale transaction. As a result of the Interim Cash Collateral Motion, the Debtors apparently are not seeking the entry of a Final Order on the use of cash collateral.

7. Because the Steering Group sought discovery from the Committee in connection with the Notice, and because the Final Cash Collateral Hearing is apparently not going forward, the Deposition Notice and the discovery sought therein is moot.

8. Moreover, as represented to the Steering Group, the Committee members do not have knowledge of the information requested in the Deposition Notice independent of what has been communicated to them by counsel. As such, discovery of the topics requested by the Steering Group would be covered by the attorney-client privilege.

9. The Deposition Notice also violates Local Rule 7030-2, which requires at least 10 business days' notice of an out of state witness deposition (no Committee member resides in Florida, even though the deposition was scheduled to take place in Fort Lauderdale). The Steering Group did not seek an order shortening time with respect to the Deposition Notice.

10. Lastly, the discovery sought upon the Committee is harassment at best. The Steering Group considers the Committee to be an irrelevant party in this case[2] and has refused to authorize the use of a single penny of its cash collateral for the Committee and its professionals, but would have the Committee expend significant resources responding to discovery that is either protected by privilege or otherwise available from other sources. The Steering Committee knows that it cannot obtain any useful or relevant information from the Committee but nevertheless has continued in its campaign to hijack this case for its sole benefit.

11. Pursuant to Local Rules 7026-1 and 7027-1, undersigned counsel certifies that he conferred with counsel to the Steering Group in a good faith effort to resolve the issues raised in the Deposition Notice but was unable to reach an agreement as of the filing of this motion.

[2] The Steering Group recently stated in pleadings that "the Committee has no meaningful role" in this case and that the Committee is "a party in interest only in the most literal sense of the word". *See* D.E. 523.

WHEREFORE, the Committee requests the entry of a protective order with respect to the Deposition Notice and for such other relief the Court deems appropriate.

Dated: September 15, 2009

Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Co-Counsel for the Official Committee of Unsecured Creditors*
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 1.305.349.2300
Facsimile: 1.305.349.2310

*/s/ Paul J. Battista*______________
Paul J. Battista, Esq.
Fla. Bar No. 884162
pbattista@gjb-law.com
Glenn D. Moses, Esq.
gmoses@gjb-law.com
Fla. Bar No. 174556

and

**FOX ROTHSCHILD, LLP**
*Co-Counsel for the Official Committee of Unsecured Creditors*
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401
Telephone: 1.609.348.4515
Facsimile: 1.609.348.6834
Michael Viscount, Esq. (*Pro Hac Vice*)
mviscount@foxrothschild.com
Joshua T. Klein, Esq. (*Pro Hac Vice*)
jklein@foxrothschild.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties as indicated on the attached service list on this 15th day of September, 2009.

/s/ Glenn D. Moses
Glenn D. Moses, Esq.

