

**ORDERED in the Southern District of Florida on September 15, 2009.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In Re:** | **Case No.: 09-21481-AJC** |
| **FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL.,** | **CHAPTER 11** |
| | **(Jointly Administered)** |
| Debtors. | |
| _____/ | |

### ORDER DENYING AMENDED EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE TERM LENDERS STEERING GROUP AND JEFFERIES & CO.

**THIS MATTER** came before the Court on Friday, September 11, 2009 at 1:00 p.m. (the "Hearing") on the *Amended Emergency Motion to Compel Production of Documents from the Term Lenders Steering Group and Jefferies & Co* .of Desert Fire Protection, a Nevada Limited Partnership, Bombard Mechanical, LLC, Bombard Electric, LLC, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co., Absocold Corporation, Austin General Contracting, and Powell

Cabinet and Fixture Co., Safe Electronics, Inc.,[1] (the "Amended Motion") (D.E. 499). The Court, having considered the Amended Motion, the *Objection of Term Lender Steering Group* to the Amended Motion, the arguments of respective counsel presented at the Hearing, and based upon the representations made by counsel for the Term Lender Steering Group, as well as the fact that the production of documents and privilege logs and the depositions have already occurred, rendering the Amended Motion moot, and being otherwise advised in the premises **ORDERS and ADJUDGES** as follows:

1. The Amended Motion is DENIED.

# # # #

**SUBMITTED BY:**
James H. Fierberg
rpc@ecccounsel.com

(Copy furnished to Attorney Fierberg, who is directed to serve a copy of this Order upon all interested parties)

---

[1] The movants are collectively referred to as the "Contractor Claimants."