UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                            Chapter 11

FONTAINEBLEAU LAS VEGAS, LLC, *et al.,*                           Case No. 09-21481-AJC

        Debtors.                                                 (Jointly Administered)

_____/

**VERIFIED STATEMENT OF BAKER & HOSTETLER LLP
PURSUANT TO FEDERAL BANKRUPTCY RULE 2019(a)**

      Baker & Hostetler LLP submits its verified statement in accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and respectfully states as follows:

      1.    Baker & Hostetler is a law firm with offices located through the country, including at 200 S. Orange Avenue, SunTrust Center, Suite 2300, Orlando, Florida 32801 and 45 Rockefeller Plaza, New York, New York 10111.

      2.    On June 9, 2009 (the "Petition Date"), each of the Debtors[1] filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

      3.    Keenan Hopkins Suder & Stowell Contractors, Inc., Coreslab Structures (L.A.), Inc., Quality Transportation Services of Nevada, Inc. and QTS Logistics, Inc. (collectively, the "Creditors") are secured creditors who provided goods and/or services to the Debtors secured by statutory liens.

---

[1] The Debtors are Fountainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC, and Fontainebleau Las Vegas Capital Corp.

4. The addresses and identities of the Creditors are as follows:

| Contractors Creditors | Estimated Claim Amount |
|---|---|
| Quality Transportation Services of Nevada, Inc.<br>5220 Cameron Street<br>Las Vegas, NV  89118 | $395,297.75 |
| QTS Logistics, Inc.<br>5220 Cameron Street<br>Las Vegas, NV  89118 | $1,220,188.60 |
| Keenan Hopkins Suder & Stowell Contractors, Inc.<br>Dennis Norman, CFO<br>5109 E. La Palma Avenue, Suite A<br>Anaheim, CA  92807 | $5,954,645.00 |
| Coreslab Structures (L.A.), Inc.<br>Bob Knoske<br>150 W. Placentia Avenue<br>Perris, CA  92571 | $827,574.00 |

5. Each Creditor acts on its own behalf and has not purchased any claim against one or more of the Debtors from any person or entity. The Creditors hold secured claims against the Fontainebleau Las Vegas in the amounts set forth above.

6. Baker & Hostetler LLP was retained by the Creditors post-petition to assist them in connection with the chapter 11 cases in accordance with separate engagement agreements executed by the Creditors.

7. Upon information and belief formed after due inquiry, Baker & Hostetler LLP does not own any claims against or equity in any of the Debtors.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

Dated: September 15, 2009

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By /s/ *Eric S. Golden*
    Eric S. Golden (Fla. Bar No. 0146846)
    200 S. Orange Avenue
    SunTrust Center, Suite 2300
    Orlando, FL 32801
    Telephone: (407) 649-4000
    Facsimile: (407) 841-0168


By /s/ *Richard J. Bernard*
    Richard J. Bernard (Fla. Bar No. 57266)
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

*Attorneys for Keenan Hopkins Suder & Stowell Contractors, Inc., Coreslab Structures (L.A.), Inc., Quality Transportation Services of Nevada, Inc. and QTS Logistics, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or U.S. mail upon the parties listed on the attached service list, on this 15th day of September, 2009.

/s/ Eric S. Golden
Eric S. Golden

502519353.1

## SERVICE LIST FOR CASE 09-21481-AJC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Scott L. Baena**    sbaena@bilzin.com, lflores@bilzin.com; eservice@bizin.com
- **Mark D. Bloom**    bloomm@gtlaw.com
- phillipsj@gtlaw.com; MiaLitDock@gtlaw.com; miaecfbky@gtlaw.com
- **Jacqueline Calderin**    jc@ecccounsel.com
  phornia@ecccounsel.com; tmuller@ecccounsel.com; nsocorro@ecccounsel.com
- **Robert P. Charbonneau**    rpc@ECCcounsel.com
  nsgm0024@aol.com; dgold@ecccounsel.com; scunningham@ecccounsel.com; phornia@ecccounsel.com
- **James H. Fierberg**    james.fierberg@akerman.com
- **Robert G Fracasso Jr**    rfracasso@shutts.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Harold D Moorefield Jr.**    hmoorefield@swmwas.com
  cgraver@swmwas.com; larrazola@swmwas.com; rross@swmwas.com
- **Mindy A. Mora**    mmora@bilzin.com; eservice@bilzin.com; lflores@bilzin.com; laparicio@bilzin.com; jslanker@bilzin.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Craig V Rasile**    crasile@hunton.com mtucker@hunton.com; mmannering@hunton.com; keckhardt@hunton.com; adeboer@hunton.com
- **Arthur H Rice**    arice.ecf@rprslaw.com
- **Paul Steven Singerman**    singerman@bergersingerman.com; efile@bergersingerman.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com
- **Diane Noller Wells**    dwells@devinegoodman.com; efiling@devinegoodman.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case:

**Bruce Bennett**
865 S. Figueroa Ave.
Los Angeles, CA 90017

**Candace Carlyon**
701 Bridger #850
Las Vegas, NV 89101

**Jeff J. Friedman**
575 Madison Ave.
New York, NY 10022-2585

**Phillip A. Geraci**
425 Park Ave.
New York, NY 10022

**HSH Nordbank AG, New York Branch**
c/o Aaron Rubinstein, Esq.
Kaye Schafer, LLP
425 Park Avenue
New York, NY 10022

**HSH Nordbank AG, New York Branch**
c/o Andrew A. Kress, Esq.
Kaye Scholar, LLP
425 Park Avenue
New York, NY 10022

**Todd Kaplan**
Citadel Derivatives Group, LLC
131 Dearborn St.
Chicago, IL 60603

**Andrew A Kress, Esq.**
425 Park Ave
New York, NY 10022

**Kurtzman Carson Consultants, LLC**
2335 Alaska Avenue
El Segundo, CA 90245

**Arthur S. Linker**
575 Madison Ave.
New York, NY 10022-2585

**Alan H Martin**
650 Town Center Dr, 4 Fl.
Costa Mesa, CA 92626

**Kyle Mathews**
333 S. Hope St., 48 Fl.
Los Angeles, CA 90071

**Joshua M. Mester**
865 S. Figueroa Ave.
Los Angeles, CA 90017

**Kenneth E. Noble**
575 Madison Ave.
New York, NY 10022

**Anthony L. Paccione**
575 Madison Ave.
New York, NY 10022-2585

**Matthew D. Parrott**
575 Madison Ave.
New York, NY 10022-2585

**Thomas C Rice**
425 Lexington Ave.
New York, NY 10017

**Aaron Rubinstein**
425 Park Ave.
New York, NY 10022

**Justin S. Stern**
425 Lexington Ave.
New York, NY 10017

**David J. Woll**
425 Lexington Ave.
New York, NY 10017