UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-21481-BKC-AJC |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, et al. | Chapter 11 |
| | (Jointly Administered) |
| Debtors./ | |

**JOINDER OF ADERHOLT SPECIALTY COMPANY, INC. IN
MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA (DE# 133)**

Aderholt Specialty Company, Inc. ("Aderholt"), by and through undersigned counsel, joins in, supports, and adopts "*Motion to Transfer Venue to the District of Nevada*" filed by "M&M Lienholders" (DE# 133).

WHEREFORE, Aderholt respectfully requests that the Court transfer these Chapter 11 Cases to unofficial Southern District of the District of Nevada and for such other and further relief as the Court deems just and proper.

**CERTIFICATE OF ADMISSION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

DATED: September 15, 2009.     **MARKOWITZ, DAVIS, RINGEL & TRUSTY, P.A.**
*Counsel to Aderholt Specialty Company, Inc.*
Two Datran Center, Suite 1225
9130 South Dadeland Boulevard
Miami, Florida 33156
(305) 670-5000

By: /s/ Ross R. Hartog
ROSS R. HARTOG
Florida Bar No.: 272360

*CASE NO. 09-11191-BKC-PGH*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. Regular Mail on September 16, 2009. (*or via E-mail through the Court's BNC) on September 15, 2009.

       By:   /s/ Ross Hartog
           ROSS R. HARTOG

@PFDesktop\::ODMA/MHODMA/MIA3;MDRT;202191;1

*CASE NO. 09-11191-BKC-PGH*

**In re Fountainebleau Las Vegas Holdings, LLC**
**Case No.: 09-21481-BKC-AJC**

**Electronic Mail Notice List**
Robert P Charbonneau
*Co-Counsel for Absocold Corporation, d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co.*
rpc@ECCcounsel.com
nsgm0024@aol.com
dgold@ECCcounsel.com
scunningham@ECCcounsel.com
phornia@ecccounsel.com
nsocorro@ecccounsel.com
msardinas@ecccounsel.com

Ralf R Rodriguez
rrodriguez@pecklaw.com
sdumbar@pecklaw.com
jfried@pecklaw.com

Carla M Barrow
*Counsel for Fisk Electric Company*
cbarrow@wsh-law.com

Tina M. Talarchyk
Ttalarchyk@ssd.com
amazzini@ssd.com
dfoley@ssd.com

Scott L Baena
sbaena@bilzin.com

Mark D Bloom
bloomm@gtlaw.com

Jacqueline Calderin
jc@ecccounsel.com,

Robert P Charbonneau
rpc@ECCcounsel.com

James H. Fierberg
james.fierberg@akerman.com

Robert G Fracasso Jr
rfracasso@shutts.com

Michael I Goldberg
michael.goldberg@akerman.com

Philip J Landau
plandau@sfl-pa.com

Robert C Meacham
rmeacham@mmdpa.com

Harold D Moorefield Jr.
hmoorefield@swmwas.com

Mindy A. Mora
mmora@bilzin.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Craig V Rasile
crasile@hunton.com

Arthur H Rice
arice.ecf@rprslaw.com

Paul Steven Singerman
ingerman@bergersingerman.com

Steven J. Solomon
steven.solomon@gray-robinson.com

Diane Noller Wells
dwells@devinegoodman.com

Thomas Joseph Francella
*Counsel for Minibar Systems and Minibar N.A., Inc.*
tfrancella@wtplaw.com

**Manual Mail Notice List**
Steven M. Pesner
Akin Gump Strauss Hauer & Feld, LLP
One Bryan Street
New York, NY 10036

John W. Kozyak, Esq.
David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon
9th Floor
Coral Gables, FL 33134

Bruce Bennett
865 S Figueroa Ave
Los Angeles, CA 90017

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Thomas H. Fell
3960 Howard Hughes Pkwy
9thFl
Las Vegas, NV 89169

Jeff J. Friedman
575 Madison Ave
New York, NY 10022-2585

Gregory E Garman
3960 Howard Hughes Pkwy 9 Fl
Las Vegas, NV 89109

~~Phillip A. Geraci~~
~~425 Park Ave~~
~~New York, NY 10022~~

*CASE NO. 09-11191-BKC-PGH*

HSH Nordbank AG, New York Branch
c/o Aaron Rubinstein, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Todd Kaplan
Citadel Derivatives Group LLC
131 Dearborn St
Chicago, IL 60603

Andrew A Kress
425 Park Ave
New York, NY 10022

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Arthur S. Linker
575 Madison Ave
New York, NY 10022-2585

Alan H Martin
650 Town Center Dr, 4 Fl
Costa Mesa, CA 92626

Kyle Mathews
333 S Hope St, 48 Fl
Los Angeles, CA 90071

~~Joshua M. Mester~~
~~865 S Figueroa Ave~~
~~Los Angeles, CA 90017~~

Kenneth E Noble
575 Madison Ave
New York, NY 10022

Anthony L. Paccione
575 Madison Ave
New York, NY 10022-2585

Matthew D. Parrott
575 Madison Ave
New York, NY 10022-2585

Thomas C Rice
425 Lexington Ave
New York, NY 10017

Aaron Rubinstein
425 Park Ave
New York, NY 10022

Shlomo S. Sherman
701 Bridger Ave #850
Las Vegas, NV 89101

Justin S Stern
425 Lexington Ave
New York, NY 10017

David J Woll
425 Lexington Ave
New York, NY 10017

Mary F. Chapman, Esq.
Law Office of Mary F. Chapman
7465 W. Lake Mead Boulevard
Suite 100
Las Vegas, NV 89128

Donald H. Williams
*Co-Counsel for Absocold Corporation, d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co.*
612 South 10th St
Las Vegas, NV 89101