

**ORDERED in the Southern District of Florida on September 16, 2009.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

| | |
|---|---|
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, *et al,*[1] | Chapter 11<br>Case No. 09-21481-BKC-AJC |
| Debtors. | Jointly Administered |

**ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF BARRY E. MUKAMAL AND THE LAW FIRM OF MARCUM RACHLIN, LLP, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

THIS CAUSE came before this Court on September 10, 2009 upon the application of the Official Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC and Fontainebleau Las Vegas Capital Corp. (collectively, the "Debtors"), for the entry of an Order,

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp., [7822]. The Debtors' current mailing address is: 19950 West County Club Drive, Aventura, Florida 33180.

pursuant to 11 U.S.C. § 327(a), authorizing the Committee to employ and retain Barry E. Mukamal and the firm of MarcumRachlin, LLP ("Marcum") as its financial advisors (D.E. 428) (the "Application"), and upon the Affidavit of Barry E. Mukamal (the "Mukamal Affidavit"); and it appearing to the Court that the representations made in the Application and the Mukamal Affidavit that said advisors represent no interest adverse to the Debtors' estates, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, that Marcum's employment is necessary and in the best interests of the Debtors' estates, that all connections to the Debtors' estates have been sufficiently disclosed, that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon, the relief should be granted as set forth below. Accordingly, it is

ORDERED as follows:

1. The Application is GRANTED;

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Committee is authorized to employ and retain Barry E. Mukamal and the law firm of MarcumRachlin, LLP as its financial advisors *nunc pro tunc* to when services where first rendered to perform the services set forth in the Application.

3. MarcumRachlin, LLP shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and applicable Bankruptcy Rules and Local Rules, and such procedures as may be fixed by order of this Court.

4. Pursuant to the Response of Term Lender Steering Group (the "Steering Group") to the Application (D.E. #493), the Steering Group does not consent to the use of its cash collateral to pay for any fees or costs that may be allowed by this Court, and all parties reserve their rights in respect thereof.

###

**Submitted by:**

Glenn D. Moses, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for the Joint Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

**Copies to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]