**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL.,[1] | Case No. 09-21481-BKC-AJC |
| Debtors. _____/ | (Jointly Administered) |

**EX-PARTE MOTION TO CONTINUE OCTOBER 1, 2009 FINAL HEARING ON DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING USE OF PREVIOUSLY AUTHORIZED CASH COLLATERAL; (II) PROVIDING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT TO SECTIONS 361, 363, AND 364 OF THE BANKRUPTCY CODE; AND (III) SCHEDULING FINAL HEARING UNTIL OCTOBER 5, 2009 AT 2:00 P.M.**

Pursuant to Local Rule 9013-1(C), Fontainebleau Las Vegas Holdings, LLC ("Resort Holdings"), Fontainebleau Las Vegas, LLC ("Resort") and Fontainebleau Las Vegas Capital Corp. ("Capital"; and, together with Resort Holdings and Resort, the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases, by and through undersigned counsel, respectfully file this Motion (the "Motion") to continue the final hearing (the "Final Hearing") on the *Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing Use of Previously Authorized Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [Dkt. No.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

528] (the "Cash Collateral Motion") until October 5, 2009 at 2:00 p.m.  In support of the Motion, the Debtors respectfully state as follows:

1. On September 18, 2009, the Court entered the *First Interim Order (I) Authorizing the Nonconsensual Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing* [Dkt. No. 565] (the "Interim Cash Collateral Order").

2. The Interim Cash Collateral Order, among other things, set the Final Hearing on the Cash Collateral Motion for October 1, 2009 at 3:30 p.m.  Interim Cash Collateral Order at ¶ 20.

3. The Court has already scheduled hearings in these cases on October 5, 2009 at 2:00 p.m. in respect of the *Debtors' Emergency Application to Employ Citadel Derivatives Group LLC as Financial Advisors and Investment Bankers to the Debtors Nunc Pro Tunc to the Petition Date and for Entry of Interim and Final Orders* [Dkt. No. 28] *and the Debtors' Emergency Application to Employ Moelis & Company LLC as Financial Advisors and Investment Bankers to the Debtors Nunc Pro Tunc to the Petition Date and for Entry of Interim and Final Orders* [Dkt. No. 37].

4. The Debtors respectfully request that the Final Hearing on the Cash Collateral Motion be continued to October 5, 2009 at 2:00 p.m.  The Debtors submit that judicial economy will be served by holding both hearings in one afternoon and that this will also avoid the administrative expenses associated with an additional hearing.

5. Moreover, the Debtors are already endeavoring to negotiate DIP financing and a framework for a sale pursuant to a plan or under section 363 of the

2

Bankruptcy Code in a very short time frame. The additional time that the requested relief will afford the Debtors to negotiate such a transaction may well prove beneficial to the Debtors.

6. The Debtors submit that no party in interest will be prejudiced by the relief requested herein and that such relief is in the best interests of the Debtors' estates.

WHEREFORE, the Debtors respectfully requests that this Court enter an order in substantially the form annexed hereto as Exhibit "A" (a) granting the Motion; (b) continuing the Final Hearing on the Cash Collateral Motion until October 5, 2009 at 2:00 p.m.; and (c) granting such other and further relief as the Court deems just and proper.

Dated: September 21, 2009.

Respectfully submitted,

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Counsel for the Debtors*
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/  Scott L. Baena
    Scott L. Baena
    Fla. Bar No. 186445
    sbaena@bilzin.com
    Jay M. Sakalo
    Fla. Bar No. 0156310
    jsakalo@bilzin.com
    Jeffrey I. Snyder
    Fla. Bar No. 21281
    jsnyder@bilzin.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,[1]                            Case No.  09-21481-BKC-AJC

            Debtors.                                                (Jointly Administered)
_____/

**[PROPOSED] ORDER GRANTING EX-PARTE MOTION TO CONTINUE OCTOBER 1, 2009 FINAL HEARING ON DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING USE OF PREVIOUSLY AUTHORIZED CASH COLLATERAL; (II) PROVIDING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT  TO SECTIONS 361, 363, AND 364 OF THE BANKRUPTCY CODE; AND (III) SCHEDULING FINAL HEARING UNTIL OCTOBER 5, 2009 AT 2:00 P.M.**

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822].  The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida  33180.

1

THIS MATTER came before the Court upon the Debtors' *Ex-Parte Motion to Continue October 1, 2009 Final Hearing on Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing Use of Previously Authorized Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [Dkt. No. 574] (the "Motion").  The Court, upon consideration of the Motion and the record in these cases, finds that cause exists to grant the relief requested and that consideration of such relief is appropriate pursuant to Local Rule 9013-1(C).  Accordingly, it is ORDERED that:

1.   The Motion is GRANTED.

2.   The final hearing in respect of the *Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing Use of Previously Authorized Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [Dkt. No. 528] is continued until **October 5, 2009 at 2:00 p.m.** at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1410, Miami, FL 33130 before the Honorable A. Jay Cristol, United States Bankruptcy Judge.

3.   Objections to the entry of a final order in respect of the Cash Collateral Motion shall be filed with the Court no later than 4:30 p.m., two (2) business days prior to the hearing date, which objections shall be served to that the same are received by hand delivery or electronic mail on or before such date and time by:  a) Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131-5340, Attn:  Scott L. Baena, Esq. (sbaena@bilzin.com); b) Hennigan, Bennett &

Dorman, LLP, 865 S. Figueroa Avenue, Los Angeles, California 90017, Attn: Bruce Bennett, Esq. (bennettb@hbdlawyers.com) and Sidney P. Levinson, Esq. (levinsons@hbdlawyers.com) and Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131-1714, Attn: Michael Goldberg, Esq. (michael.goldberg@akerman.com), Co-Counsel for certain of the Term Lenders, and (c) Quinn Emauel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Susheel Kirpilani, Esq. (skirpilani@quinnemanuel.com) and Bast Amron LLP, SunTrust International Center, One Southeast Third Avenue, Suite 1440, Miami, FL 33131, Attn: Brett Amron, Esq., Co-Counsel for Aurelius Capital Management LP (bamron@bastamron.com ).

# # #

Submitted by:

Scott L. Baena (Florida Bar No. 186445)
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

Copies to:
Scott L. Baena
*(Attorney Baena shall upon receipt cause a copy of this Order to be served upon all interested parties and a certificate of service to be filed.)*