UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

FONTAINEBLEAU LAS VEGAS HOLDINGS,
LLC, et al.,

Debtors.

Case No. 09-21481-BKC-AJC

Chapter 11

(Jointly Administered)

## NOTICE OF APPEAL

The Term Lender Steering Group (identified as "Appellants" below), through undersigned counsel, and pursuant to 28 U.S.C. § 158(a), Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida, appeal to the United States District Court for the Southern District of Florida from the *First Interim Order (I) Authorizing the Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing (D.E. 565)* (the "Order"), entered on September 18, 2009 by the Honorable A. Jay Cristol, United States Bankruptcy Judge for the Southern District of Florida.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

{FT616168;2}

1

| APPELLANTS: | COUNSEL: |
|---|---|
| 1888 Fund, Ltd.<br>Aberdeen Loan Funding, Ltd.<br>Armstrong Loan Funding Ltd.<br>Battlion CLO 2007-1 Ltd.<br>Brentwood CLO, Ltd.<br>Brigade Leveraged Capital Structures Fund, Ltd.<br>Canpartners Investments IV, LLC<br>Canyon Special Opportunities Master Fund (Cayman), Ltd.<br>Carlyle High Yield Partners 2008-1, Ltd.<br>Carlyle High Yield Partners IX, Ltd.<br>Carlyle High Yield Partners VI, Ltd.<br>Carlyle High Yield Partners VII, Ltd.<br>Carlyle High Yield Partners VIII, Ltd.<br>Carlyle High Yield Partners X, Ltd.<br>Carlyle Loan Investment, Ltd.<br>Copper River CLO Ltd.<br>Eastland CLO, Ltd.<br>Emerald Orchard Limited<br>Gleneagles CLO, Ltd.<br>Grayson CLO, Ltd.<br>Green Lane CLO Ltd.<br>Greenbriar CLO, Ltd.<br>Highland Credit Opportunities CDO, Ltd.<br>Highland Loan Funding V, Ltd.<br>Jasper CLO, Ltd.<br>Kennecott Funding Ltd.<br>LFC2 Loan Funding LLC<br>Liberty CLO, Ltd.<br>Loan Funding IV LLC<br>Loan Funding VII LLC<br>Loan Star State Trust<br>Longhorn Credit Funding, LLC<br>NZC Opportunities (Funding) II Limited<br>Orpheus Funding LLC<br>Orpheus Holdings LLC<br>Red River CLO, Ltd.<br>Rockwall CDO II, Ltd.<br>Rockwall CDO, Ltd.<br>Sands Point Funding Ltd.<br>Southfork CLO, Ltd.<br>Stratford CLO, Ltd.<br>Westchester CLO, Ltd. | AKERMAN SENTERFITT<br>Michael I. Goldberg<br>James H. Fierberg<br>Las Olas Centre II<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131-1714<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br><br>-and-<br><br>HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>Sidney P. Levinson<br>Joshua M. Mester<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone: (213) 694-1200<br>Facsimile:     (213) 694-1234 |

| APPELLEES: | COUNSEL: |
|---|---|
| Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC; Fontainebleau Las Vegas Capital Corp. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Scott L. Baena<br>Jay Sakalow<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5340<br>Telephone: (305) 350-2403<br>Facsimile: (305) 351-2203 |
| **INTERESTED PARTY:**<br><br>Aurelius Capital Management, L.P. | COUNSEL:<br><br>QUINN EMANUEL URQUHART, OLIVER & HEDGES, LLP<br>Susheel Kirpalani<br>Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7199<br>Facsimile: (212) 849-7100<br><br>AND<br><br>Eric Winston<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3602<br>Facsimile: (213) 443-3100<br><br>BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue<br>Suite 1440<br>Miami, FL 33131<br>Telephone: (305) 379-7904<br>Facsimile: (305) 379-7905 |
| **INTERESTED PARTY:**<br><br>Desert Fire Protection<br>Bombard Mechanical, LLC,<br>Bombard Electric, LLC,<br>Warner Enterprises, Inc.<br>Absocold Corporation,<br>Austin General Contracting<br>Powell Cabinet and Fixture Co. | COUNSEL:<br><br>EHRENSTEIN CHARBONNEAU CALDERIN<br>Robert P. Charbonneau<br>Daniel L. Gold<br>800 Brickell Avenue, Suite 902<br>Miami, Florida 33131<br>Telephone: (305) 722-2002 |

