UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

FONTAINEBLEAU LAS VEGAS HOLDINGS,
LLC, et al.,

    Debtors.
_____/

Case No. 09-21481-BKC-AJC

Chapter 11

(Jointly Administered)

# DESIGNATION OF RECORD AND
# STATEMENT OF ISSUES ON APPEAL

PLEASE TAKE NOTICE that Term Lender Steering Group (the "Appellants") hereby files this designation of record and statement of issues on appeal pursuant to Fed. R. Bankr. P. 8006 with respect to Appellants' Notice of Appeal filed on September 21, 2009 (D.E. 576), which appeals from the Bankruptcy Court's *First Interim Order (I) Authorizing the Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing (D.E. 565)* (the "Order"), entered on September 18, 2009.

## DESIGNATION

Appellant designates the following docket entries from the bankruptcy case to be included in the record on appeal:

1. Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; and (III) Scheduling Final Hearing Filed by Debtor Fontainebleau Las Vegas Holdings, LLC., dated June 10, 2009, (D.E 12).

2. Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of

{FT616539;1}

1

      Bankruptcy Code, (II) Providing Adequate Protection To Prepetition Secured Parties Pursuant to Section 361, 362, and 363, of Bankruptcy Code, and (III) Scheduling Final Hearing (Re: D.E.12), dated June 11, 2009, (D.E. 49).

3. Transcript of June 11, 2009 Hearing (D.E. 79).

4. Supplement to Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; and (III) Scheduling Final Hearing Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: D.E. 12 Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC), dated June 23, 2009, (D.E. 166).

5. Second Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code, (II) Providing Adequate Protection To Prepetition Secured Parties Pursuant to Section 361, 362, and 363, of Bankruptcy Code, and (III) Scheduling Final Hearing (Re: D.E. 12), dated July 7, 2009, (D.E. 242).

6. Supplement (Second) Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: 12 Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC). (Attachments: # 1 Exhibit A - Proposed Third Interim Cash Collateral Order # 2 Exhibit B - Budget), dated July 20, 2009 (D.E. 302).

7. Transcript of July 27, 2009 Hearing (D.E. 349).

8. Third Interim Order Authorizing Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of Bankruptcy Code (Re: D.E. 12), dated July 31, 2009 (D.E. 359).

9. Amended Third Interim Order (Re: D.E. 302 Supplement (Second) Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: D.E. 12 Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC), dated August 7, 2009 (D.E. 389).

10. Supplement (Third) Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: D.E. 12 Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II)

      Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC). (Attachments: # 1 Exhibit A - Proposed Fourth Interim Cash Collateral Order# 2 Exhibit B - Budget# 3 Exhibit C - Redline), dated August 20, 2009 (D.E. 421).

11. Fourth Interim Order Scheduling Final Hearing On (Re: D.E. 12 Motion to Use Cash Collateral filed by Debtor Fontainebleau Las Vegas Holdings, LLC), dated August 27, 2009 (D.E. 454).

12. Emergency Motion to Compel *Debtors' Responses to Term Lender Steering Group's Discovery Requests on an Expedited Basis* Filed by Creditor Term Lender Steering Group. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D), September 14, 2009 (D.E. 515).

13. Objection to (D.E. 12) Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC, (D.E. 166) Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC, D.E. 318 Certificate of Service filed by Noticing/Claims Agent Kurtzman Carson Consultants LLC, (D.E. 421) Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditors Derr and Gruenewald Construction Co., Greybar Electric Company, Inc., Quality Cabinet & Fixture Company, Tracy & Ryder Landscape, Inc., Water FX, LLC, Z Glass, Inc., Zetian Systens, dated September 14, 2009 (D.E 517).

14. Motion for Joinder in Other Lienholders Objections Regarding Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; and (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 (Re: D.E. 321) Objection, (D.E. 323) Motion for Joinder, (D.E. 327) Motion for Joinder, (D.E. 438) Objection, (D.E. 440) Objection, (D.E. 451) Joinder Filed by Creditor Fisk Electric Company, dated September 14, 2009 (D.E. 518).

15. Objection to (D.E. 12) Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC, D.E. 166 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC, (D.E. 302) Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC, (D.E. 421) Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC, (D.E. 454) Order Continuing Hearing Filed by Creditor M&M Lienholders, dated September 14, 2009 (D.E. 519).

