

**ORDERED in the Southern District of Florida on September 22, 2009.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL.,[1] | Case No. 09-21481-BKC-AJC |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING EX-PARTE MOTION TO CONTINUE OCTOBER 1, 2009
FINAL HEARING ON DEBTORS' EMERGENCY MOTION FOR INTERIM
AND FINAL ORDERS (I) AUTHORIZING USE OF PREVIOUSLY
AUTHORIZED CASH COLLATERAL; (II) PROVIDING ADEQUATE
PROTECTION TO PREPETITION SECURED PARTIES
PURSUANT TO SECTIONS 361, 363, AND 364 OF THE
BANKRUPTCY CODE; AND (III) SCHEDULING FINAL HEARING
UNTIL OCTOBER 5, 2009 AT 2:00 P.M.**

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

1

THIS MATTER came before the Court upon the Debtors' *Ex-Parte Motion to Continue October 1, 2009 Final Hearing on Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing Use of Previously Authorized Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [Dkt. No. 575] (the "Motion").  The Court, upon consideration of the Motion and the record in these cases, finds that cause exists to grant the relief requested and that consideration of such relief is appropriate pursuant to Local Rule 9013-1(C).  Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. The final hearing in respect of the *Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing Use of Previously Authorized Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code and (iii) Scheduling Final Hearing* [Dkt. No. 528] is continued until **October 5, 2009 at 2:00 p.m.** at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1410, Miami, FL 33130 before the Honorable A. Jay Cristol, United States Bankruptcy Judge.

3. Objections to the entry of a final order in respect of the Cash Collateral Motion shall be filed with the Court no later than 4:30 p.m., two (2) business days prior to the hearing date, which objections shall be served to that the same are received by hand delivery or electronic mail on or before such date and time by:  a) Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131-5340, Attn:  Scott L. Baena, Esq. (sbaena@bilzin.com); b) Hennigan, Bennett &

Dorman, LLP, 865 S. Figueroa Avenue, Los Angeles, California 90017, Attn: Bruce Bennett, Esq. (bennettb@hbdlawyers.com) and Sidney P. Levinson, Esq. (levinsons@hbdlawyers.com) and Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131-1714, Attn: Michael Goldberg, Esq. (michael.goldberg@akerman.com), Co-Counsel for certain of the Term Lenders, and (c) Quinn Emauel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Susheel Kirpilani, Esq. (skirpilani@quinnemanuel.com) and Bast Amron LLP, SunTrust International Center, One Southeast Third Avenue, Suite 1440, Miami, FL 33131, Attn: Brett Amron, Esq., Co-Counsel for Aurelius Capital Management LP (bamron@bastamron.com ).

# # #

Submitted by:

Scott L. Baena (Florida Bar No. 186445)
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

Copies to:
Scott L. Baena
*(Attorney Baena shall upon receipt cause a copy of this Order to be served upon all interested parties and a certificate of service to be filed.)*