IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FONTAINEBLEAU LAS VEGAS | : | |
| HOLDINGS, LLC, *et al*,[1] | : | Case No. 09-21481-BKC-AJC |
| | : | |
| Debtors. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PROTECTIVE ORDER WITH RESPECT TO NOTICE OF 30(B)(6) DEPOSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR PRODUCTION OF DOCUMENTS DUCES TECUM (CP #532)**

Based on the agreement with the Term Lender Steering Group set forth on the record on September 22, 2009, the Official Committee of Unsecured Creditors hereby gives notice of withdrawal, without prejudice, of its Motion for Protective Order with Respect to Notice of 30(B)(6) Deposition of Official Committee of Unsecured Creditors and Request for Production of Documents Duces Tecum (CP #532), and requests that the hearing currently set for September 23, 2009 at 3:00 p.m. be cancelled.

Dated: September 22, 2009        Respectfully submitted,

                                             **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                             *Co-Counsel for the Official Committee of*
                                             *Unsecured Creditors*
                                             100 Southeast 2nd Street, 44th Floor
                                             Miami, Florida 33131
                                             Telephone: 1.305.349.2300
                                             Facsimile: 1.305.349.2310

                                              */s/ Glenn D. Moses*
                                             Paul J. Battista, Esq.
                                             Fla. Bar No. 884162

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp., [7822]. The Debtors' current mailing address is: 19950 West County Club Drive, Aventura, Florida 33180.

PH1 2385637v1 09/11/09

pbattista@gjb-law.com
Glenn D. Moses, Esq.
gmoses@gjb-law.com
Fla. Bar No. 174556

and

**FOX ROTHSCHILD, LLP**
*Co-Counsel for the Official Committee of Unsecured Creditors*
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401
Telephone: 1.609.348.4515
Facsimile: 1.609.348.6834
Michael Viscount, Esq. (*Pro Hac Vice*)
mviscount@foxrothschild.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties as indicated on the attached service list on this 22nd day of September, 2009.

/s/ Glenn D. Moses
Glenn D. Moses, Esq.

