UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                             Chapter 11

FONTAINEBLEAU LAS VEGAS                            Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,[1]

                Debtors.                 (Jointly Administered)
_____/

## M&M LIENHOLDERS' NOTICE OF APPEAL

Architectural Materials, Inc., d/b/a AMI Hospitality, Inc., and its subsidiary Peregrine Installation Co., Collings Interiors, LLC, Commercial Roofers, Inc., Door-Ko, Inc., Door & Hardware Management, Inc., Eberhard Southwest Roofing, Inc., EIDS Steel Company, LLC, Gallagher-Kaiser Corp., L.A. Nevada, Inc., d/b/a G&G Systems, JS&S, Inc., LVI Environmental of Nevada, Inc., Marnell Masonry, Inc., Midwest Drywall Co., Inc., Midwest Pro Painting, Inc., Mechanical Insulation Specialists, Modernfold of Nevada, LLC, Southern Nevada Paving, Inc., Universal Piping, Inc., West Edna & Associates, d/b/a Mojave Electric, W&W Steel LLC of Nevada (the "M&M Lienholders" or "Appellants"), by and through their counsel, the law firms of Gordon Silver and Shraiberg, Ferrara & Landau, P.A., and pursuant to 28 U.S.C. § 158(a), Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules for the United States Bankruptcy Court of the Southern District of Florida, appeal to the United States District Court for the Southern District of Florida from the *First Interim Order*

---

[1] *In re Fontainebleau Las Vegas Holdings, LLC*, Case No. 09-21481-BKC-AJC, *In re Fontainebleau Las Vegas, LLC*, Case No. 09-21482-BKC-AJC, and *In re Fontainebleau Las Vegas Capital Corp.*, Case No. 09-21483-BKC-AJC.

102150-001/Notice of Appeal           1

*(1) Authorizing the Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code and (III) Scheduling Final Hearing* [Docket No. 565] (the "Order"), entered on September 18, 2009 by the Honorable A. Jay Cristol, United States Bankruptcy Judge for the Southern District of Florida.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**APPELLANTS:**

Architectural Materials, Inc., d/b/a AMI Hospitality, Inc. and its subsidiary Peregrine Installation Co.

Collings Interiors, LLC

Commercial Roofers, Inc.

Door-Ko, Inc.

Door & Hardware Management, Inc.

Eberhard Southwest Roofing, Inc.

EIDS Steel Company, LLC

Gallagher-Kaiser Corporation

L.A. Nevada, Inc., d/b/a G&G Systems

J.S. & S., Inc.

LVI Environmental of Nevada, Inc.

Marnell Masonry, Inc.

Midwest Drywall Co., Inc.

Midwest Pro Painting, Inc.

Mechanical Insulation Specialists (MIS)

**COUNSEL:**

Philip. J. Landau
Florida Bar No. 504017
SHRAIBERG, FERRARA & LANDAU P.A.
2385 N.W. Executive Center Dr., Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: Plandau@sfl-pa.com

Gregory E. Garman
Nevada Bar No. 6654
Thomas H. Fell
Nevada Bar No. 3717
GORDON SILVER
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone:       (702) 796-5555
Facsimile: (702) 369-2666
*Admitted Pro Hac Vice*

Modernfold of Nevada, LLC

Southern Nevada Paving, Inc.

Universal Piping, Inc.

West Edna & Associates, d/b/a Mojave Electric

W&W Steel, LLC of Nevada

| | |
|---|---|
| **APPELLEES** | **COUNSEL:** |
| Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC, Fontainebleau Las Vegas Capital Corp. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Scott L. Baena<br>Jay Sakalow<br>Mindy Mora<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5340<br>Telephone: (305) 350-2403<br>Facsimile: (305) 351-2203 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| 1888 Fund, Ltd.<br><br>Aberdeen Loan Funding, Ltd.<br><br>Armstrong Loan Funding Ltd.<br><br>Battlion CLO 2007-1 Ltd.<br><br>Brentwood CLO, Ltd.<br><br>Brigade Leveraged Capital Structures Fund, Ltd.<br><br>Canpartners Investments IV, LLC<br><br>Canyon Special Opportunities Master Fund (Cayman), Ltd.<br><br>Carlyle High Yield Partners 2008-1, Ltd. | AKERMAN SENTERFITT<br>Michael I. Goldberg<br>James H. Fierberg<br>Las Olas Centre II<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131-1714<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br><br>-and-<br><br>HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>Sidney P. Levinson<br>865 Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234 |

Carlyle High Yield Partners IX, Ltd.

Carlyle High Yield Partners VI, Ltd.

Carlyle High Yield Partners VII, Ltd.

