IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, et al.

    Debtors.
_____/

CASE NO. 09-21481-BKC-AJC

Chapter 11

(Jointly Administered)

### NOTICE OF INTENT TO MAINTAIN, PERFECT AND ENFORCE MECHANIC'S LIEN CLAIMS AGAINST PROPERTY OF THE DEBTOR'S ESTATE

PLEASE TAKE NOTICE that creditor JPRA ARCHITECTS ("Creditor"), by and through its counsel, May, Meacham & Davell, P.A., hereby gives notice pursuant to 11 U.S.C. §546(b) of the U.S. Bankruptcy Code of its intent to maintain, perfect and enforce its Mechanic's Liens, prepared and recorded pursuant to Nevada Law, against property of this debtor's bankruptcy estate.

1.    Creditor has recorded a Mechanic's Lien against real property situated in the City of Las Vegas, County of Clark, State of Nevada, commonly known as Fontainebleau Las Vegas Casino, a commercial Hotel Resort located on Las Vegas Boulevard, in the City of Las Vegas, Clark County, Nevada, Las Vegas, Nevada, and more particularly described by Clark County as Accessor Parcel Numbers 162-09-704-001 & 162-09-602-002 (now known as 162-09-617-001 and 162-09-617-002) (the "Property").

2.    The Mechanic's Lien was recorded on May 6, 2009, in the Official Records of Clark County, State of Nevada, in Book 20090506, as Instrument 0003962 in the sum of $279,777.98.

1

CASE NO. 09-21481-BKC-AJC

3. After the filing of this Mechanic's Lien, the Debtor filed this Chapter 11 reorganization proceeding which, pursuant to 11 U.S.C. §362, has stayed Creditor from pursuing any action in Nevada State District Court to foreclose on its Mechanic's Lien.

4. Pursuant to Nevada Revised Statutes §108.233 and other applicable state law, in order to maintain perfection of its Mechanic's Lien, Creditor must commence an action to enforce the lien no later than six months after the Mechanic's Lien is recorded. This deadline has not yet elapsed.

5. Creditor therefore gives notice, pursuant to 11 U.S.C §546(b), of its intention to maintain, perfect and enforce its Mechanic's Lien claims against the Property, so Creditor may maintain perfection of the Mechanic's Lien claims without filing an action in Nevada State District Court.

6. By giving this Notice, Creditor has taken all actions necessary to maintain perfection of its Mechanic's Lien pending an action for enforcement.

Dated this 23rd day of September, 2009.

                              Respectfully submitted,

                              MAY, MEACHAM & DAVELL, P.A.
Attorneys for JPRA Architects
One Financial Plaza
Suite 2602
Fort Lauderdale, FL 33394
(954) 763-6006

/s/   Robert C. Meacham

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that on September 23, 2009, I electronically filed this document via the CM/ECF system, and furnished a true copy of the foregoing via Notice of Electronic Filing upon all counsel of record who are authorized to receive Notices of Electronic filing via transmission of a Notice of Electronic Filing generated by CM/ECF.

> MAY, MEACHAM & DAVELL, P.A.
> Attorneys for Lien Claimants
> One Financial Plaza
> Suite 2602
> Fort Lauderdale, FL  33394
> (954) 763-6006
>
> /s/   Robert C. Meacham