UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11

FONTAINEBLEAU LAS VEGAS                                         Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,[1]


      Debtors.                                            (Jointly Administered)
_____/

## CONTRACTOR CLAIMANTS CROSS-NOTICE OF APPEAL

Desert Fire Protection, a Nevada Limited Partnership, Bombard Mechanical, LLC, Bombard Electric, LLC, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co., Absocold Corporation d/b/a Econ Appliance, Austin General Contracting, Powell Cabinet and Fixture Co., Safe Electronics, Inc, and Union Erectors, LLC, who collectively comprise the Contractor Claimants (the "Contractor Claimants" or "Cross-Appellants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. § 158(a), Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules for the United States Bankruptcy Court of the Southern District of Florida, cross-appeal to the United States District Court for the Southern District of Florida, Architectural Materials, Inc., d/b/a AMI Hospitality, Inc., and its subsidiary Peregrine Installation Co., Collings Interiors, LLC, Commercial Roofers, Inc., Door-Ko, Inc., Door & Hardware Management, Inc., Eberhard Southwest Roofing, Inc., EIDS Steel Company, LLC, Gallagher-Kaiser Corp., L.A. Nevada, Inc., d/b/a G&G Systems, JS&S, Inc., LVI Environmental of Nevada, Inc., Marnell Masonry, Inc., Midwest Drywall Co.,

---

[1] *In re Fontainebleau Las Vegas Holdings, LLC*, Case No. 09-21481-BKC-AJC, *In re Fontainebleau Las Vegas, LLC*, Case No. 09-21482-BKC-AJC, and *In re Fontainebleau Las Vegas Capital Corp.*, Case No. 09-21483-BKC-AJC.

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Inc., Midwest Pro Painting, Inc., Mechanical Insulation Specialists, Modernfold of Nevada, LLC, Southern Nevada Paving, Inc., Universal Piping, Inc., West Edna & Associates, d/b/a Mojave Electric, W&W Steel LLC of Nevada (the "M&M Lienholders" or "Appellants") *Notice of Appeal* [D.E. # 584] from the *First Interim Order (1) Authorizing the Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code and (III) Scheduling Final Hearing* [D.E. # 565] (the "Order"), entered on September 18, 2009 by the Honorable A. Jay Cristol, United States Bankruptcy Judge for the Southern District of Florida.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| CROSS-APPELLANTS: | COUNSEL: |
|---|---|
| Desert Fire Protection | EHRENSTEIN CHARBONNEAU CALDERIN |
|  | Robert P. Charbonneau, Esq. |
| Bombard Mechanical LLC | Fl. Bar No.: 968234 |
|  | rpc@ecclegal.com |
| Bombard Electric, LLC | Daniel L. Gold, Esq. |
|  | Fl. Bar No.: 761281 |
| Warner Enterprises | dg@ecclegal.com |
|  | 800 Brickell Avenue, Suite 902 |
| Absocold Corporation | Miami, Florida 33131 |
|  | T. 305.722.2002      F. 305.722.2001 |
| Austin General Contracting |  |
| Powell Cabinet and Fixture Co. |  |
| Safe Electronics, Inc. |  |
| Union Erectors, LLC. |  |

2

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

| APPELLANTS: | COUNSEL: |
|---|---|
| Architectural Materials, Inc., d/b/a AMI Hospitality, Inc. and its subsidiary Peregrine Installation Co. | Philip. J. Landau, Esq.<br>Fl Bar No.: 504017<br>Plandau@sfl-pa.com<br>SHRAIBERG, FERRARA & LANDAU P.A.<br>2385 N.W. Executive Center Dr., Suite 300<br>Boca Raton, FL 33431<br>T. 561.443.0800    F. 561.998.0047 |
| Collings Interiors, LLC | |
| Commercial Roofers, Inc. | |
| Door-Ko, Inc. | Gregory E. Garman, Esq.<br>Nevada Bar No. 6654<br>Thomas H. Fell, Esq.<br>Nevada Bar No. 3717<br>GORDON SILVER<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>T. 702.796.5555    F. 702.369.2666<br>*Admitted Pro Hac Vice* |
| Door & Hardware Management, Inc. | |
| Eberhard Southwest Roofing, Inc. | |
| EIDS Steel Company, LLC | |
| Gallagher-Kaiser Corporation | |
| L.A. Nevada, Inc., d/b/a G&G Systems | |
| J.S. & S., Inc. | |
| LVI Environmental of Nevada, Inc. | |
| Marnell Masonry, Inc. | |
| Midwest Drywall Co., Inc. | |
| Midwest Pro Painting, Inc. | |
| Mechanical Insulation Specialists (MIS) | |
| Modernfold of Nevada, LLC | |
| Southern Nevada Paving, Inc. | |
| Universal Piping, Inc. | |
| West Edna & Associates, d/b/a Mojave Electric | |
| W&W Steel, LLC of Nevada | |

