UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                            Chapter 11

FONTAINEBLEAU LAS VEGAS                           Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,[1]

           Debtors.                               (Jointly Administered)
_____/

### _AMENDED_[2] CONTRACTOR CLAIMANTS CROSS-NOTICE OF APPEAL [D.E.#592]

Desert Fire Protection, a Nevada Limited Partnership, Bombard Mechanical, LLC, Bombard Electric, LLC, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co., Absocold Corporation d/b/a Econ Appliance, Austin General Contracting, Powell Cabinet and Fixture Co., Safe Electronics, Inc, and Union Erectors, LLC, who collectively comprise the Contractor Claimants (the "Contractor Claimants" or "Cross-Appellants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. § 158(a), Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules for the United States Bankruptcy Court of the Southern District of Florida, amend their cross-appeal [D.E. #592] to the United States District Court for the Southern District of Florida, of Term Lender Steering Group (identified Appellants below "Appellants") *Notice of Appeal* [D.E. # 576] from the *First Interim Order (1) Authorizing the Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code and (III) Scheduling Final Hearing* [D.E. # 565] (the "Order"), entered

---

[1] *In re Fontainebleau Las Vegas Holdings, LLC*, Case No. 09-21481-BKC-AJC, *In re Fontainebleau Las Vegas, LLC*, Case No. 09-21482-BKC-AJC, and *In re Fontainebleau Las Vegas Capital Corp.*, Case No. 09-21483-BKC-AJC.

[2] Amended to correct reference of Notice of Appeal to reflect the correct docket entry.

on September 18, 2009 by the Honorable A. Jay Cristol, United States Bankruptcy Judge for the Southern District of Florida.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **CROSS-APPELLANTS:** | **COUNSEL:** |
|---|---|
| Desert Fire Protection | EHRENSTEIN CHARBONNEAU CALDERIN |
|  | Robert P. Charbonneau, Esq. |
| Bombard Mechanical LLC | Fl. Bar No.: 968234 |
|  | rpc@ecclegal.com |
| Bombard Electric, LLC | Daniel L. Gold, Esq. |
|  | Fl. Bar No.: 761281 |
| Warner Enterprises | dg@ecclegal.com |
|  | 800 Brickell Avenue, Suite 902 |
| Absocold Corporation | Miami, Florida 33131 |
|  | T. 305.722.2002    F. 305.722.2001 |
| Austin General Contracting |  |
| Powell Cabinet and Fixture Co. |  |
| Safe Electronics, Inc. |  |
| Union Erectors, LLC. |  |

**APPELLANTS**

| 1888 Fund, Ltd. | **COUNSEL:** |
|---|---|
|  | AKERMAN SENTERFITT |
| Aberdeen Loan Funding, Ltd. | Michael I. Goldberg, Esq. |
|  | James H. Fierberg, Esq. |
| Armstrong Loan Funding Ltd. | Las Olas Centre II |
|  | One Southeast Third Avenue, 25th Floor |
| Battlion CLO 2007-1 Ltd. | Miami, Florida 33131-1714 |
|  | T. 305.374.5600    F. 305.374.5095 |
| Brentwood CLO, Ltd. | -and- |
|  | HENNIGAN, BENNETT & DORMAN LLP |
| Brigade Leveraged Capital Structures Fund, Ltd. | Bruce Bennett |
|  | Sidney P. Levinson |
| Canpartners Investments IV, LLC | Joshua M. Mester |
|  | 865 South Figueroa Street, Suite 2900 |

2

Canyon Special Opportunities Master Fund (Cayman), Ltd.

Carlyle High Yield Partners 2008-1, Ltd.

Carlyle High Yield Partners IX, Ltd.

Carlyle High Yield Partners VI, Ltd.

Carlyle High Yield Partners VII, Ltd.

Carlyle High Yield Partners VIII, Ltd.

Carlyle High Yield Partners X, Ltd.

Carlyle Loan Investment, Ltd.

Copper River CLO Ltd.

Eastland CLO, Ltd.

Emerald Orchard Limited

Gleneagles CLO, Ltd.

Grayson CLO, Ltd.

Green Lane CLO Ltd.

Greenbriar CLO, Ltd.

