

**ORDERED in the Southern District of Florida on September 29, 2009.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

FONTAINEBLEAU LAS VEGAS,   Case No.: 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,   Chapter 11
   (Jointly Administered)

            Debtors.
_____/

**ORDER SUPPLEMENTING FIRST INTERIM ORDER AUTHORIZING THE
NONCONSENSUAL USE OF CASH COLLATERAL**

THIS CAUSE came before the Court upon the *First Interim Order (I) Authorizing the Nonconsensual Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing* [CP 565] (the "Interim Cash Collateral Order").  The Interim Cash Collateral Order authorizes the Debtors to use cash collateral to pay certain expenses; however, paragraph 3(m) of the Interim Cash Collateral Order reserves judgment on the payment of relocation expenses being requested in the aggregate amount of $200,000 to relocate collateral consisting of equipment and other property from the Debtors' staging

area site to the Project site to avert monthly rental charges in the amount of $350,000. The Interim Cash Collateral Order provides that, the "Debtors shall submit a plan for relocation and contracts for estimates of costs of items in this request and the Court will consider approval of amounts requested within 2 business days of submission."

On September 24, 2009, the Debtors submitted a relocation plan, summary of expected costs, and written proposals from contractors (collectively, the "Relocation Schedule") that support the amount included in the cash collateral budget. Contained in the submissions is also a representation by the Debtors that Clark County officials have required the Debtors to build and pave a fire access road so that the Project can be accessible to fire safety personnel. Opposing counsel has requested further documentation on the need for the roadwork, but the Debtors indicate they do not have any such documentation because they were advised of this requirement in person by officials inspecting the site. The expense relative to this roadwork is a significant portion of the estimated costs in the Relocation Schedule.

The Court having reviewed the Relocation Schedule, and finding cause to approve all but 2 of the expenses contained therein, it is

**ORDERED AND ADJUDGED** that the *First Interim Order (I) Authorizing the Nonconsensual Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing* is MODIFIED AND SUPPLEMENTED to authorize and approve the nonconsensual use of cash collateral for all but 2 items on the Relocation Schedule. The Court does not authorize or approve the use of cash collateral for the following expenses:

1. "Roadwork on Fire Access Road" for $70,190.00, pending further explanation as to why this expense is necessary at this juncture, and

2. "Contingency" for $41,753.78, as the Court can address expenses for contingencies as they arise. In the event of a contingency, the Court will entertain a motion on 6 hours notice, if necessary.

As to all other expenses listed in the Relocation Schedule, the Court authorizes and approves the nonconsensual use of cash collateral therefor.

### 

Copies to:

Scott Baena, Esq.

Attorney Scott Baena is directed to immediately mail a conformed copy of this order to all interested parties and to file a certificate of service with the Clerk of Court.