UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

APPEAL INFORMATION SHEET

**PART I: Appellant's Purchase Order for Transcript:**

1. Debtor's Name: Fontainebleau Las Vegas Holdings, LLC, et al.

Case No.: 09-21481-BKC-AJC          Judge: Cristol

Date Notice of Appeal Filed: September 21, 2009

Plaintiff (if applicable): _____

Defendant (if applicable) _____

Adversary Case No.: _____

2. Complete One:
    ___ No transcript is required for this appeal.
    ___ All necessary transcripts are already on file with the Bankruptcy Court.
    _x_ Request is hereby made for transcription of the following proceedings:

Hearing Date:           Proceeding:

The transcripts for the June 11, 2009 hearing (DE 79) and the July 27, 2009 hearing (DE 349) are already on file.

The transcripts for the September 15, 2009 and September 16, 2009 hearings have already been ordered by the

undersigned counsel. Counsel has designated that all four transcripts be included in the record on appeal.

3. I certify that I have personally contacted the court reporter and that satisfactory financial arrangements have been made for the preparation and filing of the transcript(s).

Ordering Counsel
(or party if not
represented by
Counsel.)

Michael I. Goldberg, Esq.
Name of Attorney

Akerman Senterfitt
Name of Firm (or individual)

350 E. Las Olas Blvd., Suite 350
Street Address or P.O. Box

Fort Lauderdale, FL 33301 (954) 463-2700
City            State    Telephone No.

Date: September 22, 2009

Signed: /s/ Michael I. Goldberg, Esq

Attorney for: 1888 Fund, Ltd., et al.

NOTE: PART I OF THIS FORM MUST BE COMPLETED AND RETURNED TO THE COURT REPORTER NOT LATER THAN 10 DAYS FROM THE FILING OF THE NOTICE OF APPEAL IN ALL CASES, INCLUDING THOSE FOR WHICH A TRANSCRIPT IS NOT ORDERED.

**PART II: REPORTER'S ACKNOWLEDGMENT**

1. The foregoing transcript order received on  9-22-09
2. Satisfactory arrangements (xx) have ( ) have not been made for payment of the transcript cost.
   These financial arrangements were completed on  9-22-09
3. Estimated completion date  9-15-09 and 9-16-09 transcripts already on file with Court.

    Date: 9-29-09      Signed: /s/ Janice Mauldin  JANICE C. MAULDIN
                       Court Reporter Name and Address