UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Chapter 11

FONTAINEBLEAU LAS VEGAS                             Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,[1]

          Debtors.                                  (Jointly Administered)
_____/

## COLASANTI SPECIALTY SERVICES, INC.'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

PLEASE TAKE NOTICE that Colasanti Specialty Services, Inc. ("Colasanti" or "Cross-Appellant"), by and through its counsel, the law firms of Peckar & Abramson, P.C., Paul Joseph McMahon, P.A., and Martin & Allison, Ltd., and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1(B)(4) of the Local Rules for the United States Bankruptcy Court of the Southern District of Florida, hereby files this its designation of record and statement of issues on appeal with respect to Colasanti's Cross-Notice of Appeal [Docket No. 605], which appeals the Bankruptcy Court's *First Interim Order (1) Authorizing the Nonconsensual Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code and (III) Scheduling Final Hearing* [Docket No. 565] (the "Order"), entered on September 18, 2009.

---

[1] *In re Fontainebleau Las Vegas Holdings, LLC*, Case No. 09-21481-BKC-AJC, *In re Fontainebleau Las Vegas, LLC*, Case No. 09-21482-BKC-AJC, and *In re Fontainebleau Las Vegas Capital Corp.*, Case No. 09-21483-BKC-AJC.

Peckar & Abramson

Case No.: 09-21481-BKC-AJC

# DESIGNATION

Colasanti designates each of the following documents from the Bankruptcy Case (Case No. 09-21481) for inclusion in the record on appeal, each of which have been designated by the M&M Lienholders in their Designation of Record and Statement of Issues on Appeal {Docket No. 608, Case No. 09-21481-AJC):

| DOCKET ENTRY NUMBER | DOCUMENT |
|---|---|
| 5 | Declaration re: *Declaration of Howard C. Karawan in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* Filed by Debtor Fontainebleau Las Vegas Holdings, LLC. (Baena, Scott) (Entered: 06/10/2009) |
| 12 | Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; and (III) Scheduling Final Hearing* Filed by Debtor Fontainebleau Las Vegas Holdings, LLC. (Baena, Scott) (Entered: 06/10/2009) |
| 29 | Motion to Establish Procedures *Debtors' Emergency Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* Filed by Debtor Fontainebleau Las Vegas Holdings, LLC. (Baena, Scott) (Entered: 06/10/2009) |
| 49 | Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code, (II) Providing Adequate Protection To Prepetition Secured Parties Pursuant to Section 361, 362, and 363, of Bankruptcy Code, and (III) Scheduling Final Hearing (Re: # 12 ) (Pittman, Linda) (Entered: 06/11/2009) |
| 52 | Order Granting (Re: # 29 Motion to Establish Procedures Debtors' Emergency Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals in the Ordinary Course of Business Filed by Debtor Fontainebleau Las Vegas Holdings, LLC.) ) (Pittman, Linda) **Modified on 6/17/2009; This Event was Incorrectly Linked to DE #30** (Cohen, Diana). (Entered: 06/11/2009) |
| 166 | Supplement *to Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; and (III) Scheduling Final Hearing* Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties* |

| | |
|---|---|
| | *Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC). (Baena, Scott) (Entered: 06/23/2009)* |
| 210 | Reply to ( 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC, 166 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditor Term Lender Steering Group (Goldberg, Michael) (Entered: 06/29/2009)* |
| 242 | Second Interim Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code, (II) Providing Adequate Protection To Prepetition Secured Parties Pursuant to Section 361, 362, and 363, of Bankruptcy Code, and (III) Scheduling Final Hearing (Re: # 12 ) (Part 1 of 2) (Cohen, Diana) (Entered: 07/07/2009) |
| 268 | Adversary case 09-01762. Complaint by Turnberry West Construction, Inc. against Bank of America, N.A. et al...... *Complaint for Declaration that: (I) The Certain Subordination Agreement by and between Turnberry West Construction, Inc. and the Debtors' Lenders is Void and Unenforceable, and (II) to Determine the Statutory Lien of Turnberry West Construction, Inc. on its own Behalf and on Behalf of All Lien Holders Claiming By and Through the Lien of Turnberry West Construction, Inc. is a Valid Lien Superior to the Liens of the Lenders* Nature of Suit:,(21 (Validity, priority or extent of lien or other interest in property)) (Gassenheimer, James) (Entered: 07/14/2009) |
| 302 | Supplement *(Second)* Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC).* (Attachments: # 1 Exhibit A - Proposed Third Interim Cash Collateral Order# 2 Exhibit B - Budget) (Baena, Scott) (Entered: 07/20/2009) |
| 321 | Objection to (302 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC)*To Emergency Motion For Interim and Final Orders (I) Authorizing The Debtors To Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant To Section 361, 362, 363 andn 364 of the Bankruptcy Code; And (III) Scheduling Final Hearing* Filed by Creditors Absocold Corporation, d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co. (Charbonneau, Robert) (Entered: 07/23/2009) |

