UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11

FONTAINEBLEAU LAS VEGAS                                   Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,[1]

            Debtors.                                      (Jointly Administered)
_____/

**M&M LIENHOLDERS' SUPPLEMENT TO DESIGNATION
OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

     PLEASE TAKE NOTICE that Architectural Materials, Inc., d/b/a AMI Hospitality, Inc., and its subsidiary Peregrine Installation Co., Collings Interiors, LLC, Commercial Roofers, Inc., Door-Ko, Inc., Door & Hardware Management, Inc., Eberhard Southwest Roofing, Inc., EIDS Steel Company, LLC, Gallagher-Kaiser Corp., L.A. Nevada, Inc., d/b/a G&G Systems, JS&S, Inc., LVI Environmental of Nevada, Inc., Marnell Masonry, Inc., Midwest Drywall Co., Inc., Midwest Pro Painting, Inc., Mechanical Insulation Specialists, Modernfold of Nevada, LLC, Southern Nevada Paving, Inc., Universal Piping, Inc., West Edna & Associates, d/b/a Mojave Electric, W&W Steel LLC of Nevada (the "M&M Lienholders" or "Appellants") hereby file this their supplement to the designation of record and statement of issues on appeal pursuant to Fed. R. Bankr. P. 8006 with respect to the M&M Lienholders' Notice of Appeal filed on September 22, 2009 (Docket No. 584), which appeals the Bankruptcy Court's *First Interim Order (I) Authorizing the Nonconsensual Use of Cash Collateral and to (II) Provide Adequate Protection*

---

[1] *In re Fontainebleau Las Vegas Holdings, LLC*, Case No. 09-21481-BKC-AJC, *In re Fontainebleau Las Vegas, LLC*, Case No. 09-21482-BKC-AJC, and *In re Fontainebleau Las Vegas Capital Corp.*, Case No. 09-21483-BKC-AJC.

*to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code, and (III) Scheduling Final Hearing* (Docket No. 565) (the "Order"), entered on September 18, 2009.

## DESIGNATION

Appellants designate the following document from the Bankruptcy Case (Case No. 09-21481) for inclusion in the record on appeal:

| DOCKET ENTRY NO. | DOCUMENT |
|---|---|
| 617 | Order Supplementing First Interim Order Authorizing The Nonconsensual Use of Cash Collateral (September 29, 2009) |

DATED this 29th day of September, 2009.

By: /s/ Philip J. Landau

    Philip. J. Landau
    Florida Bar No. 504017
    SHRAIBERG, FERRARA & LANDAU P.A.
    2385 N.W. Executive Center Dr.,
    Suite 300
    Boca Raton, FL 33431
    Telephone: (561) 443-0800
    Facsimile: (561) 998-0047
    Email: Plandau@sfl-pa.com

    Gregory E. Garman
    Nevada Bar No. 6654
    Thomas H. Fell
    Nevada Bar No. 3717
    GORDON SILVER
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada 89169
    Telephone: (702) 796-5555
    Facsimile: (702) 369-2666
    *Admitted Pro Hac Vice*

…

…

…

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or U.S. Mail this 29th day of September, 2009 to all persons on the attached Service List.

 By: /s/ Philip J. Landau
  Philip. J. Landau
  Florida Bar No. 504017
  SHRAIBERG, FERRARA & LANDAU P.A.
  2385 N.W. Executive Center Dr.,
  Suite 300
  Boca Raton, FL 33431
  Telephone: (561) 443-0800
  Facsimile: (561) 998-0047
  Email: Plandau@sfl-pa.com

  Gregory E. Garman
  Nevada Bar No. 6654
  Thomas H. Fell
  Nevada Bar No. 3717
  GORDON SILVER
  3960 Howard Hughes Pkwy., 9th Floor
  Las Vegas, Nevada 89169
  Telephone: (702) 796-5555
  Facsimile: (702) 369-2666
  *Admitted pro hac vice*

**SERVICE LIST**

**Case No. 09-21481**

**Via CM/ECF:**

Brett M. Amron
On behalf of Creditor Aurelius Capital Management, l.P.
bamron@bastamron.com, jrivera@bastamron.com, jeder@bastamron.com

Scott L. Baena
On behalf of Debtor Fontainbleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com, eservice@bilzin.com

