**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.fls.uscourts.gov

| | |
|---|---|
| In re:<br><br>FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, et al.,<br><br>            Debtors. | Chapter 11<br>Case No. 09-21481-BKC-AJC (Jointly Administered)<br>Case No. 09-21482-BKC-AJC |

### JOINDER TO M&M LIENHOLDERS' MOTION FOR MODIFICATION OF THE AUTOMATIC STAY

Secured Creditor, Young Electric Sign Co. ("YESCO"), by and through its counsel, Candace C. Carlyon, Esq. and Shlomo S. Sherman, Esq., of the law firm Shea & Carlyon, Ltd., hereby joins in the M&M Lienholders' Motion for Modification of the Automatic Stay, filed on September 11, 2009 as Docket No. 506  (the "Motion").

### MEMORANDUM OF POINTS AND AUTHORITIES

YESCO is a contractor and mechanics' lienholder similarly situated to the M&M Lienholders.  A copy of YESCO's recorded lien as certified by the Clark County Recorder is attached hereto as **Exhibit "1"**.

To the extent that M&M's Motion seeks modification of the automatic stay for the limited purpose of permitting the Nevada state courts to determine the extent, validity, and priority of all liens against the Project (as defined in the Motion) under Nevada law, YESCO joins in the Motion and requests that any such relief be afforded YESCO with respect to its recorded lien as well.

As noted in the Motion, the very purpose of the relief sought is to permit the M&M Lienholders to file a complaint under § 108.239 of the Nevada Revised Statutes and to require

1

the joinder thereto "of *all lien claimants* to the proceeding in compliance with NRS 108.239(2) and (4), such that *all lien claims* are consolidated in a single action to avoid duplicative litigation."  Motion, p. 17.  Indeed, the Motion repeatedly refers to the adverse impact of the automatic stay upon "Movants and other lien claimants."  Clearly, the relief sought in the Motion is intended to inure to the benefit of all of the mechanics' lien claimants.  See, e.g., In re Hallahan, 1998 WL 34064943 (Bankr. C.D. Ill. 1998) (stay was modified to permit the movant, *and other similarly situated creditors*, to commence litigation against debtor in state court).

## CONCLUSION

Accordingly, YESCO respectfully requests that any order entered by the Court granting the relief requested in the Motion extend to YESCO as well.

DATED this 25th day of September, 2009.

*ATTORNEY CERTIFICATION*
*I HEREBY CERTIFY pursuant to Local Rule 9011-4(B)(2 ) that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order dated June 23, 2009.*

SHEA & CARLYON, LTD.

_____
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No.  009688
701 Bridger Ave. Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

*Counsel for Young Electric Sign Co.*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system upon the parties who are currently on the list to receive email notice/service for this case on this 25th day of September, 2009.

_____
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No: 009688
SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, NV 89101

*Counsel for Young Electric Sign Co.*

3

# EXHIBIT "1"

```
                                          20090522-0003252
```

ASSESSORS PARCEL NO:
   162-09-617-001 & 162-09-617-002
   (f/k/a 162-09-602-002 & 162-09-704-001)

Fee: $15.00
N/C Fee: $0.00
05/22/2009        11:13:47
T20090180443
Requestor:
PEEL BRIMLEY LLP

Debbie Conway        DOM
Clark County Recorder  Pgs: 2



## NOTICE OF LIEN

The undersigned claims a lien upon the property described in this Notice of Lien for work, materials or equipment furnished or to be furnished for the improvement of the property:

1. The amount of the original contract is: $23,889,204.00

2. The amount of additional or changed work, materials and equipment, if any, is: $1,000,000.00

3. The total amount of all payments received to date is: $6,190,448.00

4. The amount of the lien, after deducting all just credits and offsets, is: $18,698,756.00

5. The name of the owner, if known, of the property is: Fontainebleau Las Vegas, LLC

6. The name of the person by whom the lien claimant was employed or to whom the lien claimant furnished or agreed to furnish work, materials or equipment is: Fontainebleau Las Vegas, LLC

7. A brief statement of the terms of payment of the lien claimant's contract is: Payment due within thirty (30) days from receipt of Payment Application or as otherwise required by statute.

8. A description of the property and/or the improvements to be charged with the lien is:
   Fontainebleau (Project)
   2777 S Las Vegas Blvd
   W/W chester

County Assessor Description: Parcel Map File 37 Page 44
PT Lot 1
SEC 09 TWP 21 RNG 61
- and -

County Assessor Description: PT E2 SEC 09 21 61
SEC 09 TWP 21 RNG 61

County Assessor Parcel Nos. 162-09-617-001 & 162-09-617-002
(f/k/a 162-09-602-002 & 162-09-704-001)

**YOUNG ELECTRIC SIGN COMPANY**

By /s/ Randy Clark

Print Name: Randy Clark
Title: Assistant Division Manager

STATE OF NEVADA  )
                 ) ss:
COUNTY OF CLARK  )

Randy Clark, being first duly sworn on oath according to law, deposes and says:

I have read the foregoing Notice of Lien, know the contents thereof and state that the same is true of my own personal knowledge, except those matters stated upon information and belief, and, as to those matters, I believe them to be true.

**YOUNG ELECTRIC SIGN COMPANY**

By /s/ Randy Clark

Print Name: Randy Clark
Title: Assistant Division Manager

SUBSCRIBED AND SWORN To Before me
this __19th__ day of May 2009.

/s/ Sally Romeo
NOTARY PUBLIC In and For Said
County & State

RECORDED AT THE REQUEST OF AND
WHEN RECORDED RETURN TO:

*Young Electric Sign Co.*
c/o PEEL BRIMLEY LLP
3333 E. Serene Avenue, Suite 200
Henderson, NV 89074-6571

SALLY ROMEO
Notary Public State of Nevada
No. 07-2781-1
My appt. exp. Mar. 29, 2011

CERTIFIED COPY, THIS
DOCUMENT IS A TRUE AND
CORRECT COPY OF THE
RECORDED DOCUMENT MINUS
ANY REDACTED PORTIONS

SEP. 2 3. 2009

*Debbie Conway*
RECORDER