UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                   Chapter 11

FONTAINEBLEAU LAS VEGAS                          Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,[1]


                    Debtors.                                    (Jointly Administered)
_____/

## COLASANTI SPECIALTY SERVICES, INC.'S SECOND SUPPLEMENT TO DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

PLEASE TAKE NOTICE that Colasanti Specialty Services, Inc. ("Colasanti" or "Cross-Appellant"), by and through its counsel, the law firms of Peckar & Abramson, P.C., Paul Joseph McMahon, P.A., and Martin & Allison, Ltd., and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1(B)(4) of the Local Rules for the United States Bankruptcy Court of the Southern District of Florida, hereby files this second supplement to Colasanti's Designation of Record On Appeal and Statement of Issues on Appeal [Docket No. 631] with respect to Colasanti's Cross-Notice of Appeal [Docket No. 605], which appeals the Bankruptcy Court's *First Interim Order (1) Authorizing the Nonconsensual Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code, (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code and (III) Scheduling Final Hearing* [Docket No. 565] entered on September 18, 2009.

_____

[1] *In re Fontainebleau Las Vegas Holdings, LLC*, Case No. 09-21481-BKC-AJC, *In re Fontainebleau Las Vegas, LLC*, Case No. 09-21482-BKC-AJC, and *In re Fontainebleau Las Vegas Capital Corp.*, Case No. 09-21483-BKC-AJC.

Peckar & Abramson

Case No.: 09-21481-BKC-AJC

## DESIGNATION

Colasanti designates the following document from the Bankruptcy Case (Case No. 09-21481) for inclusion in the record on appeal:

| DOCKET ENTRY NUMBER | DOCUMENT |
|---|---|
| 647 | Second Supplemental Order (I) Authorizing the Nonconsensual Use of Cash Collateral Pursuant to Section 363 of Bankruptcy Code and (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code (September 30, 2009) |

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing or U.S. Mail this 1st day of October, 2009 to all persons on the attached Service List.

Respectfully Submitted,

PECKAR & ABRAMSON, P.C.
Attorneys for Colasanti Specialty Services, Inc.
401 East Las Olas Boulevard, Ste. 1600
Fort Lauderdale, Florida 33301
Telephone: (954) 764-5222
Facsimile: (9540 764-5228

By: /s/ Ralf R. Rodriguez
Ralf R. Rodriguez
Florida Bar No. 0138053
rrodriguez@pecklaw.com

## SERVICE LIST

**Via CM/ECF:**

Brett M Amron on behalf of Creditor Aurelius Capital Management, LP
bamron@bastamron.com, jrivera@bastamron.com, jeder@bastamron.com

Scott L Baena on behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, lflores@bilzin.com; eservice@bilzin.com

Carla M Barrow on behalf of Creditor Fisk Electric Company
cbarrow@wsh-law.com, mmartinez@wsh-law.com

Paul J. Battista on behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, ctarrant@gjb-law.com; gjbecf@gjb-law.com

Brian S. Behar on behalf of Creditor ThyssenKrupp Safway Inc.
bsb@bgglaw.net

Richard J Bernard on behalf of Creditor QTS Lotigistics, Inc.
rbernard@bakerlaw.com

Mark D Bloom on behalf of Creditor Barclays Bank PLC
bloomm@gtlaw.com, phillipsj@gtlaw.com; MiaLitDock@gtlaw.com; miaecfbky@gtlaw.com

Jacqueline Calderin on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
jc@ecccounsel.com, phornia@ecccounsel.com; nsocorro@ecccounsel.com

Candace C Carlyon on behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com, ltreadway@sheacarlyon.com; ggianoulakis@sheacarlyon.com;
ssherman@sheacarlyon.com; manthony@sheacarlyon.com; rmsmith@sheacarlyon.com

Robert P Charbonneau on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
rpc@ECCcounsel.com, nsgm0024@aol.com; dgold@ECCcounsel.com;
scunningham@ECCcounsel.com; phornia@ecccounsel.com; nsocorro@ecccounsel.com;
msardinas@ecccounsel.com

David A Colvin on behalf of Creditor DANA KEPNER COMPANY
dcolvin@marquisaurbach.com

Sara D Cope on behalf of Creditor Southern Nevada Glaziers Trust Funds
saradcope@gmail.com, kbchrislaw@aol.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, rwilliams@whww.com

Thomas H. Fell on behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg on behalf of Creditor Term Lender Steering Group
james.fierberg@akerman.com

Robert G Fracasso Jr on behalf of Defendant Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Francella on behalf of Interested Party Minibar Systems and Minibar N.A., Inc
tfrancella@wtplaw.com

Robert C Furr on behalf of Creditor MB Financial Bank NA
bnasralla@furrcohen.com

Jay M Gamberg on behalf of Creditor Mechanical Systems West Inc.
Lbernstein@gamberglaw.com

James D Gassenheimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com, efile@bergersingerman.com;
lmerida@bergersingerman.com; cweisz@bergersingerman.com; ebrown@bergersingerman.com

Daniel L. Gold on behalf of Creditor Absocold Corporation, d/b/a Econ Appliance
dgold@ecccounsel.com, scunningham@ecclegal.com

