**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, *et al.*, | Case No. 09-21481-AJC |
| Debtors. | (Jointly Administered) |

_____/

**OBJECTION TO (A) DEBTORS' EMERGENCY MOTION**
**FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE**
**DEBTORS TO USE CASH COLLATERAL; (II) PROVIDING ADEQUATE**
**PROTECTION TO PREPETITION SECURED PARTIES PURSUANT**
**TO SECTIONS 361, 362, AND 363 OF THE BANKRUPTCY CODE;**
**AND (III) SCHEDULING FINAL HEARING AS SUPPLEMENTED ON**
**JUNE 23, 2009, JULY 23, 2009 AND AUGUST 20, 2009 [DOCKET NOS. 12, 166, 302 AND**
**421]; AND (B) EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I)**
**AUTHORIZING USE OF PREVIOUSLY AUTHORIZED CASH COLLATERAL; (II)**
**PROVIDING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES**
**PURSUANT TO SECTIONS 361, 363, AND 364 OF THE BANKRUPTCY CODE; AND**
**(III) SCHEDULING FINAL HEARING [DOCKET NO. 528]**

QTS Logistics, Inc. and Quality Transportation Services of Nevada, Inc. (together, "QTS"),

within secured creditors, by and through the undersigned counsel, hereby file this objection (the

"Objection") to (A) the emergency motion of Fontainebleau Las Vegas Holdings, LLC,

Fontainebleau Las Vegas Capital Corp. and Fontainebleau Las Vegas, LLC (collectively, the

"Debtors") for interim and final orders (i) authorizing the Debtors to use cash collateral;

(ii) providing adequate protection to prepetition secured parties pursuant to sections 361, 362, and

363 of the Bankruptcy Code; and (iii) scheduling final hearing as supplemented by the Debtors on

June 23, 2009, July 23, 2009, and August 20, 2009; and (B) the emergency motion for interim and

final orders (i) authorizing use of previously authorized cash collateral; (ii) providing adequate

protection to prepetition secured parties pursuant to sections 361, 363, and 364 of the Bankruptcy

102922130.2

Code; and (iii) scheduling final hearing (collectively with all supplements, the "Cash Collateral Motion"), and respectfully state as follows:

1.      QTS objects to the Cash Collateral Motion for the reasons set forth in (1) its limited objection (the "First Objection") [Docket No. 434] to the Debtors' Cash Collateral Motion; (2) its objection ("Second Objection") [Docket No. 490] to the Debtors' Cash Collateral Motion; and (3) its objection ("Third Objection") set forth in its September 16, 2009 letter objection to the Court, and incorporates and reasserts the First, Second and Third Objections herein.

2.      The outlook for this case appears bleak.  Indeed, on September 25, 2009, the Term Lender Steering Group filed a motion to convert the case [Docket No. 607].  The Debtors continue to accrue new liabilities, including postpetition warehouse charges to QTS, and have no apparent means of satisfying those obligations.  Moreover, every cent of cash collateral used by the Debtors since entry of the Third Interim Cash Collateral Order may erode QTS' adequate protection by the equity cushion, if any, on the items in QTS' warehouse and there is nothing to prevent the Term Lender Steering Group from satisfying its priming liens entirely from QTS' collateral.  To the extent that this Court has overruled QTS' prior objections, it should find that QTS is adequately protected by such (potentially) eroding equity cushion.

3.      QTS also objects to the Cash Collateral Motion for the reasons set forth in the objections filed by the Contractor Claimants [Docket Nos. 321 and 440, and any other supplements] and the M&M Lienholders [Docket Nos. 323, 438 and 519, and any other supplements] and incorporates those arguments into this Objection.

4.      QTS reserves its rights to supplement this Objection.

102922130.2

5.      For the foregoing reasons, the Court should deny the Cash Collateral Motion.

Dated: October 1, 2009

Respectfully submitted,

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**BAKER & HOSTETLER LLP**

By /s/   *Richard J. Bernard*
    Richard J. Bernard (Fla. Bar No. 57266)
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

*Attorneys for QTS Logistics Inc. and Quality Transportation Services of Nevada, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection to (A) Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to Use Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362 and 363 of the Bankruptcy Code; and (iii) Scheduling Final Hearing as Supplemented on June 23, 2009, July 23, 2009 and August 20, 2009; and (B) the Emergency Motion for Interim and Final Orders (i) Authorizing Use of Previously Authorized Cash Collateral; (ii) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code; and (iii) Scheduling Final Hearing (the "Objection") was furnished this 1st day of October, 2009 via electronic ECF notice to those parties receiving such notices.

I FURTHER CERTIFY that an additional true and correct copy of the Objection was furnished this 1st day of October, 2009 via email delivery to those parties listed on the attached Exhibit "A."

I FURTHER CERTIFY that a true and correct copy of the Objection was furnished this 1st day of October, 2009 via regular U.S. Mail delivery, postage prepaid, addressed to those parties listed on the attached Exhibit "B."

