UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                 Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,[1]                         Case No.  09-21481-BKC-AJC


                    Debtors.                                (Jointly Administered)
_____/

**APPELLEES' DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, Fontainebleau Las Vegas Holdings, LLC ("Resort Holdings"), Fontainebleau Las Vegas, LLC ("Resort") and Fontainebleau Las Vegas Capital Corp. ("Capital"; and, together with Resort Holdings and Resort, the "Appellees"), by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 8006, hereby designate additional items to be included in the record on the appeal of the *First Interim Order (I) Authorizing The Nonconsensual Use of Cash Collateral Pursuant to Section 363 Of Bankruptcy Code, (II) Providing Adequate Protection To Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 Of The Bankruptcy Code, and (III) Scheduling Final Hearing* [D.E. 565] entered on September 18, 2009.

In addition to those items already designated by the appellants in Docket Entries 581, 608, 609, 631, 634, 644, 649, 650, and 664, Appellees hereby designate the following additional items to be included in the record on appeal.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822].  The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida  33180.

1

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| 6/17/2009 | 99 | Emergency Motion for Payment of Prepetition Critical Vendor Claims in the Ordinary Course of Business Filed by Debtor Fontainebleau Las Vegas Holdings, LLC |
| 6/26/2009 | 203 | Order Granting in Part Emergency Motion to Pay Prepetition Critical Vendor Claims in the Ordinary Course of Business and Scheduling Further Hearing on Motion |
| 6/29/2009 | 218 | Notice of Filing of Joint Verified Statement of Representation of More Than One Creditor by Hennigan Bennett & Dorman, LLP and Akerman Senterfitt |
| 6/30/2009 | 225 | Second Order Granting-in-Part, Emergency Motion by Debtors For Entry of an Order Authorizing The Debtors to Pay Certain Prepetition Critical Vendor Claims in the Ordinary Course of Business |
|  |  | Transcript of June 30, 2009 Hearing |
| 7/13/2009 | 261 | Transcript of June 23, 2009 Hearing |
| 7/22/2009 | 306 | Notice of Filing First Amended Verified Statement of Representation of More Than One Creditor by Hennigan Bennett & Dorman, LLP and Akerman Senterfitt, Filed by Creditor Term Lender Steering Group |
| 7/24/2009 | 327 | Motion for Joinder Filed by Creditor Fisk Electric Company re: Supplemental Document |
| 7/24/2009 | 329 | Joinder in Objections to Use of Cash Collateral Filed by Creditor Aderholt Specialty Company, Inc. |
| 8/10/2009 | 396 | Supplemental Brief of Term Lender Steering Group Pursuant to Paragraph 1 of Third Interim Order Authorizing Use of Cash Collateral |
| 8/10/2009 | 398 | Debtors' Supplemental Brief Regarding Jurisdiction Over M&M Lienholders |
| 7/30/2009 | 413 | Transcript of July 30, 2009 Hearing |
| 8/27/2009 | 451 | Joinder Filed by Creditors Derr and Gruenewald Construction Co., Greybar Electric Company, Inc., Quality Cabinet & Fixture Company, Tracy & Ryder Landscape, Inc., Water FX, LLC, Z Glass, Inc., Zetian Systems |
| 9/8/2009 | 490 | Objection to Emergency Motion to Use Cash Collateral Filed by Creditor QTS Logistics, Inc. |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| 9/9/2009 | 496 | Notice of Filing Second Amended Verified Statement of Representative of More Than One Creditor by Henningan Bennett & Dorman LLP and Akerman Senterfitt |
| 9/15/2009 | 539 | Joinder Filed by Creditors Aderholt Specialty Company, Inc., CECO Concrete Construction, LLC regarding Cash Collateral Objections |
| 9/16/2009 | 548 | Reply Memorandum of Term Lender Steering Group To Objections Filed to Entry of Final Order Authorizing Use of Cash Collateral |
| 9/17/2009 | 558 | M&M Lienholder Response to Reply Memorandum of Term Lender Steering Group To Objections Filed To Entry of Final Order Authorizing Use of Cash Collateral |
| 9/18/2009 | 561 | Joinder to D.E. 558 filed by Filed by Creditors Aderholt Specialty Company, Inc., CECO Concrete Construction, LLC |

Dated: October 2, 2009

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Counsel for the Debtors*
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/  Scott L. Baena
    Scott L. Baena
    Fla. Bar No. 186445
    sbaena@bilzin.com
    Jay M. Sakalo
    Fla. Bar No. 0156310
    jsakalo@bilzin.com
    Jeffrey I. Snyder
    Florida Bar No. 021281
    jsnyder@bilzin.com