


**ORDERED in the Southern District of Florida on October 06, 2009.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL.,[1] | Case No. 09-21481-BKC-AJC |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING *ORE TENUS* MOTION TO (A) CONTINUE FINAL
HEARING ON (1) THE DEBTORS' EMERGENCY MOTION FOR
AUTHORITY TO USE CASH COLLATERAL [DKT NO. 528] AND (2) THE
DEBTORS' APPLICATION TO RETAIN MOELIS & COMPANY, LLC
[DKT NO. 37], (B) RESCHEDULE HEARING DATE ON ORDER TO SHOW
CAUSE [DKT. NO. 661], AND (C) RESCHEDULE TIME OF HEARING
ON M&M LIENHOLDER MOTION FOR STAY RELIEF [DKT.NO. 506]**

THIS MATTER came before the Court on October 5, 2009 at 2:00 p.m. upon the

Debtors' *ore tenus* motion to (a) continue the final hearing on (1) the Debtors' Emergency

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las

Motion for Interim and Final Orders (I) Authorizing Use of Previously Authorized Cash Collateral (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 363, and 364 of the Bankruptcy Code; and Scheduling Final Hearing (the "Cash Collateral Motion") [Dkt. No. 528], and (2) the Debtors' Emergency Application for Entry of an Interim Order Authorizing the Employment and Retention of Moelis & Company LLC as Financial Advisors and Investment Bankers to the Debtors *Nunc Pro Tunc* to the Petition Date (the "Moelis Retention Application") [Dkt. No. 37], (b) reschedule the date of the hearing on the Order To Show Cause As to Why the Court Should Not Appoint an Examiner (the "Order To Show Cause") [Dkt. No. 661] currently scheduled for Wednesday, October 7, 2009 at 2:30 p.m., and (c) reschedule the time of the hearing on the M&M Lienholders Motion for Modification of the Automatic Stay (the "M&M Lienholder Motion") [Dkt. No. 506]. currently scheduled on Thursday, October 8, 2009 at 3:00 p.m. (collectively, the "*Ore Tenus* Motion").  The Court, upon consideration of the *Ore Tenus* Motion and the record in these cases, there being no objection to the relief requested, finds that cause exists to grant the relief requested for the reasons stated on the record.  Accordingly, it is ORDERED as follows:

1.    The *Ore Tenus* Motion is GRANTED.

2.    The final hearing in respect of the Cash Collateral Motion and the Moelis Retention Application shall be continued.  The Debtors are instructed to advise the Court when it is deemed appropriate to reset such matters for hearing.

3.    The hearings on the Order To Show Cause and the M&M Lienholder Motion are rescheduled to be heard on **October 8, 2009 at 2:00 p.m.** at the United States

---

Vegas Capital Corp. [7822].  The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida  33180.

Bankruptcy Court, 51 S.W. 1st Avenue, Room 1410, Miami, FL 33130 before the Honorable A. Jay Cristol, United States Bankruptcy Judge.

4.      This Order shall serve as notice in respect of the hearings rescheduled herein.

# # #

<u>Submitted by:</u>

Scott L. Baena (Florida Bar No. 186445)
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

<u>Copies to:</u>
Scott L. Baena
*(Attorney Baena shall upon receipt cause a copy of this Order to be served upon all interested parties and a certificate of service to be filed.)*