

**ORDERED in the Southern District of Florida on October 06, 2009.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                         Chapter 11

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, ET AL.,[1]                  Case No. 09-21481-BKC-AJC

         Debtors.                              (Jointly Administered)
_____/

**ORDER GRANTING
DEBTORS' MOTION PURSUANT TO SECTION 365(D)(4) OF THE BANKRUPTCY
CODE FOR AN ORDER EXTENDING THE TIME TO ASSUME OR REJECT
CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

      THIS CAUSE having come before the Court for hearing on October 5, 2009 at 2:00 p.m.

upon consideration of the motion [D.E. # 603] (the "Motion") of Fontainebleau Las Vegas

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

Holdings, LLC ("Resort Holdings"), Fontainebleau Las Vegas, LLC ("Resort") and Fontainebleau Las Vegas Capital Corp. ("Capital"; and, together with Resort Holdings and Resort, the "Debtors"), for entry of an order pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code") for an extension of the period within which the Debtors may assume or reject certain unexpired leases of nonresidential real property in which the Debtors are the lessee (collectively, the "Unexpired Leases"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief requested in the Motion will benefit the Debtors' estates, their creditors and all other parties in interest; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is ORDERED that:

    1.    The Motion is GRANTED.

    2.    The time within which the Debtors must assume or reject the Unexpired Leases pursuant to section 365(d)(4) of the Bankruptcy Code is hereby extended an additional 90 days, through and including January 5, 2010.

    3.    The extension granted herein is without prejudice to the Debtors' right to seek further extension(s).

    4.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

    # # #

Submitted by:

Jason Z. Jones (Florida Bar No. 186554)
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

Copies to:
Jason Z. Jones, Esq.
(Attorney Jones shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)