UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FOUTAINEBLEAU LAS VEGAS　　　　　Chapter 11
HOLDINGS, LLC,　　　　　　　　　　　Case No.: 09-21481

　　　　　Debtor.
_____/

## CERTIFICATE OF CONTESTED MATTER

Center Capital Corporation, movant, has filed a Motion for Relief from Automatic Stay or in the Alternative for Adequate Protection dated November 4, 2009, (Doc. #910), pursuant to Local Rul 4001-1. Movant represents,

1. Service was timely made on all interested parties pursuant to the referenced rule as evidenced by the certificate of service that is a part of the Motion for Relief from Stay.

2. If applicable, the motion contained the bulletin required by the referenced rule.

3. The deadline for the response was November 19, 2009.

4. The only objections or requests for hearing filed in response, which have been received, are the following:

　　(a)　Counsel for the Creditor, Center Capital Corporation, has been advised by Debtors' counsel that the Debtors object to the Motion and has requested that the Motion for Stay Relief be deemed contested. Center Capital has consented to extend the deadline for the Debtors' to file their written response to the Motion for Relief from Stay until 48 hours prior to the scheduled hearing on the Motion for Relief from Stay.

　　(b)　Reponse by Gulfstream Crane, LLC (Doc. #1013).

5.      As of November 20, 2009, a check of the electronic entries docketed in this case confirms that no other objections or requests for hearing on this matter have been filed.

Dated: November 23, 2009.

>                    ERIC B. ZWIEBEL, P.A.
>              Attorneys for Center Capital Corporation
>                 8751 West Broward Blvd., Suite 100
>                     Plantation, Florida 33324
>                      (954) 424-2005 - Phone
>
> By: _____
>              Matthew G. Krause, Esq.
>                   FBN: 844225