United States Bankruptcy Court
Southern District of Florida

In re Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

NAME OF TRANSFEREE:

ACP Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Fl.,
New York, New York 10022
Phone: (646) 445-6500

NAME OF TRANSFEROR:

Gleneagles CLO, Ltd.

Court Claim # (if known): 533
Principal Amount of Claim transferred: $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 32.1483% of the total claim amount (approximately 32.1483% of Delayed Draw Term Loan and approximately 32.1483% of Initial Term Loan).

Date Claim Filed: 10/13/09

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 1-4-10
ACP Master, Ltd.
By: Aurelius Capital Management, LP, solely as investment manager and not in its individual capacity
By: Dan Gropper, Managing Director

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#533

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF FLORIDA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Fontainebleau Las Vegas, LLC | | Case Number: 09-21482 (AJC) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Gleneagles CLO, Ltd.

Name and address where notices should be sent:
Gleneagles CLO, Ltd.      -and-      Sidney P. Levinson
c/o Highland Capital Management, L.P.      Hennigan, Bennett & Dorman LLP
9 West 57th Street, 38th Floor      865 South Figueroa Street
New York, NY 10019      Suite 2900
      Los Angeles, CA 90017

Telephone number: 212-792-6900 or 213-694-1200

Name and address where payment should be sent (if different from above):
Gleneagles CLO, Ltd.
c/o Highland Capital Management, L.P.
9 West 57th Street, 38th Floor
New York, NY 10019
Telephone number: 212-792-6900

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ See Addendum

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Addendum
*(See instruction #2 on reverse side.)*

**3. Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____
   *(See instruction #3a on reverse side.)*

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☒ Real Estate   ☐ Motor Vehicle   ☒ Other
Describe: See Addendum
Value of Property: $ See Addendum   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ See Addendum    Basis for perfection: See Addendum

Amount of Secured Claim: $ See Addendum   Amount Unsecured: $ See Addendum

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 10/8/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]
Michael Colvin, General Counsel, Highland Capital Management, L.P.

FOR COURT USE ONLY
RECEIVED
OCT 13 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

0921482091013000000000143

**United States Bankruptcy Court**
**Southern District of Florida**

In re Fontainebleau Las Vegas, Holdings, LLC, et al., Case No. 09-21481 (AJC)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

NAME OF TRANSFEREE:

ACP Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Fl.,
New York, New York 10022
Phone: (646) 445-6500

NAME OF TRANSFEROR:

Gleneagles CLO, Ltd.

Court Claim # (if known): 455
Principal Amount of Claim transferred: $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 32.1483% of the total claim amount (approximately 32.1483% of Delayed Draw Term Loan and approximately 32.1483% of Initial Term Loan).

Date Claim Filed: 10/13/09

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 1-4-10
ACP Master, Ltd.
By: Aurelius Capital Management, LP, solely as investment manager and not in its individual capacity
By: Dan Gropper, Managing Director

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#455

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF FLORIDA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Fontainebleau Las Vegas Holdings, LLC | | Case Number: 09-21481 (AJC) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Gleneagles CLO, Ltd.

Name and address where notices should be sent:
Gleneagles CLO, Ltd.                           -and-      Sidney P. Levinson
c/o Highland Capital Management, L.P.                    Hennigan, Bennett & Dorman LLP
9 West 57th Street, 38th Floor                           865 South Figueroa Street
New York, NY 10019                                       Suite 2900
                                                         Los Angeles, CA 90017

Telephone number: 212-792-6900 or 213-694-1200

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Gleneagles CLO, Ltd.
c/o Highland Capital Management, L.P.          ☒ Date Stamped Copy Returned
9 West 57th Street, 38th Floor                 ☐ No self addressed stamped envelope
New York, NY 10019                             ☐ No copy to return
Telephone number: 212-792-6900

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ See Addendum

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Addendum
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☒ Real Estate   ☐ Motor Vehicle   ☒ Other
Describe: See Addendum
Value of Property: $ See Addendum   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ See Addendum   Basis for perfection: See Addendum

Amount of Secured Claim: $ See Addendum   Amount Unsecured: $ See Addendum

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(____).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 10/8/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Michael Colvin

Michael Colvin, General Counsel, Highland Capital Management, L.P.

FOR COURT USE ONLY
RECEIVED
OCT 13 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0921481091013000000000050

United States Bankruptcy Court
Southern District of Florida

In re Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

NAME OF TRANSFEREE:

ACP Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Fl.,
New York, New York 10022
Phone: (646) 445-6500

NAME OF TRANSFEROR:

Gleneagles CLO, Ltd.

Court Claim # (if known): 609
Principal Amount of Claim transferred: $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 32.1483% of the total claim amount (approximately 32.1483% of Delayed Draw Term Loan and approximately 32.1483% of Initial Term Loan).

Date Claim Filed: 10/13/09

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 1-4-10
ACP Master, Ltd.
By: Aurelius Capital Management, LP, solely as investment manager and not in its individual capacity
By: Dan Gropper, Managing Director

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#609

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF FLORIDA | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: Fontainebleau Las Vegas Capital Corp.

Case Number: 09-21483 (AJC)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Gleneagles CLO, Ltd.

Name and address where notices should be sent:
Gleneagles CLO, Ltd.                              -and-         Sidney P. Levinson
c/o Highland Capital Management, L.P.                           Hennigan, Bennett & Dorman LLP
9 West 57th Street, 38th Floor                                  865 South Figueroa Street
New York, NY 10019                                              Suite 2900
                                                                Los Angeles, CA 90017

Telephone number: 212-792-6900 or 213-694-1200

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Gleneagles CLO, Ltd.
c/o Highland Capital Management, L.P.
9 West 57th Street, 38th Floor
New York, NY 10019
Telephone number: 212-792-6900

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ See Addendum

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Addendum
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☒ Real Estate   ☐ Motor Vehicle   ☒ Other
**Describe:** See Addendum

**Value of Property:** $ See Addendum   **Annual Interest Rate** _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ See Addendum   **Basis for perfection:** See Addendum

**Amount of Secured Claim:** $ See Addendum   **Amount Unsecured:** $ See Addendum

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(____).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 10/8/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Michael Colvin, General Counsel, Highland Capital Management, L.P.

FOR COURT USE ONLY
RECEIVED
OCT 13 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

■ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return


0921483091013000000000186