**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

```
-------------------------------------------------------x
```
In re:                                          :          Chapter 11
                                                :
FONTAINEBLEAU LAS VEGAS                          :          Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, ET AL.,[1]                        :
                                                :          Jointly Administered
        Debtors-in-Possession.                  :
                                                :
```
-------------------------------------------------------x
```

<u>**NOTICE OF FILING OMNIBUS AMENDED NOTICE OF TRANSFER OF CLAIMS**</u>
<u>**OTHER THAN FOR SECURITY PURSUANT TO FEDERAL RULE OF BANKRUPTCY**</u>
<u>**PROCEDURE 3001(e)(2)**</u>

        Aurelius Capital Management, LP ("Aurelius"), through undersigned counsel, hereby

files the attached *Omnibus Amended Notice of Transfer of Claims Other Than for Security*

*Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)*.

        Dated:  January 27, 2010.

                                        Respectfully submitted,

                                        BAST AMRON LLP
                                        SunTrust International Center
                                        One Southeast Third Avenue
                                        Suite 1440
                                        Miami, FL 33131
                                        Telephone: 305.379.7904
                                        Facsimile: 305.379.7905
                                        Email: bamron@bastamron.com


                                        By:*/s/ Brett M. Amron*
                                            Brett M. Amron, Esq.
                                            Florida Bar No. 148342

---

        [1]    The last four digits of each Debtor's tax identification number are: (i) Fontainebleau
Las Vegas Holdings, LLC [9337]; (ii) Fontainebleau Las Vegas, LLC [9332]; and (iii)
Fontainebleau Las Vegas Capital Corp. [7822].  The Debtors' current mailing address is 19950
West Country Club Drive, Aventura, Florida 33180.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the Court's CM/ECF system where available on this the <u>27th</u> day of January, 2010.

By:<u>/s/  Brett M. Amron</u>
Brett M. Amron

**United States Bankruptcy Court**
**Southern District of Florida**

*In re Fontainebleau Las Vegas Holdings, LLC, et al.,* Case No. 09-21481-BKC-AJC; *In re Fontainebleau Las Vegas, LLC, et al.,* Case No. 09-21482-AJC; *In re Fontainebleau Las Vegas Capital Corp., et al.,* Case No. 09-21483-AJC

## OMNIBUS AMENDED NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives amended notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

PLEASE TAKE NOTICE that this omnibus amended notice amends and supersedes the following transfer notices, by docket number: 1080, 1081, 1082, 1083, 1087, 1088, 1505, 1507, 1508, 1509, 1512, 1514, 1515, 1516, 1517

NAME OF TRANSFEREES:

(See schedule annexed hereto)

NAME OF TRANSFERORS:

(See schedule annexed hereto)

CLAIMS NUMBERS:

(See schedule annexed hereto)

**I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.**

By: _____ Date: _1 - 26 -16_

ACP Master, Ltd.
By: Aurelius Capital Management, LP, solely as investment manager and not in its individual capacity
By: Dan Gropper, Managing Director

By: _____    Date: _____

Aurelius Capital Master, Ltd.
By:  Aurelius Capital Management, LP, solely as investment manager and not in its
individual capacity
By:  Dan Gropper, Managing Director

# Schedule 1

| Transfer Notice to be Amended – Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1080 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO 1, Ltd. | 681 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of 100.0000% of the total claim amounts. |
| 1080 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO 1, Ltd. | 858 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of 100.0000% of the total claim amounts. |
| 1080 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO 1, Ltd. | 611 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of 100.0000% of the total claim amounts. |
| 1081 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO II, Ltd. | 683 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $2,329,000.00, ($820,333.33 Delayed Draw Term Loan; $1,508,666.67 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 77.6333% of the total claim amount (approximately 82.0333% of Delayed Draw Term Loan and approximately 75.4333% of Initial Term Loan). |
| 1081 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO II, Ltd. | 620 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $2,329,000.00, ($820,333.33 Delayed Draw Term Loan; $1,508,666.67 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 77.6333% of the total claim amount (approximately 82.0333% of Delayed Draw Term Loan and approximately 75.4333% of Initial Term Loan). |
| 1081 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO II, Ltd. | 632 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $2,329,000.00, ($820,333.33 Delayed Draw Term Loan; $1,508,666.67 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 77.6333% of the total claim amount (approximately 82.0333% of Delayed Draw Term Loan and approximately 75.4333% of Initial Term Loan). |

