UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---------------------------------------------------------------X
In re:                                              :
                                                    :    Chapter 11
FONTAINEBLEAU LAS VEGAS                             :
HOLDINGS, LLC, et al.                               :    Case No. 09-21482 (AJC)
                                                    :
                                                    :
                      Debtors.                      :    (Jointly Administered)
                                                    :
---------------------------------------------------------------X

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| **Wexford Spectrum Investors LLC.** | **Cantor Fitzgerald Securities** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Wexford Spectrum Investors LLC
c/o Wexford Capital LP.
411 West Putnam Avenue
Greenwich, CT  06824
Attention: Dante Domenichelli
Telecopier: (203) 862-7492
Email address: BankDebt@Wexford.com

Phone: (203) 862-7088
Last Four Digits of Acct #:

Court Claim # (if known): **709**
Amount of Claim: **$2,112,512.16**
Date Claim Filed: **October 13, 2009**

Phone: (212) 829-7044
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Dante Domenichelli

Date: __5/12/10_____

*Penalty for making a false statement*. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
A-73370786 | 3009509-0000340296