**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                                  CHAPTER 7

FONTAINEBLEAU LAS VEGAS                               Case No.: 09-21481-AJC
HOLDINGS, LLC, *et al.*,

____Debtors._____/         (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferree hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:                                    Name of Transferor:

**JMB Capital Partners Master Fund, LP**              **AMI Hospitality, Inc.**

| Court Claim # (if known) | Amount of Claim | Date Claim Filed |
|---|---|---|
| 359 | $5,892,153.00 | 10/13/2009 |
| 358 | $10,719.14 | 10/13/2009 |
| 357 | $80,326.96 | 10/13/2009 |
| 356 | $156,156.80 | 10/13/2009 |
| 353 | $39,747.20 | 10/13/2009 |
| 440 | $27,390.16 | 10/13/2009 |

**UNLESS TRANSFEROR, as defined above, objects to this Notice by filing such objection with the Court within twenty-one (21) days, TRANSFEROR WAIVES and shall be FOREVER BARRED from asserting any rights, title, or interest to the claims asserted by Transferee or any right to payment, distribution, or any other right arising from or related to the claims. FURTHERMORE, Transferor's failure to file an objection with the Court to the Transfer within 21 days shall constitute Transferor's consent to the Transfer and vesting of all rights, title, and interest, including, but not limited to, all rights to vote on a plan of reorganization and right to payment and related rights to Transferee.**

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

**Transferor's Address:**

AMI Hospitality, Inc.
c/o Michael C Van, Esq.
& Gregory E. Garman, Esq. Atty for Claimant
3960 Howard Hughes Pkwy, 9th Fl
Las Vegas, NV 89169

  **After 21 days from the date this Notice is filed with the Court, the clerk of the court is authorized to substitute the address below for notices regarding the former claims of the Transferor on attached Exhibit A to reflect that of the Transferee listed below:**

JMB Capital Partners Masters Fund, LP
c/o Gilbert Li
570 Park Avenue 27th Floor
New York, NY 10022

  In addition to filing this Notice with the Court, Transferee is separately serving this Notice upon Transferor.

Dated:  July 26, 2010

  *I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 1-2090(A).*

           EHRENSTEIN CHARBONNEAU CALDERIN
           Attorneys for the JMB Capital Partners
           501 Brickell Key Drive, Suite 300
           Miami, Florida 33131
           T. 305.722.2002  F. 305.722.2001

By:    /s/ *Daniel L. Gold*
           Daniel Gold, Esq.
           Florida Bar Number 761281
           dg@ecclegal.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail upon all parties on the below Service List on July 26, 2010.

/s/ *Daniel L. Gold*
Daniel L. Gold, Esq.

**09-21481-AJC Notice will be electronically mailed to:**

Thomas L Abrams on behalf of Creditor Ahern Rentals Inc
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Brett M Amron on behalf of Creditor Aurelius Capital Management, LP
bamron@bastamron.com,
ravalos@bastamron.com,jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com

Johanna Armengol on behalf of U.S. Trustee Office of the US Trustee
Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov

Scott L Baena on behalf of Debtor Fontainebleau Las Vegas Capital Corp.
sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Paul J. Battista on behalf of Creditor Committee Creditors Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Brian S Behar on behalf of Creditor ThyssenKrupp Safway Inc.
bsb@bgglaw.net

Richard J Bernard on behalf of Counter-Claimant QTS Logistics Inc., d/b/a Quality Transportation Services of Nevada, Inc.
rbernard@bakerlaw.com

Russell M. Blain on behalf of Trustee Soneet Kapila
rblain.ecf@srbp.com

Mark D Bloom on behalf of Creditor Barclays Bank PLC
bloomm@gtlaw.com, phillipsj@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Erik D. Buzzard on behalf of Defendant Winter Composites LLC
ebuzzard@palumbolawyers.com, dlmann@palumbolawyers.com

Jacqueline Calderin on behalf of Creditor Austin General Contracting, Inc.
jc@ecccounsel.com, phornia@ecccounsel.com;nsocorro@ecccounsel.com

Jacqueline Calderin on behalf of Creditor Contractor Claimants
jc@ecccounsel.com, phornia@ecccounsel.com;nsocorro@ecccounsel.com

