UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

------------------------------------------------------------X
In re:                                                      :
                                                            :  Chapter 11
FONTAINEBLEAU LAS VEGAS                                     :
HOLDINGS, LLC, et al.                                       :  Case No. 09-21481 (AJC)
                                                            :
                                                            :  (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------X

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

**Morgan Stanley Senior Funding, Inc.**
Name of Transferee

**Jersey Street CLO, LTD.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1 Pierrepont Plaza, 7th Floor
Brooklyn, New York 11201
Attention: Vanessa Marling/ Darragh Dempsey
Telecopier: (718) 233-2140
Email address: Vanessa.Marling@morganstanley.com/
Darragh.Dempsey@morganstanley.com

Phone: (718) 754-7294/7288
Last Four Digits of Acct #: 9776

Court Claim # (if known): **378**
Amount of Claim: **$2,083,920.83**
Date Claim Filed: **October 13, 2009**

Phone: (713) 483-6174
Last Four Digits of Acct #: 2112

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
John Raposo
Authorized Signatory

Date: **6/29/10**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.