**CGFD70B** (12/1/09)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–21481–AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Fontainebleau Las Vegas Holdings, LLC
fka Turnberry/Las Vegas Boulevard, LP, fka Turnverry/Las Vegas Boulevard, Inc.
c/o Howard C. Karawan, CRO
19950 West Country Club Drive
Aventura, FL 33180

EIN: 52–2239337

## NOTICE OF FILING OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM AND DEADLINE FOR OBJECTION

   Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office on 8/13/10 , evidence of a **partial** transfer of claim to Sola Ltd (transferee) of claim number 767,453,619,768,484,406,721,830,860,713,821,538,718,458 and 859 , filed by Cantor Fitzgerald Securities (transferor) in the amount of $ Unknown .

   If no objections are filed on or before  **10/29/10,** Sola Ltd will be substituted as **partial claimant** in the amount of $ See Docket Entry#2810 , in place of the original claimant. The transferor will remain as partial claimant in the amount of $ Unknown .

**Dated:10/6/10**                                                      **CLERK OF COURT**
                                                                                          By: Susan Gutierrez
                                                                                          Deputy Clerk

The clerk shall serve a copy of this notice on the Transferor, Transferee, Debtor, Attorney for Debtor (if applicable) and Trustee.