UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FONTAINEBLEAU LAS VEGAS                          CASE NO. 09-21481-BKC-AJC
HOLDINGS, LLC, et al.,                           CHAPTER 7
                                                 (Jointly Administered)

      Debtors.

_____/

## <u>NOTICE OF FILING SETTLEMENT TERM SHEET</u>

Jeffrey Soffer ("Soffer") by and through undersigned counsel, hereby files the attached

binding settlement term sheet, accepted by the parties, evidencing the agreement reached with

the Plaintiffs in *Brigade Leveraged Capital Structures Fund, Ltd., et al. v. Fontainebleau

Resorts, LLC et al.*, Case No.: A-l I-637835-B pending in state court in Nevada (the "Nevada

Action"), without prejudice to Soffer's position that the settlement agreement is wholly

irrelevant to the relief sought in the *Emergency Motion and Incorporated Memorandum of Law

to Lift the Automatic Stay* [ECF No. 4779] (the "Motion") to the extent applicable, to allow

payment of costs and proceeds under certain director and officer liability insurance policies, and

without prejudice to his argument that the discovery sought by the Trustee in regard to the

Motion is also wholly irrelevant and has been propounded for harassment and to delay these

proceedings. Soffer is filing the settlement agreement for transparency to the Court and the

creditors and to avoid the sideshow and distraction that the Trustee wishes to create by reference

to the absence of the settlement agreement or its terms in the Motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system on January 6, 2015, upon all registered users in this case per the attached CM/ECF Service List.

Dated:  January 6, 2015

BERGER SINGERMAN LLP
*Attorneys for Jeffrey Soffer*
200 South Biscayne Boulevard, Suite 1000
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:   */s/ James D. Gassenheimer*
      Paul Steven Singerman
      Florida Bar No. 378860
      Singerman@bergersingerman.com
      James D. Gassenheimer
      Florida Bar No. 959987
      JGassenheimer@bergersingerman.com

6118674-1

## Service List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas L Abrams tabrams@tabramslaw.com, fcolumbo@tabramslaw.com;dabrams@tabramslaw.com
- Ido J Alexander ialexander@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com
- Andrew K Alper aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com
- Brett M Amron bamron@bastamron.com, mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
- Johanna Armengol Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Robert C. Arnold bob@thevictorialawgroup.com, bankruptcy@thevictorialawgroup.com
- Eric N Assouline ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Kristopher Aungst kea@trippscott.com, dbg@trippscott.com
- Scott L. Baena sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Scott L. Baena sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Ann M Batchelor batchelor@clm.com
- Ann M Batchelor batchelor@clm.com
- Paul J. Battista pbattista@gjb-law.com, gjbecf@gjb-law.com
- Brian S Behar bsb@bgglaw.net
- Ira S Bergman ibergman@moundcotton.com
- John G. Bianco III jgb@trippscott.com, bankruptcynoticecenter@trippscott.com
- Russell M. Blain rblain.ecf@srbp.com, rblain@srbp.com
- Russell M. Blain rblain.ecf@srbp.com, rblain@srbp.com
- Leyza F. Blanco leyza.blanco@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;Ileana.Christianson@gray-robinson.com;Annika.Miranda@gray-robinson.com
- Alexandra D Blye ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Paul M Botros pmb@botroslawfirm.com
- Alan M Burger aburger@mcdonaldhopkins.com, jpaul@mcdonaldhopkins.com;mrose@mcdonaldhopkins.com
- Stephen D Busey busey@smithhulsey.com, khettinger@smithhulsey.com
- Jacqueline Calderin jc@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com
- Jacqueline Calderin jc@ecccounsel.com
- William E Calnan wcalnan@waldmanlawfirm.com, Cardito@waldmanlawfirm.com
- Candace C Carlyon ccarlyon@sheacarlyon.com, nrodriguez@sheacarlyon.com;rmsmith@sheacarlyon.com
- Francis L. Carter flc@katzbarron.com, lcf@katzbarron.com
- Franck D Chantayan franck@chantayan.com
- Robert P. Charbonneau rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com
- Jason M Chodos jchodos@moundcotton.com

