UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Chapter 7

FONTAINEBLEAU LAS VEGAS,                                  Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, et al.,

    Debtors.                                              (Jointly Administered)
_____/

**NOTICE OF CHANGE OF ADDRESS OF
CREDITOR AND AMENDED CERTIFICATE OF SERVICE**

The Debtors, FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, et al., by and through their undersigned attorneys, hereby give notice that the undersigned has been informed of the change of addresses of the following creditors; that notice is being furnished to the new addresses for the creditors; and that all future notices should be forwarded to said creditors as follows:

| Former Address | New Address |
|---|---|
| Gillette Construction, LLC<br>Troy Gillett, Registered Agent<br>4535 Russell Road, Suite 5<br>Las Vegas, NV 89118 | Gillette Construction LLC<br>980 American Pacific Drive, Suite 106<br>Henderson, NV   89014-7866 |
| Air Systems, Inc.<br>4280 W. Ompkins Avenue<br>Las Vegas, NV 89103-5321 | Air Systems Inc.<br>2160 Alexa Breanne Court<br>Las Vegas, NV 89117-1955 |
| World Tea Expo<br>George Jage<br>World of Tea Expo 2010 and 2011<br>5125 W. Oquendo Road, Suite 16<br>Las Vegas, NV 8911802838 | World Tea Expo<br>3360 Kensbrook Street<br>Las Vegas, NV 89121-3726 |
| Paul Bebble & Associates, Inc.<br>2885 Jupiter Park Drive, No. 1900<br>Jupiter, FL   33458-6046 | Paul Bebble & Associates, Inc.<br>22-245<br>5500 Military Trl., Suite 22 |

|  |  |
|---|---|
|  | Jupiter, FL   33458-2871 |
| Fibrwrap Construction Inc.<br>Ms. Melissa Judd<br>4255 E. Airport Drive<br>Ontario, CA   91761-1565 | Fibrwrap Construction Services, Inc.<br>3940 Ruffin Road, Suite C<br>San Diego, CA   92123-1844 |
| Universal Piping Inc.<br>Ms. Cheryl Chrzanowski<br>12900 Capital Street<br>Oak Park, MI   48237-3158 | Universal Piping Industries LLC<br>769 Chicago Road<br>Troy, MI   48083-4223 |
|  |  |

Debtors, through their attorneys, requests that the Clerk correct the mailing matrix by deleting the former addresses and inserting the new addresses in its place.

Dated: May 5, 2016

                                       */s/ Susan Health Sharp*
Russell M. Blain (FBN 0236314)
Susan Heath Sharp (FBN 0716421)
**Stichter, Riedel, Blain & Postler, P.A.**
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone:  (813) 229-0144
Facsimile:   (813) 229-1811
E-mails: rblain@srbp.com
         ssharp@srbp.com
**Attorneys for Soneet R. Kapila,**
**Chapter 7 Trustee**

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF CHANGE OF ADDRESS OF CREDITOR AND AMENDED CERTIFICATE OF SERVICE was furnished by CM/ECF on the 5th day of May, 2016, to:

    Johanna Armengol, Esquire
    Assistant United States Trustee
    OFFICE OF UNITED STATES TRUSTEE
    51 S.W. 1st Avenue, Suite 1204
    Miami, Florida 33130

and true and correct copies of foregoing AMENDED NOTICE OF HEARING (Doc. No. 4963) were furnished by U.S. MAIL on the 5th day of May, 2016, to:

| | |
|---|---|
| Gillette Construction LLC<br>980 American Pacific Drive, Suite 106<br>Henderson, NV   89014-7866 | Air Systems Inc.<br>2160 Alexa Breanne Court<br>Las Vegas, NV 89117-1955 |
| World Tea Expo<br>3360 Kensbrook Street<br>Las Vegas, NV 89121-3726 | Paul Bebble & Associates, Inc.<br>22-245<br>5500 Military Trl., Suite 22<br>Jupiter, FL   33458-2871 |
| Fibrwrap Construction Services, Inc.<br>3940 Ruffin Road, Suite C<br>San Diego, CA   92123-1844 | Universal Piping Industries LLC<br>769 Chicago Road<br>Troy, MI   48083-4223 |

                                           */s/ Susan Heath Sharp*
                                           Susan Heath Sharp
                                           Florida Bar No. 0716421