**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| **Case Number:** | 09-21481 AJC | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Case Name:** | Fontainebleau Las Vegas Holdings LLC | **Filed (f) or Converted (c):** | 04/12/10 (c) |
| | | **§341(a) Meeting Date:** | 05/27/10 |
| **Period Ending:** | 03/31/22 | **Claims Bar Date:** | 08/25/10 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK - 10.25% SECOND MORTGAGE NOTES | 0.00 | 0.00 | | 0.00 | FA |
| 2 | WELLS FARGO BANK  - SECOND MORTGAGE PROCEEDS | 0.00 | 0.00 | | 0.00 | FA |
| 3 | STOCK - FONTAINEBLEAU LAS VEGAS, LLC AND FONTAINEBLEAU LAS VEGAS CAPITAL CORP. | Unknown | 0.00 | | 0.00 | FA |
| 4 | AFFILIATED PARTY RECEIVABLE FONTAINEBLEAU RESORT MANAGER, LLC VALUE CHANGED PER AMENDED SCHEDULES [ECF 1638] | 0.00 | 0.00 | | 0.00 | FA |
| 5 | "FONTAINEBLEAU" NAME SOLD IN THE CHAPTER 11 | Unknown | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**

CBD: 8/25/10- CLAIMS OBJECTIONS ARE IN PROGRESS
TAX RETURN STATUS: NO RETURNS REQUIRED  (SINGLE MEMBER LLC'S NOT REQUIRED TO FILE FEDERAL RETURNS)

CASE STATUS: THIS CASE IS JOINTLY ADMINISTERED WITH:
FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC
FONTAINEBLEAU LAS VEGAS RETAIL PARENT, LLC
FONTAINEBLEAU LAS VEGAS RETAIL MEZZANINE, LLC
FONTAINEBLEAU LAS VEGAS RETAIL, LLC
FONTAINEBLEAU LAS VEGAS CAPITAL CORP.

THE TRUSTEE FINALIZED THE DISTRIBUTIONS TO THE STATUTORY LIENHOLDERS PER ORDER OF THE COURT.  CLAIM ADJUDICATION CONTINUES TO  PROGRESS FOR THE CONSOLIDATED DEBTORS.

**Initial Projected Date of Final Report (TFR):** December 31, 2014          **Current Projected Date of Final Report (TFR):** December 31, 2022

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case