UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NO. 09-21481-BKC-AJC |
| | CHAPTER 7 |
| FONTAINEBLEAU LAS VEGAS | (Jointly Administered) |
| HOLDINGS, LLC, et al., | |
| Debtors. | |
| _____/ | |

**CHAPTER 7 TRUSTEE'S FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(CLEAN UP OBJECTIONS REQUIRED PRIOR TO FINAL DISTRIBUTION)**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

*PLEASE LOCATE YOUR NAME ON EXHIBIT "A"*
*EXHIBIT IS IN ALPHABETICAL ORDER BY LAST NAME AND/OR COMPANY NAME*

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response by **OCTOBER 28, 2024**, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

United States Bankruptcy Court
C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Room 150
Miami, Florida 33128

**A copy of the written response must also be sent to:**

**Heather L. Harmon, Esq.**
**VENABLE LLP**
**801 Brickell Ave., Suite 1500**
**Miami, Florida 33131**
hlharmon@venable.com

Soneet R. Kapila, the chapter 7 trustee (the "Trustee") for the above captioned jointly administered Debtors, by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this objection ("Objection") to the Claims set forth on the attached Exhibit "A" (collectively, the "Claims"). The filing of this Objection does not impair, and is without prejudice to, the Trustee's right to further object to any of the Claims on any other grounds or to seek any further or additional relief available under the Bankruptcy Code or any other applicable law.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order: (i) sustaining this Objection with respect to each of the Claims for the reasons listed on Exhibit "A"; (ii) allowing, disallowing, reducing or reclassifying the Claims pursuant to the recommended disposition listed on Exhibit "A"; and (iii) granting such other and further relief as is proper.

Respectfully submitted on September 27, 2024

**VENABLE LLP**
*Attorneys for Chapter 7 Trustee*
801 Brickell Ave., Suite 1500
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:  /s/    *Heather L. Harmon*
         Heather L. Harmon
         Florida Bar No. 013192
         hlharmon@venable.com

