**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:  1

| **Case Number:** | 09-36197 LMI | **Trustee:** | SONEET R. KAPILA, TRUSTEE |
| --- | --- | --- | --- |
| **Case Name:** | Fontainebleau Las Vegas Retail LLC | **Filed (f) or Converted (c):** | 04/12/10 (c) |
| | | **§341(a) Meeting Date:** | 05/27/10 |
| **Period Ending:** | 03/31/26 | **Claims Bar Date:** | 08/25/10 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | TURNOVER OF PRE-CONVERSION RETAINER | 42,207.00 | 237,050.21 | | 237,050.21 | FA |
| 2 | 777 LAS VEGAS BLVD., LAS VEGAS, NV 89109<br>LEASEHOLD INTEREST OF AIR RIGHTS<br>SOLD IN THE CHAPTER 11 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | BANK OF AMERICA ACCT. ENDING 5390 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | BANK OF AMERICA ACCT ENDING 7335 | 93.78 | 0.00 | | 0.00 | FA |
| 5 | THIS ASSET ERRONEOUSLY ADDED | 0.00 | 0.00 | | 0.00 | FA |
| 6 | PROOF OF CLAIM - LEHMAN BROTHER'S HOLDINGS, INC. | Unknown | 0.00 | | 0.00 | FA |
| 7 | CITIBANK ACCOUNT (u) | 100.00 | 100.00 | | 100.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 64.86 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$42,400.78** | **$237,150.21** | | **$237,215.07** | **$0.00** |

**Major activities affecting case closing:**

CBD:8/25/10- CLAIM OBJECTIONS IN PROGRESS
TAX RETURN STATUS: NO RETURNS REQUIRED  (SINGLE MEMBER LLC'S NOT REQUIRED TO FILE FEDERAL RETURNS)

CASE STATUS: THIS CASE IS JOINTLY ADMINISTERED WITH:
FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC
FONTAINEBLEAU LAS VEGAS RETAIL PARENT, LLC
FONTAINEBLEAU LAS VEGAS RETAIL MEZZANINE, LLC
FONTAINEBLEAU LAS VEGAS RETAIL, LLC
FONTAINEBLEAU LAS VEGAS CAPITAL CORP.

THE TRUSTEE FILED A MOTION TO ALLOCATE FUNDS ACROSS THE JOINTLY ADMINISTERED CASES, AND MAKE THE FINAL DISTRIBUTION TO CREDITORS.

**Initial Projected Date of Final Report (TFR):**  December 31, 2014          **Current Projected Date of Final Report (TFR):**  December 31, 2026