**Master Service List**
**Served via**

| PARTY / FUNCTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DOCKET # | LIST | SERVICE METHOD | DATE ADDED/MODIFIED | SERVICE NOTES | No Hard Copy Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Swap Creditors | Barclays Capital | | 5 The North Colonnade | Canary Wharf | London | UK | E14 4BB | GREAT BRITAIN | | | | | MSL | | | | |
| Swap Creditors | RBS The Royal Bank of Scotland | Global Banking & Markets | 280 Bishopsgate | | London | UK | EC2M 4RB | GREAT BRITAIN | | | | | MSL | | June 26, 2009 | Removed from Email service | |
| Swap Creditors | The Royal Bank of Scotland PLC | | 36 St Andrew Sq | | Edinburgh | UK | EH2 2YB | GREAT BRITAIN | | | | | MSL | | | | |
| Counsel to Johnson Controls Inc | Adorno & Yoss LLP | Charles M Tatelbaum | 350 E Las Olas Blvd Ste 1700 | | Ft Lauderdale | FL | 33301 | | 954-766-7820 | 866-621-4195 | ctatelbaum@adorno.com | DN 276 | Core/2002 | | July 15, 2009 | | |
| Counsel to Term Lender Steering Group | Akerman Senterfitt | James Fierberg | One SE Third Ave 25th Fl | | Miami | FL | 33131-1714 | | 305-374-5600 | 305-374-5095 | james.fierberg@akerman.com | DN 46 | Core/2002 | | | ECF | x |
| Counsel for the Steering Committee of the Term Loan Facility | Akerman Senterfitt | Michael Goldberg | Las Olas Centre II | 350 East Las Olas Boulevard Ste 1600 | Ft Lauderdale | FL | 33301-2229 | | 954.468.2444 | 954.463.2224 | michael.goldberg@akerman.com | DN 47 | MSL | | | ECF | x |
| Counsel to Apollo Investment Fund VII, LP | Akin Gump Strauss Hauer & Feld LLP | Steven M Pesner | One Bryant St | | New York | NY | 10036 | | 212-872-1070 | 212-872-1002 | spesner@akingump.com | DN 178 | Core/2002 | | June 26, 2009 | | |
| Swap Creditors | Bank of America NA | Swaps Operations | 233 S Wacker Dr Ste 2800 | | Chicago | IL | 60606 | | 312-234-2732 | 866-255-1444 | adrienne.l.nead@bankofamerica.com | | MSL | | | | |
| Swap Creditors | Barclays Capital | General Counsel | 200 Park Avenue | | New York | NY | 10166 | | 212-412-4000 | 212-412-7519 | rachel.simons@barclayscapital.com | | | | | | |
| Counsel to Aurelius Capital Management LP | Bast Amron LLP | Brett M Amron | SunTrust International Ctr | One SE Third Ave Ste 1440 | Miami | FL | 33131 | | 305-379-7904 | 305-379-7905 | bamron@bastamron.com | DN 332 | Core/2002 | | July 25, 2009 | | |
| Counsel to Thyssenkrupp Safway Inc | Behar Gutt & Glazer PA | Brian S Behar | 2999 NE 191st St Fifth Fl | | Aventura | FL | 33180 | | 305-931-3771 | 305-931-3774 | bsb@bgglaw.com | DN 341 | Core/2002 | | July 29, 2009 | | |
| Counsel for Turnberry West Construction, Inc. | Berger Singerman | Paul Singerman | 200 South Biscayne Boulevard Suite 1000 | | Miami | FL | 33131 | | 305-755-9500 | 305-714-4340 | singerman@bergersingerman.com | DN 39 | MSL | | | ECF | x |
| Counsel for Turnberry West Construction, Inc. | Berger Singerman | James D Gassenheimer | 200 South Biscayne Boulevard Suite 1000 | | Miami | FL | 33131 | | 305-755-9500 | 305-714-4340 | jgassenheimer@bergersingerman.com | DN 201 | Core/2002 | | June 29, 2009 | | |
| Counsel to the Debtors | Bilzin Sumberg Baena Price & Axelrod LLP | Jason Jones & Jay M Sakalo | 200 South Biscayne Boulevard Suite 2500 | | Miami | FL | 33131-5340 | | 305-375-6160 | 305-351-2227 | jjones@bilzin.com; jsakalo@bilzin.com | | MSL | | | | x |
| Member of Creditors Committee | Decca Hospitality | c o Nick Hart President & CEO | 3525 Piedmont Rd | Building 7 Ste 205 | Atlanta | GA | 30305 | | 404-262-4330 | 404-262-4399 | nhart@deccahospitality.com | 97 | MSL | | | | |
| Swap Creditors | Deutsche Bank AG New York | | 60 Wall St | | New York | NY | 10005 | | | | david.greenberg@db.com<br>rodney.chong@db.com | | MSL | | | | |
| Counsel to Safe Electronics Inc, Warner Enterprises Inc, dba Sun Valley Electric supply Company, Bombard Electric LLC, Bombard Mechanical LLC, Desert Fire Protection Company, a Nevada Limited Partnership, Powell Cabinet and Fixture co, Austin General Contracting Inc, and Absocold Corporation, dba Econ Appliance | Ehrenstein Charbonneau Calderin | Robert P Charbonneau | 800 Brickell Ave Ste 902 | | Miami | FL | 33131 | | 305-722-2002 | 305-722-2001 | rpc@ecclegal.com | DN 64 | Core/2002 | | June 15, 2009 | ECF | x |