{FT616168;2}

3

| | |
|---|---|
| Safe Electronics, Inc. | Facsimile: (305) 722-2001 |
| **INTERESTED PARTY:**<br><br>Architectural Materials, Inc.<br>Peregrine Installation Co.<br>Collings Interiors, LLC<br>Commercial Roofers, Inc.<br>Door-Ko, Inc.<br>Door & Hardware Management, Inc.<br>Eberhard Southwest Roofing, Inc.<br>EIDS Steel Company, LLC<br>Gallagher-Kaiser Corp.<br>L.A. Nevada, Inc.<br>JS&S, Inc.<br>LVI Environmental of Nevada, Inc.<br>Marnell Masonry, Inc.<br>Midwest Drywall Co., Inc.<br>Midwest Pro Painting, Inc.<br>Mechanical Insulation Specialists<br>Modernfold of Nevada, LLC<br>Southern Nevada Paving, Inc.<br>Universal Piping, Inc.<br>West Edna & Associates<br>W&W Steel LLC of Nevada | **COUNSEL:**<br><br>SHRAIBERG, FERRARA & LANDAU P.A.<br>Philip. J. Landau<br>2385 N.W. Executive Center Dr., Suite 300<br>Boca Raton, FL 33431<br>Telephone: (561) 443-0800<br>Facsimile: (561) 998-0047<br><br>AND<br><br>GORDON SILVER<br>Gregory E. Garman<br>Thomas H. Fell<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 796-5555<br>Facsimile: (702) 369-2666 |
| **INTERESTED PARTY:**<br><br>The Official Committee of Unsecured Creditors | **COUNSEL:**<br><br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>Paul J. Battista<br>Glenn D. Moses<br>100 Southeast 2nd Street, 44th Floor<br>Miami, Florida 33131<br>Telephone: (305) 349-2300<br>Facsimile: (305) 349-2310<br><br>AND<br><br>FOX ROTHSCHILD, LLP<br>Michael Viscount<br>Joshua T. Klein<br>Midtown Building, Suite 400<br>1301 Atlantic Avenue<br>Atlantic City, NJ 08401<br>Telephone: (609) 348-4515 |

{FT616168;2}

4

|  | Facsimile: (609) 348-6834 |
|---|---|
| **INTERESTED PARTY:**<br><br>Bilzin Sumberg Baena Price & Axelrod LLP | **COUNSEL:**<br><br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Scott L. Baena<br>Jay Sakalow<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5340<br>Telephone: (305) 350-2403<br>Facsimile: (305) 351-2203 |
| **INTERESTED PARTY:**<br><br>Turnberry West Construction, Inc. | **COUNSEL:**<br><br>BERGER SINGERMAN, P.A.<br>Paul Steven Singerman, Esq.<br>200 South Biscayne Boulevard<br>Suite 1000<br>Miami, Florida 33131<br>Telephone: (305) 755-9500<br>Fax: (305) 714-4340 |

Dated: September 21, 2009

Respectfully submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A).**

AKERMAN SENTERFITT
Michael I. Goldberg
James H. Fierberg
Las Olas Centre II
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095


By:  /s/ Michael I. Goldberg
    Michael I. Goldberg
    Florida Bar No. 886602

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Sidney P. Levinson
Joshua M. Mester
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Term Lender Steering Group

{FT616168;2}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via (1) Court's BNC; (2) U.S. Mail; and/or (3) e-mail transmission on September 21, 2009 to:

By: /s/ Michael I. Goldberg, Esq.
Michael I. Goldberg, Esq.

**SERVICE LIST**

**09-21481-AJC Notice will be electronically mailed to:**

Brett M Amron on behalf of Creditor Aurelius Capital Management, LP
bamron@bastamron.com, jrivera@bastamron.com,jeder@bastamron.com

Scott L Baena on behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com

Carla M Barrow on behalf of Creditor Fisk Electric Company
cbarrow@wsh-law.com, mmartinez@wsh-law.com

Paul J. Battista on behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Brian S Behar on behalf of Creditor ThyssenKrupp Safway Inc.
bsb@bgglaw.net

Richard J Bernard on behalf of Creditor QTS Lotigistics, Inc.
rbernard@bakerlaw.com

Mark D Bloom on behalf of Creditor Barclays Bank PLC
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Jacqueline Calderin on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com;nsocorro@ecccounsel.com

Candace C Carlyon on behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com,
ltreadway@sheacarlyon.com;ggianoulakis@sheacarlyon.com;ssherman@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com

Robert P Charbonneau on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
rpc@ECCcounsel.com,
nsgm0024@aol.com;dgold@ECCcounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com;nsocorro@ecccounsel.com;msardinas@ecccounsel.com

David A Colvin on behalf of Creditor DANA KEPNER COMPANY
dcolvin@marquisaurbach.com

Sara D Cope on behalf of Creditor Southern Nevada Glaziers Trust Funds
saradcope@gmail.com, kbchrislaw@aol.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, rwilliams@whww.com

Thomas H. Fell on behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg on behalf of Creditor Term Lender Steering Group
james.fierberg@akerman.com

Robert G Fracasso Jr on behalf of Defendant Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Francella on behalf of Interested Party Minibar Systems and Minibar N.A., Inc
tfrancella@wtplaw.com