16. Notice of Filing Statement Regarding Notice of Final Hearing on Cash Collateral, Filed by Creditor Term Lender Steering Group (Re: D.E. 478). (Attachments: # 1 Exhibit A# 2 Exhibit B), Dated September 14, 2009 (D.E. 521).

17. Memorandum of Law in Support Filed by Creditor Term Lender Steering Group (Re: D.E. 515) Emergency Motion to Compel *Debtors' Responses to Term Lender Steering Group's Discovery Requests on an Expedited Basis* filed by Creditor Term Lender Steering Group), dated September 14, 2009 (D.E. 523).

18. Objection to (D.E.12) Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC, (D.E. 166) Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC, D.E. 302 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC, (D.E. 421) Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC) filed by Contractor Claimants Filed by Creditors Absocold Corporation, d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc., dated September 14, 2009, (D.E. 526).

19. Emergency Motion to Use Cash Collateral and to Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code Filed by Debtor Fontainebleau Las Vegas Holdings, LLC. (Attachments: # 1 Exhibit A - Proposed Fifth Interim Cash Collateral Order# 2 Exhibit B - Budget), dated September 14, 2009 (D.E. 528).

20. Objection to (D.E. 528) Emergency Motion to Use Cash Collateral *and to Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code* filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditor Aurelius Capital Management, LP., dated September 15, 2009 (D.E. 545).

21. Objection to (D.E.12) Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC Filed by Creditor Term Lender Steering Group (Attachments: # 1 Exhibit A), dated September 16, 2009 (D. E. 547).

22. First Interim Order (I) Authorizing the Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing (Re: D.E. 528), dated September 18, 2009 (D.E. 565).

23. Notice of Appeal, dated September 21, 2009 (D.E. 576).

{FT616539;1}

4

24.     Transcript of September 15, 2009 Hearing (D.E. ___).

25.     Transcript of September 16, 2009 Hearing (D.E. ___).

Appellant designates the following docket entries from *Fontainebleau Las Vegas Holdings, LLC v. Bank of America, et al.* Adv. Pro. No. 09-01621-AJC-A, to be included in the record on appeal:

26.     Complaint by Fontainebleau Las Vegas, LLC against Bank of America, N.A., Merrill Lynch Capital Corporation, JPMorgan Chase Bank, N.A., Barclays Bank PLC, Deutsche Bank Trust Company Americas, The Royal Bank of Scotland PLC, Sumitomo Mitsui Banking Corporation New York, Bank of Scotland, HSH Nordbank AG, New York Branch, MB Financial Bank, N.A.. Nature of Suit:,(91 (Declaratory judgment)), dated June 9, 2009 (D.E. 1).

Appellant designates the following docket entries from *Fontainebleau Las Vegas Holdings, LLC v. Bank of America, et al.* in the United States District Court for the Southern District of Florida, Case No. 1:09-cv-21879-ASG, to be included in the record on appeal:

27.     Order Denying Motion for Partial Summary Judgment; Denying Motion for an Order Directing the Turnover of Funds to the Debtors' Estate; Denying Motion for Expedited Filing and Consideration; Dismissing Motion to Dismiss the Turnover Claim and Granting Motion to Permit Discovery, dated August 26, 2009 (D.E. 62).

## ISSUES ON APPEAL

1.     Did the Bankruptcy Court err in holding that a debtor may spend and consume an undersecured lender's cash collateral where the debtor agrees to grant the lender "adequate protection" in the form of a "replacement lien" on unfinished, deteriorating real property in which the lender already has a security interest?

2.     Did the Bankruptcy Court err in concluding that such a "replacement lien" constituted adequate protection despite the fact that the Bankruptcy Court made no factual findings, and had no evidence on which to base any factual findings, regarding the value of the real property on which the replacement lien was granted or the amount and priority of claims secured by preexisting liens on such real property?