Master Service List
Served via

| PARTY / FUNCTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DOCKET # | LIST | SERVICE METHOD | DATE ADDED/MODIFIED | SERVICE NOTES | No Hard Copy Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Swap Creditors | Barclays Capital | | 5 The North Colonnade | Canary Wharf | London | | E14 4BB | GREAT BRITAIN | | | | | MSL | | | | |
| Swap Creditors | RBS The Royal Bank of Scotland | Global Banking & Markets | 280 Bishopsgate | | London | | EC2M 4RB | GREAT BRITAIN | | | | | MSL | | June 26, 2009 | | |
| Swap Creditors | The Royal Bank of Scotland PLC | | 36 St Andrew Sq | | Edinburgh | | EH2 2YB | GREAT BRITAIN | | | | | MSL | | | Removed from Email service | |
| Counsel to Johnson Controls Inc | Adorno & Yoss LLP | Charles M Tatelbaum | 350 E Las Olas Blvd Ste 1700 | | Ft Lauderdale | FL | 33301 | | 954-766-7820 | 866-621-4195 | ctatelbaum@adorno.com | DN 276 | Core/2002 | | July 15, 2009 | | |
| Counsel to Term Lender Steering Group | Akerman Senterfitt | James Fierberg | One SE Third Ave 25th Fl | | Miami | FL | 33131-1714 | | 305-374-5600 | 305-374-5095 | james.fierberg@akerman.com | DN 46 | Core/2002 | | | ECF | |
| Counsel for the Steering Committee of the Term Loan Facility | Akerman Senterfitt | Michael Goldberg | Las Olas Centre II | 350 East Las Olas Boulevard Ste 1600 | Ft Lauderdale | FL | 33301-2229 | | 954.468.2444 | 954.463.2224 | michael.goldberg@akerman.com | DN 47 | MSL | | | ECF | x |
| Counsel for Apollo Investment Fund VII, LP | Akin Gump Strauss Hauer & Feld LLP | Steven M Pesner | One Bryant St | | New York | NY | 10036 | | 212-872-1070 | 212-872-1002 | spesner@akingump.com | DN 178 | Core/2002 | | June 26, 2009 | | |
| Swap Creditors | Bank of America NA | Swaps Operations | 233 S Wacker Dr Ste 2800 | | Chicago | IL | 60606 | | 312-234-2732 | 866-255-1444 | adrienne.l.read@bankofamerica.com | | MSL | | | | |
| Swap Creditors | Barclays Capital | General Counsel | 200 Park Avenue | | New York | NY | 10166 | | 212-412-4000 | 212-412-7519 | rachel.simons@barclayscapital.com | | | | | | |
| Counsel to Aurelius Capital Management LP | Bast Amron LLP | Brett M Amron | SunTrust International Ctr | One SE Third Ave Ste 1440 | Miami | FL | 33131 | | 305-379-7904 | 305-379-7905 | bamron@bastamron.com | DN 332 | Core/2002 | | July 25, 2009 | | |
| Counsel to Thyssenkrupp Safway Inc | Behar Gutt & Glazer PA | Brian S Behar | 2999 NE 191st St Fifth Fl | | Aventura | FL | 33180 | | 305-931-3771 | 305-931-3774 | bsb@bgglaw.com | DN 341 | Core/2002 | | July 29, 2009 | | |
| Counsel for Turnberry West Construction, Inc. | Berger Singerman | Paul Singerman | 200 South Biscayne Boulevard Suite 1000 | | Miami | FL | 33131 | | 305-755-9500 | 305-714-4340 | singerman@bergersingerman.com | DN 39 | MSL | | | ECF | |
| Counsel for Turnberry West Construction, Inc. | Berger Singerman | James D Gassenheimer | 200 South Biscayne Boulevard Suite 1000 | | Miami | FL | 33131 | | 305-755-9500 | 305-714-4340 | jgassenheimer@bergersingerman.com | DN 201 | Core/2002 | | June 29, 2009 | | |
| Counsel to the Debtors | Bilzin Sumberg Baena Price & Axelrod LLP | Jason Jones & Jay M Sakalo | 200 South Biscayne Boulevard Suite 2500 | | Miami | FL | 33131-5340 | | 305-375-6160 | 305-351-2227 | jjones@bilzin.com; jsakalo@bilzin.com | | MSL | | | | |