Carlyle High Yield Partners VIII, Ltd.

Carlyle High Yield Partners X, Ltd.

Carlyle Loan Investment, Ltd.

Copper River CLO Ltd.

Eastland CLO, Ltd.

Emerald Orchard Limited

Gleneagles CLO, Ltd.

Grayson CLO, Ltd.

Green Lane CLO Ltd.

Greenbriar CLO, Ltd.

Highland Credit Opportunities CDO, Ltd.

Highland Loan Funding V, Ltd.

Jasper CLO, Ltd.

Kennecott Funding Ltd.

LFC2 Loan Funding LLC

Liberty CLO, Ltd.

Loan Funding IV LLC

Loan Funding VII LLC

Loan Star State Trust

Longhorn Credit Funding, LLC

NZC Opportunities (Funding) II Limited

Orpheus Funding LLC

Orpheus Holdings LLC
Red River CLO, Ltd.

Rockwall CDO II, Ltd.

Rockwall CDO, Ltd.

Sands Point Funding Ltd.

Southfork CLO, Ltd.

Stratford CLO, Ltd.

Westchester CLO, Ltd.

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Aurelius Capital Management, L.P. | QUINN EMANUEL URQUHART, OLIVER & HEDGES, LLP<br>Susheel Kirpalani<br>Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7199<br>Facsimile: (212) 849-7100<br><br>-and-<br><br>Eric Winston<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3602<br>Facsimile: (213) 443-3100<br><br>BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1440<br>Miami, Florida 33131<br>Telephone: (305) 379-7904<br>Facsimile: (305) 379-7905 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Desert Fire Protection | EHRENSTEIN CHARBONNEAU CALDERIN |
| Bombard Mechanical LLC | Robert P. Charbonneau |
| | Daniel L. Gold |
| Bombard Electric, LLC | 800 Brickell Avenue, Suite 902 |
| | Miami, Florida 33131 |
| Warner Enterprises | Telephone: (305) 722-2002 |
| | Facsimile: (305) 722-2001 |
| Absocold Corporation | |
| Austin General Contracting | |
| Powell Cabinet and Fixture Co. | |
| Safe Electronics, Inc. | |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| The Official Committee of Unsecured Creditors | GENOVESE JOBLOVE & BATTISTA, P.A. |
| | Paul J. Battista |
| | Glenn D. Moses |
| | 100 Southeast 2nd Street, 44th Floor |
| | Miami, Florida 33131 |
| | Telephone: (305) 349-2300 |
| | Facsimile: (305) 349-2310 |
| | |
| | -and- |
| | |
| | FOX ROTHSCHILD, LLP |
| | Michael Viscount |
| | Joshua T. Klein |
| | Midtown Building, Suite 400 |
| | 1301 Atlantic Avenue |
| | Atlantic City, New Jersey 08401 |
| | Telephone: (609) 348-4515 |
| | Facsimile: (609) 348-6834 |