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

| APPELLEES | COUNSEL: |
|---|---|
| Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC, Fontainebleau Las Vegas Capital Corp. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Scott L. Baena, Esq.<br>Jay Sakalow, Esq.<br>Mindy Mora, Esq.<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5340<br>T. 305.350.2403     F. 305.351.2203 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| 1888 Fund, Ltd. | AKERMAN SENTERFITT<br>Michael I. Goldberg, Esq. |
| Aberdeen Loan Funding, Ltd. | James H. Fierberg, Esq.<br>Las Olas Centre II |
| Armstrong Loan Funding Ltd. | One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131-1714 |
| Battlion CLO 2007-1 Ltd. | T. 305.374.5600     F. 305.374-5095 |
| Brentwood CLO, Ltd. | -and- |
| Brigade Leveraged Capital Structures Fund, Ltd. | HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett, Esq.<br>Sidney P. Levinson, Esq. |
| Canpartners Investments IV, LLC | 865 Figueroa Street, Suite 2900<br>Los Angeles, California 90017 |
| Canyon Special Opportunities Master Fund (Cayman), Ltd. | T. 213.694.1200     F. 213.694.1234 |
| Carlyle High Yield Partners 2008-1, Ltd. | |
| Carlyle High Yield Partners IX, Ltd. | |
| Carlyle High Yield Partners VI, Ltd. | |
| Carlyle High Yield Partners VII, Ltd. | |
| Carlyle High Yield Partners VIII, Ltd. | |
| Carlyle High Yield Partners X, Ltd. | |
| Carlyle Loan Investment, Ltd. | |

4

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Copper River CLO Ltd.

Eastland CLO, Ltd.

Emerald Orchard Limited

Gleneagles CLO, Ltd.

Grayson CLO, Ltd.

Green Lane CLO Ltd.

Greenbriar CLO, Ltd.

Highland Credit Opportunities CDO, Ltd.

Highland Loan Funding V, Ltd.

Jasper CLO, Ltd.

Kennecott Funding Ltd.

LFC2 Loan Funding LLC

Liberty CLO, Ltd.

Loan Funding IV LLC

Loan Funding VII LLC

Loan Star State Trust

Longhorn Credit Funding, LLC

NZC Opportunities (Funding) II Limited

Orpheus Funding LLC

Orpheus Holdings LLC
Red River CLO, Ltd.

Rockwall CDO II, Ltd.

Rockwall CDO, Ltd.

Sands Point Funding Ltd.

5

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Southfork CLO, Ltd.

Stratford CLO, Ltd.

Westchester CLO, Ltd.