Highland Credit Opportunities CDO, Ltd.

Highland Loan Funding V, Ltd.

Jasper CLO, Ltd.

Kennecott Funding Ltd.

LFC2 Loan Funding LLC

Liberty CLO, Ltd.

Loan Funding IV LtC

Loan Funding VII LLC

Loan Star State Trust

Los Angeles, California 90017
T. 213.694.1200    F. 213.694.1234

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Longhorn Credit Funding, LLC

NZC Opportunities (Funding) II Limited

Orpheus Funding LLC

Orpheus Holdings LLC

Red River CLO, Ltd.

Rockwall CDO II, Ltd.

Rockwall CDO, Ltd.

Sands Point Funding Ltd.

Southfork CLO, Ltd.

Stratford CLO, Ltd,

Westchester CLO, Ltd.

| **APPELLEES** | **COUNSEL:** |
|---|---|
| Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC, Fontainebleau Las Vegas Capital Corp. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Scott L. Baena, Esq.<br>Jay Sakalow, Esq.<br>Mindy Mora, Esq.<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5340<br>T. 305.350.2403    F. 305.351.2203 |
| **INTERESTED PARTY:** | **COUNSEL:** |
| Architectural Materials, Inc., d/b/a AMI Hospitality, Inc. and its subsidiary Peregrine Installation Co.<br><br>Collings Interiors, LLC<br><br>Commercial Roofers, Inc.<br><br>Door-Ko, Inc. | Philip. J. Landau, Esq.<br>Fl Bar No.: 504017<br>Plandau@sfl-pa.com<br>SHRAIBERG, FERRARA & LANDAU P.A.<br>2385 N.W. Executive Center Dr., Suite 300<br>Boca Raton, FL 33431<br>T. 561.443.0800    F. 561.998.0047 |

4

| | |
|---|---|
| Door & Hardware Management, Inc. | |
| Eberhard Southwest Roofing, Inc. | Gregory E. Garman, Esq. |
| EIDS Steel Company, LLC | Nevada Bar No. 6654 |
| | Thomas H. Fell, Esq. |
| Gallagher-Kaiser Corporation | Nevada Bar No. 3717 |
| | GORDON SILVER |
| L.A. Nevada, Inc., d/b/a G&G Systems | 3960 Howard Hughes Pkwy., 9th Floor |
| | Las Vegas, Nevada 89169 |
| J.S. & S., Inc. | T. 702.796.5555    F. 702.369.2666 |
| | *Admitted Pro Hac Vice* |
| LVI Environmental of Nevada, Inc. | |
| Marnell Masonry, Inc. | |
| Midwest Drywall Co., Inc. | |
| Midwest Pro Painting, Inc. | |
| Mechanical Insulation Specialists (MIS) | |
| Modernfold of Nevada, LLC | |
| Southern Nevada Paving, Inc. | |
| Universal Piping, Inc. | |
| West Edna & Associates, d/b/a Mojave Electric | |
| W&W Steel, LLC of Nevada | |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| 1888 Fund, Ltd. | AKERMAN SENTERFITT |
| | Michael I. Goldberg, Esq. |
| Aberdeen Loan Funding, Ltd. | James H. Fierberg, Esq. |
| | Las Olas Centre II |
| Armstrong Loan Funding Ltd. | One Southeast Third Avenue, 25th Floor |
| | Miami, Florida 33131-1714 |
| Battlion CLO 2007-1 Ltd. | T. 305.374.5600    F. 305.374-5095 |
| Brentwood CLO, Ltd. | -and- |
| Brigade Leveraged Capital Structures Fund, | |

| | |
|---|---|
| Ltd. | |
| Canpartners Investments IV, LLC | HENNIGAN, BENNETT & DORMAN LLP |
| | Bruce Bennett, Esq. |
| Canyon Special Opportunities Master Fund (Cayman), Ltd. | Sidney P. Levinson, Esq. |
| | 865 Figueroa Street, Suite 2900 |
| | Los Angeles, California 90017 |
| Carlyle High Yield Partners 2008-1, Ltd. | T. 213.694.1200    F. 213.694.1234 |

Carlyle High Yield Partners IX, Ltd.