| 323 | Motion for Joinder *in Contractor Claimants and Creditors' Committee's Objections to Use of Cash Collateral* (Re: 320 Objection, 321 Objection) Filed by Creditor M&M Lienholders. (Landau, Philip) (Entered: 07/23/2009) |
|---|---|
| 325 | Motion for Joinder (Re: 322 Response, 324 Objection) Filed by Creditor Colasanti Specialty Services, Inc.. (Rodriguez, Ralf) (Entered: 07/24/2009) |
| 326 | Motion for Joinder (Re: 320 Objection, 321 Objection) Filed by Creditor Colasanti Specialty Services, Inc.. (Rodriguez, Ralf) (Entered: 07/24/2009) |
| 349 | Transcript of 7/27/2009 Hearing (Re: 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders, 245 Motion to Reject Lease with Tomorrow 33 Convention, L.P. Filed by Debtor Fontainebleau Las Vegas Holdings, LLC., 277 Motion by Debtors for Entry of an Order*) |
| 359 | Third Interim Order Authorizing Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of Bankruptcy Code (Re: # 12 ) (part 1 of 2) (Antillon, Jackie) (Entered: 07/31/2009) |
| 389 | Amended Third Interim Order (Re: 302 Supplement (Second) Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: 12 Emergency Motion to Use Cash Collateral Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC). (Gutierrez, Susan) Modified on 8/19/2009 to correct linkage. (Gutierrez, Susan). (Entered: 08/07/2009) |
| 415 | *NOTICE OF INTENT TO MAINTAIN AND/OR PERFECT AND/OR ENFORCE MECHANIC'S LIEN CLAIMS AGAINST THE PROPERTY OF THE DEBTOR ESTATE* Filed by Creditor Colasanti Specialty Services, Inc.. (Rodriguez, Ralf) (Entered: 08/19/2009) |
| 421 | Supplement *(Third)* Filed by Debtor Fontainebleau Las Vegas Holdings, LLC (Re: 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC).* (Attachments: # 1 Exhibit A - Proposed Fourth Interim Cash Collateral Order# 2 Exhibit B - Budget# 3 Exhibit C - Redline) (Baena, Scott) (Entered: 08/20/2009) |
| 438 | Objection to ( 421 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditor M&M Lienholders (Landau, Philip) (Entered: 08/25/2009) |
| 440 | Limited Objection to ( 421 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditors Union Erectors, LLC, Absocold Corporation, d/b/a Econ Appliance, Austin |