Carla M. Barrow
On behalf of Creditor Fisk electric Company
cbarrow@wsh-law.com

Paul J. Battista
On behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, ctarrant@gjb-law.com; gjbecf@gjb-law.com

Mark D. Bloom
On behalf of Creditor Barclays Bank PLC
bloom@gtlaw.com, phillipsj@gtlaw.com, mialitdock@gtlaw.com, miaecfbky@gtlaw.com

Jacqueline Calderin
On behalf of Creditor Absocold Corporation d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com, tmuller@ecccounsel.com, nsocorro@ecccounsel.com

Candace C. Carlyon
On behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com

Robert P. Charbonneau
On behalf of Creditor Absocold Corporation d/b/a Econ Appliance
rpc@ecccounsel.com, nsgm0024@aol.com; dgold@eccounsel.com; scunningham@eccounsel.com; phornia@ecccounsel.com; tumuller@ecccounsel.com; nscocorro@ecccounsel.com

David Colvin
On behalf of Creditor Dana Kepner Company
dcolvin@marquisaurbach.com

Sara D. Cope
On behalf of Creditor Southern Nevada Painters Trust Funds
saradcope@gmail.com, kbchrislaw@aol.com

Ryan E. Davis
On behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, rwilliams@whww.com

Thomas H. Fell
On behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg
On behalf of Creditor Term lender Steering Group
James.fierberg@akerman.com

Robert G. Fracasso, Jr.
On behalf of Interested Party Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Fancella
On behalf of Interested Party Minibar Systems and Minibar NA, Inc.
tfrancella@wtplaw.com

Robert C. Furr
On behalf of Creditor MB Financial Bank NA
bnasralla@furrcohen.com

Jay M. Gamberg
On behalf of Creditor Mechanical Systems West, Inc.
lbernstein@gamberglaw.com

James D. Gassenheimer
On behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com

Daniel L. Gold
On behalf of Creditor Absocold Corporation
dgold@ecccounsel.com, scunningham@eccclega.com

Michael I. Goldberg
On behalf of Creditor Term Lender Sterring Group
michaelgoldberg@akerman.com , charlene.cerda@akerman.com

Alvin S. Goldstein
On behalf of Creditor MB Financial Bank, NA
mmitchell@furrcohen.com

Ross R. Hartog
On behalf of Credtor Aderholt Specialty Company, Inc.
rharog@mdrtlaw.com

Thomas E. Kaaran
On behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com

John W. Kozyak
On behalf of Creditor Apollo Investment Fund, VII, LP
jk@kttlaw.com

David M. Levine
On behalf of Fidelity National Title Insurance Company, Lawyers Title Insurance Corporation, Commonwealth Land Title Insurance Company, Transnation Title Insurance Company, and First American Title Insurance Company
dml@tewlaw.com

Paul J. McMahon
On behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C. Meacham
On behalf of Creditor Derr and Gruenewald Construction Co.
rmeacham@mmdpa.com

Lawrence H. Meuers
On behalf of Interested Party CCCS International
lmeuers@meuerslawfirm.com

Harold D. Moorefield, Jr.
On behalf of Interested party Bank of Scotland plc
hmoorefield@swmwas.com; cgraver@swmwas.com; larrazola@swmwas.com; rross@swmwas.com

Minda A. Mora
On behalf of Debtor Fontaineblewau Las Vegas Holdings, LLC
mmora@bilzin.com; eservice@bilzin.com; lflores@bilzin.com; laparaicio@bilzin.com; jslanker@bilzin.com

Kenneth E. Noble
On behalf of Defendant Bank of Scotland
Kenneth.noble@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Becky Pintar
On behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

Craig V. Rasile
On behalf of Creditor Bank of America, N.A.
crasile@hunton.com; mtucker@hunton.com; mmannering@hunto.com; keckhardt@hunton.com, adeboer@hunton.com

Robert F. Reynolds
On behalf of Creditor American Crane & Hoist, LLC
rreynolds@slatkinreynolds.com, imalcom@slatkinreynolds.com

Arthur J. Rice
On behalf of Interested Party HSH Nordbank AG, New York Branch
Arice.ecf@rprslaw.com