Michael I Goldberg on behalf of Creditor Term Lender Steering Group
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S Golden on behalf of Creditor Coreslab Structures (L.A.), Inc.
egolden@bakerlaw.com, smccoy@bakerlaw.com

Alvin S. Goldstein on behalf of Creditor MB Financial Bank NA
mmitchell@furrcohen.com

Ross R Hartog on behalf of Creditor Aderholt Specialty Company, Inc.
rhartog@mdrtlaw.com, gguenechea@mdrtlaw.com; ecfnotices@mdrtlaw.com;
mdrtlaw@yahoo.com

Thomas E Kaaran on behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com;
mmorton@mcdonaldcarano.com

John W. Kozyak on behalf of Creditor Apollo Investment Fund, VII, LP
jk@kttlaw.com, ycc@kttlaw.com; la@kttlaw.com

Peckar & Abramson
4

Philip J Landau on behalf of Creditor M&M Lienholders
plandau@sfl-pa.com, lmelton@sfl-pa.com; lrosetto@sfl-pa.com

David M Levine on behalf of Interested Party Commonwealth Land Title Insurance Company
dml@tewlaw.com, msanchez@tewlaw.com;rjr@tewlaw.com;amj@tewlaw.com

Paul J McMahon on behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C Meacham on behalf of Creditor Derr and Gruenewald Construction Co.
rmeacham@mmdpa.com, lraymond@mmdpa.com; mdieguez@mmdpa.com

Lawrence H Meuers on behalf of Interested Party CCCS International
lmeuers@meuerslawfirm.com, lcastle@meuerslawfirm.com; snurenberg@meuerslawfirm.com;
sdefalco@meuerslawfirm.com

Harold D Moorefield Jr. on behalf of Defendant Bank of Scotland
hmoorefield@swmwas.com, cgraver@swmwas.com; larrazola@swmwas.com;
rross@swmwas.com

Mindy A. Mora on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com, eservice@bilzin.com; lflores@bilzin.com; laparicio@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditors Committee
gmoses@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Kenneth E Noble on behalf of Defendant Bank of Scotland
kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Becky Pintar on behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

Craig V Rasile on behalf of Creditor Bank of America, N.A.
crasile@hunton.com, mtucker@hunton.com, mmannering@hunton.com,
keckhardt@hunton.com, adeboer@hunton.com

Robert F. Reynolds on behalf of Creditor American Crane & Hoist, LLC
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Arthur H Rice on behalf of Defendant HSH Nordbank AG, New York Branch
arice.ecf@rprslaw.com

Peter J Roberts on behalf of Creditor MB Financial Bank NA
proberts@shawgussis.com

Rex E Russo on behalf of Creditor Bradford Products, LLC
rexlawyer@prodigy.net

Michael L Schuster on behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, ctarrant@gjb-law.com; gjbecf@gjb-law.com; mpacheco@gjb-law.com

Shlomo S. Sherman on behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Paul Steven Singerman on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
singerman@bergersingerman.com, efile@bergersingerman.com

Tina M. Talarchyk on behalf of Creditor U.S. Bank National Association
TTalarchyk@ssd.com, amazzini@ssd.com;dfoley@ssd.com

Charles M Tatelbaum on behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com, smerrill@adorno.com

Diane Noller Wells on behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com, efiling@devinegoodman.com

**Via U.S. Mail:**

Bruce Bennett
On behalf of Creditor Term Lender
Steering Group
865 S. Figueroa Ave.
Los Angeles, CA 90017

Alan H. Martin
On behalf of Creditor Bank of America
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626

Candace Carlyon
701 Bridger #850
Las Vegas, NV 89101

Kyle Mathews
On behalf of Creditor Bank of America
333 S. Hope St., 48th Floor
Los Angeles, CA 90071

Jeff J. Friedman
On behalf of Interested Party Bank of
Scotland plc
575 Madison Avenue
New York, NY 1022-2585

Noah G. Allison
3191 E. Warm Springs Road
Longford Plaza East, Bldg. 13
Las Vegas, NV 89120

Peckar & Abramson
6

Case No.: 09-21481-BKC-AJC

Phillip A. Geraci
On behalf of Interested Party HSH
425 Park Avenue
New York, NY

Kenneth E. Noble
On Behalf of Interested Party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Aaron Rubenstein, Esq.
425 Park Avenue
New York, NY 10022

Anthony L. Paccione
On behalf of Interested party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

HSH Nordbank AG, New York Branch
c/o Andrew W. Kress, Esq.
425 Park Avenue
New York, NY 10022

Matthew D. Parrot
On behalf of Interested party Bank of
Scotland, plc
575 Madison Avenue
New York, NY 10022

Todd Kaplan
Citadel Derivatives Group, LLC
131 Dearborn St
Chicago, IL 60603

Thomas C. Rice
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

Andrew A. Cress
On behalf of Interested Party HSH
425 Park Avenue
New York, NY 10022

Aaron Rubinstein
On behalf of Interested Party HSH
Nordbank AG
425 Park Avenue
New York, NY 10017

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Justin S. Stern
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

Arthur S. Linker
On behalf of Interested Party Bank of
Scotland PLC
575 Madison Avenue
New York, NY 1022-2585

David J. Woll
On behalf of Creditor Barclays Bank
PLC
425 Lexington Avenue
New York, NY 10017

Peckar & Abramson
7