Dated: October 1, 2009                                    Respectfully submitted,

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**BAKER & HOSTETLER LLP**

By /s/   *Richard J. Bernard*
    Richard J. Bernard (Fla. Bar No. 57266)
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

*Attorneys for QTS Logistics Inc. and Quality Transportation Services of Nevada, Inc.*

## Exhibit A

| | |
|---|---|
| Scott L. Baena, Esq.<br>Jay M. Sakalo, Esq.<br>Mindy Mora, Esq.<br>Bilzon, Sumberg Baena Price & Axelrod<br>*Email: sbaena@bilzin.com*<br>*Email: jsakalo@bilzin.com*<br>*Email: mmora@bilzin.com* | Bruce Bennett, Esq.<br>Sidney P. Levinson, Esq.<br>Hennigan, Bennett & Dorman, LLP<br>*Email: bennettb@hbdlawyers.com*<br>*Email: levinsons@hbdlawyers.com* |
| Michael Goldberg, Esq.<br>James Fierberg, Esq.<br>Akerman Senterfitt<br>*Email; michael.goldberg@akerman.com*<br>*Email: james.fierberg@akerman.com* | |

**Exhibit "B"**

| | | |
|---|---|---|
| AKFCF, Inc.<br>10432 North Lake Vista Circle<br>Davie, FL 33328 | Noah G. Allison<br>3191 East Warm Springs Road<br>Longford Plaza East, Building 13<br>Las Vegas, NV 89120 | Jean Marie L. Atamian<br>1675 Broadway<br>New York, NY 10019 |
| Christopher R. Belmonte, Esq.<br>230 Park Avenue<br>New York, NY 10169 | Jad I. Bergman<br>1633 Broadway<br>New York, NY 10019 | Bradley Butwin<br>7 Times Square<br>New York, NY 10036 |
| Jacqueline Calderin, Esq.<br>800 Brickell Avenue, Suite 902<br>Miami, FL 33131 | Daniel Cantor<br>7 Times Square<br>New York, NY 10036 | Candace Carlyon<br>701 Bridger #850<br>Las Vegas, NV 89101 |
| Kelly M. Cooper<br>1301 Atlantic Avenue<br>Atlantic City, NY 08401 | Jeff J. Friedman, Esq.<br>575 Madison Avenue<br>New York, NY 10022-2585 | David M. Friedman<br>1633 Broadway<br>New York, NY10019 |
| Garces Restaurant Group LLC<br>c/o Robert W. Keeddie III, Esq.<br>502 Carnegie Center #103<br>Princeton, NJ 08540 | Gregory E. Garman, Esq.<br>3960 Howard Hughes Parkway<br>9th Floor<br>Las Vegas, NV 89109 | Phillip A. Geraci<br>425 Park Avenue<br>New York, NY 10022 |
| Robert W. Glantz<br>321 North Clark Street, Suite 800<br>Chicago, IL 60654 | HSH Nordbank AG, NY Branch<br>c/o Aaron Rubenstein, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Frederick D. Hyman<br>1675 Broadway<br>New York, NY 10019 |
| IKON Financial Services<br>1738 Bass Road<br>Post Office Box 13708<br>Macon, GA 31208 | Todd Kaplan<br>Citadel Derivates Group LLC<br>131 Dearborn Street<br>Chicago, IL 60603 | Mark E. Kasowitz<br>1633 Broadway<br>New York, NY 10019 |
| Jack J. Kessler<br>19950 AW Country Club Drive #101<br>Aventura, FL 33180 | Jason I. Kirschner<br>1675 Broadway<br>New York, NY 10019 | Joshua T. Klein<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103 |
| Andrew A. Kress, Esquire<br>425 Park Avenue<br>New York, NY 10022 | Kutzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Sidney P. Levinson<br>865 S. Figueroa Avenue<br>Los Angeles, CA 90017 |
| Arthur S. Linker<br>575 Madison Avenue<br>New York, NY 10022-2585 | Jennifer R. Lloyd-Robinson<br>6750 Via Austi Parkway, Suite 170<br>Las Vegas, NV 89119 | Alan H. Martin<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626 |
| Kyle Mathews<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071 | Josefina Fernandez McEvoy<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067-1506 | Sharon Merrill<br>Adorno & Yoss<br>330 East Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301 |

102922130.2

7

| | | |
|---|---|---|
| Joshua M. Mester<br>865 South Figueroa Avenue<br>Los Angeles, CA 90017 | Seth A. Moskowitz<br>1633 Broadway<br>New York, NY 10019 | Barry E. Mukamal<br>1 S.E. 3rd Avenue, 9th Floor<br>Miami, FL 33131 |
| Matthew D. Novello<br>3201 University Drive #100<br>Auburn Hills, MI 48326 | Anthony L. Paccione<br>575 Madison Avenue<br>New York, NY 10022-2585 | Matthew D. Parrott<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Bryan J. Pezzillo<br>6750 Via Austi Parkway Suite 170<br>Las Vegas, NV 89119 | Thomas C. Rice<br>425 Lexington Avenue<br>New York, NY 10017 | Jonathan Rosenberg<br>7 Times Square<br>New York, NY 10036 |
| Alan Rubin<br>100 Second Street, 34th Floor<br>Miami, FL 33131 | Aaron Rubenstein<br>425 Park Avenue<br>New York, NY 10022 | Justin S. Stern<br>425 Lexington Avenue<br>New York, NY 10017 |
| William Sushon<br>7 Times Square<br>New York, NY 10036 | Kesha Tanabe<br>90 South Seventh Street<br>3300 Wells Fargo Center<br>Minneapolis, MN 55402 | Charles Tatelbaum<br>Adorno & Yoss<br>350 East Las Olas Blvd., 17th Floor<br>Ft. Lauderdale, FL 33301 |
| Michael J. Viscount<br>1301 Atlantic Avenue<br>Atlantic City, NJ 08401-7212 | Clark T. Whitmore, Esquire<br>90 South 7th Street, Suite 3300<br>Minneapolis, MN 55402 | Donald H. Williams<br>612 South 10th Street<br>Las Vegas, NV 89101 |
| Eric D. Winston<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017 | David J. Woll<br>425 Lexington Avenue<br>New York, NY 10017 | |