| Transfer Notice to be Amended -- Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1082 | 11/30/2009 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO II, Ltd. | 683 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $671,000.00, ($179,666.67 Delayed Draw Term Loan; $491,333.33 Initial Term Loan), plus interest, fees, expenses and other.  For clarity, this amount reflects a transfer of approximately 22.3667% of the total claim amount (approximately 17.9667% of Delayed Draw Term Loan and approximately 24.5667% of Initial Term Loan). |
| 1082 | 11/30/2009 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO II, Ltd. | 620 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $671,000.00, ($179,666.67 Delayed Draw Term Loan; $491,333.33 Initial Term Loan), plus interest, fees, expenses and other.  For clarity, this amount reflects a transfer of approximately 22.3667% of the total claim amount (approximately 17.9667% of Delayed Draw Term Loan and approximately 24.5667% of Initial Term Loan). |
| 1082 | 11/30/2009 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO II, Ltd. | 632 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $671,000.00, ($179,666.67 Delayed Draw Term Loan; $491,333.33 Initial Term Loan), plus interest, fees, expenses and other.  For clarity, this amount reflects a transfer of approximately 22.3667% of the total claim amount (approximately 17.9667% of Delayed Draw Term Loan and approximately 24.5667% of Initial Term Loan). |
| 1083 | 11/30/2009 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO IV, Ltd. | 834 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $7,000,000.00, ($2,333,333.33 Delayed Draw Term Loan; $4,666,666.67 Initial Term Loan), plus interest, fees, expenses and other.  For clarity, this amount reflects a transfer of 100.0000% of the total claim amounts |
| 1083 | 11/30/2009 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO IV, Ltd. | 473 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $7,000,000.00, ($2,333,333.33 Delayed Draw Term Loan; $4,666,666.67 Initial Term Loan), plus interest, fees, expenses and other.  For clarity, this amount reflects a transfer of 100.0000% of the total claim amounts |
| 1083 | 11/30/2009 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Duane Street CLO IV, Ltd. | 689 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $7,000,000.00, ($2,333,333.33 Delayed Draw Term Loan; $4,666,666.67 Initial Term Loan), plus interest, fees, expenses and other.  For clarity, this amount reflects a transfer of 100.0000% of the total claim amounts |
| 1087 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Highlands Credit Opportunities CDO, Ltd. | 393 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $2,063,111.13, (Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 67.3535% of the total claim amount asserted in the Proof of Claim. |

| Transfer Notice to be Amended -- Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1087 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Highlands Credit Opportunities CDO, Ltd. | 372 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $2,063,111.13, (Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 67.3535% of the total claim amount asserted in the Proof of Claim. |
| 1087 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Highlands Credit Opportunities CDO, Ltd. | 756 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $2,063,111.13, (Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 67.3535% of the total claim amount asserted in the Proof of Claim. |
| 1088 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Loan Star State Trust | 565 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $611,454.37, (Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 26.2052% of the total claim amount asserted in the Proof of Claim. |
| 1088 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Loan Star State Trust | 457 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $611,454.37, (Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 26.2052% of the total claim amount asserted in the Proof of Claim. |
| 1088 | 11/30/2009 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Loan Star State Trust | 754 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $611,454.37, (Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 26.2052% of the total claim amount asserted in the Proof of Claim. |
| 1505 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Gleneagles CLO, Ltd. | 533 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 32.1483% of the total claim amount (approximately 32.1483% of Delayed Draw Term Loan and approximately 32.1483% of Initial Term Loan.) |
| 1505 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Gleneagles CLO, Ltd. | 455 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 32.1483% of the total claim amount (approximately 32.1483% of Delayed Draw Term Loan and approximately 32.1483% of Initial Term Loan.) |