Candace C Carlyon on behalf of Creditor Young Electric Sign Company
ccarlyon@sheacarlyon.com,
ltreadway@sheacarlyon.com;ggianoulakis@sheacarlyon.com;ssherman@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com

Robert P Charbonneau on behalf of Creditor Austin General Contracting, Inc.
rpc@ECCcounsel.com,
nsgm0024@aol.com;dgold@ECCcounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com;nsocorro@ecccounsel.com;msardinas@ecccounsel.com

Robert P. Charbonneau on behalf of Creditor Austin General Contracting, Inc.
rpc@ECCcounsel.com, phornia@ecccounsel.com;nsocorro@ecccounsel.com

David A Colvin on behalf of Creditor DANA KEPNER COMPANY
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;lstolberg@marquisaurbach.com;bfrauenfeld@marquisaurbach.com

Sara D Cope on behalf of Creditor Southern Nevada Glaziers Trust Funds
saradcope@gmail.com, kbc@cjmlv.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, ssemanisin@whww.com

John C Dotterrer on behalf of Creditor Kimley-Horn and Associates, Inc.
dottj@dottlaw.com

Stephen P. Drobny on behalf of Interested Party Sumitomo Mitsui Banking Corporation
sdrobny@shutts.com, mvandenbosch@shutts.com

Thomas H. Fell on behalf of Creditor M&M Lienholders
bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com

James H. Fierberg on behalf of Creditor Term Lender Steering Group
james.fierberg@akerman.com

Robert G Fracasso Jr on behalf of Defendant Sumitomo Mitsui Banking Corporation
rfracasso@shutts.com

Thomas Joseph Francella on behalf of Interested Party Minibar Systems and Minibar N.A., Inc
tfrancella@wtplaw.com

Carl J Gabrielse on behalf of Creditor Dri-Design
carl@holland-law.com, jessica@holland-law.com

James D Gassenheimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
jgassenheimer@bergersingerman.com,
efile@bergersingerman.com;lmerida@bergersingerman.com;cweisz@bergersingerman.com;ebrown@bergersingerman.com

Robert N Gilbert on behalf of Interested Party W.L. Griffin, Inc. d/b/a Griffin Contemporary
rgilbert@carltonfields.com, kdemar@carltonfields.com

Scott F Gilles on behalf of Creditor Bradford Products, LLc
sgilles@renonvlaw.com

Daniel L. Gold on behalf of Creditor Austin General Contracting, Inc.
dgold@ecccounsel.com, phornia@ecclegal.com;nsocorro@ecclegal.com

Daniel L. Gold on behalf of Creditor Austin General Contracting, Inc.
dgold@ecccounsel.com, scunningham@ecccounsel.com

Michael I Goldberg on behalf of Attorney Hennigan Bennett & Dorman, LLP
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Alvin S. Goldstein on behalf of Defendant MB Financial Bank, N.A.
mmitchell@furrcohen.com

Douglas R. Gonzales on behalf of Creditor Fisk Electric Company
dgonzales@wsh-law.com

Emily L. Grant on behalf of Defendant Ital Stone, Inc.
egrant@heroldsagerlaw.com

Gregory S Grossman on behalf of Creditor MB Financial Bank NA
ggrossman@astidavis.com

James F. Harrington on behalf of Creditor U.S. Bank National Association
fharrington@siegfriedlaw.com

Ross R Hartog on behalf of Creditor Aderholt Specialty Company, Inc.
rhartog@mdrtlaw.com, gguenechea@mdrtlaw.com;ecfnotices@mdrtlaw.com

Jason A Imes on behalf of Creditor Air Design Technologies LLC
bkfilings@s-mlaw.com

Cynthia C Jackson on behalf of Creditor Bank of America, N.A.
cjackson@smithhulsey.com, tcopeland@smithhulsey.com;kgammill@smithhulsey.com;zwarren@smithhulsey.com

Jason Z Jones on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
jjones@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Thomas E Kaaran on behalf of Creditor Southwest Gas Corporation
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

Soneet Kapila
trustee@kapilaco.com, FL68@ecfcbis.com

Matthew G Krause on behalf of Creditor Center Capital Corporation
mgkrause@bellsouth.net

Andrew R. Kruppa on behalf of Creditor U.S. Bank National Association
akruppa@ssd.com