- Ileana Espinosa Christianson ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com
- David C. Cimo dcimo@gjb-law.com, gjbecf@gjb-law.com
- David C. Cimo dcimo@gjb-law.com, gjbecf@gjb-law.com
- Charles I Cohen ccohen@furrcohen.com, pmouton@furrcohen.com;atty_furrcohen@bluestylus.com
- Charles I Cohen pmouton@furrcohen.com, pmouton@furrcohen.com;atty_furrcohen@bluestylus.com
- David A Colvin dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com
- Marissa C Corda mcc@katzbarron.com, af@katzbarron.com
- John K Cunningham , avenes@whitecase.com
- Ryan E Davis rdavis@whww.com, thiggens@whww.com
- Adrian C. Delancy adelancy@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
- Patrick R Dorsey pdorsey@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com
- Patrick R Dorsey pdorsey@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com
- John C Dotterrer dottj@dottlaw.com, luke.bovat@akerman.com
- John D Eaton jeaton@shawde-eaton.com, sramirez@shawde-eaton.com
- Morgan B. Edelboim medelboim@bastamron.com, mdesvergunat@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com
- Manuel Farach mfarach@richmangreer.com, cfeld@richmangreer.com
- Thomas H. Fell bknotices@gordonsilver.com, bankruptcynotices@gordonsilver.com
- Jeffrey T Foreman jforeman@kennynachwalter.com, pharris@kennynachwalter.com
- Michael Foster mcf@trippscott.com, dbg@trippscott.com
- Robert G Fracasso Jr rfracasso@shutts.com, jgoodwin@shutts.com
- Thomas Joseph Francella tfrancella@wtplaw.com
- Carl J Gabrielse carl@holland-law.com, jessica@holland-law.com
- James D Gassenheimer jgassenheimer@bergersingerman.com, lmerida@bergersingerman.com;ebrown@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com
- David L Gay dgay@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Joanne Gelfand joanne.gelfand@akerman.com, janet.salinas@akerman.com
- John H Genovese jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com
- Randall L Gilbert rgilbert@theconstructionlawyers.com
- Randall L Gilbert rgilbert@theconstructionlawyers.com
- Robert N Gilbert rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Scott F Gilles sgilles@renonvlaw.com
- Daniel L. Gold dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com
- Michael I Goldberg michael.goldberg@akerman.com, charlene.cerda@akerman.com

2

- Marc I Goldsand mgoldsand@mcdonaldhopkins.com,
  epeyton@mcdonaldhopkins.com;jbloor@mcdonaldhopkins.com;jruff@mcdonaldhopkins.com;jgrasl@mcdonaldhopkins.com
- Alvin S. Goldstein mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com
- Douglas R. Gonzales dgonzales@wsh-law.com
- Patricia A Gorham patricia.gorham@sutherland.com,
  michelle.williams@sutherland.com,daniel.kent@sutherland.com
- Emily L. Grant ecottrell@heroldsagerlaw.com, chendricks@heroldsagerlaw.com
- Emily L. Grant egrant@heroldsagerlaw.com, chendricks@heroldsagerlaw.com
- Merrick L Gross mgross@cfjblaw.com, ppowers@cfjblaw.com;tjones@cfjblaw.com
- Gregory S Grossman ggrossman@astidavis.com, ngonzalez@astidavis.com
- Matthew W Hamilton e-notice@fulcruminv.com
- Ross R Hartog rhartog@mrthlaw.com,
  ecfnotices@mrthlaw.com;ycandia@mrthlaw.com;gruiz@mrthlaw.com;jgarey@mrthlaw.com;mrthbkc@gmail.com;acastro@mrthlaw.com
- Monique D Hayes mhayes@gjb-law.com, gjbecf@gjb-law.com
- Monique D Hayes mhayes@gjb-law.com, gjbecf@gjb-law.com
- Phillip M. Hudson III pmhudson@arnstein.com,
  jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
- Jason A Imes bkfilings@s-mlaw.com
- Kenneth B Jacobs kjacobs@gray-robinson.com, zhosseini@gray-robinson.com
- Thomas E Kaaran kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- Anthony Kang akang@arnstein.com
- Soneet Kapila trustee@kapilaco.com, FL68@ecfcbis.com
- Soneet Kapila trustee@kapilaco.com, FL68@ecfcbis.com
- Mychal J Katz mkatz@ralaw.com
- Mark B Kleinfeld mkleinfeld@bellsouth.net
- Andrew R. Kruppa Andrew.kruppa@squiresanders.com
- Philip J Landau plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com
- Philip J Landau plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com
- Elisa R Lemmer elisa.lemmer@weil.com, lori.seavey@weil.com
- Stephen R Leslie sleslie.ecf@srbp.com
- David M. Levine dml@lkllaw.com, lv@lkllaw.com
- David M. Levine dml@lkllaw.com, lv@lkllaw.com
- Joan M Levit joan.levit@akerman.com, charlene.cerda@akerman.com
- Sarah J Lis slis@waldmanlawfirm.com
- Corali Lopez-Castro clc@kttlaw.com, rcp@kttlaw.com
- Laudy Luna ll@lgplaw.com, de@lgplaw.com
- Isaac M Marcushamer imarcushamer@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aleida Martinez Molina amartinez@wsh-law.com, jfuentes@wsh-law.com