**EXHIBIT "A"**
Fifty-Fifth Omnibus Objection to Claims

| Case No. | Claim Number | Claimant Name | Notice Address 1 | Notice Address 2 | Filed Amount | Class as Filed | Pending Objection | Grounds for Objection | Recommended Class | Recommended Disposition | Final Allowed Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-36191 | P936 | Ahern Rentals Inc. | c o Dixon Truman Fisher & Clifford<br>221 N Buffalo Dr Ste A<br>Las Vegas, NV 89145 | Ahern Rentals Inc.<br>333 N Rancho Dr.<br>Las Vegas, NV 89106 | $ 615,310.97 | Secured | Inadvertently left out of 51st Omnibus Objection [ECF No. 5623] | This Claim is duplicative of Claim 348 filed in Case No. 09-21482. Claimant has no privity of contract with the Debtor in Case No. 09-36191 and the Claim should be stricken and disallowed in its entirety. | N/A | Strike and Disallow in its Entirety | $ - |
| 09-21482 | P288 | Barclays Bank PLC | Robert Silverman<br>200 Park Ave.<br>New York, NY 10166 | c/o Sandeep Qusba, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 | $ 13,924,020.29 | Secured | Inadvertently left out of 9th Omnibus Objection [ECF No. 5523] | This Claim was Amended by Claim No. 549 filed in Case No. 09-21483 and should be stricken and disallowed in its entirety. Claim Nos. 281, 287, 549, 789, 790 were previously stricken and disallowed as duplicative pursuant to an Order of this Court [ECF No. 5581]. | General Unsecured | Strike and Disallow in its Entirety | $ - |
| 09-21482 | P179 | CCCS International LLC | Attn: Don Blevins - McAlpine PC<br>3201 University Dr., Ste 200<br>Auburn Hills, MI 48326-2395 | | $ 1,107,343.22 | Secured | Inadvertently left out of 51st Omnibus Objection [ECF No. 5623] | This Claim was filed as a fully Secured Claim. Pursuant to Section 506(a)(1) of the Bankruptcy Code the Claim is only a Secured Claim to the extent of the value of such creditor's interest in the estate's interest in such property. There is no estate property subject to the Claimant's lien. As a result, this Claim should be reclassified and allowed as a general unsecured claim in the amount of $1,107,343.22. | General Unsecured | Reclassify and Allow | $ 1,107,343.22 |
| 09-36191 | P940 | Chartis Specialty Ins Co American Home Assurance Co Commerce | Chartis US<br>Michelle A Levitt Auth Rep<br>175 Water St 18th Fl<br>New York, NY 10038 | | Unliquidated | Secured | Inadvertently left out of 51st Omnibus Objection [ECF No. 5623] | Claim was waived pursuant Order Granting Motion to Compromise Controversy [ECF No. 5047] and should be stricken and disallowed in its entirety. Claim Nos. 938 and 939 were previously stricken and disallowed as waived pursuant to an Order of this Court [ECF No. 5660]. | N/A | Strike and Disallow in its entirety | $ - |
| 09-21482 | P211 | Concrete Coring of Nevada | Ms Resa Hunkin<br>3922 Octagon Rd Ste C<br>North Las Vegas, NV 89030 | | $ 103,442.00 | Secured | Inadvertently left out of 51st Omnibus Objection [ECF No. 5623] | This Claim was filed as a fully Secured Claim. Pursuant to Section 506(a)(1) of the Bankruptcy Code the Claim is only a Secured Claim to the extent of the value of such creditor's interest in the estate's interest in such property. There is no estate property subject to the Claimant's lien. As a result, this Claim should be reclassified and allowed as a general unsecured claim in the amount of $103,442. | General Unsecured | Reclassify and Allow | $ 103,442.00 |
| 09-21482 | P273 | DWI Holdings, Inc. | DWI Holdings Inc.<br>Attn Controller<br>902 Oothcalooga St<br>Calhoun, GA 30701 | Ross Hartog, Esq.<br>Markowitz Ringel Trusty & Hartog<br>101 NE Third Avenue, Suite 1210<br>Ft. Lauderdale, Florida 33301 | $ 1,392,921.05 | Secured | Inadvertently left out of 51st Omnibus Objection [ECF No. 5623] | This Claim was filed as a fully Secured Claim. Pursuant to Section 506(a)(1) of the Bankruptcy Code the Claim is only a Secured Claim to the extent of the value of such creditor's interest in the estate's interest in such property. There is no estate property subject to the Claimant's lien. As a result, this Claim should be reclassified and allowed as a general unsecured claim in the amount of $1,392,921.05. | General Unsecured | Reclassify and Allow | $ 1,392,921.05 |
| 09-36161 | P948 | Eberhard Southwest Roofing Inc. | Gregory E Garman, Esq -- Gordon Silver<br>3960 Howard Hughes Pkwy 9th Fl<br>Las Vegas, NV 89169 | Eberhard Southwest Roofing, Inc.<br>3995 W Dewey Dr.<br>Las Vegas, NV 89118 | $ 829,145.78 | Secured | Inadvertently left out of 52nd Omnibus Objection [ECF No. 5624] | This Claim was Amended by Claim No. 119 filed in the Chapter 7 Case No. 09-21482 and should be stricken and disallowed in its entirety. Claim 119 is allowed as a general unsecured claim in the amount of $606,722.98. Claim Nos. 951, 801, 952, 950, 949 and 953 were previously stricken and disallowed as amended and duplicative pursuant to an Order of this Court [ECF No. 5656]. | N/A | Strike and Disallow in its entirety | $ - |
| 09-21482 | P793 | Morgan Stanley Senior Funding Inc | Attn: Vanessa Marling<br>1 Pierrepont Plaza, 7th Floor<br>Brooklyn, NY 11201 | | $ 31,200,000.00 | Secured | Inadvertently left out of 37th Omnibus Objection [ECF No. 5551] | This Claim was Amended by Claim No. 97 filed in the Chapter 7 Case No. 09-21482 and should be stricken and disallowed in its entirety. | N/A | Strike and Disallow in its Entirety | $ - |