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 09-36197 LMI | | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9800 - Checking |
| Taxpayer ID#: | ******1045 | | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/15 | | Signature Bank | Account Opening Deposit Adjustment From Account xxxxxx4666 | 9999-000 | 220,661.49 | | 220,661.49 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 364.45 | 220,297.04 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 352.11 | 219,944.93 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 351.55 | 219,593.38 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 362.74 | 219,230.64 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 362.09 | 218,868.55 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 339.07 | 218,529.48 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 326.90 | 218,202.58 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 396.37 | 217,806.21 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 349.09 | 217,457.12 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 325.29 | 217,131.83 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 382.81 | 216,749.02 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 347.39 | 216,401.63 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 369.96 | 216,031.67 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 346.24 | 215,685.43 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******9800 - Checking |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 334.16 | 215,351.27 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 368.16 | 214,983.11 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 356.05 | 214,627.06 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 355.46 | 214,271.60 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 320.53 | 213,951.07 |
| 03/24/22 | | To Account# XXXXXX0797 | Transfer from account 9800 to 0797 | 9999-000 | | 213,951.07 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **220,661.49** | **220,661.49** | **$0.00** |
| Less: Bank Transfers | | 220,661.49 | 213,951.07 | |
| **Subtotal** | | **0.00** | **6,710.42** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$6,710.42** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******0797 - Checking Interest Bearing |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/24/22 | | From Account# XXXXXX9800 | Transfer from account 9800 to 0797 | 9999-000 | 213,951.07 | | 213,951.07 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 80.01 | 213,871.06 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 347.54 | 213,523.52 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 346.98 | 213,176.54 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 346.41 | 212,830.13 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 345.85 | 212,484.28 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 345.29 | 212,138.99 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 344.73 | 211,794.26 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 344.17 | 211,450.09 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 343.61 | 211,106.48 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 343.05 | 210,763.43 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 342.49 | 210,420.94 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 354.60 | 210,066.34 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 352.74 | 209,713.60 |
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.41 | 209,360.19 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******0797 - Checking Interest Bearing |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 350.84 | 209,009.35 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 351.35 | 208,658.00 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 350.37 | 208,307.63 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.78 | 207,957.85 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 350.00 | 207,607.85 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 348.25 | 207,259.60 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 348.41 | 206,911.19 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 348.24 | 206,562.95 |
| 01/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 346.15 | 206,216.80 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 347.07 | 205,869.73 |
| 04/01/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.54 | 205,535.19 |
| 04/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.06 | 205,201.13 |
| 05/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.45 | 204,867.68 |
| 06/28/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 332.91 | 204,534.77 |
| 07/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 332.37 | 204,202.40 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******0797 - Checking Interest Bearing |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.83 | 203,870.57 |
| 09/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.29 | 203,539.28 |
| 10/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.75 | 203,208.53 |
| 11/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 318.83 | 202,889.70 |
| 12/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 329.70 | 202,560.00 |
| 01/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 329.16 | 202,230.84 |
| 02/28/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 328.63 | 201,902.21 |
| 03/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 328.09 | 201,574.12 |
| 04/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 327.56 | 201,246.56 |
| 05/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 327.03 | 200,919.53 |
| 06/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 326.49 | 200,593.04 |
| 07/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.96 | 200,267.08 |
| 08/29/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.43 | 199,941.65 |
| 09/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.91 | 199,616.74 |
| 10/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.38 | 199,292.36 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******0797 - Checking Interest Bearing |
| Taxpayer ID#: | ******1045 | | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 323.85 | 198,968.51 |
| 12/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 323.32 | 198,645.19 |
| 01/30/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.80 | 198,322.39 |
| 02/27/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.27 | 198,000.12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 213,951.07 | 15,950.95 | $198,000.12 |
| | | Less: Bank Transfers | | | 213,951.07 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 15,950.95 | |
| | | Less: Payment to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$15,950.95** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | Rabobank |
| | | Account: | ******4666 - Checking Account |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | | -228,888.39 | 228,888.39 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.43 | 228,581.96 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.59 | 228,220.37 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.37 | 227,914.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 316.89 | 227,597.11 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.18 | 227,247.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 337.75 | 226,910.18 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.61 | 226,605.57 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 358.53 | 226,247.04 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.42 | 225,921.62 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.12 | 225,607.50 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 356.98 | 225,250.52 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 302.38 | 224,948.14 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.92 | 224,592.22 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.81 | 224,258.41 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | | Bank Name: | Rabobank |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID#: | ******1045 | | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.05 | 223,957.36 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 311.39 | 223,645.97 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 343.15 | 223,302.82 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 321.18 | 222,981.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 310.03 | 222,671.61 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 352.33 | 222,319.28 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 309.11 | 222,010.17 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 340.61 | 221,669.56 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 329.46 | 221,340.10 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.52 | 221,053.58 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 360.35 | 220,693.23 |
| 01/05/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.74 | 220,661.49 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | | Bank Name: | Rabobank |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID#: | ******1045 | | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/15 | | Rabobank, N.A. | Account Closeout Transfer Adjustment To Account xxxxxx9800 | 9999-000 | | 220,661.49 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | | 0.00 | -8,226.90 | |
| **Subtotal** | | **0.00** | **8,226.90** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$8,226.90** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********4365 - Checking Account |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/18/10 | Asset #7 | FONTAINEBLEAU LAS VAGAS, LLC | CLOSEOUT OF CITIBANK ACCOUNT | 1290-010 | 100.00 | | 100.00 |
| 07/21/10 | 1001 | NEVADA DEPARTMENT OF TAXATION | MODIFIED BUSINESS TAX RETURN | 2820-000 | | 66.11 | 33.89 |
| 09/21/10 | Asset #1 | BILZIN SUMBERG DUNN AXELROD, LLP | TURNOVER OF PRE-CONVERSION RETAINER | 1129-000 | 237,050.21 | | 237,084.10 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.75 | | 237,085.85 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 6.04 | | 237,091.89 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.84 | | 237,097.73 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 6.04 | | 237,103.77 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 6.04 | | 237,109.81 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.45 | | 237,115.26 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 6.04 | | 237,121.30 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.84 | | 237,127.14 |
| 05/02/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.19 | | 237,127.33 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.84 | | 237,133.17 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.94 | | 237,135.11 |
| 07/08/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.45 | | 237,135.56 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********4365 - Checking Account |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.55 | | 237,137.11 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 454.78 | 236,682.33 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.01 | | 236,684.34 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 551.30 | 236,133.04 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -16.24 | 236,149.28 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.94 | | 236,151.22 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 485.21 | 235,666.01 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.00 | | 235,668.01 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 468.10 | 235,199.91 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.93 | | 235,201.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 515.56 | 234,686.28 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.99 | | 234,688.27 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 482.23 | 234,206.04 |
| 01/17/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.02 | | 234,207.06 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.96 | | 234,208.02 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 12

| Case Number: | 09-36197 LMI | | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | **********4365 - Checking Account |
| Taxpayer ID#: | ******1045 | | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 512.01 | 233,696.01 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 462.92 | 233,233.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 477.93 | 232,755.16 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 461.05 | 232,294.11 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 523.67 | 231,770.44 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 459.10 | 231,311.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 505.59 | 230,805.75 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 488.72 | 230,317.03 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 440.49 | 229,876.54 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 518.16 | 229,358.38 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 469.99 | 228,888.39 |

Page: 13

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 09-36197 LMI | Trustee: | SONEET R. KAPILA, TRUSTEE |
|---|---|---|---|
| Case Name: | Fontainebleau Las Vegas Retail LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********4365 - Checking Account |
| Taxpayer ID#: | ******1045 | Blanket Bond: | $59,803,000.00 (per case limit) |
| Period: | 04/01/25 - 03/31/26 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029086088 20121220 | 9999-000 | | 228,888.39 | 0.00 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 237,215.07 | 237,215.07 | **$0.00** |
| Less: Bank Transfers | | 0.00 | 228,888.39 | |
| **Subtotal** | | 237,215.07 | 8,326.68 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$237,215.07** | **$8,326.68** | |

| | |
|---|---|
| Net Receipts: | $237,215.07 |
| Net Estate: | $237,215.07 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # **********4365 | 237,215.07 | 8,326.68 | 0.00 |
| Checking # ******0797 | 0.00 | 15,950.95 | 198,000.12 |
| Checking # ******4666 | 0.00 | 8,226.90 | 0.00 |
| Checking # ******9800 | 0.00 | 6,710.42 | 0.00 |
| | $237,215.07 | $39,214.95 | $198,000.12 |