| Debtor | Fontainebleau Las Vegas Holdings LLC et al | c o Howard Karawan | 19950 W Country Club Drive | | Aventura | FL | 33180 | | | | | | MSL | | | | x |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Michael J Viscount Jr | Midtown Bldg Ste 400 | 1301 Atlantic Ave | Atlantic City | NJ | 08401-7212 | | 609-572-2227 | 609-348-6834 | mviscount@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Josefina Fernandez McEvoy | 1800 Century Park E Ste 300 | | Los Angeles | CA | 90067-1506 | | 310-598-4185 | 310-556-9828 | jfmcevoy@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Joshua T Klein | 2000 Market St 10th Fl | | Philadelphia | PA | 19103-3291 | | 215-299-2723 | 215-299-2150 | jklein@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to MB Financial Bank NA | Furr and Cohen PA | Alvin S Goldstein and Robert C Furr | 2255 Glades Rd Ste 337W | | Boca Raton | FL | 33431 | | 561-395-0500 | 561-338-7532 | agoldstein@furrcohen.com | DN 193 | Core/2002 | | June 26, 2009 | notice name added June 30, 2009 | |
| Counsel to the Creditors Committee | Genovese Joblove & Battista PA | Attn Paul J Battista | Bank of America Tower at Int Pl | 100 SE Second St 44th Fl | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | pbattista@gjb-law.com<br>gmoses@gjb-law.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to D'Alessio Contracting Inc and Waco Scaffolding & Equipment | Gibbs Giden Locher Turner & Senet LLP | Becky A Pintar Esq | 3993 Howard Hughes Pkwy Ste 530 | | Las Vegas | NV | 89169 | | 702-836-9800 | | | DN 363 | Core/2002 | | 7/31/2009 | | |
| Swap Creditors | GMI Counsel | Swaps Legal | Merrill Lynch World Headquarters | 4 World Financial Center 18th Fl | New York | NY | 10080 | | | 212-449-6993 | | | | | | | |
| Counsel to Mechanics' and Materialsmens' lienholders incorporated, the "M&M Lienholders" | Gordon Silver | Thomas H Fell Gregory E Garman | 3960 Howard Hughes Pkwy 9th Fl | | Las Vegas | NV | 89169 | | 702-796-5555 | 702-369-2666 | | DN 152 | Core/2002 | | June 23, 2009 | | |
| Counsel to Barclays Bank PLC, Deutsche Bank Trust Company Americas, JPMorgan Chase Bank NA, and Royal Bank of Scotland PLC | Greenberg Traurig PA | Mark Bloom | 1221 Brickell Ave | | Miami | FL | 33131 | | 305-579-0500 | 305-579-0717 | bloomm@gtlaw.com | DN 59 | Core/2002 | | June 15, 2009 | ECF | x |
| Counsel for the Steering Committee of the Term Loan Facility | Hennigan Bennett & Dorman LLP | Bruce Bennett | 865 South Figueroa Street | Ste 2900 | Los Angeles | CA | 90017 | | 213-694-1012 | 213-694-1234 | BennettB@hbdlawyers.com<br>levinsons@hbdlawyers.com | | MSL | | June 30, 2009 | updated email via DN 52 | |
| Counsel to Johnson Controls Inc | Holland & Hart LLP | Phil Dabney & Lars K Evensen | 3800 Howard Hughes Pkwy 10th Fl | | Las Vegas | NV | 89169 | | 702-669-4600 | 702-669-4650 | PJDabney@hollandhart.com<br>LKEvensen@hollandhart.com | DN 276 | Core/2002 | | July 15, 2009 | | |
| Counsel to the Administrative Agent to the Debtors' prepetition term loan facility | Hunton & Williams | Craig Rasile | 1111 Brickell Avenue Suite 2500 | | Miami | FL | 33131 | | 305-810-2579 | 305-810-2460 | crasile@hunton.com | | MSL | | | ECF | x |
| Counsel to Bank of America NA | Hunton & Williams LLP | Craig V Rasile & Kevin M Eckhardt | 1111 Brickell Avenue Suite 2500 | | Miami | FL | 33131 | | 305-810-2500 | 305-810-1669 | crasile@hunton.com<br>keckhardt@hunton.com | DN 38 | Core/2002 | | | | |
| Counsel for IKON Financial Services | IKON Financial Services | Bankruptcy Administration | 1738 Bass Road | PO Box 13708 | Macon | GA | 31208-3708 | | 800-480-6513 | | | DN 241 | Core/2002 | | July 7, 2009 | | |
| IKON Office Solutions | IKON Office Solutions | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 | | | | | POC 80 | Core/2002 | | 7/31/2009 | added to MSL per kwc | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd Mail Drop N781 | | Philadelphia | PA | 19255 | | 800-913-9358 | 215-516-2015 | | | MSL | | | | |
| Counsel to the Indenture Trustee to the Debtors' 10.25% Second Mortgage Notes | Jones Day | Stacey N Lefont | 222 East 41st Street | | New York | NY | 10017-6702 | | 212.326.3745 | 212.755.7306 | slefont@jonesday.com | | MSL | | | | |
| Counsel to the Bank of Scotland plc | Katten Muchin Rosenman LLP | Kenneth E Noble & Camille G Fesche | 575 Madison Ave | | New York | NY | 10022-2585 | | 212-940-6419 | 212-894-5653 | Kenneth.Noble@kattenlaw.com<br>Camille.Fesche@kattenlaw.com | DN 58 | Core/2002 | | June 15, 2009 | | |
| Member of Creditors Committee | Kelley II LLC d b a Kelley Technologies | c o Brooks Pickering President & CEO | 5625 Arville Street Unit D | | Las Vegas | NV | 89118 | | 702-889-8777 | 702-889-8237 | Mroberts@kelleytechnologies.com | 97 | MSL | | | | |
| Counsel to Apollo Investment Fund VII, LP | Kozyak Tropin & Throckmorton PA | John W Kozyak David L Rosendorf | 2525 Ponce de Leon 9th Fl | | Coral Gables | FL | 33134 | | 305-372-1800 | 305-372-3508 | jk@kttlaw.com<br>dlr@kttlaw.com | DN 178 | Core/2002 | | June 26, 2009 | | |
| Counsel to US Bank National Association | Malson Edelman Borman & Brand LLP | c o Clark T Whitmore | 3300 Wells Fargo Center | 90 S Seventh St | Minneapolis | MN | 55402 | | 612-672-8335 | 612-642-8335 | clark.whitmore@malson.com | DN 198 | MSL | | June 26, 2009 | | |