Robert C Furr on behalf of Creditor MB Financial Bank NA
bnasralla@furrcohen.com

Jay M Gamberg on behalf of Creditor Mechanical Systems West Inc.
Lbernstein@gamberglaw.com

James D Gassenheimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com,
efile@bergersingerman.com;lmerida@bergersingerman.com;cweisz@bergersingerman.com;ebrown@bergersingerman.com

Daniel L. Gold on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
dgold@ecccounsel.com, scunningham@ecclegal.com;phornia@ecclegal.com

Michael I Goldberg on behalf of Creditor Term Lender Steering Group
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Alvin S. Goldstein on behalf of Creditor MB Financial Bank NA
mmitchell@furrcohen.com

Ross R Hartog on behalf of Creditor Aderholt Specialty Company, Inc.
rhartog@mdrtlaw.com,
gguenechea@mdrtlaw.com;ecfnotices@mdrtlaw.com;mdrtlaw@yahoo.com

Thomas E Kaaran on behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com;mmorton@mcdonaldcarano.com

John W. Kozyak on behalf of Creditor Apollo Investment Fund, VII, LP
jk@kttlaw.com, ycc@kttlaw.com;la@kttlaw.com

Philip J Landau on behalf of Creditor M&M Lienholders
plandau@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com

David M Levine on behalf of Interested Party Commonwealth Land Title Insurance Company
dml@tewlaw.com, msanchez@tewlaw.com;rjr@tewlaw.com;amj@tewlaw.com

Paul J McMahon on behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C Meacham on behalf of Creditor Derr and Gruenewald Construction Co.
rmeacham@mmdpa.com, lraymond@mmdpa.com;mdieguez@mmdpa.com

Lawrence H Meuers on behalf of Interested Party CCCS International
lmeuers@meuerslawfirm.com,
lcastle@meuerslawfirm.com;snurenberg@meuerslawfirm.com;sdefalco@meuerslawfirm.com

Harold D Moorefield Jr. on behalf of Defendant Bank of Scotland
hmoorefield@swmwas.com,
cgraver@swmwas.com;larrazola@swmwas.com;rross@swmwas.com

Mindy A. Mora on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;laparicio@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditors Committee
gmoses@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Kenneth E Noble on behalf of Defendant Bank of Scotland
kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Becky Pintar on behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

Craig V Rasile on behalf of Creditor Bank of America, N.A.
crasile@hunton.com,
mtucker@hunton.com,mmannering@hunton.com,keckhardt@hunton.com,adeboer@hunton.com

Arthur H Rice on behalf of Defendant HSH Nordbank AG, New York Branch
arice.ecf@rprslaw.com

Peter J Roberts on behalf of Creditor MB Financial Bank NA
proberts@shawgussis.com

Ralf R Rodriguez on behalf of Creditor Colasanti Specialty Services, Inc.
rrodriguez@pecklaw.com, sdumbar@pecklaw.com;jfried@pecklaw.com

Rex E Russo on behalf of Creditor Bradford Products, LLc
rexlawyer@prodigy.net

Michael L Schuster on behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com;mpacheco@gjb-law.com

Shlomo S. Sherman on behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Paul Steven Singerman on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
singerman@bergersingerman.com, efile@bergersingerman.com

Tina M. Talarchyk on behalf of Creditor U.S. Bank National Association
TTalarchyk@ssd.com, amazzini@ssd.com;dfoley@ssd.com

Charles M Tatelbaum on behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com, smerrill@adorno.com

Diane Noller Wells on behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com, efiling@devinegoodman.com

**09-21481-AJC Notice will not be electronically mailed to:**

AKFCF, Inc
10432 N Lake Vista Cr
Davie, FL 33328

Noah G. Allison on behalf of Creditor Colasanti Specialty Services, Inc.
3191 E Warm Springs Rd
Longford Plaza East, Bldg 13
Las Vegas, NV 89120

Jean Marie L Atamian on behalf of Defendant Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

Christopher R Belmonte on behalf of Creditor Moody's Investors Service
230 Park Ave
New York, NY 10169

Bruce Bennett on behalf of Creditor Term Lender Steering Group
865 S Figueroa Ave
Los Angeles, CA 90017

Jed I. Bergman on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Bradley Butwin on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Daniel Cantor on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Kevin B. Christensen on behalf of Creditor Southern Nevada Glaziers Trust Funds
7440 W Sahara Ave
Las Vegas, NV 89117

Kelly M. Cooper on behalf of Creditor Committee Creditors Committee
1301 Atlantic Ave
Atlantic City, NJ 08401

Eric Dobberstein on behalf of Creditor Insulpro Projects, Inc.
8965 S Eastern Ave #280
Las Vegas, NV 89123