Dated: September 22, 2009

Respectfully submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A).**

AKERMAN SENTERFITT
Michael I. Goldberg
James H. Fierberg
Las Olas Centre II
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095


By:     /s/ Michael I. Goldberg
        Michael I. Goldberg
        Florida Bar No. 886602

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Sidney P. Levinson
Joshua M. Mester
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Term Lender Steering Group

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via (1) Court's BNC; (2) U.S. Mail; and/or (3) e-mail transmission on September 22, 2009 to:

By: /s/ Michael I. Goldberg, Esq.
Michael I. Goldberg, Esq.

{FT616539;1}

7

## SERVICE LIST

**09-21481-AJC Notice will be electronically mailed to:**

Brett M Amron on behalf of Creditor Aurelius Capital Management, LP
bamron@bastamron.com, jrivera@bastamron.com,jeder@bastamron.com

Scott L Baena on behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com

Carla M Barrow on behalf of Creditor Fisk Electric Company
cbarrow@wsh-law.com, mmartinez@wsh-law.com

Paul J. Battista on behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Brian S Behar on behalf of Creditor ThyssenKrupp Safway Inc.
bsb@bgglaw.net

Richard J Bernard on behalf of Creditor QTS Lotigistics, Inc.
rbernard@bakerlaw.com

Mark D Bloom on behalf of Creditor Barclays Bank PLC
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Jacqueline Calderin on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com;nsocorro@ecccounsel.com

Candace C Carlyon on behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com,
ltreadway@sheacarlyon.com;ggianoulakis@sheacarlyon.com;ssherman@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com

Robert P Charbonneau on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
rpc@ECCcounsel.com,
nsgm0024@aol.com;dgold@ECCcounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com;nsocorro@ecccounsel.com;msardinas@ecccounsel.com

David A Colvin on behalf of Creditor DANA KEPNER COMPANY
dcolvin@marquisaurbach.com

Sara D Cope on behalf of Creditor Southern Nevada Glaziers Trust Funds
saradcope@gmail.com, kbchrislaw@aol.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, rwilliams@whww.com

Thomas H. Fell on behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg on behalf of Creditor Term Lender Steering Group
james.fierberg@akerman.com

Robert G Fracasso Jr on behalf of Defendant Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Francella on behalf of Interested Party Minibar Systems and Minibar N.A., Inc
tfrancella@wtplaw.com

Robert C Furr on behalf of Creditor MB Financial Bank NA
bnasralla@furrcohen.com

Jay M Gamberg on behalf of Creditor Mechanical Systems West Inc.
Lbernstein@gamberglaw.com

James D Gassenheimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com,
efile@bergersingerman.com;lmerida@bergersingerman.com;cweisz@bergersingerman.com;ebrown@bergersingerman.com

Daniel L. Gold on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
dgold@ecccounsel.com, scunningham@ecclegal.com

Michael I Goldberg on behalf of Creditor Term Lender Steering Group
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S Golden on behalf of Creditor Coreslab Structures (L.A.), Inc.
egolden@bakerlaw.com, smccoy@bakerlaw.com

Alvin S. Goldstein on behalf of Creditor MB Financial Bank NA
mmitchell@furrcohen.com

Ross R Hartog on behalf of Creditor Aderholt Specialty Company, Inc.
rhartog@mdrtlaw.com,
gguenechea@mdrtlaw.com;ecfnotices@mdrtlaw.com;mdrtlaw@yahoo.com

Thomas E Kaaran on behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com;mmorton@mcdonaldcarano.com

John W. Kozyak on behalf of Creditor Apollo Investment Fund, VII, LP
jk@kttlaw.com, ycc@kttlaw.com;la@kttlaw.com

{FT616641;1}

Philip J Landau on behalf of Creditor M&M Lienholders
plandau@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com

David M Levine on behalf of Interested Party Commonwealth Land Title Insurance Company
dml@tewlaw.com, msanchez@tewlaw.com;rjr@tewlaw.com;amj@tewlaw.com

Paul J McMahon on behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C Meacham on behalf of Creditor Derr and Gruenewald Construction Co.
rmeacham@mmdpa.com, lraymond@mmdpa.com;mdieguez@mmdpa.com

Lawrence H Meuers on behalf of Interested Party CCCS International
lmeuers@meuerslawfirm.com,
lcastle@meuerslawfirm.com;snurenberg@meuerslawfirm.com;sdefalco@meuerslawfirm.com