| Member of Creditors Committee | Decca Hospitality | c o Nick Hart President & CEO | 3525 Piedmont Rd | Building 7 Ste 205 | Atlanta | GA | 30305 | | 404-262-4330 | 404-262-4399 | nhart@deccahospitality.com | 97 | MSL | | | | |
| Swap Creditors | Deutsche Bank AG New York | | 60 Wall St | | New York | NY | 10005 | | | | david.greenberg@db.com; rodney.chong@db.com | | MSL | | | | |
| Counsel to Safe Electronics Inc, Warner Enterprises Inc, dba Sun Valley Electric supply Company, Bombard Electric LLC, Bombard Mechanical LLC, Desert Fire Protection Company, a Nevada Limited Partnership, Powell Cabinet and Fixture co, Austin General Contracting Inc, and Absocold Corporation, dba Econ Appliance | Ehrenstein Charbonneau Calderin | Robert P Charbonneau | 800 Brickell Ave Ste 902 | | Miami | FL | 33131 | | 305-722-2002 | 305-722-2001 | rpc@ecclegal.com | DN 64 | Core/2002 | | June 15, 2009 | ECF | x |
| Debtor | Fontainebleau Las Vegas Holdings LLC et al | c o Howard Karawan | 19950 W Country Club Drive | | Aventura | FL | 33180 | | | | | | MSL | | | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Michael J Viscount Jr | Midtown Bldg Ste 400 | 1301 Atlantic Ave | Atlantic City | NJ | 08401-7212 | | 609-572-2227 | 609-348-6834 | mviscount@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Josefina Fernandez McEvoy | 1800 Century Park E Ste 300 | | Los Angeles | CA | 90067-1506 | | 310-598-4185 | 310-556-9828 | jfmcevoy@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to the Creditors Committee | Fox Rothschild LLP | Joshua T Klein | 2000 Market St 10th Fl | | Philadelphia | PA | 19103-3291 | | 215-299-2723 | 215-299-2150 | jklein@foxrothschild.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to MB Financial Bank NA | Furr and Cohen PA | Alvin S Goldstein and Robert C Furr | 2255 Glades Rd Ste 337W | | Boca Raton | FL | 33431 | | 561-395-0500 | 561-338-7532 | agoldstein@furrcohen.com; bpetthis@gjb-law.com | DN 193 | Core/2002 | | June 26, 2009 | notice name added June 30, 2009 | |
| Counsel to the Creditors Committee | Genovese Joblove & Battista PA | Attn Paul J Battista | Bank of America Tower at Int Pl | 100 SE Second St 44th Fl | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | gmoses@gjb-law.com | DN 185 | Core/2002 | | June 26, 2009 | | |
| Counsel to D'Alessio Contracting Inc and Waco Scaffolding & Equipment | Gibbs Giden Locher Turner & Senet LLP | Becky A Pintar Esq | 3993 Howard Hughes Pkwy Ste 530 | | Las Vegas | NV | 89169 | | 702-836-9800 | | | DN 363 | Core/2002 | | 7/31/2009 | | |
| Swap Creditors | GMI Counsel | Swaps Legal | Merrill Lynch World Headquarters | 4 World Financial Center 18th Fl | New York | NY | 10080 | | | 212-449-6993 | | | | | | | |
| Counsel to Mechanics' and Materialsmens' lienholders incorporated, the "M&M Lienholders" | Gordon Silver | Thomas H Fell Gregory E Garman | 3960 Howard Hughes Pkwy 9th Fl | | Las Vegas | NV | 89169 | | 702-796-5555 | 702-369-2666 | | DN 152 | Core/2002 | | June 23, 2009 | | |
| Counsel to Barclays Bank PLC, Deutsche Bank Trust Company Americas, JPMorgan Chase Bank NA, and Royal Bank of Scotland PLC | Greenberg Traurig PA | Mark Bloom | 1221 Brickell Ave | | Miami | FL | 33131 | | 305-579-0500 | 305-579-0717 | bloomm@gtlaw.com | DN 59 | Core/2002 | | June 15, 2009 | ECF | |