| | |
|---|---|
| **INTERESTED PARTY:** | **COUNSEL:** |
| Turnberry West Construction, Inc. | BERGER SINGERMAN, P.A.<br>Paul Steven Singerman<br>200 South Biscayne Boulevard, Suite 1000<br>Miami, Florida 33131<br>Telephone: (305) 755-9500<br>Facsimile: (305) 714-4340 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| Colesanti Specialty Services, Inc. | PECKAR & ABRAMSON<br>Ralf R. Rodriguez<br>401 East Las Olas Boulevard, Suite 1600<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 764-5222<br>Facsimile: (954) 764-5228<br><br>-and-<br><br>PAUL JOSEPH MCAMAHON, P.A.<br>Paul J. McMahon<br>The Wisehart Building<br>2840 S.W. Third Avenue<br>Miami, Florida 33129<br>Telephone: (305) 285-1222<br>Facsimile: (305) 858-4864<br><br>-and-<br><br>MARTIN & ALLISON, LTD.<br>Noah G. Allison<br>3191 East Warm Springs Road<br>Longford Plaza East, Bldg. 13<br>Las Vegas, Nevada 89120<br>Telephone: (702) 933-4444<br>Facsimile: (702) 933-4445 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Derr & Gruenewald Construction Co. | MAY, MEACHAM & DAVELL, P.A. |
| | Robert C. Meacham |
| Graybar Electric Company, Inc. | One Financial Plaza |
| | Suite 2602 |
| Quality Cabinet and Fixture Company | Ft. Lauderdale, Florida 33394 |
| | Telephone: (954) 763-6006 |
| Tracy & Ryder Landscape, Inc. | |
| Z-Glass, Inc. | |
| Zetian Systems, Inc. | |
| Water FX, Inc. | |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Aderholt Specialty Company, Inc. | MARKOWITZ, DAVIS, RINGEL, & TRUSTY, P.A. |
| CECO Concrete Construction, LLC | Ross R. Hartog |
| | Two Datran Center, Suite 1225 |
| | 9130 South Dadeland Boulevard |
| | Miami, Florida 33156 |
| | Telephone: (305) 670-5000 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| QTS Logistics, Inc. | BAKER & HOSTETTLER LLP |
| | Richard J. Bernard |
| Quality Transportation Services of Nevada, Inc. | 45 Rockefeller Plaza |
| | New York, New York 10111 |
| | Telephone: (212) 589-4200 |
| Keenan Hopkins Suder & Stowell Contractors, Inc. | Facsimile: (212) 589-4201 |
| | -and- |
| Coreslab Structures (L.A.), Inc. | BAKER & HOSTETTLER LLP |
| | Eric S. Golden |
| | 200 S. Orange Avenue |
| | SunTrust Center, Suite 2300 |
| | Orlando, Florida 32801 |
| | Telephone: (407) 649-4000 |
| | Facsimile: (407) 841-0168 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| HSH Nordbank, AG, New York Branch | KAY SCHOLER, LLP<br>Andrew A. Kress<br>425 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 836-8781<br>Facsimile: (212) 836-6728<br><br>-and-<br><br>RICE PUGATCH ROBINSON & SCHILLER, P.A.<br>Arthur Halsey Rice<br>101 Northeast Third Avenue, Suite 1800<br>Ft. Lauderdale, Florida 33301<br>Telephone: (305) 379-3121<br>Facsimile: (954) 462-4300 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| Bank of Scotland | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Harold D. Moorefield, Jr.<br>Museum Tower, 2200, Suite 2200<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone: (305) 789-3467<br>Facsimile: (305) 789-2643<br><br>-and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>Kenneth E. Noble<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-6419<br>Facsimile: (212) 894-5653 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Southern Nevada Painters Trust Funds and<br><br>Southern Nevada Glaziers' Trust Funds | CHRISTENSEN JAMES & MARTIN<br>Kevin B. Christensen<br>Sara D. Cope<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 255-1718<br>Facsimile: (702) 255-0871 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Ahern Rentals, Inc.<br><br>QED, Inc.<br><br>Superior Tile & Marble, Inc. | DIXON TRUMAN FISHER & CLIFFORD<br>Robin E. Perkins<br>221 N. Buffalo Drive, Suite A<br>Las Vegas, Nevada 89145<br>Telephone: (702) 821-1821<br>Facsimile: (702) 259-9759 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Illuminating Concepts, Ltd. | Thomas D. Lumpkin, II<br>6258 SW 99th Ter<br>Pinecrest, Florida 33146-3345<br>Telephone: (305) 444-0005<br>Facsimile: (305) 444-5366<br><br>-and-<br><br>MICHAEL R. MUSHKIN & ASSOCIATES<br>Michael R. Mushkin<br>4475 S. Pecos Road<br>Las Vegas, Nevada 89121<br>Telephone: (702) 386-3999<br>Facsimile: (702) 454-3333 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Insulpro Projects, Inc. | DOBBERSTEIN & ASSOCIATES<br>Eric Dobberstein<br>8965 S. Eastern Avenue, Suite 280<br>Las Vegas, Nevada 89123<br>Telephone: (702) 382-4002<br>Facsimile: (702) 382-1661 |

| | |
|---|---|
| **INTERESTED PARTY:** | **COUNSEL:** |
| Fisk Electric Company | WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L.<br>Carla M. Barrow<br>Mitchell A. Bierman<br>2525 Ponce De Leon Boulevard<br>Suite 700<br>Coral Gables, Florida 33134<br>Telephone: (305) 854-0800<br>Facsimile: (305) 854-2323 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| ThyssenKrupp Safway, Inc. | BEHAR GUTT & GLAZER, P.A.<br>Brian S. Behar<br>Robert J. Edwards<br>2999 N.E. 191st Street, Fifth Floor<br>Aventura, Florida 33180<br>Telephone: (305) 931-3771<br>Facsimile: (305) 931-3774 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| D'Alessio Contracting, Inc.<br><br>Waco Scaffolding & Equipment | GIBBS, GIDEN, LOCHER, TURNER & SENET, LLP<br>Becky A. Pintar<br>3993 Howard Hughes Parkway<br>Suite 530<br>Las Vegas, Nevada 89169<br>Telephone: (702) 836-9800<br>Facsimile: (702) 836-9802 |

**ATTORNEY CERTIFICATION**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or U.S. Mail this 24th day of September, 2009 to all persons on the attached Service List.