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| Aurelius Capital Management, L.P. | QUINN EMANUEL URQUHART, OLIVER & HEDGES, LLP<br>Susheel Kirpalani<br>Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7199<br>Facsimile: (212) 849-7100<br><br>-and-<br><br>Eric Winston<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3602<br>Facsimile: (213) 443-3100<br><br>BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1440<br>Miami, Florida 33131<br>Telephone: (305) 379-7904<br>Facsimile: (305) 379-7905 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| The Official Committee of Unsecured Creditors | GENOVESE JOBLOVE & BATTISTA, P.A.<br>Paul J. Battista<br>Glenn D. Moses<br>100 Southeast 2nd Street, 44th Floor<br>Miami, Florida 33131<br>Telephone: (305) 349-2300<br>Facsimile: (305) 349-2310<br><br>-and-<br><br>FOX ROTHSCHILD, LLP<br>Michael Viscount<br>Joshua T. Klein<br>Midtown Building, Suite 400<br>1301 Atlantic Avenue<br>Atlantic City, New Jersey 08401<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Derr & Gruenewald Construction Co. | MAY, MEACHAM & DAVELL, P.A. |
| | Robert C. Meacham |
| Graybar Electric Company, Inc. | One Financial Plaza |
| | Suite 2602 |
| Quality Cabinet and Fixture Company | Ft. Lauderdale, Florida 33394 |
| | Telephone: (954) 763-6006 |
| Tracy & Ryder Landscape, Inc. | |
| Z-Glass, Inc. | |
| Zetian Systems, Inc. | |
| Water FX, Inc. | |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Aderholt Specialty Company, Inc. | MARKOWITZ, DAVIS, RINGEL, & TRUSTY, P.A. |
| CECO Concrete Construction, LLC | Ross R. Hartog |
| | Two Datran Center, Suite 1225 |
| | 9130 South Dadeland Boulevard |
| | Miami, Florida 33156 |
| | Telephone: (305) 670-5000 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| QTS Logistics, Inc. | BAKER & HOSTETTLER LLP |
| | Richard J. Bernard |
| Quality Transportation Services of Nevada, Inc. | 45 Rockefeller Plaza |
| | New York, New York 10111 |
| | Telephone: (212) 589-4200 |
| Keenan Hopkins Suder & Stowell Contractors, Inc. | Facsimile: (212) 589-4201 |
| | -and- |
| Coreslab Structures (L.A.), Inc. | BAKER & HOSTETTLER LLP |
| | Eric S. Golden |
| | 200 S. Orange Avenue |
| | SunTrust Center, Suite 2300 |
| | Orlando, Florida 32801 |
| | Telephone: (407) 649-4000 |
| | Facsimile: (407) 841-0168 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| HSH Nordbank, AG, New York Branch | KAY SCHOLER, LLP<br>Andrew A. Kress<br>425 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 836-8781<br>Facsimile: (212) 836-6728<br><br>-and-<br><br>RICE PUGATCH ROBINSON & SCHILLER, P.A.<br>Arthur Halsey Rice<br>101 Northeast Third Avenue, Suite 1800<br>Ft. Lauderdale, Florida 33301<br>Telephone: (305) 379-3121<br>Facsimile: (954) 462-4300 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| Bank of Scotland | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Harold D. Moorefield, Jr.<br>Museum Tower, 2200, Suite 2200<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone: (305) 789-3467<br>Facsimile: (305) 789-2643<br><br>-and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>Kenneth E. Noble<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-6419<br>Facsimile: (212) 894-5653 |

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

| | |
|---|---|
| **INTERESTED PARTY:** | **COUNSEL:** |
| Southern Nevada Painters Trust Funds and<br><br>Southern Nevada Glaziers' Trust Funds | CHRISTENSEN JAMES & MARTIN<br>Kevin B. Christensen<br>Sara D. Cope<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 255-1718<br>Facsimile: (702) 255-0871 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| Ahern Rentals, Inc.<br><br>QED, Inc.<br><br>Superior Tile & Marble, Inc. | DIXON TRUMAN FISHER & CLIFFORD<br>Robin E. Perkins<br>221 N. Buffalo Drive, Suite A<br>Las Vegas, Nevada 89145<br>Telephone: (702) 821-1821<br>Facsimile: (702) 259-9759 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| Illuminating Concepts, Ltd. | Thomas D. Lumpkin, II<br>6258 SW 99th Ter<br>Pinecrest, Florida 33146-3345<br>Telephone: (305) 444-0005<br>Facsimile: (305) 444-5366<br><br>-and-<br><br>MICHAEL R. MUSHKIN & ASSOCIATES<br>Michael R. Mushkin<br>4475 S. Pecos Road<br>Las Vegas, Nevada 89121<br>Telephone: (702) 386-3999<br>Facsimile: (702) 454-3333 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| Insulpro Projects, Inc. | DOBBERSTEIN & ASSOCIATES<br>Eric Dobberstein<br>8965 S. Eastern Avenue, Suite 280<br>Las Vegas, Nevada 89123<br>Telephone: (702) 382-4002<br>Facsimile: (702) 382-1661 |

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| Fisk Electric Company | WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L.<br>Carla M. Barrow<br>Mitchell A. Bierman<br>2525 Ponce De Leon Boulevard<br>Suite 700<br>Coral Gables, Florida 33134<br>Telephone: (305) 854-0800<br>Facsimile: (305) 854-2323 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| ThyssenKrupp Safway, Inc. | BEHAR GUTT & GLAZER, P.A.<br>Brian S. Behar<br>Robert J. Edwards<br>2999 N.E. 191st Street, Fifth Floor<br>Aventura, Florida 33180<br>Telephone: (305) 931-3771<br>Facsimile: (305) 931-3774 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| D'Alessio Contracting, Inc.<br><br>Waco Scaffolding & Equipment | GIBBS, GIDEN, LOCHER, TURNER & SENET, LLP<br>Becky A. Pintar<br>3993 Howard Hughes Parkway<br>Suite 530<br>Las Vegas, Nevada 89169<br>Telephone: (702) 836-9800<br>Facsimile: (702) 836-9802 |

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or U.S. Mail this 24th day of September, 2009 to all persons on the attached Service List.