Carlyle High Yield Partners VI, Ltd.

Carlyle High Yield Partners VII, Ltd.

Carlyle High Yield Partners VIII, Ltd.

Carlyle High Yield Partners X, Ltd.

Carlyle Loan Investment, Ltd.

Copper River CLO Ltd.

Eastland CLO, Ltd.

Emerald Orchard Limited

Gleneagles CLO, Ltd.

Grayson CLO, Ltd.

Green Lane CLO Ltd.

Greenbriar CLO, Ltd.

Highland Credit Opportunities CDO, Ltd.

Highland Loan Funding V, Ltd.

Jasper CLO, Ltd.

Kennecott Funding Ltd.

LFC2 Loan Funding LLC

Liberty CLO, Ltd.

Loan Funding IV LLC

Loan Funding VII LLC

Loan Star State Trust

Longhorn Credit Funding, LLC

NZC Opportunities (Funding) II Limited

Orpheus Funding LLC

Orpheus Holdings LLC

Red River CLO, Ltd.

Rockwall CDO II, Ltd.

Rockwall CDO, Ltd.

Sands Point Funding Ltd.
Southfork CLO, Ltd.
Stratford CLO, Ltd.
Westchester CLO, Ltd.

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| Aurelius Capital Management, L.P. | QUINN EMANUEL URQUHART, OLIVER & HEDGES, LLP<br>Susheel Kirpalani<br>Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>T. 212.849.7199     F. 212.849.7100<br><br>-and-<br><br>Eric Winston<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>T. 213.443.3602     F. 213.443.3100<br><br>BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1440<br>Miami, Florida 33131<br>T. 305.379.7904     F.305.379.7905 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| The Official Committee of Unsecured Creditors | GENOVESE JOBLOVE & BATTISTA, P.A.<br>Paul J. Battista<br>Glenn D. Moses<br>100 Southeast 2nd Street, 44th Floor<br>Miami, Florida 33131<br>Telephone: (305) 349-2300<br>Facsimile: (305) 349-2310<br><br>-and-<br><br>FOX ROTHSCHILD, LLP<br>Michael Viscount<br>Joshua T. Klein<br>Midtown Building, Suite 400<br>1301 Atlantic Avenue<br>Atlantic City, New Jersey 08401<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Derr & Gruenewald Construction Co.<br><br>Graybar Electric Company, Inc.<br><br>Quality Cabinet and Fixture Company<br><br>Tracy & Ryder Landscape, Inc.<br><br>Z-Glass, Inc.<br><br>Zetian Systems, Inc.<br><br>Water FX, Inc. | MAY, MEACHAM & DAVELL, P.A.<br>Robert C. Meacham<br>One Financial Plaza<br>Suite 2602<br>Ft. Lauderdale, Florida 33394<br>Telephone: (954) 763-6006 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Aderholt Specialty Company, Inc.<br><br>CECO Concrete Construction, LLC | MARKOWITZ, DAVIS, RINGEL, & TRUSTY, P.A.<br>Ross R. Hartog<br>Two Datran Center, Suite 1225<br>9130 South Dadeland Boulevard<br>Miami, Florida 33156<br>T. 305.670.5000 |

**EHRENSTEIN CHARBONNEAU CALDERIN**
**800 Brickell Avenue ∙ Suite 902 ∙ Miami, FL 33131 ∙ T. 305.722.2002 ∙ F. 305.722.2001 ∙ www.ecclegal.com**

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| QTS Logistics, Inc. | BAKER & HOSTETTLER LLP |
|  | Richard J. Bernard |
| Quality Transportation Services of Nevada, Inc. | 45 Rockefeller Plaza |
|  | New York, New York 10111 |
| Keenan Hopkins Suder & Stowell Contractors, Inc. | Telephone: (212) 589-4200 |
|  | Facsimile: (212) 589-4201 |
| Coreslab Structures (L.A.), Inc. | -and- |
|  | BAKER & HOSTETTLER LLP |
|  | Eric S. Golden |
|  | 200 S. Orange Avenue |
|  | SunTrust Center, Suite 2300 |
|  | Orlando, Florida 32801 |
|  | Telephone: (407) 649-4000 |
|  | Facsimile: (407) 841-0168 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| HSH Nordbank, AG, New York Branch | KAY SCHOLER, LLP |
|  | Andrew A. Kress |
|  | 425 Park Avenue |
|  | New York, New York 10022 |
|  | Telephone: (212) 836-8781 |
|  | Facsimile: (212) 836-6728 |
|  |  |
|  | -and- |
|  |  |
|  | RICE PUGATCH ROBINSON & SCHILLER, P.A. |
|  | Arthur Halsey Rice |
|  | 101 Northeast Third Avenue, Suite 1800 |
|  | Ft. Lauderdale, Florida 33301 |
|  | T.305.379.3121     F. 954.462.4300 |