| | | |
|---|---|---|
| | | General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co. (Charbonneau, Robert) (Entered: 08/25/2009) |
| | 442 | Joinder Filed by Creditor Colasanti Specialty Services, Inc. (Re: 438 Objection filed by Creditor M&M Lienholders). (Rodriguez, Ralf) (Entered: 08/25/2009) |
| | 454 | Fourth Interim Order Scheduling Final Hearing On (Re: 12 Motion to Use Cash Collateral filed by Debtor Fontainebleau Las Vegas Holdings, LLC). Hearing scheduled for 09/10/2009 at 03:00:00 PM at 51 SW First Ave Room 1410, Miami. (Gutierrez, Susan) (Entered: 08/28/2009) |
| | 506 | Motion for Relief from Stay [Fee Amount $150] Filed by Creditor M&M Lienholders. (Attachments: # 1 Exhibit 1, Part 1# 2 Exhibit 1,Part 2# 3 Exhibit 1, Part 3# 4 Exhibit 1, Part 4# 5 Exhibit 2# 6 Exhibit 3# 7 Exhibit 4# 8 Exhibit 5# 9 Exhibit 6# 10 Exhibit 7# 11 Exhibit 8# 12 Exhibit 9# 13 Exhibit 10# 14 Exhibit 11# 15 Exhibit 12# 16 Exhibit 13# 17 Exhibit 14# 18 Exhibit 15# 19 Exhibit 16# 20 Exhibit 17# 21 Exhibit 18) (Landau, Philip) (Entered: 09/11/2009) |
| | 515 | Emergency Motion to Compel *Debtors' Responses to Term Lender Steering Group's Discovery Requests on an Expedited Basis* Filed by Creditor Term Lender Steering Group. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Fierberg, James) (Entered: 09/14/2009) |
| | 517 | Objection to ( 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the* filed by Debtor Fontainebleau Las Vegas Holdings, LLC, 166 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC, 318 Certificate of Service filed by Noticing / Claims Agent Kurtzman Carson Consultants LLC, 421 Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditors Derr and Gruenewald Construction Co., Greybar Electric Company, Inc., Quality Cabinet & Fixture Company, Tracy & Ryder Landscape, Inc., Water FX, LLC, Z Glass, Inc., ZETIAN SYSTENS (Meacham, Robert) (Entered: 09/14/2009) |
| | 518 | Motion for Joinder *in Other Lienholders Objections Regarding Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; and (II) Providing Adequate Protection to Prepetition Secured Parties Pursuan to Sections 361, 362, 363, and 364* (Re: 321 Objection, 323 Motion for Joinder, 327 Motion for Joinder, 438 Objection, 440 Objection, 451 Joinder) Filed by Creditor Fisk Electric Company. (Barrow, Carla) (Entered: 09/14/2009) |
| | 519 | Objection to ( 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition* |

| | | |
|---|---|---|
| | | *Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC,* 166 *Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC,* 302 *Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC,* 421 *Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC,* 454 *Order Continuing Hearing) Filed by Creditor M&M Lienholders (Landau, Philip) (Entered: 09/14/2009)* |
| | 521 | Notice of Filing *Statement Regarding Notice of Final Hearing on Cash Collateral*, Filed by Creditor Term Lender Steering Group (Re: 478 Document). (Attachments: # 1 Exhibit A# 2 Exhibit B) (Fierberg, James) (Entered: 09/14/2009) |
| | 523 | Memorandum of Law in Support Filed by Creditor Term Lender Steering Group (Re: 515 Emergency Motion to Compel *Debtors' Responses to Term Lender Steering Group's Discovery Requests on an Expedited Basis* filed by Creditor Term Lender Steering Group). (Fierberg, James) (Entered: 09/14/2009) |
| | 524 | Joinder Filed by Creditor Colasanti Specialty Services, Inc. (Re: 519 Objection filed by Creditor M&M Lienholders). (Rodriguez, Ralf) (Entered: 09/14/2009) |
| | 525 | Response to (506 Motion for Relief from Stay [Fee Amount $150] filed by Creditor M&M Lienholders) Filed by Creditor Colasanti Specialty Services, Inc. (Rodriguez, Ralf) (Entered: 09/14/2009) |
| | 526 | Objection to ( 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC,* 166 *Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC,* 302 *Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC,* 421 *Supplemental Document filed by Debtor Fontainebleau Las Vegas Holdings, LLC)filed by Contractor Claimants Filed by Creditors Absocold Corporation, d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc*(Charbonneau, Robert)(Entered: 09/14/2009) |
| | 528 | Emergency Motion to Use Cash Collateral *and to Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code* Filed by Debtor Fontainebleau Las Vegas Holdings, LLC. (Attachments: # 1 Exhibit A - Proposed Fifth Interim Cash Collateral Order# 2 Exhibit B - Budget) (Baena, Scott) (Entered: 09/14/2009) |
| | 543 | Notice of Filing *Deposition of Frank Merola*, Filed by Creditors Absocold Corporation, d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, |