Ralf R. Rodriguez
On behalf of Creditor Colasanti Specialty Services, Inc.
rrodriguez@pecklaw.com, sdumbar@pecklaw.com, jfried@pecklaw.com

Michael L. Schuster
On behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, ctarrant@gjb-law.com, gjbecf@gjb-law.com, mpachecco@gjb-law.com

6

Shlomo S. Sherman
On behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Paul Steven Singerman
On behalf of Interested Party Turnberry Residential Limited Partner, LP
singerman@bergersingerman.com; efile@bergersingerman.com

Tina M. Talarchyk
On behalf of Creditor US Bank National Association
TTalarchyk@ssd.com

Charles M. Tatelbaum
On behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com

Diane Noller Wells
On behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com; efiling@devinegoodman.com

**Via U.S. Mail:**

| | | |
|---|---|---|
| Bruce Bennett<br>On behalf of Creditor Term Lender Steering Group<br>865 S. Figueroa Ave.<br>Los Angeles, CA 90017 | Alan H. Martin<br>On behalf of Creditor Bank of America<br>650 Town Center Dr., 4th Floor<br>Costa Mesa, CA 92626 | Thomas J. Francella, Jr.<br>On behalf of Minibar Systems<br>1220 N. Market Street, Ste. 608<br>Wilmington, DE 19801-2535 |
| AKFCF, Inc.<br>10432 N. Lake Vista Circle<br>Davie, FL 33328 | Kyle Mathews<br>On behalf of Creditor Bank of America<br>333 S. Hope St., 48th Floor<br>Los Angeles, CA 90071 | Jean Marie L. Atamian<br>1675 Broadway<br>New York, NY 10019 |
| Jeff J. Friedman<br>On behalf of Interested Party Bank of Scotland plc<br>575 Madison Avenue<br>New York, NY 1022-2585 | Joshua M. Mester<br>On behalf of Creditor Term Lender Steering Group<br>865 S. Figueroa Avenue<br>Los Angeles, CA 90017 | Jed I. Bergman<br>1633 Broadway<br>New York, NY 10019 |
| Phillip A. Geraci<br>On behalf of Interested Party HSH<br>425 Park Avenue<br>New York, NY | Kenneth E. Noble<br>On Behalf of Interested Party Bank of Scotland, plc<br>575 Madison Avenue<br>New York, NY 10022 | Bradley Butwin<br>7 Times Square<br>New York, NY 10036 |
| HSH Nordbank AG, New York Branch<br>c/o Aaron Rubenstein, Esq.<br>425 Park Avenue<br>New York, NY 10022 | Anthony L. Paccione<br>On behalf of Interested party Bank of Scotland, plc<br>575 Madison Avenue<br>New York, NY 10022 | Daniel Cantor<br>7 Times Square<br>New York, NY 10036 |
| HSH Nordbank AG, New York Branch<br>c/o Andrew W. Kress, Esq.<br>425 Park Avenue<br>New York, NY 10022 | Matthew D. Parrot<br>On behalf of Interested party Bank of Scotland, plc<br>575 Madison Avenue<br>New York, NY 10022 | Kelly M. Cooper<br>1301 Atlantic Ave<br>Atlantic City, NJ 08401 |
| Todd Kaplan<br>Citadel Derivatives Group, LLC<br>131 Dearborn St<br>Chicago, IL 60603 | Thomas C. Rice<br>On behalf of Creditor Barclays Bank PLC<br>425 Lexington Avenue<br>New York, NY 10017 | Noah G. Allison<br>3191 E. Warm Springs Road<br>Longford Plaza East, Bldg. 13<br>Las Vegas, NV 89120 |

Andrew A. Cress
On behalf of Interested Party HSH
425 Park Avenue
New York, NY 10022

Aaron Rubinstein
On behalf of Interested Party HSH Nordbank AG
425 Park Avenue
New York, NY 10017

Gregory Garman
3960 Howard Hughes Pkwy, 9th Fl
Las Vegas, NV 89169

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Justin S. Stern
On behalf of Creditor Barclays Bank PLC
425 Lexington Avenue
New York, NY 10017

Robert W. Glantz
321 N. Clark St., #800
Chicago, IL 60654

Arthur S. Linker
On behalf of Interested Party Bank of Scotland PLC
575 Madison Avenue
New York, NY 1022-2585