| Transfer Notice to be Amended -- Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1505 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Gleneagles CLO, Ltd. | 609 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 32.1483% of the total claim amount (approximately 32.1483% of Delayed Draw Term Loan and approximately 32.1483% of Initial Term Loan). |
| 1507 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Jasper CLO, Ltd. | 678 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $767,666.67, ($256,000.00 Delayed Draw Term Loan; $511,666.67 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 15.6161% of the total claim amount (approximately 15.6228% of Delayed Draw Term Loan and approximately 15.6127% of Initial Term Loan). |
| 1507 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Jasper CLO, Ltd. | 370 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $767,666.67, ($256,000.00 Delayed Draw Term Loan; $511,666.67 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 15.6161% of the total claim amount (approximately 15.6228% of Delayed Draw Term Loan and approximately 15.6127% of Initial Term Loan). |
| 1507 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Jasper CLO, Ltd. | 627 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $767,666.67, ($256,000.00 Delayed Draw Term Loan; $511,666.67 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 15.6161% of the total claim amount (approximately 15.6228% of Delayed Draw Term Loan and approximately 15.6127% of Initial Term Loan). |
| 1508 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Greenbriar CLO, Ltd. | 528 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 26.0870% of the total claim amount (approximately 26.0870% of Delayed Draw Term Loan and approximately 26.0870% of Initial Term Loan). |

| Transfer Notice to be Amended -- Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1508 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Greenbriar CLO, Ltd. | 447 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 26.0870% of the total claim amount (approximately 26.0870% of Delayed Draw Term Loan and approximately 26.0870% of Initial Term Loan). |
| 1508 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Greenbriar CLO, Ltd. | 668 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 26.0870% of the total claim amount (approximately 26.0870% of Delayed Draw Term Loan and approximately 26.0870% of Initial Term Loan). |
| 1509 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Armstrong Loan Funding, Ltd. | 492 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 22.8945% of the total claim amount (approximately 22.5383% of Delayed Draw Term Loan and approximately 23.0769% of Initial Term Loan). |
| 1509 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Armstrong Loan Funding, Ltd. | 496 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 22.8945% of the total claim amount (approximately 22.5383% of Delayed Draw Term Loan and approximately 23.0769% of Initial Term Loan). |
| 1509 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Armstrong Loan Funding, Ltd. | 439 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $3,000,000.00, ($1,000,000.00 Delayed Draw Term Loan; $2,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 22.8945% of the total claim amount (approximately 22.5383% of Delayed Draw Term Loan and approximately 23.0769% of Initial Term Loan). |

| Transfer Notice to be Amended -- Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1512 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Jasper CLO, Ltd. | 678 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $1,732,333.33,($577,333.33 Delayed Draw Term Loan; $1,155,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 35.2395% of the total claim amount (approximately 35.2327% of Delayed Draw Term Loan and approximately 35.2429% of Initial Term Loan). |
| 1512 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Jasper CLO, Ltd. | 370 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $1,732,333.33,($577,333.33 Delayed Draw Term Loan; $1,155,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 35.2395% of the total claim amount (approximately 35.2327% of Delayed Draw Term Loan and approximately 35.2429% of Initial Term Loan). |
| 1512 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Jasper CLO, Ltd. | 627 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $1,732,333.33,($577,333.33 Delayed Draw Term Loan; $1,155,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 35.2395% of the total claim amount (approximately 35.2327% of Delayed Draw Term Loan and approximately 35.2429% of Initial Term Loan). |
| 1514 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Rockwall CDO II, Ltd. | 721 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $1,500,000.00, ($500,000.00 Delayed Draw Term Loan; $1,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 28.0227% of the total claim amount (approximately 28.0227% of Delayed Draw Term Loan and approximately 28.0227% of Initial Term Loan). |
| 1514 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Rockwall CDO II, Ltd. | 830 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $1,500,000.00, ($500,000.00 Delayed Draw Term Loan; $1,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 28.0227% of the total claim amount (approximately 28.0227% of Delayed Draw Term Loan and approximately 28.0227% of Initial Term Loan). |