Philip J Landau on behalf of Counter-Claimant AMI Hospitality, LLC, a/k/a Architectural Materials Incorporated
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;lmelton@sfl-pa.com

Elisa R Lemmer on behalf of Interested Party Lehman Brothers Holdings, Inc.
elisa.lemmer@weil.com, lori.seavey@weil.com;maritza.coello@weil.com

David M. Levine on behalf of Interested Party Commonwealth Land Title Insurance Company
dml@lkllaw.com, esf@lkllaw.com;rb@lkllaw.com

Isaac M Marcushamer on behalf of Plaintiff Turnberry West Construction, Inc.
imarcushamer@bergersingerman.com, efile@bergersingerman.com;ngorman@bergersingerman.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Paul J McMahon on behalf of Creditor Colasanti Specialty Services, Inc.
pjm@pjmlawmiami.com

Robert C Meacham on behalf of Creditor Cashman Equipment Company
rmeacham@mmdpa.com, lraymond@mmdpa.com;mdieguez@mmdpa.com

Thomas M. Messana on behalf of Counter-Claimant QTS Logistics Inc., d/b/a Quality Transportation Services of Nevada, Inc.
tmessana@mws-law.com, emair@mws-law.com;sunderwood@mws-law.com;dstern@mws-law.com;mhoffman@mws-law.com;blieberman@mws-law.com;lcoffy@mws-law.com;thurley@mws-law.com

Lawrence H Meuers on behalf of Creditor CCCS International
lmeuers@meuerslawfirm.com, lcastle@meuerslawfirm.com;snurenberg@meuerslawfirm.com;sdefalco@meuerslawfirm.com

Harold D Moorefield Jr. on behalf of Defendant Bank of Scotland
hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com

Mindy A. Mora on behalf of Debtor Fontainebleau Las Vegas Holdings, LLC
mmora@bilzin.com, laparicio@bilzin.com;lflores@bilzin.com;eservice@bilzin.com;abeck@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditors Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Arthur C. Neiwirth on behalf of Creditor Valley Forge Fabrics, Inc.
aneiwirthcourt@qpwblaw.com

Kenneth E Noble on behalf of Defendant Bank of Scotland
kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan on behalf of Creditor Wilmington Trust FSB
plorshan@orshanpa.com, mzucker@orshanpa.com

Richard B. Parnell on behalf of Defendant Universal Consulting Corp
rparnell@parnelllaw.com, denise@parnelllaw.com

Jimmy D. Parrish on behalf of Creditor Coreslab Structures (L.A.), Inc.
jparrish@bakerlaw.com, jdriggers@bakerlaw.com;OrlBakerDocket@bakerlaw.com

Becky Pintar on behalf of Creditor D'Alessio Contracting, Inc.
bpintar@gglts.com

James H Post on behalf of Creditor Bank of America, N.A.
jpost@smithhulsey.com,
busey@smithhulsey.com;tcopeland@smithhulsey.com;kgammill@smithhulsey.com;kdaw@smithhulsey.com;cdix@smithhulsey.com;jsmith@smithhulsey.com

Craig V Rasile on behalf of Creditor Bank of America, N.A.
crasile@hunton.com,
mtucker@hunton.com,mmannering@hunton.com,keckhardt@hunton.com,adeboer@hunton.com

David H Reimer on behalf of Interested Party Turnberry Residential Limited Partner, L.P.
david@rrcounsel.com

Robert F. Reynolds on behalf of Creditor American Crane & Hoist, LLC
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Richard Y Rho on behalf of Creditor Conti Electric, Inc.
rrho@braudemargulies.com,
hbraude@braudemargulies.com;tdodd@braudemargulies.com;dswanson@braudemargulies.com;richardrho@gmail.com

Arthur H Rice on behalf of Defendant HSH Nordbank AG, New York Branch
arice.ecf@rprslaw.com

Harley E. Riedel on behalf of Trustee Soneet Kapila
hriedel.ecf@srbp.com

Seth P Robert on behalf of Creditor McKeon Door of Nevada, Inc.
srobert@brownrobert.com

Peter J Roberts on behalf of Creditor MB Financial Bank NA
proberts@shawgussis.com

Ralf R Rodriguez on behalf of Creditor Colasanti Specialty Services, Inc.
rrodriguez@pecklaw.com, jfried@pecklaw.com