6118674-1

- Jason S Mazer jmazer@vpl-law.com, kshaw@vpl-law.com;csteklof@vpl-law.com;aHacker@vpl-law.com;mmoore@vpl-law.com;cgudaitis@vpl-law.com;lrodriguez@vpl-law.com;receptionist@vpl-law.com
- Frank F McGinn ffm@bostonbusinesslaw.com
- Paul J McMahon pjm@pjmlawmiami.com
- Robert C Meacham rmeacham@mmdpa.com, lraymond@mmdpa.com;lbobrow@mmdpa.com;deanah@mmdpa.com
- Robert C Meacham rmeacham@mmdpa.com, lraymond@mmdpa.com;lbobrow@mmdpa.com;deanah@mmdpa.com
- Thomas M. Messana tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Lawrence H Meuers lmeuers@meuerslawfirm.com, sdefalco@meuerslawfirm.com;lrogers@meuerslawfirm.com
- Harold D Moorefield Jr. hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com;bank@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- Glenn D Moses gmoses@gjb-law.com, gjbecf@gjb-law.com
- Glenn D Moses gmoses@gjb-law.com, gjbecf@gjb-law.com
- Patrick M Mosley pmosley@hwhlaw.com, telam@hwhlaw.com
- Barry E. Mukamal bemtrustee@kapilamukamal.com
- Michael R. Mushkin michael@mushlaw.com, darrell@mushlaw.com;karen@mushlaw.com;marco@mushlaw.com;receptionist@mushlaw.com
- Arthur C. Neiwirth aneiwirthcourt@qpwblaw.com
- Ari Newman newmanar@gtlaw.com, crossmann@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Ronald S. Nisonson rnisonson@warddamon.com, khushower@warddamon.com;smccaulley@warddamon.com;ndalton@warddamon.com
- Kenneth E Noble kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com
- Kenneth E Noble kenneth.noble@kattenlaw.com, NYC.BKNotices@kattenlaw.com
- Timothy J Norris tjnorris@duanemorris.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- R Shawn Oliphant bankruptcy@renovlaw.com, dkent@renovlaw.com
- Paul L. Orshan paul@orshanpa.com, maria@orshanpa.com
- Edward A. Paez epaez@kgplegal.com
- Richard B. Parnell rparnell@parnelllaw.com, denise@parnelllaw.com
- Jimmy D. Parrish jparrish@bakerlaw.com, OrlBakerDocket@bakerlaw.com;genriquez@bakerlaw.com
- Allen P Pegg apegg@mwbm.com
- Becky Pintar bpintar@gglts.com
- James H Post jpost@smithhulsey.com, busey@smithhulsey.com;tcopeland@smithhulsey.com;kdaw@smithhulsey.com;cdix@smithhulsey.com;kstewart@smithhulsey.com