| Counsel to Aderholt Specialty Company Inc | Markowitz Davis Ringel & Trusty PA | Ross R Hartog | 9130 So Dadeland Blvd Ste 1225 | | Miami | FL | 33156-7849 | | 305-670-5000 | 305-670-5011 | rhartog@mdrtkaw.com | DN 176 | Core/2002 | | June 24, 2009 | | |
| Counsel to JPRA Architects; Tracy & Ryder Landscape, Inc.; Quality Cabinet & Fixture Company; Zetian Systems, Inc.; Z Glass, Inc.; Derr and Gruenwald Construction Co.; Graybar Electric Company, Inc.; and Water FX LLC | May Meacham & Davell PA | Robert C Meacham | One Financial Plz Ste 2602 | | Ft Lauderdale | FL | 33394 | | 954-763-6006 | | | DN 158 | Core/2002 | | June 23, 2009/ Modified Jul | ECF | x |
| Counsel to Sumitomo Mitsui Banking Corporation | Mayer Brown LLP | Jean Marie L Atamian & Jason I Kirschner | 1675 Broadway | | New York | NY | 10019 | | 212-506-2500 | 212-262-1910 | jatamian@mayerbrown.com | DN 74 | Core/2002 | | June 16, 2009 | | |
| Counsel for Southwest Gas Corporation | McDonald Carano Wilson LLP | Kaaran E Thomas | PO Box 2670 | | Reno | NV | 89505 | | 775-788-2000 | 775-788-2020 | kthomas@mcdonaldcarano.com | DN 244 | Core/2002 | | July 7, 2009 | | |
| Swap Creditors | Merrill Lynch World Headquarters | Swap Group | 4 World Financial Center 18th Fl | | New York | NY | 10080 | | 212-449-2467 | 917-778-0836 | stanley_boralsky@ml.com | | | | | | |
| Member of Creditors Committee | Mini Bar North America Inc | c o Anthony Joseph Torano President & CEO | 7430 Westmore Rd | | Rockville | MD | 20850 | | 301-354-5051 | 301-309-1115 | tony.torano@minibarna.com | 97 | MSL | | | | |
| Counsel to Colasanti Specialty Services Inc | Paul Joseph McMahon PA | Paul J McMahon | The Wiseheart Bldg | 2840 SW Third Ave | Miami | FL | 33129 | | 305-285-1222 | 305-858-4864 | pjm@pjmlawmiami.com | DN 315 | Core/2002 | | July 23, 2009 | | |
| Member of Creditors Committee | Paul Steelman Design Group | c o Matt Mahaney General Counsel | 3330 West Desert Inn Rd | | Las Vegas | NV | 89102 | | 702-873-0221 | 702-367-0724 | matt.mahaney@steelmanpartners.com | 97 | MSL | | | | |
| Counsel for Colasanti Specialty Services Inc | Peckar & Abramson | 401 E Las Olas Blvd Ste 1600 | | | Ft Lauderdale | FL | 33131 | | 954-764-5222 | 954-764-5228 | rrodriguez@pecklaw.com | DN 311 | Core/2002 | | July 23, 2009 | | |
| Counsel to HSH Nordbank AG, New York Branch | Rice Pugatch Robinson & Schiller PA | Arthur Halsey Rice | 101 Northeast Third Ave Ste 1800 | | Ft Lauderdale | FL | 33301 | | 305-379-3121 | 954-462-4300 | | DN 131 | Core/2002 | | June 23, 2009 | ECF | x |
| Counsel for Moody's Investors Service | Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Pamela A Bosswick | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | DN 379 | Core/2002 | | August 5, 2009 | | |
| SEC | Securities & Exchange Commission | David Nelson Regional Director | Miami Regional Office | 801 Brickell Ave Suite 1800 | Miami | FL | 33131 | | | | | | MSL | | | | |
| Counsel to Bank of America NA | Sheppard Mullin Richter & Hampton LLP | Alan H Martin | 650 Town Ctr Dr 4th Fl | | Costa Mesa | CA | 92626 | | 714-513-5100 | 714-513-5130 | Amartin@sheppardmullin.com<br>eric.t.seike@bankofamerica.com | DN 53 | Core/2002 | | updated June 24, 2009 | | x |
| Counsel to Bank of America NA | Sheppard Mullin Richter & Hampton LLP | Kyle Mathews | 333 South Hope Street | 48th Fl | Los Angeles | CA | 90071-1448 | | 213-620-1780 | 213-620-1398 | KMathews@sheppardmullin.com | DN 53 | Core/2002 | | updated June 24, 2009 | | x |
| Counsel to the Administrative Agent to the Debtors' prepetition term loan facility | Sheppard Mullin Richter & Hampton LLP | William M Scott IV | 333 South Hope Street | 48th Fl | Los Angeles | CA | 90071 | | 213-617-4276 | 213-620-1398 | bscott@sheppardmullin.com | | MSL | | updated June 24, 2009 | | x |
| Counsel to Mechanics' and Materialsmens' lienholders incorporated, the "M&M Lienholders" | Shraiberg Ferrara & Landau PA | Philip J Landau | 2385 NW Executive Ctr Dr No 300 | | Boca Raton | FL | 33431 | | 561-443-0802 | 561-998-0047 | plandau@sfl-pa.com | DN 132 | Core/2002 | | June 23, 2009 | ECF | x |
| Counsel to Sumitomo Mitsui Banking Corporation | Shutts & Bowen LLP | Robert Fracasso | 201 S Biscayne Blvd | 1500 Miami Center | Miami | FL | 33131 | | 305-379-9102 | 305-347-7802 | rfracasso@schutts.com | DN 74 | Core/2002 | | June 16, 2009 | ECF | x |
| Counsel to Barclays Bank PLC, Deutsche Bank Trust Company Americas, JPMorgan Chase Bank NA, and Royal Bank of Scotland PLC | Simpson Thacher & Bartlett LLP | Thomas C Rice David J Woll Sandeep Qusba | 425 Lexington Ave | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | trice@stblaw.com<br>dwoll@stblaw.com<br>squsba@stblaw.com<br>jstern@stblaw.com<br>tsanders@stblaw.com | DN 60 | Core/2002 | | June 15, 2009 | | |