Jeff J. Friedman on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

David M. Friedman on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Garces Restaurant Group LLC
c/o Robert W Keddie III, Esq
502 Carnegie Center #103
Princeton, NJ 08540

Gregory E Garman on behalf of Creditor M&M Lienholders
3960 Howard Hughes Pkwy 9 Fl
Las Vegas, NV 89109

Phillip A. Geraci on behalf of Defendant HSH Nordbank AG, New York Branch
425 Park Ave
New York, NY 10022

Robert W. Glantz on behalf of Creditor MB Financial Bank NA
321 North Clark St #800
Chicago, IL 60654

HSH Nordbank AG, New York Branch
c/o Aaron Rubinstein, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman on behalf of Interested Party Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

IKON Financial Services
1738 Bass Rd
POB 13708
Macon, GA 31208

Todd Kaplan
Citadel Derivatives Group LLC
131 Dearborn St
Chicago, IL 60603

Marc E. Kasowitz on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Jack J. Kessler
19950 AW Country Club Dr #101
Aventura, FL 33180

Jason I. Kirschner on behalf of Interested Party Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

Jason I. Kirshner on behalf of Defendant Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

Joshua T Klein on behalf of Creditor Committee Creditors Committee
2000 Market St - 10th Floor
Philadelphia, PA 19103

Andrew A Kress on behalf of Defendant HSH Nordbank AG, New York Branch
425 Park Ave
New York, NY 10022

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Sidney P. Levinson on behalf of Creditor Term Lender Steering Group
865 S. Figueroa Ave
Los Angeles, CA 90017

Arthur S. Linker on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

Jennifer R. Lloyd-Robinson on behalf of Creditor Derr and Gruenewald Construction Co.
6750 Via Austi Parkway #170
Las Vegas, NV 89119

Alan H Martin on behalf of Creditor Bank of America, N.A.
650 Town Center Dr, 4 Fl
Costa Mesa, CA 92626

Kyle Mathews on behalf of Creditor Bank of America, N.A.
333 S Hope St, 48 Fl
Los Angeles, CA 90071

Josefina Fernandez McEvoy on behalf of Creditor Committee Creditors Committee
1800 Century Park East #300
Los Angeles, CA 90067-1506

Sharon Merrill
Adorno & Yoss LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale, FL 33301

Joshua M. Mester on behalf of Creditor Term Lender Steering Group
865 S Figueroa Ave
Los Angeles, CA 90017

Seth A. Moskowitz on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Barry E Mukamal
1 SE 3rd Ave 9th Floor
Miami, FL 33131

Michael R. Mushkin on behalf of Creditor Illuminating Concepts Ltd
4475 S. Pecos Rd
Las Vegas, NV 89121

Matthew D. Novello on behalf of Interested Party CCCS International
3201 University Dr #100
Auburn Hills, MI 48326

Anthony L. Paccione on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

Matthew D. Parrott on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

Robin E. Perkins on behalf of Creditor Ahern Rentals Inc
221 N. Buffalo Dr #A
Las Vegas, NV 89145

Bryan J. Pezzillo on behalf of Creditor Derr and Gruenewald Construction Co.
6750 Via Austi Parkway #170
Las Vegas, NV 89119

Thomas C Rice on behalf of Creditor Barclays Bank PLC
425 Lexington Ave
New York, NY 10017

Jason A. Rose on behalf of Creditor Bradford Products, LLc
327 California Ave
Reno, NV 89502

Jonathan Rosenberg on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Alan Rubin
100 Second St 34th Fl
Miami, FL 33131

Aaron Rubinstein on behalf of Defendant HSH Nordbank AG, New York Branch
425 Park Ave
New York, NY 10022

Lenard E Schwartzer on behalf of Creditor Air Design Technologies LLC
2850 S Jones Blvd #1
Las Vegas, NV 89146

Justin S Stern on behalf of Creditor Barclays Bank PLC
425 Lexington Ave
New York, NY 10017

William Sushon on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Kesha Tanabe on behalf of Creditor U.S. Bank National Association
90 South Seventh St
3300 Wells Fargo Center
Minneapolis, MN 55402

Charles M. Tatelbaum
Adorno & Yoss LLP
350 East Las Olas Blvd
17th Floor
Fort Lauderdale, fl

Michael J. Viscount on behalf of Creditor Committee Creditors Committee
1301 Atlantic Ave
Atlantic City, NJ 08401-7212

Clark T Whitmore on behalf of Creditor U.S. Bank National Association
90 S 7 St #3300
Minneapolis, MN 55402

Donald H. Williams on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
612 South 10th St
Las Vegas, NV 89101

Eric D. Winston on behalf of Creditor Aurelius Capital Management, LP
865 S. Figueroa St 10th Fl
Los Angeles, CA 90017

David J Woll on behalf of Creditor Barclays Bank PLC
425 Lexington Ave
New York, NY 10017