Harold D Moorefield Jr. on behalf of Defendant Bank of Scotland
hmoorefield@swmwas.com,
cgraver@swmwas.com;larrazola@swmwas.com;rross@swmwas.com

Mindy A. Mora on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;laparicio@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditors Committee
gmoses@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Kenneth E Noble on behalf of Defendant Bank of Scotland
kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Becky Pintar on behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

Craig V Rasile on behalf of Creditor Bank of America, N.A.
crasile@hunton.com,
mtucker@hunton.com,mmannering@hunton.com,keckhardt@hunton.com,adeboer@hunton.com

Robert F. Reynolds on behalf of Creditor American Crane & Hoist, LLC
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Arthur H Rice on behalf of Defendant HSH Nordbank AG, New York Branch
arice.ecf@rprslaw.com

{FT616641;1}

Peter J Roberts on behalf of Creditor MB Financial Bank NA
proberts@shawgussis.com

Ralf R Rodriguez on behalf of Creditor Colasanti Specialty Services, Inc.
rrodriguez@pecklaw.com, sdumbar@pecklaw.com;jfried@pecklaw.com

Rex E Russo on behalf of Creditor Bradford Products, LLc
rexlawyer@prodigy.net

Michael L Schuster on behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com;mpacheco@gjb-law.com

Shlomo S. Sherman on behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Paul Steven Singerman on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
singerman@bergersingerman.com, efile@bergersingerman.com

Tina M. Talarchyk on behalf of Creditor U.S. Bank National Association
TTalarchyk@ssd.com, amazzini@ssd.com;dfoley@ssd.com

Charles M Tatelbaum on behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com, smerrill@adorno.com

Diane Noller Wells on behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com, efiling@devinegoodman.com

**09-21481-AJC Notice will not be electronically mailed to:**

AKFCF, Inc
10432 N Lake Vista Cr
Davie, FL 33328

Noah G. Allison on behalf of Creditor Colasanti Specialty Services, Inc.
3191 E Warm Springs Rd
Longford Plaza East, Bldg 13
Las Vegas, NV 89120

Jean Marie L Atamian on behalf of Defendant Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

Christopher R Belmonte on behalf of Creditor Moody's Investors Service
230 Park Ave
New York, NY 10169

{FT616641;1}

Bruce Bennett on behalf of Creditor Term Lender Steering Group
865 S Figueroa Ave
Los Angeles, CA 90017

Jed I. Bergman on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Bradley Butwin on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Daniel Cantor on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Kevin B. Christensen on behalf of Creditor Southern Nevada Glaziers Trust Funds
7440 W Sahara Ave
Las Vegas, NV 89117

Kelly M. Cooper on behalf of Creditor Committee Creditors Committee
1301 Atlantic Ave
Atlantic City, NJ 08401

Eric Dobberstein on behalf of Creditor Insulpro Projects, Inc.
8965 S Eastern Ave #280
Las Vegas, NV 89123

Jeff J. Friedman on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

David M. Friedman on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Garces Restaurant Group LLC
c/o Robert W Keddie III, Esq
502 Carnegie Center #103
Princeton, NJ 08540

Gregory E Garman on behalf of Creditor M&M Lienholders
3960 Howard Hughes Pkwy 9 Fl
Las Vegas, NV 89109

Phillip A. Geraci on behalf of Defendant HSH Nordbank AG, New York Branch
425 Park Ave
New York, NY 10022

Robert W. Glantz on behalf of Creditor MB Financial Bank NA
321 North Clark St #800
Chicago, IL 60654

HSH Nordbank AG, New York Branch
c/o Aaron Rubinstein, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman on behalf of Interested Party Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

IKON Financial Services
1738 Bass Rd
POB 13708
Macon, GA 31208

Todd Kaplan
Citadel Derivatives Group LLC
131 Dearborn St
Chicago, IL 60603

Marc E. Kasowitz on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Jack J. Kessler
19950 AW Country Club Dr #101
Aventura, FL 33180

{FT616641;1}

Jason I. Kirschner on behalf of Interested Party Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

Jason I. Kirshner on behalf of Defendant Sumitomo Mitsui Banking Corporation
1675 Broadway
New York, NY 10019