| Counsel for the Steering Committee of the Term Loan Facility | Hennigan Bennett & Dorman LLP | Bruce Bennett | 865 South Figueroa Street | Ste 2900 | Los Angeles | CA | 90017 | | 213-694-1012 | 213-694-1234 | bennettB@hbdlawyers.com; levinsons@hbdlawyers.com | | MSL | | June 30, 2009 | updated email via DN 52 | |
| Counsel to Johnson Controls Inc | Holland & Hart LLP | Phil Dabney & Lars K Evensen | 3800 Howard Hughes Pkwy 10th Fl | | Las Vegas | NV | 89169 | | 702-669-4600 | 702-669-4650 | PJDabney@hollandhart.com; LKEvensen@hollandhart.com | DN 276 | Core/2002 | | July 15, 2009 | | |
| Counsel to the Administrative Agent to the Debtors' prepetition term loan facility | Hunton & Williams | Craig Rasile | 1111 Brickell Avenue Suite 2500 | | Miami | FL | 33131 | | 305-810-2579 | 305-810-2460 | crasile@hunton.com | | MSL | | | ECF | x |
| Counsel for Bank of America NA | Hunton & Williams LLP | Craig V Rasile & Kevin M Eckhardt | 1111 Brickell Avenue Suite 2500 | | Miami | FL | 33131 | | 305-810-2500 | 305-810-1669 | crasile@hunton.com; keckhardt@hunton.com | DN 38 | Core/2002 | | | | |
| Counsel for IKON Financial Services | IKON Financial Services | Bankruptcy Administration | 1738 Bass Road | PO Box 13708 | Macon | GA | 31208-3708 | | 800-480-6513 | | | DN 241 | Core/2002 | | July 7, 2009 | | |
| IKON Office Solutions | IKON Office Solutions | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 | | | | | POC 80 | Core/2002 | | 7/31/2009 | added to MSL per kwc | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd Mail Drop N781 | | Philadelphia | PA | 19255 | | 800-913-9358 | 215-516-2015 | | | MSL | | | | |
| Counsel to the Indenture Trustee to the Debtors' 10.25% Second Mortgage Notes | Jones Day | Stacey N Lefont | 222 East 41st Street | | New York | NY | 10017-6702 | | 212.326.3745 | 212.755.7306 | slefont@jonesday.com; Kenneth.Noble@kattenlaw.com | | MSL | | | | |
| Counsel to the Bank of Scotland plc | Katten Muchin Rosenman LLP | Kenneth E Noble & Camille G Fesche | 575 Madison Ave | | New York | NY | 10022-2585 | | 212-940-6419 | 212-894-5653 | Camille.Fesche@kattenlaw.com | DN 58 | Core/2002 | | June 15, 2009 | | |
| Member of Creditors Committee | Kelley II LLC d b a Kelley Technologies | c o Brooks Pickering President & CEO | 5625 Arville Street Unit D | | Las Vegas | NV | 89119 | | 702-889-6777 | 702-889-8237 | Mroberts@kelleytechnologies.com; jk@kttlaw.com | 97 | MSL | | | | |
| Counsel for Apollo Investment Fund VII, LP | Kozyak Tropin & Throckmorton PA | John W Kozyak David L Rosendorf | 2525 Ponce de Leon 9th Fl | | Coral Gables | FL | 33134 | | 305-372-1800 | 305-372-3508 | dlr@kttlaw.com | DN 178 | Core/2002 | | June 26, 2009 | | |
| Counsel to US Bank National Association | Maslon Edelman Borman & Brand LLP | c o Clark T Whitmore | 3300 Wells Fargo Center | 90 S Seventh St | Minneapolis | MN | 55402 | | 612-672-8335 | 612-642-8335 | clark.whitmore@maslon.com | DN 198 | MSL | | June 26, 2009 | | |
| Counsel to Aderholt Specialty Company Inc and Counsel for CECO Concrete Construction LLC | Markowitz Davis Ringel & Trusty PA | Ross R Hartog | 9130 So Dadeland Blvd Ste 1225 | | Miami | FL | 33156-7849 | | 305-670-5000 | 305-670-5011 | rhartog@mdrtlaw.com | DN 176 DN 536 | Core/2002 | | June 24, 2009 Updated September 15, 2009 | | |