    Respectfully Submitted,

By:   /s/ Philip J. Landau
    Philip. J. Landau
    Florida Bar No. 504017
    SHRAIBERG, FERRARA & LANDAU P.A.
    2385 N.W. Executive Center Dr.,
    Suite 300
    Boca Raton, FL 33431
    Telephone: (561) 443-0800
    Facsimile: (561) 998-0047
    Email: Plandau@sfl-pa.com

    Gregory E. Garman
    Nevada Bar No. 6654
    Thomas H. Fell
    Nevada Bar No. 3717
    GORDON SILVER
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada 89169
    Telephone: (702) 796-5555
    Facsimile: (702) 369-2666
    *Admitted Pro Hac Vice*

## SERVICE LIST

**Via CM/ECF:**

Scott L. Baena
On behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com, eservice@bilzin.com

Mark D. Bloom
On behalf of Creditor Barclays Bank PLC
bloom@gtlaw.com, phillipsj@gtlaw.com, mialitdock@gtlaw.com, miaecfbky@gtlaw.com

Jacqueline Calderin
On behalf of Creditor Absocold Corporation d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com; tmuller@ecccounsel.com; nsocorro@ecccounsel.com

Robert P. Charbonneau
On behalf of Creditor Absocold Corporation d/b/a Econ Appliance
rpc@ecccounsel.com, nsgm0024@aol.com; dgold@eccounsel.com; scunningham@eccounsel.com; phornia@ecccounsel.com; tumuller@ecccounsel.com; nscocorro@ecccounsel.com

James H. Fierberg
On behalf of Creditor Term Lender Steering Group
James.fierberg@akerman.com

Robert G. Fracasso, Jr.
On behalf of Interested Party Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Michael I. Goldberg
On behalf of Creditor Term Lender Steering Group
michaelgoldberg@akerman.com , charlene.cerda@akerman.com

Harold D. Moorefield, Jr.
On behalf of Interested party Bank of Scotland plc
hmoorefield@swmwas.com, cgraver@swmwas.com; larrazola@swmwas.com; rross@swmwas.com

Mindi A. Mora
On behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com; eservice@bilzin.com; lflores@bilzin.com; laparaicio@bilzin.com; jslanker@bilzin.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

102150-001/Notice of Appeal               13

Craig V. Rasile
On behalf of Creditor Bank of America, N.A.
crasile@hunton.com; mtucker@hunton.com; mmannering@hunto.com; keckhardt@hunton.com, adeboer@hunton.com

Arthur J. Rice
On behalf of Interested Party HSH Nordbank AG, New York Branch
Arice.ecf@rprslaw.com

Paul Steven Singerman
On behalf of Interested Party Turnberry Residential Limited Partner, LP
singerman@bergersingerman.com; efile@bergersingerman.com

Steven J. Solomon
On behalf of Creditor Young Electric Sign Company
steven.solomon@gray-robinson.com

Diane Noller Wells
On behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com; efiling@devinegoodman.com

**Via U.S. Mail:**

Bruce Bennett
On behalf of Creditor Term Lender Steering Group
865 S. Figueroa Ave.
Los Angeles, CA 90017

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Jeff J. Friedman
On behalf of Interested Party Bank of Scotland plc
575 Madison Avenue
New York, NY 1022-2585

Alan H. Martin
On behalf of Creditor Bank of America
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626

Kyle Mathews
On behalf of Creditor Bank of America
333 S. Hope St., 48th Floor
Los Angeles, CA 90071

Joshua M. Mester
On behalf of Creditor Term Lender Steering Group
865 S. Figueroa Avenue
Los Angeles, CA 90017

Phillip A. Geraci
On behalf of Interested Party HSH
425 Park Avenue
New York, NY

HSH Nordbank AG, New York Branch
c/o Aaron Rubenstein, Esq.
425 Park Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Andrew W. Kress, Esq.
425 Park Avenue
New York, NY 10022

Todd Kaplan
Citadel Derivatives Group, LLC
131 Dearborn St
Chicago, IL 60603

Andrew A. Cress
On behalf of Interested Party HSH
425 Park Avenue
New York, NY 10022

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Arthur S. Linker
On behalf of Interested Party Bank of
Scotland PLC
575 Madison Avenue
New York, NY 1022-2585

Kenneth E. Noble
On Behalf of Interested Party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

Anthony L. Paccione
On behalf of Interested party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

Matthew D. Parrot
On behalf of Interested party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

Thomas C. Rice
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

Aaron Rubinstein
On behalf of Interested Party HSH
Nordbank AG
425 Park Avenue
New York, NY 10017

Justin S. Stern
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

David J. Woll
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017