Respectfully Submitted,

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

**EHRENSTEIN CHARBONNEAU CALDERIN**
Attorneys for Contractor Claimants, Cross-Appellants
800 Brickell Avenue, Suite 902
Miami, Florida 33131
www.ecclegal.com
T 305.722.2002    F 305.722.2001

By:*/s/ Robert P. Charbonneau, Esq.*
 Robert P. Charbonneau
 Florida Bar Number 968234
 rpc@ecclegal.com
 Daniel L. Gold
 Florida Bar Number 0761281
 dg@ecclegal.com

**SERVICE LIST**

**09-21481-AJC Notice will be electronically mailed to:**

Brett M Amron on behalf of Creditor Aurelius Capital Management, LP
bamron@bastamron.com, jrivera@bastamron.com,jeder@bastamron.com

Scott L Baena on behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com

Carla M Barrow on behalf of Creditor Fisk Electric Company
cbarrow@wsh-law.com, mmartinez@wsh-law.com

Paul J. Battista on behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Brian S Behar on behalf of Creditor ThyssenKrupp Safway Inc.
bsb@bgglaw.net

Richard J Bernard on behalf of Creditor QTS Lotigistics, Inc.
rbernard@bakerlaw.com

Mark D Bloom on behalf of Creditor Barclays Bank PLC
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Jacqueline Calderin on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com;nsocorro@ecccounsel.com

Candace C Carlyon on behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com,
ltreadway@sheacarlyon.com;ggianoulakis@sheacarlyon.com;ssherman@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com

Robert P Charbonneau on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
rpc@ECCcounsel.com,
nsgm0024@aol.com;dgold@ECCcounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com;nsocorro@ecccounsel.com;msardinas@ecccounsel.com

David A Colvin on behalf of Creditor DANA KEPNER COMPANY
dcolvin@marquisaurbach.com

Sara D Cope on behalf of Creditor Southern Nevada Glaziers Trust Funds
saradcope@gmail.com, kbchrislaw@aol.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, rwilliams@whww.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Thomas H. Fell on behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg on behalf of Creditor Term Lender Steering Group
james.fierberg@akerman.com

Robert G Fracasso Jr on behalf of Defendant Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Francella on behalf of Interested Party Minibar Systems and Minibar N.A., Inc
tfrancella@wtplaw.com

Robert C Furr on behalf of Creditor MB Financial Bank NA
bnasralla@furrcohen.com

Jay M Gamberg on behalf of Creditor Mechanical Systems West Inc.
Lbernstein@gamberglaw.com

James D Gassenheimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com,
efile@bergersingerman.com;lmerida@bergersingerman.com;cweisz@bergersingerman.com;ebrown@bergersingerman.com

Daniel L. Gold on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
dgold@ecccounsel.com, scunningham@ecclegal.com

Michael I Goldberg on behalf of Creditor Term Lender Steering Group
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S Golden on behalf of Creditor Coreslab Structures (L.A.), Inc.
egolden@bakerlaw.com, smccoy@bakerlaw.com

Alvin S. Goldstein on behalf of Creditor MB Financial Bank NA
mmitchell@furrcohen.com

Ross R Hartog on behalf of Creditor Aderholt Specialty Company, Inc.
rhartog@mdrtlaw.com,
gguenechea@mdrtlaw.com;ecfnotices@mdrtlaw.com;mdrtlaw@yahoo.com

Thomas E Kaaran on behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com;mmorton@mcdonaldcarano.com

John W. Kozyak on behalf of Creditor Apollo Investment Fund, VII, LP
jk@kttlaw.com, ycc@kttlaw.com;la@kttlaw.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Philip J Landau on behalf of Creditor M&M Lienholders
plandau@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com

David M Levine on behalf of Interested Party Commonwealth Land Title Insurance Company
dml@tewlaw.com, msanchez@tewlaw.com;rjr@tewlaw.com;amj@tewlaw.com

Paul J McMahon on behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C Meacham on behalf of Creditor Derr and Gruenewald Construction Co.
rmeacham@mmdpa.com, lraymond@mmdpa.com;mdieguez@mmdpa.com

Lawrence H Meuers on behalf of Interested Party CCCS International
lmeuers@meuerslawfirm.com,
lcastle@meuerslawfirm.com;snurenberg@meuerslawfirm.com;sdefalco@meuerslawfirm.com