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Bank of Scotland | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Harold D. Moorefield, Jr.<br>Museum Tower, 2200, Suite 2200<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone: (305) 789-3467<br>Facsimile: (305) 789-2643<br><br>-and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>Kenneth E. Noble<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-6419<br>Facsimile: (212) 894-5653 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Southern Nevada Painters Trust Funds and<br><br>Southern Nevada Glaziers' Trust Funds | CHRISTENSEN JAMES & MARTIN<br>Kevin B. Christensen<br>Sara D. Cope<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 255-1718<br>Facsimile: (702) 255-0871 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| Ahern Rentals, Inc.<br><br>QED, Inc.<br><br>Superior Tile & Marble, Inc. | DIXON TRUMAN FISHER & CLIFFORD<br>Robin E. Perkins<br>221 N. Buffalo Drive, Suite A<br>Las Vegas, Nevada 89145<br>Telephone: (702) 821-1821<br>Facsimile: (702) 259-9759 |

EHRENSTEIN CHARBONNEAU CALDERIN
800 Brickell Avenue ∙ Suite 902 ∙ Miami, FL 33131 ∙ T. 305.722.2002 ∙ F. 305.722.2001 ∙ www.ecclegal.com

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| Illuminating Concepts, Ltd. | Thomas D. Lumpkin, II<br>6258 SW 99th Ter<br>Pinecrest, Florida 33146-3345<br>Telephone: (305) 444-0005<br>Facsimile: (305) 444-5366<br><br>-and-<br><br>MICHAEL R. MUSHKIN & ASSOCIATES<br>Michael R. Mushkin<br>4475 S. Pecos Road<br>Las Vegas, Nevada 89121<br>Telephone: (702) 386-3999<br>Facsimile: (702) 454-3333 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| Insulpro Projects, Inc. | DOBBERSTEIN & ASSOCIATES<br>Eric Dobberstein<br>8965 S. Eastern Avenue, Suite 280<br>Las Vegas, Nevada 89123<br>Telephone: (702) 382-4002<br>Facsimile: (702) 382-1661 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| Fisk Electric Company | WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L.<br>Carla M. Barrow<br>Mitchell A. Bierman<br>2525 Ponce De Leon Boulevard<br>Suite 700<br>Coral Gables, Florida 33134<br>Telephone: (305) 854-0800<br>Facsimile: (305) 854-2323 |

| **INTERESTED PARTY:** | **COUNSEL:** |
|---|---|
| ThyssenKrupp Safway, Inc. | BEHAR GUTT & GLAZER, P.A.<br>Brian S. Behar<br>Robert J. Edwards<br>2999 N.E. 191st Street, Fifth Floor<br>Aventura, Florida 33180<br>T. 305.931.3771    F. 305.931-3774 |

| INTERESTED PARTY: | COUNSEL: |
|---|---|
| D'Alessio Contracting, Inc. | GIBBS, GIDEN, LOCHER, TURNER & SENET, LLP |
| Waco Scaffolding & Equipment | Becky A. Pintar<br>3993 Howard Hughes Parkway<br>Suite 530<br>Las Vegas, Nevada 89169<br>Telephone: (702) 836-9800<br>Facsimile: (702) 836-9802 |

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or U.S. Mail this 24th day of September, 2009 to all persons on the attached Service List.