| | |
|---|---|
| | Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co. (Re: 481 Notice of Examination). (Charbonneau, Robert) (Entered: 09/15/2009) |
| 544 | Notice of Filing *Deposition of Jonathan Kaplan*, Filed by Creditors Absocold Corporation, d/b/a Econ Appliance, Austin General Contracting, Inc., Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co., Powell Cabinet and Fixture Co., Safe Electronics, Inc, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co. (Re: 479 Notice of Examination). (Charbonneau, Robert) (Entered: 09/15/2009) |
| 545 | Objection to ( 528 Emergency Motion to Use Cash Collateral *and to Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code* filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditor Aurelius Capital Management, LP (Amron, Brett) (Entered: 09/15/2009) |
| 547 | Objection to ( 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders (I) Authorizing The Debtors to Use Cash Collateral; (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the filed by Debtor Fontainebleau Las Vegas Holdings, LLC) Filed by Creditor Term Lender Steering Group (Attachments: # 1 Exhibit A) (Fierberg, James) (Entered: 09/16/2009)* |
| 565 | First Interim Order (I) Authorizing th Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing (*Part 1 of 2*) (Re: # 528 ) (Cohen, Diana) (Entered: 09/18/2009) |
| 576 | Notice of Appeal Filed by Creditor Term Lender Steering Group (Re: 565 First Interim Order). Appellant Designation due 10/1/2009. [Fee Amount $255] (Goldberg, Michael) (Entered: 09/21/2009) |
| 584 | Notice of Appeal Filed by Creditor M&M Lienholders (Re: 565 First Interim Order). Appellant Designation due 10/2/2009. [Fee Amount $255] (Landau, Philip) (Entered: 09/22/2009) |
| 605 | Cross Appeal Filed by Creditor Colasanti Specialty Services, Inc. Re: 584 Notice of Appeal. (Banoovong, Bea) (Entered: 09/25/2009) |
| 622 | Transcript of 9/15/2009 Hearing (Re: 515 Emergency Motion to Compel *Debtors' Responses to Term Lender Steering Group's Discovery Requests on an Expedited Basis* Filed by Creditor Term Lender Steering Group.). Redaction Request Due By 10/6/2009. Statement of Personal Data Identifier Redaction Request Due by 10/20/2009. Redacted Transcript Due by 10/30/2009. Transcript access will be restricted through 12/28/2009. (Ouellette and Mauldin) (Entered: 09/29/2009) |
| 626 | Transcript of 9/16/2009 Hearing (Re: 12 Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders*, 28 *Emergency Application to Employ Citadel Derivatives Group LLC as* |

| | |
|---|---|
| | *Financial Advisors and Investment Bankers to the Debtors Nunc Pro Tunc to the Petition Date and for Entry of Interim and Final Orders [Affidavit Attached] Filed by Debtor Fontainebleau Las Vegas Holdings, LLC.,* <u>37</u> *Emergency Application to Employ Moelis & Company LLC as Financial Advisors and Investment Bankers to the Debtors Nunc Pro Tunc to the Petition Date and for Entry of Interim and Final Orders [Affidavit Attached] Filed by Debtor Fontainebleau Las Vegas Holdings, LLC.,* <u>518</u> *Motion for Joinder in Other Lienholders Objections Regarding Emergency Motion for Interim and Final Orders,* <u>528</u> *Emergency Motion to Use Cash Collateral and to Provide Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code Filed by Debtor Fontainebleau Las Vegas Holdings, LLC.). Transcript access will be restricted through 12/28/2009. (Ouellette and Mauldin) (Entered: 09/29/2009)* |
| 627 | Transcript of 8/27/2009 Hearing (Re: [12] Emergency Motion to Use Cash Collateral *Emergency Motion for Interim and Final Orders). Redaction Request Due By 10/6/2009. Statement of Personal Data Identifier Redaction Request Due by 10/20/2009. Redacted Transcript Due by 10/30/2009. Transcript access will be restricted through 12/28/2009. (Ouellette and Mauldin)* |
| 629 | Transcript of 9/22/2009 Hearing  (Entered: 09/29/2009) |