David J. Woll
On behalf of Creditor Barclays Bank PLC
425 Lexington Avenue
New York, NY 10017

IKON Financial Services
POB 13708
Macon, GA 31208

Marc E. Kasowitz
1633 Broadway
New York, NY 10019

Jack J. Kessler
19950 AW Country Club Dr #101
Aventura, FL 33180

Jason I. Kirschner
1675 Broadway
New York, NY 10019

Joshua T. Klein
2000 Market St., 10th Fl
Philadelphia, PA 19103

Sidney P. Levinson
865 S. Figueroa Avenue
Los Angeles, CA 90017

Arthur S. Linker
575 Madison Avenue
New York, NY 10022-2585

Jennifer R. Lloyd-Robinson
6750 Via Austi Parkway #170
Las Vegas, NV 89119

Josefina Fernandez McEvoy
1800 Century Park East, #300
Los Angeles, CA 90067-1506

Sharon Merrill
350 E. Las Olas Boulevard, #170
Ft. Lauderdale, FL 33301

Seth A. Moskowitz
1633 Broadway
New York, NY 10019

Matthew D. Novello
3201 University Drive, #100
Auburn Hills, MI 48326

Bryan J. Pezzillo
6750 Via Austi Parkway, #170
Las Vegas, NV 89119

Peter J. Roberts
321 N. Clark St. #800
Chicago, IL 60654

Jonathan Rosenberg
7 Times Square
New York, NY 10036

Alan Rubin
100 Second Street, 34th Floor
Miami, FL 33131

| | | |
|---|---|---|
| David M. Friedman<br>1633 Broadway<br>New York, NY 10019 | William Sushon<br>7 Times Square<br>New York, NY 10036 | Garces Restaurant Group, LLC<br>c/o Robert W. Keddie, III, Esq.<br>502 Carnegie Center, #103<br>Princeton, NJ 08540 |
| Michael J. Viscount<br>1301 Atlantic Ave<br>Atlantic City, NJ 08401-7212 | Clark T. Whitmore<br>90 S. 7th St., #300<br>Minneapolis, MN 55401 | David J. Woll<br>425 Lexington Avenue<br>New York, NY 10017 |
| Christopher R. Belmonte<br>Pamela Bosswick<br>230 Park Avenue<br>New York, NY 10169 | Frederick D. Hyman<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 | Kesha Tanabe<br>90 south Seventh Street<br>3300 Wells Fargo Center<br>Minneapolis, MN 55402 |
| Donald H. Williams<br>612 south 10th Street<br>Las Vegas, NV 89101 | Eric D. Winston<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 | Eric Dobberstein, Esq.<br>Dobberstein & Associates<br>8965 S. Eastern Ave., Ste. 280<br>Las Vegas, NV 89123 |
| Ahern, QED and STMI<br>c/o Dixon Truman Fisher & Clifford<br>Attn: Robin E. Perkins, Esq.<br>221 N. Buffalo Dr., Ste. A<br>Las Vegas, NV 89145 | Jason A. Rose, Esq.<br>Fahrendorf, Viloria, Oliphant & Oster, LP<br>327 California Avenue<br>Reno, NV 89502 | Kevin B. Christensen, Esq.<br>7440 W. Sahara<br>Las Vegas, NV 89117 |
| Michael R. Mushkin, Esq.<br>4475 S. Pecos Road<br>Las Vegas, NV 89121 | Thomas D. Lumpkin, II, Esq.<br>6258 SW 99th Terrace<br>Pinecrest, FL 33146-3345 | Richard J. Bernard, Esq.<br>Baker & Hostettler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
| Eric S. Golden, Esq.<br>Baker & Hostettler, LLP<br>200 S. Orange Avenue<br>SunTrust Center, Suite 2300<br>Orlando, FL 32801 | Ross R. Hartog, Esq.<br>Markowitz, Davis, Ringel & Trusty, PA<br>9130 S. Dadeland Boulevard, Ste. 1225<br>Miami, FL 33156-7849 | James F. Harrington<br>Siegfried, Rivera, Lerner, et al.<br>201 Alhambra Circle, Ste. 1102<br>Coral Gables, FL 33134 |