| Transfer Notice to be Amended -- Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1514 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Rockwall CDO II, Ltd. | 860 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $1,500,000.00, ($500,000.00 Delayed Draw Term Loan; $1,000,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 28.0227% of the total claim amount (approximately 28.0227% of Delayed Draw Term Loan and approximately 28.0227% of Initial Term Loan). |
| 1515 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Red River CLO, Ltd. | 713 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $3,500,000.00, ($1,166,666.67 Delayed Draw Term Loan; $2,333,333.33 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 44.3327% of the total claim amount (approximately 44.3327% of Delayed Draw Term Loan and approximately 44.3327% of Initial Term Loan). |
| 1515 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Red River CLO, Ltd. | 821 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $3,500,000.00, ($1,166,666.67 Delayed Draw Term Loan; $2,333,333.33 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 44.3327% of the total claim amount (approximately 44.3327% of Delayed Draw Term Loan and approximately 44.3327% of Initial Term Loan). |
| 1515 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Red River CLO, Ltd. | 538 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $3,500,000.00, ($1,166,666.67 Delayed Draw Term Loan; $2,333,333.33 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 44.3327% of the total claim amount (approximately 44.3327% of Delayed Draw Term Loan and approximately 44.3327% of Initial Term Loan). |
| 1516 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Stratford CLO, Ltd. | 767 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $2,687,000.00 ($1,032,000.00 Delayed Draw Term Loan; $1,655,000.00 Initial Term Loan), plus interest, fees, expenses and other.  For clarity, this amount reflects a transfer of approximately 44.7833% of the total claim amount (approximately 51.6000% of Delayed Draw Term Loan and approximately 41.3750% of Initial Term Loan). |

| Transfer Notice to be Amended -- Docket # | Transfer Notice Filing Date | Transferee | Transferor | Claimant Indicated on POC | Proof of Claim # | Debtor | Principal Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1516 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Stratford CLO, Ltd. | 453 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $2,687,000.00 ($1,032,000.00 Delayed Draw Term Loan; $1,655,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 44.7833% of the total claim amount (approximately 51.6000% of Delayed Draw Term Loan and approximately 41.3750% of Initial Term Loan). |
| 1516 | 1/5/2010 | ACP Master, Ltd. | Cantor Fitzgerald Securities | Stratford CLO, Ltd. | 619 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $2,687,000.00 ($1,032,000.00 Delayed Draw Term Loan; $1,655,000.00 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 44.7833% of the total claim amount (approximately 51.6000% of Delayed Draw Term Loan and approximately 41.3750% of Initial Term Loan). |
| 1517 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Stratford CLO, Ltd. | 767 | Fontainebleau Las Vegas, LLC, et al., Case No. 09-21482 (AJC) | $813,000.00, ($134,666.67 Delayed Draw Term Loan; $678,333.33 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 13.5500% of the total claim amount (approximately 6.7333% of Delayed Draw Term Loan and approximately 16.9583% of Initial Term Loan). |
| 1517 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Stratford CLO, Ltd. | 453 | Fontainebleau Las Vegas Holdings LLC, et al., Case No. 09-21481 (AJC) | $813,000.00, ($134,666.67 Delayed Draw Term Loan; $678,333.33 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 13.5500% of the total claim amount (approximately 6.7333% of Delayed Draw Term Loan and approximately 16.9583% of Initial Term Loan). |
| 1517 | 1/5/2010 | Aurelius Capital Master, Ltd. | Cantor Fitzgerald Securities | Stratford CLO, Ltd. | 619 | Fontainebleau Las Vegas Capital Corp., et al., Case No. 09-21483 (AJC) | $813,000.00, ($134,666.67 Delayed Draw Term Loan; $678,333.33 Initial Term Loan), plus interest, fees, expenses and other. For clarity, this amount reflects a transfer of approximately 13.5500% of the total claim amount (approximately 6.7333% of Delayed Draw Term Loan and approximately 16.9583% of Initial Term Loan). |