Mark S. Roher on behalf of Creditor Johnson Controls, Inc.
mroher@adorno.com, mcalderon@adorno.com;aalu@adorno.com

Traci H Rollins on behalf of Creditor U.S. Bank National Association
trollins@ssd.com, lparsons@ssd.com;dfoley@ssd.com;wpb_dckt@ssd.com

Robin J. Rubens on behalf of Interested Party Commonwealth Land Title Insurance Company
rjr@lkllaw.com

Rex E Russo on behalf of Creditor Bradford Products, LLc
rexlawyer@prodigy.net

D Jean Ryan on behalf of Creditor TracTel, LTD.
ryandunncourtmail@ryan-dunn.com

Jay Sakalo on behalf of Examiner Jeffrey Truitt
jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Lisa M Schiller on behalf of Interested Party HSH Nordbank AG, New York Branch

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

lschiller.ecf@rprslaw.com

Michael L Schuster on behalf of Creditor Committee Creditors Committee
mschuster@gjb-law.com, gjbecf@gjb-law.com;mpacheco@gjb-law.com

Michael D. Seese on behalf of Interested Party Gulf Stream Crane, LLC
mseese@hinshawlaw.com, lportuondo@hinshawlaw.com;sseward@hinshawlaw.com

Susan H Sharp on behalf of Attorney Stichter Riedel Blain & Prosser, P.A.
ssharp.ecf@srbp.com

Valerie Shea on behalf of Interested Party ACE American Insurance Company
valerie.shea@sdma.com, victoria.horne@sdma.com;david.saltares@sdma.com;david.depiano@sdma.com

Zach B Shelomith on behalf of Defendant KCG, Inc., d/b/a/ REW Materials
zshelomith@lslawfirm.net, aprager@lslawfirm.net

Shlomo S. Sherman on behalf of Creditor Young Electric Sign Company
ssherman@sheacarlyon.com

Bradley S Shraiberg on behalf of Creditor Aztech Inspections & Testing, LLC
bshraiberg@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com;blee@sfl-pa.com

Jeffrey W. Spear on behalf of Defendant Century Steel, Inc.
jwspear@duanemorris.com, camartin@duanemorris.com

David N. Stern on behalf of Defendant QTS Logistics Inc., d/b/a Quality Transportation Services of Nevada, Inc.
dstern@mws-law.com, emair@mws-law.com;tmessana@mws-law.com;sunderwood@mws-law.com;thurley@mws-law.com;mhoffman@mws-law.com;nbarrus@mws-law.com;blieberman@mws-law.com;lcoffy@mws-law.com

Tina M Talarchyk on behalf of Attorney McDonald Hopkins LLC
ttalarchyk@mcdonaldhopkins.com, ttalarchyk@bellsouth.net

Charles M Tatelbaum on behalf of Creditor Johnson Controls, Inc.
ctatelbaum@adorno.com, smerrill@adorno.com;jalper@adorno.com;aalu@adorno.com

Frank Terzo on behalf of Examiner Jeffrey Truitt
frank.terzo@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;vking@gray-robinson.com

Cheryl Thompson on behalf of Creditor RLI Insurance Company
cthompson@anthonyandpartners.com

Jenny Torres on behalf of Defendant Kimley-Horn and Associates, Inc.
jtorres@dottlaw.com, jconway@dottlaw.com

Andrew Vitali III on behalf of Interested Party West Publishing Company
avitali@homerbonner.com

Diane Noller Wells on behalf of Creditor Young Electric Sign Company
dwells@devinegoodman.com, efiling@devinegoodman.com

Ryan J Works on behalf of Creditor CECO Concrete Construction, LLC.
rworks@mcdonaldcarano.com

Warren D Zaffuto on behalf of Creditor Century Steel, Inc.
wdzaffuto@duanemorris.com, YArnavat-Parga@duanemorris.com

Joel C Zwemer on behalf of Creditor Steelman Partners LLP
jzwemer@deanmead.com

**Via U.S. Mail**:

AMI Hospitality, Inc.
c/o Michael C Van, Esq.
& Gregory E. Garman, Esq. Atty for Claimant
3960 Howard Hughes Pkwy, 9th Fl
Las Vegas, NV 89169

JMB Capital Partners, LP
c/o Gilbert Li
570 Park Avenue 27th Floor
New York, NY 10022