4

- Moumita Rahman moumita@rahmanlawpllc.com
- Craig V. Rasile craig.rasile@dlapiper.com,
  monica.tucker@dlapiper.com,jacqueline.figueroa@dlapiper.com,rachel.nanes@dlapiper.com,yohami.lamguerra@dlapiper.com
- David H Reimer david@rrcounsel.com
- Robert F. Reynolds rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com
- Richard Y Rho rhorichard@hotmail.com
- Arthur H Rice arice.ecf@rprslaw.com
- Harley E. Riedel hriedel.ecf@srbp.com
- Heather L. Ries hries@foxrothschild.com, ralbert@foxrothschild.com
- Seth P Robert srobert@brownrobert.com
- Peter J Roberts proberts@shawfishman.com
- Ralf R Rodriguez rrodriguez@pecklaw.com, jfried@pecklaw.com
- Traci H Rollins traci.rollins@squiresanders.com,
  linda.parsons@squiresanders.com;carol.lesnick@squiresanders.com;shannon.munsell@squirepb.com
- Robin J. Rubens rjr@lklsg.com, esf@lklsg.com
- Amelia Toy Rudolph amelia.rudolph@sutherland.com,
  michelle.williams@sutherland.com,daniel.kent@sutherland.com
- Rex E Russo rexlawyer@prodigy.net
- D Jean Ryan courtmail@ryanlawfirmpa.com
- Luis Salazar salazar@salazarjackson.com,
  jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
- Carlos E. Sardi csardi@gjb-law.com, gjbecf@gjb-law.com;ecastellanos@gjb-law.com
- Carlos E. Sardi csardi@gjb-law.com, gjbecf@gjb-law.com;ecastellanos@gjb-law.com
- Lisa M Schiller lschiller.ecf@rprslaw.com
- Michael L Schuster mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com
- Samuel aaron Schwartz sam@schwartzlawyers.com,
  ecf@schwartzlawyers.com;schwartzecf@gmail.com
- Matthew H Scott mhs@trippscott.com, bankruptcy@trippscott.com
- Patrick S. Scott patrick.scott@gray-robinson.com
- Michael D. Seese mseese@seeselaw.com, sseward@seeselaw.com
- Susan H Sharp ssharp.ecf@srbp.com
- Susan H Sharp ssharp.ecf@srbp.com
- Zach B Shelomith zshelomith@lslawfirm.net,
  jleiderman@lslawfirm.net;dverde@lslawfirm.net
- Bradley S Shraiberg bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com
- Steven I Silverman ssilverman@klugerkaplan.com, clong@klugerkaplan.com
- Steven I Silverman ssilverman@klugerkaplan.com, clong@klugerkaplan.com
- Paul Steven Singerman singerman@bergersingerman.com,
  mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Jeffrey W. Spear jwspear@duanemorris.com, camartin@duanemorris.com
- Jeffrey W. Spear jwspear@duanemorris.com, camartin@duanemorris.com

- Scott A Stichter sstichter.ecf@srbp.com
- Frank Terzo frank.terzo@gray-robinson.com, lnegron@gray-robinson.com;jennifer.phillips@gray-robinson.com
- Cheryl Thompson cthompson@anthonyandpartners.com, efiling@thompsonlawpractice.com
- Howard S Toland htoland@mitrani.com
- Diane Noller Wells dwells@devinegoodman.com, efiling@devinegoodman.com
- David M Zack dmzack@mcalpinelawfirm.com, dwblevins@mcalpinelawfirm.com;dajaworski@mcalpinelawfirm.com
- Warren D Zaffuto wzaffuto@phillipslawyers.com, crivera@phillipslawyers.com
- Joel C Zwemer jzwemer@deanmead.com

6118674-1

**Fontainebleau Counter-Demand**
**December 27, 2014**

This Counter-Demand is made by the Term Lenders, in response to Defendants' Counter-offer of December 23, 2014, to settle the action pending in the Clark County District Court in Nevada, entitled *Brigade Leveraged Capital Structure Funds, Ltd., et al. v. Fontainebleau Resorts, LLC, et al.* (the "Term Lender Action"). It sets forth the terms that, if accepted, would constitute a binding Settlement Agreement.  It may be accepted in writing by the Defendants before 12:00 p.m. EDT on December 29, 2014 and will automatically expire as of that time if not accepted.

1.    <u>Settlement Amount</u>.  The D & O insurers and Jeff Soffer shall pay the Term Lenders $98 million (the "Settlement Amount").

2.    <u>Payment Date</u>.  Payment of the Settlement Amount shall be deposited into the trust account of McKool, Smith on or before the earlier of (a) January 15, 2015 or (b) three business days after entry of the Stay Relief Order set forth in paragraph 11.  McKool, Smith shall only be entitled to disburse the Settlement Amount to the Term Lenders upon satisfaction of the conditions in paragraphs 6 and 11 below.