| Counsel for US Bank NA | Squire Sanders & Dempsey LLP | Tina M Talarchyk | 1900 Phillips Point W | 777 S Flagler Dr | West Palm Beach | FL | 33401-6198 | | 561-650-7261 | 561-655-1509 | ttalarchyk@ssd.com | DN 262 | Core/2002 | | July 13, 2009 | | |
| Florida Department of Revenue | State of Florida Dept of Revenue | Bankruptcy Section | Joel S Knee Assistant General Counsel | 6565 Taft Street Ste 400 | Hollywood | FL | 33024-4044 | | 954-967-1080 | 954-967-1084 | kneej@dor.state.fl.us | | MSL | | | | |
| Florida Department of Revenue | State of Florida Dept of Revenue | Bankruptcy Section | PO Box 6668 | | Tallahassee | FL | 32314-6668 | | | | | | MSL | | | | |
| Counsel to Bank of Scotland plc | Stearns Weaver Miller Weissler Alhadeff & Sitterson PA | Harold D Moorefield Jr | Museum Tower Ste 2200 | 150 W Flagler St | Miami | FL | 33130 | | 305-789-3467 | 305-789-2624 | hmoorefield@swmwas.com | DN 65 | Core/2002 | | June 16, 2009 | ECF | x |
| Counsel to Garces Restaurant Group LLC | Taylor Colicchio & Silverman LLP | c o Robert W Keddie III | 502 Carnegie Ctr Ste 103 | | Princeton | NJ | 08540 | | | 609-987-0070 | | DN 350 | Core/2002 | | July 30, 2009 | | |
| United States Trustee | United States Trustee | Donald F Walton | 51 SW First Ave Rm 1204 | | Miami | FL | 33130 | | 305-536-7285 | 305-536-7360 | | | MSL | | | | |
| Counsel for Fisk Electric Company | Weiss Serota Helfman Pastoriza Cole & Boniske PL | 2525 Ponce de Leon Blvd Ste 700 | | | Coral Gables | FL | 33134 | | 305-854-0800 | 305-854-2323 | | DN 307 | Core/2002 | | July 23, 2009 | | |
| Indenture Trustee to the Debtors' 10.25% Second Mortgage Notes / Member of Creditors Committee | Wells Fargo Bank as Indenture Trustee | c o Thomas Korsman Vice President | MAC 9311-110 | 625 Marquette Avenue | Minneapolis | MN | 55479 | | 612-446-5890 | 612-667-9825 | thomas.m.korsman@wellsfargo.com | | MSL | | | | |
| Counsel to Minibar Systems and Minibar NA Inc | Whiteford Taylor Preston LLP | Thomas J Francella Jr | 1220 N Market St Ste 608 | | Wilmington | DE | 19801-2535 | | 302-353-4144 | 302-661-7950 | tfrancella@wtplaw.com | DN 177 | Core/2002 | | June 24, 2009 | | |
| Counsel for Cemex Construction Materials Florida LLC | WinderWeedle Haines Ward & Woodman PA | 390 N Orange Ave Ste 1500 | PO Box 1391 | | Orlando | FL | 32802-1391 | | 407-423-4246 | 407-423-7014 | | DN 291 | Core/2002 | | July 23, 2009 | | |
| Counsel to Fidelity National Title Insurance Company, Lawyers Title Insurance Corporation, Commonwealth Land Title Insurance Company, Transnation Tilte Insurance Company, and First American Title Company | Tew Cardenas LLP | David M Levine | Four Seasons Tower | 1441 Brickell Ave 15th Fl | Miami | FL | 33131 | | 305-536-1112 | 305-536-1116 | dml@tewlaw.com | DN 405 | Core/2002 | | August 17, 2009 | | |
| Counsel for Southern Nevada Painters Trust Funds and Southern Nevada Glaziers Trust Funds | Christensen James & Martin | Kevin B Christensen Sara D Cope | 7440 W Sahara Ave | | Las Vegas | NV | 89117 | | 702-255-1718 | 702-255-0871 | Kbchrislaw@aol.com<br>Saradcope@gmail.com | DN 446 and 447 | Core/2002 | | August 26, 2009 | | |
| Counsel for Young Electric Sign Company (YESCO) | Shea & Carlyon Ltd | Candace C Carlyon Shlomo S Sherman | 701 Bridger Ave Ste 850 | | Las Vegas | NV | 89101 | | 702-471-7432 | 702-471-7435 | ccarlyon@sheacarlyon.com<br>ssherman@sheacarlyon.com | DN 351 | Core/2002 | | August 27, 2009 | | |
| Attorneys for Insulpro Projects, Inc. | Dobberstein & Associates | Eric Dobberstein | 8965 S Eastern Ave Ste 280 | | Las Vegas | NV | 89123 | | 702-382-4002 | | eric@edautolaw.com<br>lancew@edautolaw.com | DN 455 | Core/2002 | | August 31, 2009 | | |
| Counsel to Ahern rentals Inc; QED Inc and superior Tile & Marble, Inc | Ahern QED and STMI | c o Dixon Truman Fisher & Clifford | Attn Robin E Perkins | 221 N Buffalo Dr Ste A | Las Vegas | NV | 89145 | | | | rperkins@dixontruman.com | DN 466 | Core/2002 | | September 3, 2009 | | |
| Counsel for Mechanical Systems West Inc | Gamberg & Abrams | Jay M Gamberg | 4000 Hollywood Blvd Ste 350 N | | Hollywood | FL | 33021 | | 954-981-4411 | 954-966-6259 | | DN 463 | Core/2002 | | September 1, 2009 | | |
| Counsel for Republic Tower & Hoist LLC; Republic Crane Service LLC and American Crane & Hoist LLC | Slatkin & Reynolds PA | Robert F Reynolds | One E Broward Blvd Ste 609 | | Ft Lauderdale | FL | 33301 | | 954-745-5880 | 954-745-5890 | jslatkin@slatkinreynolds.com<br>rreynolds@slatkinreynolds.com | DN 505 | Core/2002 | | | | |