Joshua T Klein on behalf of Creditor Committee Creditors Committee
2000 Market St - 10th Floor
Philadelphia, PA 19103

Andrew A Kress on behalf of Defendant HSH Nordbank AG, New York Branch
425 Park Ave
New York, NY 10022

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Sidney P. Levinson on behalf of Creditor Term Lender Steering Group
865 S. Figueroa Ave
Los Angeles, CA 90017

Arthur S. Linker on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

Jennifer R. Lloyd-Robinson on behalf of Creditor Derr and Gruenewald Construction Co.
6750 Via Austi Parkway #170
Las Vegas, NV 89119

Alan H Martin on behalf of Creditor Bank of America, N.A.
650 Town Center Dr, 4 Fl
Costa Mesa, CA 92626

Kyle Mathews on behalf of Creditor Bank of America, N.A.
333 S Hope St, 48 Fl
Los Angeles, CA 90071

Josefina Fernandez McEvoy on behalf of Creditor Committee Creditors Committee
1800 Century Park East #300
Los Angeles, CA 90067-1506

{FT616641;1}

Sharon Merrill
Adorno & Yoss LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale, FL 33301

Joshua M. Mester on behalf of Creditor Term Lender Steering Group
865 S Figueroa Ave
Los Angeles, CA 90017

Seth A. Moskowitz on behalf of Plaintiff Fontainebleau Las Vegas, LLC
1633 Broadway
New York, NY 10019

Barry E Mukamal
1 SE 3rd Ave 9th Floor
Miami, FL 33131

Michael R. Mushkin on behalf of Creditor Illuminating Concepts Ltd
4475 S. Pecos Rd
Las Vegas, NV 89121

Matthew D. Novello on behalf of Interested Party CCCS International
3201 University Dr #100
Auburn Hills, MI 48326

Anthony L. Paccione on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

Matthew D. Parrott on behalf of Interested Party Bank of Scotland plc
575 Madison Ave
New York, NY 10022-2585

Robin E. Perkins on behalf of Creditor Ahern Rentals Inc
221 N. Buffalo Dr #A
Las Vegas, NV 89145

Bryan J. Pezzillo on behalf of Creditor Derr and Gruenewald Construction Co.
6750 Via Austi Parkway #170
Las Vegas, NV 89119

Thomas C Rice on behalf of Creditor Barclays Bank PLC
425 Lexington Ave
New York, NY 10017

{FT616641;1}

Jason A. Rose on behalf of Creditor Bradford Products, LLc
327 California Ave
Reno, NV 89502

Jonathan Rosenberg on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Alan Rubin
100 Second St 34th Fl
Miami, FL 33131

Aaron Rubinstein on behalf of Defendant HSH Nordbank AG, New York Branch
425 Park Ave
New York, NY 10022

Lenard E Schwartzer on behalf of Creditor Air Design Technologies LLC
2850 S Jones Blvd #1
Las Vegas, NV 89146

Justin S Stern on behalf of Creditor Barclays Bank PLC
425 Lexington Ave
New York, NY 10017

William Sushon on behalf of Defendant Bank of America, N.A.
7 Times Square
New York, NY 10036

Kesha Tanabe on behalf of Creditor U.S. Bank National Association
90 South Seventh St
3300 Wells Fargo Center
Minneapolis, MN 55402

Charles M. Tatelbaum
Adorno & Yoss LLP
350 East Las Olas Blvd
17th Floor
Fort Lauderdale, fl

Michael J. Viscount on behalf of Creditor Committee Creditors Committee
1301 Atlantic Ave
Atlantic City, NJ 08401-7212

{FT616641;1}

Clark T Whitmore on behalf of Creditor U.S. Bank National Association
90 S 7 St #3300
Minneapolis, MN 55402

Donald H. Williams on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
612 South 10th St
Las Vegas, NV 89101

Eric D. Winston on behalf of Creditor Aurelius Capital Management, LP
865 S. Figueroa St 10th Fl
Los Angeles, CA 90017

David J Woll on behalf of Creditor Barclays Bank PLC
425 Lexington Ave
New York, NY 10017

{FT616641;1}