| Counsel to JPRA Architects; Tracy & Ryder Landscape, Inc.; Quality Cabinet & Fixture Company; Zetian Systems, Inc.; Z Glass, Inc.; Derr and Gruenwald Construction Co.; Graybar Electric Company, Inc.; and Water FX LLC | May Meacham & Davell PA | Robert C Meacham | One Financial Plz Ste 2602 | | Ft Lauderdale | FL | 33394 | | 954-763-6000 | | | DN 158 | Core/2002 | | June 23, 2009/ Modified ECF | ECF | x |
| Counsel to Sumitomo Mitsui Banking Corporation | Mayer Brown LLP | Jean Marie L Atamian & Jason I Kirschner | 1675 Broadway | | New York | NY | 10019 | | 212-506-2500 | 212-262-1910 | jatamian@mayerbrown.com | DN 74 | Core/2002 | | June 16, 2009 | | |
| Counsel for Southwest Gas Corporation | McDonald Carano Wilson LLP | Kaaran E Thomas | PO Box 2670 | | Reno | NV | 89505 | | 775-788-2000 | 775-788-2020 | kthomas@mcdonaldcarano.com | DN 244 | Core/2002 | | July 7, 2009 | | |
| Swap Creditors | Merrill Lynch World Headquarters | Swap Group | 4 World Financial Center 18th Fl | | New York | NY | 10080 | | 212-449-2467 | 917-778-0836 | stanley_boralsky@ml.com | | MSL | | | | |
| Member of Creditors Committee | Mini Bar North America Inc | c o Anthony Joseph Torano President & CEO | 7430 Westmore Rd | | Rockville | MD | 20850 | | 301-354-5051 | 301-309-1115 | tony.torano@minibarna.com | 97 | MSL | | | | |
| Counsel to Colasanti Specialty Services Inc | Paul Joseph McMahon PA | Paul J McMahon | The Wiseheart Bldg | 2840 SW Third Ave | Miami | FL | 33129 | | 305-285-1222 | 305-858-4864 | pjm@pjmlawmiami.com | DN 315 | Core/2002 | | July 23, 2009 | | |
| Member of Creditors Committee | Paul Steelman Design Group | c o Matt Mahaney General Counsel | 3330 West Desert Inn Rd | | Las Vegas | NV | 89102 | | 702-873-0221 | 702-367-0724 | matt.mahaney@steelmanpartners.com | 97 | MSL | | | | |
| Counsel for Colasanti Specialty Services Inc | Pecker & Abramson | | 401 E Las Olas Blvd Ste 1600 | | Ft Lauderdale | FL | 33131 | | 954-764-5222 | 954-764-5228 | rrodriguez@pecklaw.com | DN 311 | Core/2002 | | July 23, 2009 | | |
| Counsel for HSH Nordbank AG, New York Branch | Rice Pugatch Robinson & Schiller PA | Arthur Halsey Rice | 101 Northeast Third Ave Ste 1800 | | Ft Lauderdale | FL | 33301 | | 305-379-3121 | 954-462-4300 | | DN 131 | Core/2002 | | June 23, 2009 | ECF | x |
| Counsel for Moody's Investors Service | Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Pamela A Bosswick | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com | DN 379 | Core/2002 | | August 5, 2009 | | |
| SEC | Securities & Exchange Commission | David Nelson Regional Director | Miami Regional Office | 801 Brickell Ave Suite 1800 | Miami | FL | 33131 | | | | | | MSL | | | | |
| Counsel to Bank of America NA | Sheppard Mullin Richter & Hampton LLP | Alan H Martin | 650 Town Ctr Dr 4th Fl | | Costa Mesa | CA | 92626 | | 714-513-5100 | 714-513-5130 | Amartin@sheppardmullin.com; eric.t.seike@bankofamerica.com | DN 53 | Core/2002 | | updated June 24, 2009 | | |
| Counsel to Bank of America NA | Sheppard Mullin Richter & Hampton LLP | Kyle Mathews | 333 South Hope Street | 48th Fl | Los Angeles | CA | 90071-1448 | | 213-620-1780 | 213-620-1398 | KMathews@sheppardmullin.com | DN 53 | Core/2002 | | updated June 24, 2009 | | |