Harold D Moorefield Jr. on behalf of Defendant Bank of Scotland
hmoorefield@swmwas.com,
cgraver@swmwas.com;larrazola@swmwas.com;rross@swmwas.com

Mindy A. Mora on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;laparicio@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditors Committee
gmoses@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Kenneth E Noble on behalf of Defendant Bank of Scotland
kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Becky Pintar on behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

Craig V Rasile on behalf of Creditor Bank of America, N.A.
crasile@hunton.com,
mtucker@hunton.com,mmannering@hunton.com,keckhardt@hunton.com,adeboer@hunton.com

Robert F. Reynolds on behalf of Creditor American Crane & Hoist, LLC
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Arthur H Rice on behalf of Defendant HSH Nordbank AG, New York Branch
arice.ecf@rprslaw.com

Peter J Roberts on behalf of Creditor MB Financial Bank NA

15

proberts@shawgussis.com

Ralf R Rodriguez on behalf of Creditor Colasanti Specialty Services, Inc.
rrodriguez@pecklaw.com, sdumbar@pecklaw.com;jfried@pecklaw.com

Rex E Russo on behalf of Creditor Bradford Products, LLc
rexlawyer@prodigy.net

Michael L Schuster on behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com;mpacheco@gjb-law.com

Shlomo S. Sherman on behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Paul Steven Singerman on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
singerman@bergersingerman.com, efile@bergersingerman.com

Tina M. Talarchyk on behalf of Creditor U.S. Bank National Association
TTalarchyk@ssd.com, amazzini@ssd.com;dfoley@ssd.com

Charles M Tatelbaum on behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com, smerrill@adorno.com

Diane Noller Wells on behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com, efiling@devinegoodman.com

**09-21481-AJC Notice will not be electronically mailed to:**

Bruce Bennett
On behalf of Creditor Term Lender
Steering Group
865 S. Figueroa Ave.
Los Angeles, CA 90017

Alan H. Martin
On behalf of Creditor Bank of America
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Kyle Mathews
On behalf of Creditor Bank of America
333 S. Hope St., 48th Floor
Los Angeles, CA 90071

Jeff J. Friedman
On behalf of Interested Party Bank of
Scotland plc
575 Madison Avenue
New York, NY 1022-2585

Joshua M. Mester
On behalf of Creditor Term Lender
Steering Group
865 S. Figueroa Avenue
Los Angeles, CA 90017

**EHRENSTEIN CHARBONNEAU CALDERIN**
**800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

| | |
|---|---|
| Phillip A. Geraci<br>On behalf of Interested Party HSH<br>425 Park Avenue<br>New York, NY | Kenneth E. Noble<br>On Behalf of Interested Party Bank of Scotland, plc<br>575 Madison Avenue<br>New York, NY 10022 |
| HSH Nordbank AG, New York Branch<br>c/o Aaron Rubenstein, Esq.<br>425 Park Avenue<br>New York, NY 10022 | Anthony L. Paccione<br>On behalf of Interested party Bank of Scotland, plc<br>575 Madison Avenue<br>New York, NY 10022 |
| HSH Nordbank AG, New York Branch<br>c/o Andrew W. Kress, Esq.<br>425 Park Avenue<br>New York, NY 10022 | Matthew D. Parrot<br>On behalf of Interested party Bank of Scotland, plc<br>575 Madison Avenue<br>New York, NY 10022 |
| Todd Kaplan<br>Citadel Derivatives Group, LLC<br>131 Dearborn St<br>Chicago, IL 60603 | Thomas C. Rice<br>On behalf of Creditor Barclays Bank PLC<br>425 Lexington Avenue<br>New York, NY 10017 |
| Andrew A. Cress<br>On behalf of Interested Party HSH<br>425 Park Avenue<br>New York, NY 10022 | Aaron Rubinstein<br>On behalf of Interested Party HSH Nordbank AG<br>425 Park Avenue<br>New York, NY 10017 |
| Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Justin S. Stern<br>On behalf of Creditor Barclays Bank PLC<br>425 Lexington Avenue<br>New York, NY 10017 |
| Arthur S. Linker<br>On behalf of Interested Party Bank of Scotland PLC<br>575 Madison Avenue<br>New York, NY 1022-2585 | David J. Woll<br>On behalf of Creditor Barclays Bank PLC<br>425 Lexington Avenue<br>New York, NY 10017 |

**EHRENSTEIN CHARBONNEAU CALDERIN**
**800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**