Respectfully Submitted,

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

**EHRENSTEIN CHARBONNEAU CALDERIN**
Attorneys for Contractor Claimants, Cross-Appellants
800 Brickell Avenue, Suite 902
Miami, Florida 33131
www.ecclegal.com
T 305.722.2002    F 305.722.2001

By:/s/ *Robert P. Charbonneau, Esq.*
    Robert P. Charbonneau
    Florida Bar Number 968234
    rpc@ecclegal.com
    Daniel L. Gold
    Florida Bar Number 0761281
    dg@ecclegal.com

**SERVICE LIST**
**09-21481-AJC Notice will be electronically mailed to:**

Brett M Amron on behalf of Creditor Aurelius Capital Management, LP
bamron@bastamron.com, jrivera@bastamron.com,jeder@bastamron.com

Scott L Baena on behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com

Carla M Barrow on behalf of Creditor Fisk Electric Company
cbarrow@wsh-law.com, mmartinez@wsh-law.com

Paul J. Battista on behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Brian S Behar on behalf of Creditor ThyssenKrupp Safway Inc.
bsb@bgglaw.net

Richard J Bernard on behalf of Creditor QTS Lotigistics, Inc.
rbernard@bakerlaw.com

Mark D Bloom on behalf of Creditor Barclays Bank PLC
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Jacqueline Calderin on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com;nsocorro@ecccounsel.com

Candace C Carlyon on behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com,
ltreadway@sheacarlyon.com;ggianoulakis@sheacarlyon.com;ssherman@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com

Robert P Charbonneau on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
rpc@ECCcounsel.com,
nsgm0024@aol.com;dgold@ECCcounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com;nsocorro@ecccounsel.com;msardinas@ecccounsel.com

David A Colvin on behalf of Creditor DANA KEPNER COMPANY
dcolvin@marquisaurbach.com

Sara D Cope on behalf of Creditor Southern Nevada Glaziers Trust Funds
saradcope@gmail.com, kbchrislaw@aol.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, rwilliams@whww.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Thomas H. Fell on behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg on behalf of Creditor Term Lender Steering Group
james.fierberg@akerman.com

Robert G Fracasso Jr on behalf of Defendant Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Francella on behalf of Interested Party Minibar Systems and Minibar N.A., Inc
tfrancella@wtplaw.com

Robert C Furr on behalf of Creditor MB Financial Bank NA
bnasralla@furrcohen.com

Jay M Gamberg on behalf of Creditor Mechanical Systems West Inc.
Lbernstein@gamberglaw.com

James D Gassenheimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com,
efile@bergersingerman.com;lmerida@bergersingerman.com;cweisz@bergersingerman.com;ebrown@bergersingerman.com

Daniel L. Gold on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
dgold@ecccounsel.com, scunningham@ecclegal.com

Michael I Goldberg on behalf of Creditor Term Lender Steering Group
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S Golden on behalf of Creditor Coreslab Structures (L.A.), Inc.
egolden@bakerlaw.com, smccoy@bakerlaw.com

Alvin S. Goldstein on behalf of Creditor MB Financial Bank NA
mmitchell@furrcohen.com

Ross R Hartog on behalf of Creditor Aderholt Specialty Company, Inc.
rhartog@mdrtlaw.com,
gguenechea@mdrtlaw.com;ecfnotices@mdrtlaw.com;mdrtlaw@yahoo.com

Thomas E Kaaran on behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com;mmorton@mcdonaldcarano.com

John W. Kozyak on behalf of Creditor Apollo Investment Fund, VII, LP
jk@kttlaw.com, ycc@kttlaw.com;la@kttlaw.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Philip J Landau on behalf of Creditor M&M Lienholders
plandau@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com

David M Levine on behalf of Interested Party Commonwealth Land Title Insurance Company
dml@tewlaw.com, msanchez@tewlaw.com;rjr@tewlaw.com;amj@tewlaw.com

Paul J McMahon on behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C Meacham on behalf of Creditor Derr and Gruenewald Construction Co.
rmeacham@mmdpa.com, lraymond@mmdpa.com;mdieguez@mmdpa.com

Lawrence H Meuers on behalf of Interested Party CCCS International
lmeuers@meuerslawfirm.com,
lcastle@meuerslawfirm.com;snurenberg@meuerslawfirm.com;sdefalco@meuerslawfirm.com