In addition to the above, Cross-Appellant further designates the following documents from the adversary case *Turnberry West Construction, Inc. v. Bank of America, et al.*, Adv. Pro. No. 09-01762-AJC-A, for inclusion in the record on appeal:

| DOCKET ENTRY NUMBER | DOCUMENT |
|---|---|
| 13 | Motion by Debtors for Entry of an Order Staying Adjudication of Count II of Amended Complaint |
| 20 | Motion by Contractor Claimants to Intervene in Adversary Proceeding |
| 29 | Order Granting Motion of Debtors for Entry of an Order Staying Adjudication of Amended Complaint |

Cross-Appellant designates the following document from the adversary case *Fontainebleau Las Vegas Holdings, LLC v. Bank of America, et al.*, Adv. Pro. No. 09-01621-AJC-A, for inclusion in the record on appeal, which has been designated by the M&M

Case No.: 09-21481-BKC-AJC

Lienholders in their Designation of Record and Statement of Issues on Appeal [Docket No. 608, Case No. 09-21481-AJC):

| DOCKET ENTRY NUMBER | DOCUMENT |
|---|---|
| 1 | Complaint by Fontainebleau Las Vegas, LLC against Bank of America, N.A., Merrill Lynch Capital Corporation, JPMorgan Chase Bank, N.A., Barclays Bank PLC, Deutsche Bank Trust Company Americas, The Royal Bank of Scotland, PLC, Sumitomo Mitsui Banking Corporation of New York, Bank of Scotland, HSH Nordbank AG, New York Branch, MB Financial Bank, N.A., dated June 9, 2009. |

Cross-Appellant designates the following document from *Fontainebleau Las Vegas Holdings, LLC v. Bank of America, et al.*, Case No. 1:09-cv-21879-ASG, United States District Court for the Southern District of Florida, for inclusion in the record on appeal, which has been designated by the M&M Lienholders in their Designation of Record and Statement of Issues on Appeal [Docket No. 608, Case No. 09-21481-AJC):

| DOCKET ENTRY NUMBER | DOCUMENT |
|---|---|
| 62 | Order Denying Motion for Partial Summary Judgment; Denying Motion for an Order Directing the Turnover of Funds to the Debtors' Estate; Denying Motion for Expedited Filing and Consideration; Dismissing Motion to Dismiss the Turnover Claim and Granting Motion to Permit Discovery, dated August 26, 2009. |

### STATEMENT OF ISSUES ON APPEAL

1.    Whether the Bankruptcy Court erred in granting liens to the Term Lenders which prime those of Colasanti, the M&M Lienholders, and other holders of mechanics' and materialmen's liens, or, more specifically, whether the Bankruptcy Court erred in holding that the Term Lenders' cash collateral was "deemed to have been repaid" to the Term Lenders in satisfaction of prepetition debt, and further "deemed to have been reborrowed by the Debtors as

postpetition debt, pursuant to section 364(d) of the Bankruptcy Code," thus conflating Sections 363 and 364 of the Bankruptcy Code.

2.       Whether the Bankruptcy Court erred in finding that Colasanti's lien, the M&M Lienholders liens, and other holders of mechanics' and materialmen's liens are adequately protected under Section 364(d)(1), including whether the Bankruptcy Court erred in finding that Colasanti, the M&M Lienholders, and other mechanics' and materialmen's lien claimants are adequately protected as a result of the grant of a priming lien to the Term Lenders which primes the liens of the mechanics' and materialmen's lien claims.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or U.S. Mail this 29th day of September, 2009 to all persons on the attached Service List.