3.    <u>Binding Agreement</u>.  The Parties shall work to negotiate a mutually-agreeable written settlement agreement.  This Counter-Demand, however, is not conditioned upon a written settlement agreement, and acceptance of the Counter-Demand by the Defendants and the D & O insurers shall constitute a binding agreement on the terms set forth herein.

4.    <u>Court Approval</u>.  This Settlement is not conditioned upon any court approval except as provided for in paragraphs 6 and 11.

5.    <u>Term Lender Proofs of Claim</u>.  This Settlement shall not reduce the Term Lenders' proofs of claims submitted in the Fontainebleau Bankruptcy; and the Term Lenders shall retain all rights to participate, to the extent of their allowed claims, as creditors in the Fontainebleau bankruptcy.

6.    <u>Releases and Dismissals</u>.  As a condition of the settlement, within three business days following the later of (a) the Stay Relief Order set forth in paragraph 11 or (b) payment of the Settlement Amount into the McKool Smith trust account, the Term Lenders shall dismiss the Term Lender action against all Defendants, including ULLICO, with prejudice.  The Settlement shall be conditioned upon the Term Lenders providing a release of the D & O Insurers and Insured Defendants (including the individual defendants in the Trustee action, the former insured defendants in the Term Lender action and the defendants in the independent Manger action) and ULLICO of all claims, known or unknown, arising out of or related to the Fontainebleau Las Vegas Project.  The releases and dismissals shall be without prejudice to re-filing the Term Lender Action upon the entry of a Payment Order and return by the Term Lenders of the Settlement Amount to Jeff Soffer and the D & O insurers, as discussed below.  The Defendants in the Term Lender Action agree that the statute of limitations with respect to the claims asserted in the Term Lender Action shall be tolled from the filing of such actions through and including the date that is 60 days after the date of entry of a Payment Order. The settlement shall be conditioned upon ULLICO's agreement to dismiss ULLICO's third-party and cross-claims with prejudice, which ULLICO's counsel has indicated will

1

occur if the Term Lender's claims against ULLICO are dismissed with prejudice and they receive a release of all claims related to the Fontainebleau Las Vegas Project.

7.  <u>Payment Order</u>.  In the event that any order or judgment is entered by a court of competent jurisdiction requiring the Term Lenders to pay, return, or disgorge to any party the Settlement Amount, or any portion thereof (a "Payment Order"), the Term Lenders shall have the option to declare null and void the Settlement as to their respective action, including any releases granted and dismissals of the claims asserted in their respective action, conditioned on repayment in full of the Settlement Amount.

8.  <u>Litigation Expenses.</u>  Until the dismissals required by paragraph 6 are effected, the Term Lenders and the Defendants shall make reasonable efforts to limit the expenditure of fees and costs in the Term Lender Action, keeping in mind the need to comply with Court orders and deadlines.  These efforts shall include the continuance of all hearings currently set for hearing on January 5, 2015 to the first available date on the Court's calendar after January 19, 2015.

9.  <u>Support of a Trustee Settlement in the Fontainebleau Bankruptcy</u>.  As a condition of the settlement, the plaintiffs in the Term Lender Action, in their capacity as Term Lenders and Second Mortgage Note Holders agree to affirmatively support and not object to any settlement of the Trustee Action in the Fontainebleau Bankruptcy, which is supported by Jeff Soffer, is equal to or exceeds $25 million, and does not discriminate against the Term Lenders.

10.  <u>Noncooperation</u>.  The Term Lenders agree not to voluntarily cooperate with the Trustee in any manner in the prosecution of the Trustee Claim other than as required by court process or in response to a subpoena or as may be required by law.

11.  <u>Stay Relief</u>.  The Settlement Agreement is conditioned upon the Bankruptcy Court issuing an order either determining that insurance proceeds are not property of the estate or granting relief from the automatic stay authorizing payment of the portion of the Settlement Amount funded by insurance, which motion shall be filed by the Defendants and the Insurers on an emergency basis. In the event the Order is reversed on appeal the insurers have the option to declare the Settlement null and void and require repayment in full of the Settlement Amount.