# **EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.usgourts.gov

In re:

FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC. ET AL.,

Debtors.
_____________________________/

Chapter 11

Case No. 09-21481-AJC

(Jointly Administered)

**NOTICE OF 30(b)(6) DEPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR PRODUCTION OF DOCUMENTS *DUCES TECUM***

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as made applicable by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7030-2, the Term Lender Steering Group (the "Term Lender Steering Group") will take the deposition upon oral examination of the Official Committee of Unsecured Creditors (the "Creditors Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

Pursuant to Rule 30(b)(6), the Creditors Committee is requested to designate one or more members, or other persons who consent to testify on its behalf as to information known or reasonably available to the Creditors Committee in regard to each of the matters set forth in Exhibit A hereto.

This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, in connection with the Notice of Final Hearing filed by the Debtors on September 3, 2009 [Docket No. 478].

The deposition will take place before a notary public or other person authorized to administer oaths at the offices of Akerman Senterfitt, Las Olas Centre II, Suite 1600, 350 East Las Olas Boulevard, Fort Lauderdale, FL 33301, beginning on September 15, 2009, at 5:00 p.m., prevailing Eastern time, and continuing until completed.

The Term Lender Steering Group intends to cause the deposition to be recorded stenographically by a licensed court reporter, who shall be available at the scheduled time and place. You are invited to attend and participate in the manner provided for under the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 7026, 7030 and 7034 of the Federal Rules of Bankruptcy Procedure, the Term Lender Steering Group hereby requests that the Creditors Committee produce the originals or copies of the documents listed on Exhibit B for inspection and copying on or before September 15, 2009, at 1:30 p.m., prevailing Eastern Time, at the offices of Akerman Senterfitt, Las Olas Centre II, Suite 1600, 350 East Las Olas Boulevard, Fort Lauderdale, FL 33301

**DEFINITIONS**

The terms used herein and in Exhibits A and B shall have the meanings ascribed to them in the definitions set forth below:

A. “All” and “each” shall be construed as “all and each.”

B. “And” and “or” shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

C. “Bankruptcy Code” means Title 11 of the United States Code.

D.      "Bankruptcy Court" means the United States Bankruptcy Court for the Southern District of Florida, Miami Division.

E.      "Cash Collateral" shall have the meaning ascribed to it in Section 363(a) of the Bankruptcy Code.

F.      "Chapter 11 Cases" means the cases commenced by the Debtors under the Bankruptcy Code and jointly administered under Case No. 09-21481-AJC.

G.      "Communication" means any transfer of information, oral or written, be it in the form of facts, ideas, inquiries, opinions or otherwise, by any means, at any time or place, under any circumstances, and is not limited to transfers between persons, but includes other transfers, such as records and memoranda to the file.

H.      "Completion Guaranty Proceeds Account" shall have the meaning ascribed to it in Exhibit A to the Disbursement Agreement.

I.      "Concerning" means referring to, relating to, describing, identifying, summarizing, documenting, recording, constituting, discussing or quantifying the matter in question.

J.      "Contractor Claimants" means Desert Fire Protection, a Nevada Limited Partnership, Bombard Mechanical, LLC, Bombard Electric, LLC, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co., Absocold Corporation, Austin General Contracting, and Powell Cabinet and Fixture Co., Safe Electronics, Inc., and their directors, officers, agents, employees, representatives, managing agents, accountants, attorneys, investigators or affiliates, and any agent, employee or representative of any of the foregoing.

K.      "Creditors Committee" means the Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases and its members and their directors, officers, agents,

employees, representatives, managing agents, accountants, attorneys, investigators or affiliates, and any agent, employee or representative of any of the foregoing.

L. "Debtors" means Fontainebleau Las Vegas Holdings, LLC., Fontainebleau Las Vegas, LLC, and Fontainebleau Las Vegas Capital, Inc., and their directors, officers, agents, employees, representatives, managing agents, accountants, attorneys, investigators or affiliates, and any agent, employee or representative of any of the foregoing.

M. "Debtors' Affiliates" means any affiliate of the Debtors as such term is defined in Section 101(2) of the Bankruptcy Code and includes, without limitation, Turnberry Residential Limited Partner, LP, Turnberry West Construction, Inc., Fontainebleu Resorts, LLC, Jeffrey Soffer and their directors, officers, agents, employees, representatives, managing agents, accountants, attorneys, investigators or affiliates, and any agent, employee or representative of any of the foregoing.

N. "DIP Financing" means any debt proposed to be obtained under Section 364 of the Bankruptcy Code.

O. "Disbursement Agreement" means that certain Master Disbursement Agreement among Fontainebleau Las Vegas Holdings, LLC., Fontainebleau Las Vegas Capital Corp., Fontainebleau Las Vegas Retail, LLC, Fontainebleau Las Vegas, LLC, Fontainebleau Las Vegas II, LLC, Bank of America, N.A., as the Bank Agent, Wells Fargo Bank, N.A., as the Trustee, Lehman Brothers Holdings Inc., as the Retail Agent and Bank of America, N.A. as the Disbursement Agent, dated as of June 6, 2007.

P. "Document" includes any written (hand-written, typed or printed), electronic (including, but not limited to, emails, word processing documents, spreadsheets or presentations) or recorded (including, but not limited to, photographs, audiotapes or videotapes) material,

including, but not limited to, letters, reports, memoranda, term sheets, commitment letters, pitch

books, offering circulars, financial statements, appointment books, calendars, journals,

appraisals, contracts, account statements, charts, minutes, notations, notes, opinions, papers,

pictures, projections, telephone records or things similar to any of the foregoing however

denominated and is intended to have the broadest possible meaning under the Federal Rules of

Civil Procedure and includes, without limitation, any writings, drawings, graphs, charts,

photographs, electronic, recorded, digitally encoded, graphic, and/or other data compilations

from which information can be obtained, translated if necessary, by the respondent through

detection devices into reasonably usable form, or other information, including originals,

translations and drafts thereof and all copies bearing notations and marks not found on the

original.

      Q.     "Identify" means to identify, establish, document, describe or quantify.  When

referring to a Communication, "identify" means to provide the following information: (a) the

date on which the Communication occurred; (b) each person who prepared the Communication;

(c) each person who received the Communication; and (d) each person who was present when

the Communication was made.  When referring to a person, "identify" requires the answering

party to provide the following information: (i) the person's full name; (ii) the person's

occupation; (iii) the person's present or last known employer; (iv) the person's present or last

known business address and telephone number; and (v) if the person is an entity, the name of the

entity's owners, principals, and/or partners.