| Counsel to the Administrative Agent to the Debtors' prepetition term loan facility | Sheppard Mullin Richter & Hampton LLP | William M Scott IV | 333 South Hope Street | 48th Fl | Los Angeles | CA | 90071 | | 213-617-4276 | 213-620-1398 | bscott@sheppardmullin.com | | MSL | | updated June 24, 2009 | | x |
| Counsel to Mechanics' and Materialsmens' lienholders incorporated, the "M&M Lienholders" | Shraiberg Ferrara & Landau PA | Philip J Landau | 2385 NW Executive Ctr Dr No 300 | | Boca Raton | FL | 33431 | | 561-443-0802 | 561-998-0047 | plandau@sfl-pa.com | DN 132 | Core/2002 | | June 23, 2009 | ECF | |
| Counsel to Sumitomo Mitsui Banking Corporation | Shutts & Bowen LLP | Robert Fracasso | 201 S Biscayne Blvd | 1500 Miami Center | Miami | FL | 33131 | | 305-379-9102 | 305-347-7802 | rfracasso@schutts.com | DN 74 | Core/2002 | | June 16, 2009 | | |
| Counsel to Barclays Bank PLC, Deutsche Bank Trust Company Americas, JPMorgan Chase Bank NA, and Royal Bank of Scotland PLC | Simpson Thacher & Bartlett LLP | Thomas C Rice David J Woll Sandeep Qusba | 425 Lexington Ave | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | trice@stblaw.com; dwoll@stblaw.com; squsba@stblaw.com; tsanders@stblaw.com | DN 60 | Core/2002 | | June 15, 2009 | | |
| Counsel for US Bank NA | Squire Sanders & Dempsey LLP | Tina M Talarchyk | 1900 Phillips Point W | 777 S Flagler Dr | West Palm Beach | FL | 33401-6198 | | 561-650-7261 | 561-655-1509 | ttalarchyk@ssd.com | DN 262 | Core/2002 | | July 13, 2009 | | |
| Florida Department of Revenue | State of Florida Dept of Revenue | Bankruptcy Section | Joel S Knee Assistant General Counsel | 6565 Taft Street Ste 400 | Hollywood | FL | 33024-4044 | | 954-967-1080 | 954-967-1084 | kneej@dor.state.fl.us | | MSL | | | | |
| Florida Department of Revenue | State of Florida Dept of Revenue | Bankruptcy Section | PO Box 6668 | | Tallahassee | FL | 32314-6668 | | | | | | MSL | | | | |
| Counsel to Bank of Scotland plc | Stearns Weaver Miller Weissler Alhadeff & Sitterson PA | Harold D Moorefield Jr | Museum Tower Ste 2200 | 150 W Flagler St | Miami | FL | 33130 | | 305-789-3467 | 305-789-2624 | hmoorefield@swmwas.com | DN 65 | Core/2002 | | June 16, 2009 | ECF | x |
| Counsel for Garces Restaurant Group LLC | Taylor Colicchio & Silverman LLP | c o Robert W Keddie III | 502 Carnegie Ctr Ste 103 | | Princeton | NJ | 08540 | | 609-987-0070 | | | DN 350 | Core/2002 | | July 30, 2009 | | |
| United States Trustee | United States Trustee | Donald F Walton | 51 SW First Ave Rm 1204 | | Miami | FL | 33130 | | 305-536-7285 | 305-536-7360 | | | MSL | | | | |
| Counsel for Fisk Electric Company | Weiss Serota Helfman Pastoriza Cole & Boniske PL | | 2525 Ponce de Leon Blvd Ste 700 | | Coral Gables | FL | 33134 | | 305-854-0800 | 305-854-2323 | | DN 307 | Core/2002 | | July 23, 2009 | | |
| Indenture Trustee to the Debtors' 10.25% Second Mortgage Notes / Member of Creditors Committee | Wells Fargo Bank as Indenture Trustee | c o Thomas Korsman Vice President | MAC 9311-110 | 625 Marquette Avenue | Minneapolis | MN | 55479 | | 612-446-5890 | 612-667-9825 | thomas.m.korsman@wellsfargo.com | | MSL | | | | |