Harold D Moorefield Jr. on behalf of Defendant Bank of Scotland
hmoorefield@swmwas.com,
cgraver@swmwas.com;larrazola@swmwas.com;rross@swmwas.com

Mindy A. Mora on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;laparicio@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditors Committee
gmoses@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Kenneth E Noble on behalf of Defendant Bank of Scotland
kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Becky Pintar on behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

Craig V Rasile on behalf of Creditor Bank of America, N.A.
crasile@hunton.com,
mtucker@hunton.com,mmannering@hunton.com,keckhardt@hunton.com,adeboer@hunton.com

Robert F. Reynolds on behalf of Creditor American Crane & Hoist, LLC
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Arthur H Rice on behalf of Defendant HSH Nordbank AG, New York Branch
arice.ecf@rprslaw.com

Peter J Roberts on behalf of Creditor MB Financial Bank NA

15

proberts@shawgussis.com

Ralf R Rodriguez on behalf of Creditor Colasanti Specialty Services, Inc.
rrodriguez@pecklaw.com, sdumbar@pecklaw.com;jfried@pecklaw.com

Rex E Russo on behalf of Creditor Bradford Products, LLc
rexlawyer@prodigy.net

Michael L Schuster on behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com;mpacheco@gjb-law.com

Shlomo S. Sherman on behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Paul Steven Singerman on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
singerman@bergersingerman.com, efile@bergersingerman.com

Tina M. Talarchyk on behalf of Creditor U.S. Bank National Association
TTalarchyk@ssd.com, amazzini@ssd.com;dfoley@ssd.com

Charles M Tatelbaum on behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com, smerrill@adorno.com

Diane Noller Wells on behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com, efiling@devinegoodman.com

**09-21481-AJC Notice will not be electronically mailed to:**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or U.S. Mail this 25th day of September, 2009 to all persons on the attached Service List.

Bruce Bennett On behalf of Creditor Term Lender Steering Group
865 S. Figueroa Ave.
Los Angeles, CA 90017

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Jeff J. Friedman
On behalf of Interested Party Bank of Scotland plc
575 Madison Avenue
New York, NY 1022-2585

Phillip A. Geraci
On behalf of Interested Party HSH
425 Park Avenue
New York, NY

HSH Nordbank AG, New York Branch
c/o Aaron Rubenstein, Esq.
425 Park Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Andrew W. Kress, Esq.
425 Park Avenue
New York, NY 10022

Todd Kaplan
Citadel Derivatives Group, LLC
131 Dearborn St
Chicago, IL 60603

Andrew A. Cress
On behalf of Interested Party HSH
425 Park Avenue
New York, NY 10022

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Arthur S. Linker
On behalf of Interested Party Bank of Scotland PLC
575 Madison Avenue
New York, NY 1022-2585

Alan H. Martin
On behalf of Creditor Bank of America
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626

Kyle Mathews On behalf of Creditor Bank of America
333 S. Hope St., 48th Floor
Los Angeles, CA 90071

Joshua M. Mester
On behalf of Creditor Term Lender Steering Group
865 S. Figueroa Avenue
Los Angeles, CA 90017

Kenneth E. Noble
On Behalf of Interested Party Bank of Scotland, plc
575 Madison Avenue
New York, NY 10022

Anthony L. Paccione
On behalf of Interested party Bank of Scotland, plc
575 Madison Avenue
New York, NY 10022

Matthew D. Parrot
On behalf of Interested party Bank of Scotland, plc
575 Madison Avenue
New York, NY 10022

Thomas C. Rice
On behalf of Creditor Barclays Bank PLC
425 Lexington Avenue
New York, NY 10017

Aaron Rubinstein
On behalf of Interested Party HSH Nordbank AG
425 Park Avenue
New York, NY 10017

Justin S. Stern
On behalf of Creditor Barclays Bank PLC
425 Lexington Avenue
New York, NY 10017

David J. Woll
On behalf of Creditor Barclays Bank PLC
425 Lexington Avenue
New York, NY 10017

**EHRENSTEIN CHARBONNEAU CALDERIN**

**800 Brickell Avenue · Suite 902 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**