Respectfully Submitted,

PECKAR & ABRAMSON, P.C.
Attorneys for Colasanti Specialty Services, Inc.
401 East Las Olas Boulevard, Ste. 1600
Fort Lauderdale, Florida 33301
Telephone: (954) 764-5222
Facsimile: (9540 764-5228


By: /s/ Ralf R. Rodriguez
    Ralf R. Rodriguez
    Florida Bar No. 0138053
    rrodriguez@pecklaw.com

Case No.: 09-21481-BKC-AJC

## SERVICE LIST

**Via CM/ECF:**

Brett M Amron on behalf of Creditor Aurelius Capital Management, LP
bamron@bastamron.com, jrivera@bastamron.com, jeder@bastamron.com

Scott L Baena on behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com; eservice@bilzin.com

Carla M Barrow on behalf of Creditor Fisk Electric Company
cbarrow@wsh-law.com, mmartinez@wsh-law.com

Paul J. Battista on behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, ctarrant@gjb-law.com; gjbecf@gjb-law.com

Brian S. Behar on behalf of Creditor ThyssenKrupp Safway Inc.
bsb@bgglaw.net

Richard J Bernard on behalf of Creditor QTS Lotigistics, Inc.
rbernard@bakerlaw.com

Mark D Bloom on behalf of Creditor Barclays Bank PLC
bloomm@gtlaw.com, phillipsj@gtlaw.com; MiaLitDock@gtlaw.com; miaecfbky@gtlaw.com

Jacqueline Calderin on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com; nsocorro@ecccounsel.com

Candace C Carlyon on behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com, ltreadway@sheacarlyon.com; ggianoulakis@sheacarlyon.com; ssherman@sheacarlyon.com; manthony@sheacarlyon.com; rmsmith@sheacarlyon.com

Robert P Charbonneau on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
rpc@ECCcounsel.com, nsgm0024@aol.com; dgold@ECCcounsel.com; scunningham@ECCcounsel.com; phornia@ecccounsel.com; nsocorro@ecccounsel.com; msardinas@ecccounsel.com

David A Colvin on behalf of Creditor DANA KEPNER COMPANY
dcolvin@marquisaurbach.com

Sara D Cope on behalf of Creditor Southern Nevada Glaziers Trust Funds
saradcope@gmail.com, kbchrislaw@aol.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, rwilliams@whww.com

Peckar & Abramson
11

Thomas H. Fell on behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg on behalf of Creditor Term Lender Steering Group
james.fierberg@akerman.com

Robert G Fracasso Jr on behalf of Defendant Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Francella on behalf of Interested Party Minibar Systems and Minibar N.A., Inc
tfrancella@wtplaw.com

Robert C Furr on behalf of Creditor MB Financial Bank NA
bnasralla@furrcohen.com

Jay M Gamberg on behalf of Creditor Mechanical Systems West Inc.
Lbernstein@gamberglaw.com

James D Gassenheimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com, efile@bergersingerman.com;
lmerida@bergersingerman.com; cweisz@bergersingerman.com; ebrown@bergersingerman.com

Daniel L. Gold on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
dgold@ecccounsel.com, scunningham@ecclegal.com

Michael I Goldberg on behalf of Creditor Term Lender Steering Group
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S Golden on behalf of Creditor Coreslab Structures (L.A.), Inc.
egolden@bakerlaw.com, smccoy@bakerlaw.com

Alvin S. Goldstein on behalf of Creditor MB Financial Bank NA
mmitchell@furrcohen.com

Ross R Hartog on behalf of Creditor Aderholt Specialty Company, Inc.
rhartog@mdrtlaw.com, gguenechea@mdrtlaw.com; ecfnotices@mdrtlaw.com;
mdrtlaw@yahoo.com

Thomas E Kaaran on behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com;
mmorton@mcdonaldcarano.com

John W. Kozyak on behalf of Creditor Apollo Investment Fund, VII, LP
jk@kttlaw.com, ycc@kttlaw.com; la@kttlaw.com

Case No.: 09-21481-BKC-AJC

Philip J Landau on behalf of Creditor M&M Lienholders
plandau@sfl-pa.com, lmelton@sfl-pa.com; lrosetto@sfl-pa.com