      R.     "Motion" means the "Emergency Motion for Interim and Final Orders (i)

Authorizing the Debtors to Use Cash Collateral; (ii) Providing Adequate Protection to

Prepetition Secured Parties Pursuant to Sections 361, 362 and 363 of the Bankruptcy Code and (iii) Scheduling Final Hearing" [Bankruptcy Court Docket No. 12], as supplemented.

S. "Notice of Final Hearing" means the Notice of Final Hearing concerning the Motion [Bankruptcy Court Docket No. 478].

T. "Person" means any natural person or any other cognizable entity, including (without limitation) any corporation, partnership, limited liability company, limited liability partnership, joint venture, company, consortium, club, association, foundation, governmental agency or instrumentality, society or order.

U. "Petition Date" means June 9, 2009, the date the Debtors commenced the Chapter 11 Cases.

V. "Term Lender Steering Group" means Brigade Capital Management LLC, Canyon Capital Advisors, LLC, The Carlyle Group, Guggenheim Investment Management, LLC and Highland Capital Management, LP.

W. "You" and "your" means the Creditors Committee and its members, agents, employees, representatives, managing agents, accountants, attorneys, investigators or affiliates, and any agent, employee or representative of any of the foregoing.

X. The masculine gender shall be deemed to include the feminine.

Y. The past tense shall include the present tense and vice versa.

Z. The use of the singular form of any word includes the plural and vice versa.

**INSTRUCTIONS**

The following instructions apply to the Term Lender Steering Group's request for production of documents set forth on Exhibit B:

1.      This request calls for the production of all responsive documents in your possession, custody or control.  You are deemed to be in control of a document if you have the right to secure the document or a copy thereof from another person having actual possession thereof.  You must produce all responsive documents in your possession, custody or control, regardless of whether they are possessed by (1) you, or (2) your director, officer, agent, employee, representative, subsidiary, managing agent, accountant, attorney or investigator, or (3) the agent, employee, representative of any of the foregoing.  This request is deemed to be continuing, and if, after production documents responsive to this request, you obtain or become aware of any further documents responsive to this request, you are required to produce such further documents upon receipt or upon becoming aware of such further documents.

2.      You are required to comply with the Federal Rules of Civil Procedure, as made applicable by the Federal Rules of Bankruptcy Procedure, when you respond to this request and when you produce documents responsive to this request.  With respect to the actual production of documents, any documents demanded shall either be produced as they are kept in the usual course of business, or be organized and labeled to correspond with the categories in the demand.

3.      Documents attached to each other should not be separated.  Documents that are located in files, folders, binders and the like must be produced in a manner that enables the Debtor to determine which particular pages were contained in a given file, folder or binder.  The labels of any files, folders or binders that contain responsive documents must also be copied.

4.      If two specific requests overlap, or if a document is responsive to more than one specific request, the document need only be produced once.

5.      Documents should be produced with serialized document production numbers.

6.      If there are multiple identical copies of a document found in different divisions, departments, branches or offices, or in the files or possession of different natural persons, each such copy shall be produced in such fashion as to identify the division, department, branch, or officer where it is located, or the natural person in whose possession it was found.  All non-identical copies of a document must also be produced.

7.      Documents that are stored in electronic form in the ordinary course of your business must be produced in that form.  If hard copies of such documents also are maintained in the ordinary course of your business, copies of those must also be produced.  Any non-identical hard copies of electronically-stored documents must be produced (e.g., printouts with handwritten annotations, printouts of prior versions that have not been retained in electronic form, etc.).  Documents that are stored in electronic form (e.g., word processing, database and spreadsheet files, Microsoft outlook database ("dot pst") files, other electronic mail files, project management files, source-code files, etc.) should be produced in their original format as they are kept in the usual course of business, and should not be converted to another format, unless the data is stored in a proprietary file format.  In that event, the file should be copied to an industry-standard file format (e.g., Lotus123 or Microsoft Excel for spreadsheet files, dbase III or comma separated value (CSV) for database files).  If special procedures must be used to "translate" electronically-stored data into "reasonably usable [or non-proprietary] form," and you expect Hawaiian to cover the cost of such translation or data conversion, you must consult first with counsel for Hawaiian.  For purposes of production, all electronically-stored documents should be copied onto electronic media (CD-ROMs, zip disks or 3.5" floppy disks) that can be read using Microsoft Windows 95/98/NT/2000/XP.

8.      If there are responsive emails that are kept in electronic form in the ordinary course of your business (e.g., in a Microsoft Exchange Server or Outlook database, on network backup tapes, or on an individual user's workstation, personal computer or laptop computer), then those documents must be produced in electronic form, along with any hard copy printouts thereof.  Your production of electronic emails must include all meta-data relating to any given email (e.g., follow-up or importance flags set by the sender or recipient, the identity of individuals who were sent a "bcc" or blind carbon copy of the email, etc.) and any electronic attachments.  Multiple copies of a single identical email may exist on your network server as a result of differences in meta-data associated with the email (e.g., one copy kept in the sender's files, and other copies kept in the files of the recipients, or copies with different follow-flags set by various recipients of the email).  Due to the differences in the meta-data, such documents must be viewed as distinct, even though the message text of the email itself is identical.  All such non-identical copies must be produced in electronic form.  An individual email message may be incorporated in subsequent messages that respond to or forward the original message.  All such responses or forwarding emails (email "chains") must be viewed as distinct, non-identical documents and produced as such.  Emails stored in Microsoft Outlook/Exchange Server should be produced in standard Microsoft personal folder files with dot-pst (".pst") filename extensions.