| Counsel to Minibar Systems and Minibar NA Inc | Whiteford Taylor Preston LLP | Thomas J Francella Jr | 1220 N Market St Ste 608 | | Wilmington | DE | 19801-2535 | | 302-353-4144 | 302-661-7950 | tfrancella@wtplaw.com | DN 177 | Core/2002 | | July 24, 2009 | | |
| Counsel for Cemex Construction Materials Florida LLC | WinderWeedle Haines Ward & Woodman PA | | 390 N Orange Ave Ste 1500 | PO Box 1391 | Orlando | FL | 32802-1391 | | 407-423-4246 | 407-423-7014 | | DN 291 | Core/2002 | | July 23, 2009 | | |
| Counsel to Fidelity National Title Insurance Company, Lawyers Title Insurance Corporation, Commonwealth Land Title Insurance Company, Transnation Title Insurance Company, and First American Title Company | Tew Cardenas LLP | David M Levine | Four Seasons Tower | 1441 Brickell Ave 15th Fl | Miami | FL | 33131 | | 305-536-1112 | 305-536-1116 | dml@tewlaw.com | DN 405 | Core/2002 | | August 17, 2009 | | |
| Counsel for Southern Nevada Painters Trust Funds and Southern Nevada Glaziers Trust Funds | Christensen James & Martin | Kevin B Christensen Sara D Cope | 7440 W Sahara Ave | | Las Vegas | NV | 89117 | | 702-255-1718 | 702-255-0871 | Kbchrislaw@aol.com; Saradcope@gmail.com | DN 446 and 447 | | | August 26, 2009 | | |
| Counsel for Young Electric Sign Company (YESCO) | Shea & Carlyon Ltd | Candace C Carlyon Shlomo S Sherman | 701 Bridger Ave Ste 850 | | Las Vegas | NV | 89101 | | 702-471-7432 | 702-471-7435 | ccarlyon@sheacarlyon.com; eric.sherman@sheacarlyon.com | DN 351 | Core/2002 | | August 27, 2009 | | |
| Attorneys for Insulpro Projects, Inc. | Dobberstein & Associates | Eric Dobberstein | 8965 S Eastern Ave Ste 280 | | Las Vegas | NV | 89123 | | 702-382-4002 | | lancew@edautolaw.com | DN 455 | Core/2002 | | August 31, 2009 | | |
| Counsel to Ahern rentals Inc; QED Inc and superior Tile & Marble, Inc | Ahern QED and STMI | c o Dixon Truman Fisher & Clifford | Attn Robin E Perkins | 221 N Buffalo Dr Ste A | Las Vegas | NV | 89145 | | | | rperkins@dixontruman.com | DN 466 | Core/2002 | | September 3, 2009 | | |
| Counsel for Mechanical Systems West Inc | Gamberg & Abrams | Jay M Gamberg | 4000 Hollywood Blvd Ste 350 N | | Hollywood | FL | 33021 | | 954-981-4411 | 954-966-6259 | | DN 463 | Core/2002 | | September 1, 2009 | | |
| Counsel for Republic Tower & Hoist LLC; Republic Crane Service LLC and American Crane & Hoist LLC | Slatkin & Reynolds PA | Robert F Reynolds | One E Broward Blvd Ste 609 | | Ft Lauderdale | FL | 33301 | | 954-745-5880 | 954-745-5890 | rslatkin@slatkinreynolds.com; rreynolds@slatkinreynolds.com | DN 505 | Core/2002 | | | | |
| Counsel to Keenan Hopkins & Stowell Contractors Inc. and Coreslab Structures Inc. | Baker & Hostetler LLP | Eric S Golden | 200 S Orange Ave | SunTrust Ctr Ste 2300 | Orlando | FL | 32801 | | 407-649-4000 | 407-841-0168 | egolden@bakerlaw.com | DN 534 | Core/2002 | | September 15, 2009 | | |
| Counsel for QTS Logistics Inc and Quality Transportation Services of Nevada Inc | Baker & Hostetler LLP | Richard J. Bernard | 45 Rockefeller Plz | | New York | NY | 10111 | | 212-589-4200 | 212-589-4201 | rbernard@bakerlaw.com | DN 550 | Core/2002 | | September 16, 2009 | | |

In re. Fontainebleau Las Vegas Holdings, et al.
Case No. 09-21481

Page 1 of 1

9/22/2009 6:56 PM