David M Levine on behalf of Interested Party Commonwealth Land Title Insurance Company
dml@tewlaw.com, msanchez@tewlaw.com;rjr@tewlaw.com;amj@tewlaw.com

Paul J McMahon on behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C Meacham on behalf of Creditor Derr and Gruenewald Construction Co.
rmeacham@mmdpa.com, lraymond@mmdpa.com; mdieguez@mmdpa.com

Lawrence H Meuers on behalf of Interested Party CCCS International
lmeuers@meuerslawfirm.com, lcastle@meuerslawfirm.com; snurenberg@meuerslawfirm.com; sdefalco@meuerslawfirm.com

Harold D Moorefield Jr. on behalf of Defendant Bank of Scotland
hmoorefield@swmwas.com, cgraver@swmwas.com; larrazola@swmwas.com; rross@swmwas.com

Mindy A. Mora on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com, eservice@bilzin.com; lflores@bilzin.com; laparicio@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditors Committee
gmoses@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Kenneth E Noble on behalf of Defendant Bank of Scotland
kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Becky Pintar on behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

Craig V Rasile on behalf of Creditor Bank of America, N.A.
crasile@hunton.com, mtucker@hunton.com, mmannering@hunton.com, keckhardt@hunton.com, adeboer@hunton.com

Robert F. Reynolds on behalf of Creditor American Crane & Hoist, LLC
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Arthur H Rice on behalf of Defendant HSH Nordbank AG, New York Branch
arice.ecf@rprslaw.com

Case No.: 09-21481-BKC-AJC

Peter J Roberts on behalf of Creditor MB Financial Bank NA
proberts@shawgussis.com

Rex E Russo on behalf of Creditor Bradford Products, LLC
rexlawyer@prodigy.net

Michael L Schuster on behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, ctarrant@gjb-law.com; gjbecf@gjb-law.com; mpacheco@gjb-law.com

Shlomo S. Sherman on behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Paul Steven Singerman on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
singerman@bergersingerman.com, efile@bergersingerman.com

Tina M. Talarchyk on behalf of Creditor U.S. Bank National Association
TTalarchyk@ssd.com, amazzini@ssd.com;dfoley@ssd.com

Charles M Tatelbaum on behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com, smerrill@adorno.com

Diane Noller Wells on behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com, efiling@devinegoodman.com

**Via U.S. Mail:**

Bruce Bennett
On behalf of Creditor Term Lender
Steering Group
865 S. Figueroa Ave.
Los Angeles, CA 90017

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Jeff J. Friedman
On behalf of Interested Party Bank of
Scotland plc
575 Madison Avenue
New York, NY 1022-2585

Alan H. Martin
On behalf of Creditor Bank of America
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626

Kyle Mathews
On behalf of Creditor Bank of America
333 S. Hope St., 48th Floor
Los Angeles, CA 90071

Noah G. Allison
3191 E. Warm Springs Road
Longford Plaza East, Bldg. 13
Las Vegas, NV 89120

Case No.: 09-21481-BKC-AJC

Phillip A. Geraci
On behalf of Interested Party HSH
425 Park Avenue
New York, NY

HSH Nordbank AG, New York Branch
c/o Aaron Rubenstein, Esq.
425 Park Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Andrew W. Kress, Esq.
425 Park Avenue
New York, NY 10022

Todd Kaplan
Citadel Derivatives Group, LLC
131 Dearborn St
Chicago, IL 60603

Andrew A. Cress
On behalf of Interested Party HSH
425 Park Avenue
New York, NY 10022

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Arthur S. Linker
On behalf of Interested Party Bank of
Scotland PLC
575 Madison Avenue
New York, NY 1022-2585

Kenneth E. Noble
On Behalf of Interested Party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

Anthony L. Paccione
On behalf of Interested party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

Matthew D. Parrot
On behalf of Interested party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

Thomas C. Rice
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

Aaron Rubinstein
On behalf of Interested Party HSH
Nordbank AG
425 Park Avenue
New York, NY 10017

Justin S. Stern
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

David J. Woll
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

Peckar & Abramson
15