9.      If there are tape or voice recordings that are responsive to any request, then you must produce both the tape itself (or an accurate copy thereof) and any existing transcriptions thereof.  Production of a transcription alone will not be considered sufficient.

10.     The fact that a document is or has been produced by another party does not relieve you of the obligation to produce your copy of the same document, even if the two documents are identical.

11. If you object to any part of any specific request, you shall state fully the nature of the objection. Notwithstanding any objections, you must comply fully with the other parts of the request not objected to.

12. If a document responsive to any of the following requests is withheld from production on the basis of privilege or otherwise, for each such document, you are required to provide the following information on a privilege log:

The document's date;

i. Where the document was located (e.g., in a given person's files);

ii. The name of the author(s);

iii. The name of the recipient(s);

iv. The nature and basis for the claim of privilege or other ground for withholding production; and

v. The subject matter, title (if any), and any additional information necessary to describe the nature of the document, explain the claim of privilege and enable adjudication of the propriety of that claim.

13. If only part of a document is subject to an asserted privilege, the document must be produced in redacted form. The same information requested above with respect to privileged documents must be included on the privilege log, including a description of the redacted material that is sufficiently detailed to enable adjudication of the propriety of the claim of privilege. Some of the specific requests call for a category of documents "including without limitation" a designated subcategory of documents. The specified subcategory shall not be construed to restrict the generality of the request. You must produce all documents responsive to the general category identified in the request, even if you think that the subcategory does not fall within the

scope of the general category.  And you must produce all documents responsive to the identified subcategories, even if you think that they do not fall within the scope of the general category.

**EXHIBIT A – SUBJECTS OF EXAMINATION**

1. Any communications between or among the Creditors Committee and any other person, including without limitation, any of the Debtors, the Contractor Claimants, and the Debtors' Affiliates, concerning the Motion, the Notice of Final Hearing, any prior request for authority to use cash collateral, any prior order authorizing use of cash collateral and/or the Debtors' use of cash collateral.

2. Any communications between or among the Creditors Committee and any other person, including without limitation, any of the Debtors, the Contractor Claimants, and the Debtors' Affiliates, concerning DIP Financing, including without limitation, any efforts by the Debtors and/or the Creditors Committee since the Petition Date to obtain DIP Financing or a commitment to provide DIP Financing including any term sheets or agreements or draft agreements prepared or received by the Debtors and/or the Creditors Committee.

3. Any communications between or among the Creditors Committee and any other person, including without limitation, any of the Debtors, the Contractor Claimants, and the Debtors' Affiliates, concerning the Completion Guaranty Proceeds Account, including, without limitation, any communications (including negotiations) with the Debtors' Affiliates or with any other person regarding the potential use of those funds in connection with the Debtors' Chapter 11 Cases.

4. Any communications concerning any benefits of any kind or nature sought by, offered to, or obtained by any of the Debtors' Affiliates in connection with the Debtors' Chapter 11 Cases, including without limitation any proposed releases of claims of any person against any of the Debtors' Affiliates, or releases or other dispositions of any collateral securing claims of any person or entity against any of the Debtors' Affiliates.

5.      Any exhibits, facts or testimony upon which the Creditors Committee may rely in support or opposition to the entry of any order or other relief pursuant to the Notice of Final Hearing, or any other relief in connection with the use of cash collateral or proposed DIP Financing.

**EXHIBIT B – DOCUMENTS TO BE PRODUCED**

1. All documents concerning communications between or among the Creditors Committee and any other person, including without limitation, any of the Debtors, the Contractor Claimants, and the Debtors' Affiliates, concerning the Motion, the Notice of Final Hearing, any prior request for authority to use cash collateral, any prior order authorizing use of cash collateral and/or the Debtors' use of cash collateral.

2. All documents concerning communications between or among the Creditors Committee and any other person, including without limitation, any of the Debtors, the Contractor Claimants, and the Debtors' Affiliates, concerning DIP Financing, including without limitation, any efforts by the Debtors and/or the Creditors Committee since the Petition Date to obtain DIP Financing or a commitment to provide DIP Financing including any term sheets or agreements or draft agreements prepared or received by the Debtors and/or the Creditors Committee.

3. All documents concerning communications between or among the Creditors Committee and any other person, including without limitation, any of the Debtors, the Contractor Claimants, and the Debtors' Affiliates, concerning the Completion Guaranty Proceeds Account, including, without limitation, any communications (including negotiations) with the Debtors' Affiliates or with any other person regarding the potential use of those funds in connection with the Debtors' Chapter 11 Cases.

4. All documents concerning any benefits of any kind or nature sought by, offered to, or obtained by any of the Debtors' Affiliates in connection with the Debtors' Chapter 11 Cases, including without limitation any proposed releases of claims of any person against any of the Debtors' Affiliates, or releases or other dispositions of any collateral securing claims of any person or entity against any of the Debtors' Affiliates.

5. All reports and documents, including exhibits, upon which the Creditors Committee may rely in support or opposition to the entry of any order or other relief pursuant to the Notice of Final Hearing, or any other relief in connection with the use of cash collateral or proposed DIP Financing.

Dated: September 10, 2009

Respectfully submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A).**

AKERMAN SENTERFITT
Michael I. Goldberg
James H. Fierberg
Las Olas Centre II
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: /s/ Michael I. Goldberg
Michael I. Goldberg
Florida Bar Number: 886602

**-and-**

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Sidney P. Levinson
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Term Lender Steering Group